# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

**FILED**

**4:45 pm, Oct 11, 2022**

**U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**Roger A.G. Sharpe, Clerk**

CHARLES WEINSCHENK

Plaintiff(s),

- v -

22-cv-1150-RLY-MJD

UNITED STATES; JOHN F. KENNEDY, JAMES JESUS ANGLETON, JOHN DEUTCH, GEORGE TENET, JOHN FORESTER, DAVE DUNBAR, GRANT MENDENHALL, ALEX MIDDLETON, DANNY YOUMARA, BRIAN MONAHAN;

STATE OF INDIANA; ERIC HOLCOMB, SUZANNE CROUCH, MIKE PENCE, SUE ELLSPERMANN, MITCH DANIELS, DOUG CARTER, MICHAEL CASATI, JON BROWN, DARREN MURPHY, VALORIE HAHN, JERRY HOLEMAN, JOHN PERRENE, DR. GEORGE PARKER;

COUNTY OF HAMILTON; DUSTIN DIXON, PETTY, WRIGHT, DANIEL WALLACE;

CITY OF NOBLESVILLE; CHRIS JENSEN, JOHN MANN, BRUCE VASBINDER, TONY VASBINDER, MIKE HASKETT, HARVEY, (2) UNKNOWN ASSISTANT PRINCIPALS, SCHWARTZ, SPATA, TERESA BEARDSHEAR, MILBURN, BETHANY ROBINSON, UNKNOWN TEACHER;

COMMUNITY HEALTH NETWORK; KANWALDEEP SIDHU, TAIMUR KHALID MIAN, RAMINDER KAUR BRAR, PETER KARALIS, BARBARA SELVEY, JODI REDICK-BATTLE;

ROBERT BECKER, ERIC M. DOUTHIT, PATRICIA HILL, ANNE DIXON, and JOHN DOE, et al.

Defendant(s).

## ***~~SEALED~~*** COMPLAINT FOR A CIVIL CASE and CLASS ACTION

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

|  |  |
|---|---|
| WEINSCHENK<br><br>Plaintiff(s),<br><br>- v -<br><br>UNITED STATES, et al.;<br>STATE OF INDIANA, et al.;<br>COUNTY OF HAMILTON, et al.;<br>CITY OF NOBLESVILLE, et al.;<br>JOHN DOE, et al.<br><br>Defendant(s). | 22-cv-1150-RLY-MJD |

## ***SEALED*** COMPLAINT FOR A CIVIL CASE and CLASS ACTION

## TABLE OF CONTENTS

| I. | JURISDICTION | 5 |
|---|---|---|
| | Universal Jurisdiction | 8 |
| | Ancillary Jurisdiction | 8 |
| | Younger Abstention | 9 |
| | Issue Preclusion | 10 |
| | Equitable Tolling | 10 |
| | Permanent Seal | 11 |

| II. | PARTIES | (Categorized) 12 |
|---|---|---|
| | Central Intelligence Agency ("CIA") | 12 |
| | Federal Bureau of Investigation ("FBI") | 12 |
| | State of Indiana ("IN") | 13 |
| | County of Hamilton ("HamCo") | 14 |
| | City of Noblesville | 14 |
| | Individuals | 16 |
| | United States | 16 |

| III. | EVIDENCE | (Included) 17 |
|---|---|---|
| A. | Statutes and Authorities | 17 |
| B. | State Genocide in Official Capacity ............... (aka 'Been laid-IN') | 17 |
| C. | Flying the Birds | 18 |
| D. | Significant Events | 18 |
| E. | Wild Bird | 19 |
| F. | Tree with Bees | 23 |
| G. | Firearms Transcript (July 7, 2020) | 24 |
| H. | Social Media Excerpts | 25 |
| J. | Coronavirus (SARS-CoV-2) | 29 |
| K. | Shanksville, PA | 30 |
| L. | Cute Animal Photos | 31 |

| | | |
|---|---|---|
| *M.* | *Table of Authorities as Evidence*.................................... | *32* |
| *N.* | *Judicially Noticeable References*..............................*(PARTIAL)* | *33* |

| **IV.** | **TWIGBAL (Facts)** | **41** |
|---|---|---|
| *Preface* ................................................................................... | | *41* |
| *Chapter 1: (1989 – 2001)*..................................................... | | *42* |
| *Chapter 1 – 1: Something to Remember (1997)*.................... | | *53* |
| *Chapter 2: Indiana HQ for the FBI (2003)*........................... | | *63* |
| *Chapter 3: Purdue University, West Lafayette, IN (2000s)*...... | | *65* |
| *Chapter 4: US District Courthouse ('laf-at-it'), IN (2007)*...... | | *71* |
| *Chapter 5: West Lafayette, IN (2007 – 2009)*...................... | | *84* |
| *Chapter 6: Noblesville High School (2010)*......................... | | *96* |
| *Chapter 7: EVE Online (2009 – 2018)*................................. | | *97* |
| *Chapter 8: Fake News Stories (2008 – 2016)*...................... | | *99* |
| *Chapter 9: Meijer Grocery (2015)*....................................... | | *103* |
| *Chapter 10: Delphi Serial Killer (2017)*.............................. | | *104* |
| *Chapter 11: Online Forum (December 2017)*....................... | | *105* |
| *Chapter 12: Noblesville, IN (February 2018 – 2020)*............ | | *105* |

| **State Court Matters** | | |
|---|---|---|
| *Chapter 12A: May 7, 2020 Investigation*............................. | | *117* |
| *Chapter 12B: Psychological Evaluations*............................. | | *119* |
| *Chapter 12C: Firearms Hearing*.......................................... | | *121* |
| *Chapter 12D: Becker Hearing*............................................. | | *123* |
| *Chapter 12E: Supplemental Facts*....................................... | | *123* |

| **Personal History** | | |
|---|---|---|
| *Chapter 13A: Costs*.............................................................. | | *124* |
| *Chapter 13B: Medical History*............................................. | | *125* |
| *Chapter 13C: Education History*.......................................... | | *128* |
| *Chapter 13D: Family History*............................................... | | *128* |
| *Chapter 13E: Court History*................................................. | | *129* |

| **V.** | **CAUSES OF ACTION** | **(Stated Claims) 131** |
|---|---|---|
| *1st Cause of Action*..............................Genocide *per se* [battery] | | *131* |
| *2nd Cause of Action*.............................Int. Infliction of ("E.D.") | | *133* |
| *3rd Cause of Action*..............................Defamation *per se*/In False Light | | *136* |
| *4th Cause of Action*............................................*Res ipsa loquitur* | | *137* |
| *5th Cause of Action*..........................................Abuse of Process | | *140* |
| *6th Cause of Action*...............................Unlawful Search and Seizure | | *146* |
| *7th Cause of Action*.................................State Created Danger | | *143* |
| *8th Cause of Action*...........................................Malicious Prosecution | | *148* |
| *9th Cause of Action*.........................................Fabrication of Evidence | | *149* |
| *10th Cause of Action*.........................Ind. Code 35-47-14-1/8 "Dangerous" | | *151* |

| VI. | *SUPPORTING ARGUMENTS* | 152 |
|---|---|---|
| *A.* | *Hot Spur*..................................................................... | *152* |
| *B.* | *Twigbal [Q]*................................................................ | *153* |
| *C.* | *Wild Bird Chase*........................................................ | *154* |
| *D.* | *Reckless Indifference to Human Life*........................... | *158* |
| *E.* | *CARDs (Abductions / Haruspex)*................................ | *171* |
| *F.* | *Genocide*.................................................................... | *176* |
| *G.* | *Treason Honeypot*...................................................... | *179* |
| *H.* | *Liability*.................................................................... | *180* |

| VII. | RELIEF | 182 |
|---|---|---|

| VIII. | CERTIFICATION OF CLOSING | 183 |
|---|---|---|

## SYNOPSIS

Senior intelligence officials, presumably while having a competition to create the largest conceivable (worst case scenario; Codename: Pigstick) tort authorized by President Kennedy, ordered a ('statue') genocide on a ('wine-bearer / Christ'); attributed a personality to a *res ipsa loquitur,* fire-breathing, cartoon ('cock'); and ran it for office in ('Washing-ton') while making a <u>fucking</u> joke out of a non-consenting plaintiff's life via 30-plus year concealed *Continuing Violation* originating in the 1960s during the height of the Cold War. Operation targeted Weinschenk and family by name prior to his birth.

Evidence primarily judicially noticeable ('acts of god / clandestine service') with a clairvoyant, malice aforethought ('god cock') encountering allusions to events prior to their resulting in significant loss of life. Words used phonetically with significant metaphor, innuendo, and double entendre: ('ideas') and ("quotes") via a cartoon.

Conspiracy predetermining every US presidential election since at least 1988 with a pattern of <u>fuck</u> the President; gubernatorial elections for the States of Arkansas, Indiana, et al.; multiple wars, to include ('Saddam-izing') a country East of Jerusalem with acquired super-powered holy relic; said cock using ('been laid-IN') as a pseudonym to terrorize; direct involvement by a plethora of senior politicians, federal judges including (4) US Supreme Court justices; federal directors; and creation of an intentional ('strict liability tort') pursuant 18 U.S. Code § 2333 with a ('whole cost') and undiscovered FTCA waiver signed by a former USAG. Primary cause of action genocide *per se* conferring universal jurisdiction and international terrorism *per se* as the origin of 9/11, COVID-19, etc with family and biological offspring murdered or named accordingly along with disfigurement.

Weinschenk seeking in excess of a billion dollars in monetary damages as well as injunctive relief sealing and expunging any and all records for abuse of process, fabrication of evidence, and state created dangers imposing a narrative atop his life, inclusive of ('psychic [energy] manipulation of the animals' / haruspex / 'whore specs'), intentional ('we caught this too late') furthering genocide via age, and extermination of over 6 million people.

## Exhibits [C: Confidential, DM: Digital Media (included)]

| | |
|---|---|
| *Social Media*.......................................................... | *Medical Records, Community (Daniel)*..............**[C]** |
| *May 7, 2020*................................................**[DM]** | *Medical Records, Community (Charles)*...........**[C]** |
| *Evidence, July 7, 2020*.....................................**[C]** | *Medical Records, Parker Evaluation*................**[C]** |
| *Medical Records, Northwest*.............................**[C]** | *Medical Records, Billing*.................................**[C]** |
| *Medical Records, Personal*...............................**[C]** | *Medical Records, Optometry*...........................**[C]** |

**NOTE:** See ***EVIDENCE p.17*** for concise photographic evidence within complaint, and use one's imagination to see a ("judicially noticeable"), coronal mass ejection-breathing ('wild bird / Hot Spur / basan') fucking everything.

## I. JURISDICTION

### Jurisdictional Arguments

| | |
|---|---|
| *Universal Jurisdiction*............................................8 | *Issue Preclusion*.................................................10 |
| *Ancillary Jurisdiction*..........................................8 | *Equitable Tolling*...............................................10 |
| *Younger Abstention*............................................9 | *Permanent Seal*.................................................11 |

**18 U.S.C. § 2333(a)** Any national of the United States injured in his or her person, property, or business by reason of an act of international terrorism, or his or her estate, survivors, or heirs, may sue therefor in any appropriate district court of the United States and shall recover threefold the damages he or she sustains and the cost of the suit.

**NOTE:** A ("judicially noticeable") ('res ipsa loquitur') *Figure 1: Hot Spur p.19* follows:

**[1358]** See Bell Atlantic Corp. v. Twombly, 550 U.S. 544 (2007) and Ashcr[a]ft v. Iqbal, 556 U.S. 662 (2009) colloquially known as a Twigbal [Q] with an amazing Hot Spur p.152 on it! **[1355]** Citing the Savory v. Cannon, 947 F.3d 409 (7th Cir. 2020)(en banc) "No legitimate evidence implicated Savory. … arrest, prosecution, and conviction … based entirely on the officers' fabricated evidence and illegally extracted false confession." State attempting to ('Heck-bar') coinciding with a ('Figure 19: Corona Mass Ejection (CME) p.29')! See also FreeEats.com, Inc. v. Indiana, 502 F.3d 590, 595 (7th Cir. 2007, Sept 12). **['thermally induced firing']**

**[1]** Weinschenk brings this matter pursuant 18 U.S. Code § 2333 Civil remedies for international terrorism alleging defendants affected a ('statue')-tory 18 U.S. Code § 1091 Genocide via a *Continuing Violation* against a *Class of One* perceived Christ as the origin of 9/11, COVID-19, etc via ('*res ipsa loquitur*'), fire-breathing *Hot Spur p.152*!

**[2]** *Continuing Violation Doctrine* relieves a plaintiff of a limitations bar if he/she can show a series of related acts to him/her, one or more of which falls within the limitations period. *National Railroad Passenger Corporation v. Morgan*, 536 U.S. 101 (2002)

**[3]** *Class of One* allows a cause of action on behalf of a "class of one" where the plaintiff does not allege membership in a class or group, but alleges that he/she has been treated differently and that there exists no rational basis for such treatment. *Olech v. Village of Willowbrook*, 528 US 562 (2000), *Engquist v. Oregon Dept. of Agriculture*, 553 US 591 (2008)

**[4]** Weinschenks targeted by surname as ('wine bearers') for religious symbolism as a *Class of One*, to include *Extended Family p.128* (Class Action) by proximity, while defendant(s) acted with reckless negligence, conspired, aided, abetted, or ultimately responsible for their injuries while engaging in inherently dangerous activities.

**[5]** *Res ipsa loquitur* ('the thing speaks for itself') a *Hot Spur p.152* [1355] on a **Twigbal [Q] p.153** [1358], *9/11 (Sept. 11, 2001) p.161* referenced as part of Special Rule on §2333, *COVID-19 (2019) p.166* a ('whole cost') exterminating over 6 million across national boundaries, and ('statue') genocide international terrorism *per se* having *Universal Jurisdiction p.8*.

**[6]** "When deciding whether to recognize an implied cause of action, the determinative question is one of statutory intent. *Alexander v. Sandoval*, 532 U.S. 275, 286. If a statute does not evince Congress' intent to create the private right of action asserted, *Touche Ross & Co. v. Redington*, 442 U.S. 560, 568, no such action will be created through judicial mandate." *Ziglar v. Abbasi*, 582 U.S. ___ (2017); *See also Butz v. Economou*, 438 U.S. 478 (1978) [1286].

**[7]** Pub. L. 114–222, §2, Sept. 28, 2016, 130 Stat. 852 **on §2333**, provided that Congress finds:

(6) Persons, entities, or countries that knowingly or recklessly contribute material support or resources, directly or indirectly, to persons or organizations that pose a significant risk of committing acts of terrorism that threaten the security of nationals of the United States or the national security, foreign policy, or economy of the United States, necessarily **direct their conduct at the United States**, and **should reasonably anticipate** being brought to court in the United States to answer for such activities.

(7) The United States has a vital interest in providing persons and entities injured as a result of terrorist attacks committed within the United States with full access to the court system in order to pursue civil claims against persons, entities, or countries that have knowingly or recklessly provided material support or resources, directly or indirectly, to the persons or organizations responsible for their injuries.

**[8]** The U.S. State Department designated al-[Q]a'ida (AQ) ['been laid, IN'] a foreign terrorist organization on Oct. 8, 1999 with whom defendants conspired on *9/11 (Sept. 11, 2001) p.161*.

**18 U.S. Code § 2333(d)(2)** In an action under subsection (a) for an injury arising from an act of international terrorism committed, planned, or authorized by an organization that had been designated as a foreign terrorist organization under section 219 of the Immigration and Nationality Act (8 U.S.C. 1189), as of the date on which such act of international terrorism was committed, planned, or authorized, liability may be asserted as to any person who aids and abets, by knowingly providing substantial assistance, or who conspires with the person who committed such an act of international terrorism.

**[9]** 18 U.S. Code § 2337 provides for <u>qualified</u> immunity which is asserted NOT to apply.

**18 U.S. Code § 2337 Suits against Government officials** No action shall be maintained under section 2333 of this title against- **(1)** the United States, an agency of the United States, or an officer or employee of the United States or any agency thereof acting within his or her official capacity or under color of legal authority; or **(2)** a foreign state, an agency of a foreign state, or an officer or employee of a foreign state or an agency thereof acting within his or her official capacity or under color of legal authority.

**[10]** U.S. District Court for the Southern District of Indiana possesses original subject matter jurisdiction pursuant 28 U.S.C. §§§ 1331, 1346, 1367 as a federal question with U.S. defendant and supplemental jurisdiction over ('seizure of hot wings'); exclusive jurisdiction pursuant 28 U.S.C. 1346(b)(1) or 18 U.S. Code § 2338 for terrorism claims; 18 U.S.C § 2334(d) renders "inconvenience or inappropriateness" of venue irrelevant for respective claims; and district an appropriate venue pursuant 28 U.S.C. § 1391 with majority of defendants residing in Indiana.

**[11]** Violations asserted for the following Constitutional rights pursuant §1983/*Bivens*:

**11(a)** *Right to Free Will* (1st/13th) "A universal and persistent foundation stone in our system of law, and particularly in our approach to punishment, sentencing, and incarceration, is the belief in freedom of the human will and a consequent ability and duty of the normal individual to choose between good and evil. *Morissette v. United States*, 342 U.S. 246, 250 (1952) quoting *United States v. Grayson,* 438 U.S. 41 (1978): [492].

**[492]** Stargate Project was the 1991 code name for a secret U.S. Army unit established in 1978 at Fort Meade, MD by the Defense Intelligence Agency (DIA) and SRI International (a California contractor) investigating psychic phenomena in military and domestic intelligence applications: aka Men Who Stare at Goats.

**11(b)** *Right to Privacy* (9th/14th) recognized in *Griswold v. Connecticut,* 381 U.S. 479 (1965) holding a right to marital privacy; extended to plaintiff's life and *Extended Family p.128* influenced for abuse of process as a suspected attack vector against the United States.

**11(c)** *Right to Keep and Bare Arms* (2nd and 4th) and *Procedural Due Process* (5th/14th) via *Seizing Hot Wings from Dangerous Spurs p.157*.

**11(d)** *Substantive Due Process* (5th) forcing *in forma pauperis* ['pauper Jesus'] status in civil matters for religious symbolism while forced to seek equitable and injunctive relief from *Class of One* discrimination affecting *Genocide p.176 per se* without *Due Process* to abuse process.

**11(e)** *Right to Life* (5th/14th) targeting plaintiff for genocide *per se* via ('economics damages') in *5 BC (Before Chicken) p.154* and earlier in addition to influencing *Extended Family p.128*.

**11(f)** *Unreasonable Search and Seizure* (4th) for warrant-less search and seizure.

**11(g)** *Establishment Clause* (1st) and *Equal Protection* (5th/14th) against a *Class of One* [3] establishing a religion [4] of ('cock worshipers') atop Weinschenks for genocide *per se*.

**11(h)** *Due Process* (5th) and *Protection from Cruel and Unusual Punishment* (8th) intended to "(1) kills members of that group;" *Genocide: (1) Killing of Family Members p.176*: [321].

**11(i)** *Protection from Cruel and Unusual Punishment* (8th) intended to "(2) causes serious bodily injury to members of that group;" *Genocide: (2-5) Non/Pecuniary Damages p.176*.

**11(j)** *Due Process* (5th) and *Protection from Cruel and Unusual Punishment* (8th) intended to "(3) [cause] the permanent impairment of the mental faculties of members of the group through drugs, torture, or similar techniques;" *Genocide: (2-5) Non/Pecuniary Damages p.176*.

**11(k)** *Substantive Due Process* (5th) and *Protection from Cruel and Unusual Punishment* (8th) intended to "(4) [subject] the group to conditions of life that are intended to cause the physical destruction of the group in whole or in part;" *Genocide: (2-5) Non/Pecuniary Damages*.

**11(l)** *Substantive Due Process* (5th) and *Protection from Cruel and Unusual Punishment* (8th) intended to "(5) [impose] measures intended to prevent births within the group;" *Genocide: (2-5) Non/Pecuniary Damages p.176*.

**11(m)** *Substantive Due Process* (5th) and *Protection from Cruel and Unusual Punishment* (8th) intended to "(6) [transfer] by force children of the group to another group;" *Genocide: (6) Removal of Children p.177* to be used symbolically: *Angel of Death (2019) p.108*, human remains [809] for infliction of emotional distress, or STEM cell research [552].

**[12]** WHEREBY plaintiff is seeking equitable and injunctive relief pursuant an <u>explicit</u> §2333 with <u>nominal</u> damages at a minimum with §1983/*Bivens* respectively enabling independent actions against a multitude of individual, state, and federal actors for a *Continuing Violation* of rights and injury following an unclear order by top level U.S. officials; recovery permissible via 28 U.S.C. §§§ 1343, 2201 (*Bivens*) respectively with claims part of same case or controversy!

[7] Pub. L. 114–222, §2, Sept. 28, 2016, 130 Stat. 852 on §2333, provided that Congress finds:

(b) Purpose.-The purpose of this Act … is to provide civil litigants with the **broadest possible basis, consistent with the Constitution of the United States**, to seek relief against persons, entities, and foreign countries, **wherever acting and wherever they may be found**, that have provided material support, directly or indirectly, to foreign organizations or persons that engage in terrorist activities against the United States.

| Universal Jurisdiction |
|---|
| **18 U.S. Code § 2331(1)(C)** occur primarily outside the territorial jurisdiction of the United States, or transcend national boundaries in terms of the means by which they are accomplished… |
| **18 U.S. Code § 1091 Genocide** (d) Attempt and Conspiracy.-Any person who attempts or conspires to commit an offense under this section shall be punished in the same manner as a person who completes the offense. |

**[13]** 18 U.S. Code § 1091 Genocide confers universal jurisdiction as a crime against humanity, whereby it qualifies as international terrorism *per se* pursuant 18 U.S. Code § 2331(1)(C).

**[14]** 18 U.S. Code § 2333(a) imposes strict liability for damages inflicted by reason of international terrorism and 18 U.S. Code § 1091(d) provides for attempt or conspiracy extended to all participants, whereby defendants are jointly, severally, and strictly liable.

## Ancillary Jurisdiction

**[15]** "Ancillary jurisdiction may extend to claims having a factual and logical dependence on 'the primary lawsuit,' but that primary lawsuit must contain an independent basis for federal jurisdiction." *Peacock v. Thomas*, 516 U.S. 349, 355 (1996)

**[16]** *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375 (1994) sets the limits of a federal court's ancillary jurisdiction. Holding that jurisdiction was proper only "(1) to permit disposition by a single court of claims that are, in varying respects and degrees, factually interdependent," or "(2) to enable a court to function successfully, that is, to manage its proceedings, vindicate its authority, and effectuate its decrees."

**[17]** "[E]xhaustion of state administrative remedies should not be required as a prerequisite to bringing an action pursuant to section 1983." *Patsy v. Board of Regents of the State of Florida*, 457 U.S. 496 (1982)

**[18]** *Boim v. American Muslims for Palestine*, 20-3233 (7th Cir. 2021) is presumed the guiding authority for ancillary jurisdiction concerning suits pursuant §2333:

"Ancillary enforcement jurisdiction remains grounded in federal common law and Federal Rule of Civil Procedure 69 provides a mechanism for a court to enforce its own judgments, drawing upon state law for the procedures to govern such proceedings. See Fed. R. Civ. P. 69(a). As the Supreme Court observed in *Peacock*, these supplementary enforcement proceedings generally fall within a federal court's ancillary jurisdiction as part of its inherent power to enforce its judgments." *Boim p.10*

"Failure to name the particular statute, treaty, or provision of the Constitution under which the action arises is not fatal if the remainder of the complaint shows that a federal question actually is involved or relied upon by the pleader. Wright & Miller, Federal Practice and Procedure § 1209; see, e.g., *Johnson v. City of Shelby*, 574 U.S. 10, 11 (2014) (summarily reversing a decision that required a complaint to expressly invoke 42 U.S.C. § 1983 and explaining that federal pleading rules "do not countenance dismissal of a complaint for imperfect statement of the legal theory supporting the claim asserted"); *AmSouth Bank v. Dale*, 386 F.3d 763, 779 (6th Cir. 2004) (collecting cases from various circuits following the same approach)." *Boim p.19*

**[19]** Congress has the power to abrogate the 11th Amendment sovereign immunity of the states, if this is done pursuant to its 14th Amendment power to enforce upon the states the guarantees of the Fourteenth Amendment. *Fitzpatrick v. Bitzer*, 427 U.S. 445 (1976)

[20] "In general, a federal court may not hear a suit brought by any person against a nonconsenting State. But such suits are permitted if Congress has enacted "unequivocal statutory language" [7] abrogating the States' immunity from suit, *Seminole Tribe of Fla. v. Florida*, 517 U.S. 44, 56, and some constitutional provision allows Congress to have thus encroached on the States' sovereignty." *Allen v. Cooper,* 589 US ___ (2020)

[7] Pub. L. 114–222, §2, Sept. 28, 2016, 130 Stat. 852 on §2333, provided that Congress finds:

(6) Persons, entities, or countries that knowingly or recklessly contribute material support or resources, directly or indirectly, to persons or organizations that pose a significant risk of committing acts of terrorism that threaten the security of nationals of the United States or the national security, foreign policy, or economy of the United States, **necessarily direct their conduct at the United States**, and **should reasonably anticipate** being brought to court in the United States to answer for such activities. [*See State Genocide in Official Capacity p.17*: [114]]

(7) The United States has a vital interest in providing persons and entities injured as a result of terrorist attacks committed within the United States with full access to the court system in order to pursue civil claims against persons, entities, or countries that have knowingly or recklessly provided material support or resources, directly or indirectly, to the persons or organizations responsible for their injuries.

## Younger Abstention

[1355] Citing the Savory v. Cannon, 947 F.3d 409 (7th Cir. 2020)(en banc) "No legitimate evidence implicated Savory. … arrest, prosecution, and conviction … based entirely on the officers' fabricated evidence and illegally extracted false confession." State attempting to ('Heck-bar') coinciding with a ('Figure 19: Corona Mass Ejection (CME) p.29')! See also FreeEats.com, Inc. v. Indiana, 502 F.3d 590, 595 (7th Cir. 2007, Sept 12).

[1220] SYNOPSIS: No history of illness or suspicion thereof and family testifying to such, prejudiced 6-day evaluation failing to observe a symptom, and Social Media Excerpts p.25 directly refuting state claims of illness. Verifiable evidence of Online Federal Investigation (2018 – Present) p.105 involving election meddling, past harassment by individuals claiming work on behalf of CIA in 2000, 2002, 2007 with 9/11 association; and Chapter 10: Delphi Serial Killer (2017). State of Indiana maintaining Firearms Transcript (July 7, 2020)  p.24: diagnosed illness, violent, imminent danger with state court finding against the facts as part of an intelligence operation.

[21] *FreeEats.com, Inc. v. Indiana*, 502 F.3d 590, 595 (7th Cir. 2007, Sept 12) [1355] expanded upon *Younger v. Harris*, 401 U.S. 37 (1971) with "extraordinary circumstances" via *Seizing Hot Wings from Dangerous Spurs p.157* with a ('*res ipsa loquitur*') *Hot Spur p.152* and *Chapter 12C: Firearms Hearing p.121* [1220] intentionally finding against evidence to coerce an exception.

Accordingly, *Younger* and its progeny "require federal courts to abstain from enjoining ongoing state proceedings that are (1) judicial in nature, (2) implicate important state interests, and (3) offer an adequate opportunity for review of constitutional claims, **(4) so long as no extraordinary circumstances — like bias or harassment — exist which auger against abstention."** *Majors v. Engelbrecht*, 149 F.3d 709, 711 (7th Cir. 1998) (citing *Middlesex County Ethics Comm. v. Garden State Bar Assoc.*, 457 U.S. 423, 429, 102 S.Ct. 2515, 73 L.Ed.2d 116 (1982)). See also *Gen. Auto Serv. Station LLC v. City of Chicago*, 319 F.3d 902, 904-05 (7th Cir 2003)

[22] *State Genocide in Official Capacity p.17* exterminating over 6 million people via *COVID-19 (2019) p.166* for a ('whole cost' / Holocaust); designated ("state sponsor of terrorism") imprinted upon the Indiana governorship (been laid-IN) prior to 9/11, seizure without a reasonable suspicion of danger, state created danger fabricating a false suspicion; *Firearms Transcript (July 7, 2020)  p.24* refuted by *Social Media Excerpts p.25*, etc; and abuse of process with state judges intentionally erring: finding against hard facts, fabricating a false suspicion, and requiring abusive appeals. While unusual, state law enforcement and judiciary in effect federal deputies.

## Issue Preclusion

**[23]** *Res judicata* does not bar a suit so long as it alleges new facts which is the present case with significantly lengthy timeline and discovery of concealed evidence taking time following suppression of the memories. *Lawlow v. National Screen Service Corp.*, 349 U.S. 322 (1955)

**[24]** "Indiana's preclusion doctrine follows the norm of distinguishing between *res judicata*, or claim preclusion, and collateral estoppel, or issue preclusion. In Indiana, claim preclusion "acts as a complete bar to subsequent litigation on the same claim between identical parties." *Edwards v. Edwards*, 132 N.E.3d 391, 396 (Ind. Ct. App. 2019)" quoting *Robbins v. Med-1 Solutions, LLC*, No. 20-1343 (7th Cir. 2021)

> Claim preclusion has four prerequisites:
> (1) the former judgment must have been rendered by a court of competent jurisdiction;
> (2) the former judgment must have been rendered on the merits;
> (3) the matter now in issue was, or could have been, determined in the prior action; and
> (4) the controversy adjudicated in the former action must have been between the parties to the present suit …

**[25]** No preclusion exists as state courts fabricated a false suspicion with regard to *Chapter 12C: Firearms Hearing p.121* and *Chapter 12D: Becker Hearing p.123,* not litigating on merits as an abuse of process, and *Seizing Hot Wings from Dangerous Spurs p.157*: nothing actually litigated.

## Equitable Tolling

> **Ind. Code 34-11-5-1 Concealing cause of action** Sec. 1. If a person liable to an action conceals the fact from the knowledge of the person entitled to bring the action, the action may be brought at any time within the period of limitation after the discovery of the cause of action.

> **Ind. Code 34-11-6-1 Legal disabilities; accrual of action** Sec. 1. A person who is under legal disabilities when the cause of action accrues may bring the action within two (2) years after the disability is removed.

> **Ind. Code 34-11-8-1 New actions; continuation of action** Sec. 1. **(a)** This section applies if a plaintiff commences an action and: **(1)** the plaintiff fails in the action from any cause except negligence in the prosecution of the action; **(2)** the action abates or is defeated by the death of a party; or **(3)** a judgment is arrested or reversed on appeal. **(b)** If subsection (a) applies, a new action may be brought not later than the later of: **(1)** three (3) years after the date of the determination under subsection (a); or **(2)** the last date an action could have been commenced under the statute of limitations governing the original action; and be considered a continuation of the original action commenced by the plaintiff.

**[26]** Statute of limitations may be tolled where fraud or fraudulent concealment has occurred or plaintiff suffers from some legal disability: Ind. Code §§ 34-11-5/6-1.

**[27]** The Indiana Supreme Court provided the following explanation of when tolling is appropriate based on fraud or fraudulent concealment:

> Fraudulent concealment is an equitable doctrine that operates to estop a defendant from asserting the statute of limitations as a bar to a claim whenever the defendant, by his own actions, prevents the plaintiff from obtaining the knowledge necessary to pursue a claim… [T]his doctrine should be available to the plaintiff to estop a defendant from asserting the statute of limitations when he has, either by deception or by a violation of duty, concealed from the plaintiff material facts thereby preventing the plaintiff from discovering a potential cause of action. When this occurs, equity will toll the statute of limitations until the equitable grounds cease to operate as a reason for delay. *Doe v. Shults-Lewis Child & Family Services, Inc.*, 718 N.E.2d 738, 744-45 (Ind. 1999) (internal citations omitted)

**[28]** Statute of limitations may be tolled where a case was timely filed in federal court but is dismissed for lack of diversity jurisdiction. *Trzeciak v. State Farm Fire & Cas*. Co., 809 F.Supp.2d 900, 911-12 (N.D. Ind. 2011) (summarizing Indiana equitable tolling) at 911.

**[29]** Under federal law "a petitioner is entitled to equitable tolling only if he shows (1) that he has been pursuing his rights diligently, and (2) that some extraordinary circumstance stood in his way and prevented timely filing." *Holland v. Florida*, 560 U.S. 631, 649 (2010) (quotation marks and citation omitted). See, e.g., *Kwai Fun Wong v. Beebe*, 732 F.3d 1030, 1052 (9th Cir. 2013)(*en banc*) (finding equitable tolling warranted when an otherwise diligent plaintiff could not amend her complaint to include new claims "due solely to the delay inherent" in the court).

**[30]** WHEREBY plaintiff maintains extraordinary abuse of process, interference, fraudulent concealment, repeated negligence and mistakes, and delays amending and appealing through courts entitles plaintiff to equitable relief with causes of action discovered the latter end of 2021.

| Permanent Seal |
| --- |
| **5 U.S. Code § 702 Right or review** A person suffering legal wrong because of agency action, or adversely affected or aggrieved by agency action within the meaning of a relevant statute, is entitled to judicial review thereof. An action in a court of the United States seeking **relief other than money damages** and stating a claim that an agency or an officer or employee thereof acted or failed to act in an official capacity or under color of legal authority shall not be dismissed nor relief therein be denied on the ground that it is against the United States or that the United States is an indispensable party. The United States may be named as a defendant in any such action, and a judgment or decree may be entered against the United States: Provided, That any mandatory or injunctive decree shall specify the Federal officer or officers (by name or by title), and their successors in office, personally responsible for compliance. Nothing herein (1) affects other limitations on judicial review or the power or duty of the court to dismiss any action or deny relief on any other appropriate legal or equitable ground; or (2) confers authority to grant relief if any other statute that grants consent to suit expressly or impliedly forbids the relief which is sought. |

**[31]** Strong presumption of public disclosure applies only to "materials that affect judicial decisions." *City of Greenville, Ill. v. Sygenta Crop Protection, LLC*, 764 F.3d 695, 967 (7th Cir. 2014), and public disclosure can be rebutted based on findings that closure is necessary "to preserve higher values." *Press-Enterprise Co. v. Superior Court of Cal., Riverside County*, 464 U.S. 501, 510 (1984); *United States v. Ladd*, 218 F.3d 701, 702 (7th Cir. 2000)

**[32]** "The common law right to inspect and copy judicial records is not absolute, but the decision whether to permit access is best left to the sound discretion of the trial court, a discretion to be exercised in light of the relevant facts and circumstances of the particular case." Pp. 435 U.S. 597-599. *Nixon v. Warner Communications, Inc.*, 435 U.S. 589 (1978)

**[33]** 5 U.S.C. § 702 allows for sealing of all federal cases as injunctive relief against U.S.

**[34]** WHEREBY all related matters requested sealed/expunged for abuse of process associated to *Reckless Indifference to Human Life p.158*, *CARDs (Abductions / Haruspex) p.171*, and *Genocide p.176* as prosecutors may still vindicate rights of third parties without further harm.

| II. PARTIES |
|---|

| A. | The Plaintiff(s) |
|---|---|

| Ryan Weinschenk<br>20040 Wagon Trail Drive<br>Noblesville, IN 46060<br>M: (317) 690-1906<br>weinschenkr@gmail.com | |

**[35]** Plaintiff Charles [*Ryan*] Weinschenk, appearing *pro se,* is a citizen of the United States and lifelong resident of the State of Indiana.

| B. | The Defendant(s) |
|---|---|

| | |
|---|---|
| *Central Intelligence Agency ("CIA")*.................12 | *City of Noblesville*................................................14 |
| *Federal Bureau of Investigation ("FBI")*...........12 | *Community Health Network*...............................15 |
| *Secret Service ("SS")*..........................................13 | *Individuals*..........................................................16 |
| *State of Indiana ("IN")*.......................................13 | *United States*......................................................16 |
| *County of Hamilton ("HamCo")*.......................14 | |

| Central Intelligence Agency ("CIA") |
|---|

**[36]** James Jesus Angleton [*Deceased*] was Chief of Counterintelligence CIA.

**[37]** John Deutch was Director of the Central Intelligence Agency.

**[38]** George Tenet was Director of the Central Intelligence Agency.

**[39]** John Forester (aka Jeffrey Epstein [*Deceased*], aka John Weinschenk [*Deceased*], aka "God") was Director of the Directorate of Operations for the Central Intelligence Agency.

**[40]** WHEREBY all individuals herein sued in their personal and individual capacities, and individuals herein are or were employees of the Central Intelligence Agency.

| Federal Bureau of Investigation ("FBI") |
|---|

**[41]** Grant Mendenhall was a Special Agent in Charge (SAC) between 2017 and 2020.

**[42]** Alex Middleton was an Assistant Special Agent in Charge (ASAC) between 2017 and 2020.

**[43]** Danny Youmara was an Assistant Special Agent in Charge (ASAC) between 2017 and 2020.

**[44]** Brian Monahan was an Assistant Special Agent in Charge (ASAC) between 2017 and 2020.

**[45]** John or Jane Doe, et al. included for any unknown individuals furthering the conspiracy.

**[46]** WHEREBY all individuals herein sued in their personal and individual capacities, and individuals herein are or were employees of the Federal Bureau of Investigation.

## Secret Service ("SS")

**[47]** Dave Dunbar was an employee of the Secret Service between 2000 – 2002.

**[48]** WHEREBY all individuals herein sued in their personal and individual capacities, and individuals herein are or were employees of the U.S. Secret Service.

## State of Indiana ("IN")

| | |
|---|---|
| Office of the Indiana Attorney General<br>Indiana Government Center South 5th Floor<br>302 West Washington Street<br>Indianapolis, IN 46204-2770<br>(317) 232-6201 | |

**[49]** Eric Holcomb is Governor of the State of Indiana.

**[50]** Suzanne Crouch is Lieutenant Governor of the State of Indiana.

**[51]** Mike Pence was a Governor of the State of Indiana.

**[52]** Sue Ellspermann was a Lieutenant Governor of the State of Indiana.

**[53]** Mitch Daniels was a Governor of the State of Indiana.

**[54]** Doug Carter is Superintendent of the Indiana State Police ("ISP") and former Hamilton County (IN) Sheriff participating in both respective positions.

**[55]** Michael Casati is a circuit court judge in Hamilton Superior Court #1.

**[56]** Jon Brown is a circuit court judge in Hamilton Superior Court #2.

**[57]** Darren Murphy is a magistrate in Hamilton Superior Court #4.

**[58]** Valorie Hahn is a deputy prosecuting attorney for the State of Indiana.

**[59]** Jerry Holeman is an employee of the State of Indiana with the Indiana State Police ("ISP").

**[60]** John Perrene is an employee of the State of Indiana with the Indiana State Police ("ISP").

**[61]** Dr. George Parker is Director of Forensic Psychology at IUPUI (Indianapolis) and state's expert witness [1217] at 355 W. 16th Street, Suite 2800, Indianapolis, IN 46202.

**[62]** John or Jane Doe, et al. included for any unknown individuals furthering the conspiracy.

**[63]** State of Indiana a recipient of federal funds for safety, education, transportation, etc.

**[64]** WHEREBY all individuals herein sued in their personal and individual capacities, and all individuals herein are or were employees of the State of Indiana sued in an official capacity seeking declaratory and injunctive relief.

| County of Hamilton ("HamCo") | |
|---|---|
| County of Hamilton<br>1 Hamilton County Square, Suite 157<br>Noblesville, IN 46060<br>(317) 776-8493 | |

**[65]** Detective Dustin Dixon is a detective for the Hamilton County Sheriff's Office ("HSCO").

**[66]** Detective Petty is a detective for the Hamilton County Sheriff's Office ("HSCO").

**[67]** Deputy Wright is a deputy of the Hamilton County Sheriff's Office ("HSCO").

**[68]** Deputy Daniel Wallace is a deputy of the Hamilton County Sheriff's Office ("HSCO").

**[69]** John or Jane Doe, et al. included for any unknown individuals furthering the conspiracy.

**[70]** County of Hamilton a recipient of federal funds for safety, education, transportation, etc.

**[71]** WHEREBY all individuals herein sued in their personal and individual capacities, individuals herein are or were employees of the County of Hamilton sued in its official capacity as a municipality. *Monell v. Department of Social Services*, 436 U.S. 658 (1978)

| City of Noblesville | |
|---|---|
| City of Noblesville<br>ATTN: Legal Department<br>16 South 10th Street<br>Noblesville, IN 46060<br>(317) 773-4614 | |

**[72]** John Mann is Chief of the Noblesville Police Department ("NPD") as of 2020, former employee for the Indianapolis Metro Police Department ("IMPD") while wearing a NPD uniform in Lafayette an hour away in 2002/2007 [825] while working with state troopers out of uniform as a *Bivens* by name, whereby Mann presumed acting on behalf of City of Noblesville.

> **[586]** Invited by classmate Mike, late name unknown, to work on engineering homework. Apparent prostitution sting by Troopers Jerry Holeman, John Perrene with half-naked underage daughter Danielle, and John Mann ("hey man") what are you wearing? **[825]** Bruce Vasbinder (B.V.) and John Mann (Named Unknown) wearing NPD uniforms in West Lafayette, IN (60 miles away), and drawing ('lightning bolts') on a pad while arguing.
> **NOTE:** Unclear perjury/obstruction charge based on jurisdiction for spreading false religion without a court.

**[73]** Bruce Vasbinder is an officer of the Noblesville Police Department ("NPD").

**[74]** Tony Vasbinder is an officer of the Noblesville Police Department ("NPD").

**[75]** Mike Haskett is an officer of the Noblesville Police Department ("NPD").

**[76]** Harvey [*Deceased*] was principal at Stoney Creek Elementary in the early 1990s.

**[77]** Schwartz was Weinschenk's 3rd grade teacher in elementary.

**[78]** Spata was Weinschenk's 4th grade teacher in elementary.

**[79]** Unknown assistant principal and wood shop teacher [324] in 7th grade.

**[80]** Unknown assistant principal and resource officer [421] at Noblesville High School in 2000.

**[81]** Teresa Beardshear, German teacher, at Noblesville High School in 2000.

**[82]** Milburn, Spanish teacher, at Noblesville High School in 2000.

**[83]** Bethany Robinson, assistant band director, at Noblesville Schools in 2010.

**[84]** John or Jane Doe, et al. for unknown individuals furthering the conspiracy.

**[85]** Noblesville Schools a subsidiary of the City of Noblesville via *respondeat inferior*.

**[86]** NPD a subsidiary of the City of Noblesville via *respondeat inferior*.

**[87]** City of Noblesville a recipient of federal funds for safety, education, transportation, etc.

**[88]** WHEREBY all individuals herein are sued in their personal and individual capacities, individuals herein are or were employees of the City of Noblesville sued in its official capacity as a municipality. *Monell v. Department of Social Services*, 436 U.S. 658 (1978)

| Community Health Network | |
| --- | --- |
| Community Health Network<br>ATTN: Legal Department<br>7330 Shadeland Station<br>Indianapolis, IN 46256 | |

**[89]** Dr. Kanwaldeep Sidhu an attending physician not-present May 7 – 12, 2020.

**[90]** Dr. Taimur Khalid Mian an attending physician not-present May 7 – 12, 2020.

**[91]** Dr. Raminder Kaur Brar an attending physician not-present May 7 – 12, 2020.

**[92]** Dr. Peter Karalis an attending physician not-present May 7 – 12, 2020.

**[93]** Jodi Redick-Battle present upon intake at Community North on May 7, 2020.

**[94]** Barbara Selvey a nurse at Community North May 7 – 12, 2020.

**[95]** John or Jane Doe, et al. included for unknown individuals unlawfully detaining the plaintiff.

**[96]** Community Health Network a recipient of federal funds as public medical facility.

**[97]** WHEREBY all individuals herein are sued in their personal and individual capacities, and individuals herein are or were employees of Community Health Network ("CHN") sued in its official capacity. *Monell v. Department of Social Services*, 436 U.S. 658 (1978)

| Individuals |
| --- |

**[98]** Robert Becker is an attorney at 1312 Maple Avenue in Noblesville, IN 46060.

**[99]** Eric Douthit is an attorney at Two North 9th Street in Noblesville, IN 46060.

**[100]** Patricia Hill (Weinschenk) resides at [unknown address], FL.

**[101]** Anna Dixon, spouse of HCSO defendant Dustin Dixon, resides at an unknown address.

**[102]** John or Jane Doe, et al. included for unknown individuals furthering *TWIGBAL (Facts)*.

**[103]** All individuals herein were recipients of federal funds or kickbacks while working as contractors at a state level.

**[104]** WHEREBY all individuals herein are sued in their personal and individual capacities, and individuals herein are or were under an implied contract with the United States.

| United States | |
| --- | --- |
| United States Attorney's Office<br>10 W Market St, Suite 2100<br>Indianapolis, IN 46204 | U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 |

**[105]** John Fitzgerald Kennedy was President of the United States (1961 – 1963).

**[106]** John or Jane Doe, et al. included for unknown individuals furthering *TWIGBAL (Facts)*.

**[107]** WHEREBY named and unknown individuals were working on behalf of the United States, all individuals herein sued in their respective capacities, and United States sued in its official capacity seeking declaratory and injunctive relief.

**[108]** WHEREFORE the United States ultimately liable via *respondeant superiores* (plural) for actions of its directors as "(1) Top government officials are not liable for the actions of their subordinates absent evidence that they ordered the allegedly discriminatory activity." *Ashcroft v. Iqbal*, 556 U.S. 662 (2009) with *Bivens* claims proceeding pursuant 4th, 5th, and 8th Amendments.

## III. EVIDENCE

### A.    Statutes and Authorities

**18 U.S. Code § 1091 Genocide.** (a) Basic Offense. Whoever, whether in time of peace or in time of war and with the specific intent to destroy, in whole or in substantial part, a national, ethnic, racial, or religious group as such **(1)** kills members of that group; **(2)** causes serious bodily injury to members of that group; **(3)** causes the permanent impairment of the mental faculties of members of the group through drugs, torture, or similar techniques; **(4)** subjects the group to conditions of life that are intended to cause the physical destruction of the group in whole or in part; **(5)** imposes measures intended to prevent births within the group; or **(6)** transfers by force children of the group to another group;

**[109]** (Name Only) Chapter 9, Title 11 United States Bankruptcy Code available exclusively to municipalities and assisting them in the restructuring of their debt.

**[110]** The CIA's Political Action Group ("PAG") is responsible for <u>covert</u> activities related to political influence, psychological operations, economic warfare, and cyber warfare.

### B.    State Genocide in Official Capacity

**[111]** ("*State Genocide in Official Capacity*" ['been laid-IN']) directed singularly at a ('wine bearer') and plurally people via a ('*Figure 19: Corona Mass Ejection (CME) p.29*') with *COVID-19 (2019) p.166* exterminating over 6 million as part of a nuclear ('whole cost').

| Table 1: Indiana Governors | | |
| --- | --- | --- |
| **Governor** | **Lt. Governor** | **Term** |
| Mitch Daniels | Becky Skillman | Jan. 10, 2005 – Jan 14, 2013 |
| Mike Pence | Sue Ellspermann (resigned 3/2/16) *(Vacant)* Eric Holcomb (3/3/16) | Jan. 14, 2013 – Jan 9, 2017 |
| Eric Holcomb | Suzanne Crouch | Jan. 9, 2017 – Present |

**[112]** *State Genocide in Official Capacity*: ('hole combing') a ('crotch') removing ('sperm from man' [hot spur]) with a ('quaking bush' [sheriff]) after the ('public defender of Christ' [Becker][1])'s amazing skills in 2007 with a ('Wu-Hand' [Hahn/Wuhan])[2] seizing ('hot wings').

**[113]** 2nd Lt. (bars) Gov. Ellspermann vacated to become president of Ivy Tech Community College, and a Rokit-a in the Indiana general area.

**[201]** Theodore Edward Rokita (R-IN) is the 44th Attorney General of Indiana (2021 – Present), Representative from Indiana's 4th District (2011 – 2019), and Indiana Secretary of State of Indiana (2002 – 2010).

**[114]** Evidence leading to the White House via former Gov. ('hot mic') ('penance') (R-IN).

**[115]** The ("Holocaust") was the genocide of European Jews during World War II where Nazi Germany systematically murdered around six million across German-occupied Europe.

---

1    *Chapter 4: US District Courthouse ('laf-at-it'), IN (2007)* and *Chapter 12D: Becker Hearing*
2    *Chapter 12C: Firearms Hearing* (Hahn); *Seizing Hot Wings from Dangerous Spurs p.157*

## C.    Flying the Birds

**NOTE:** Following related events and associations to be referenced as ("Flying the Birds") associated to *9/11 (Sept. 11, 2001) p.161* significant in findings related to this matter:

**[116]** 1988: Pan Am Flight 103 was a transatlantic flight from ("Frankfurt"), Germany to Detroit, MI ['glove state'] via a *de oppresso liber* in London's Heathrow and New York City, NY.

**[117]** 1994: Frank Eugene Corder [FUC-K] 'running for office' on Sept. 11 crashing a Cessna into the South Lawn ['rose garden'] of the White House.

**[118]** 1994: American Eagle Flight 4184 crashed near ("Roselawn"), IN on Oct. 31 destined for ('Chicken-go, IL') with one of Weinschenk's uncles targeted: *Figure 8: Zodiac Map p.21*.

**[119]** 2001: Four coordinated terrorist attacks on 9/11: World Trade Center (2x), Pentagon (hole), and Shanksville, PA (believed destined for the White House): *Figure 20: 1997 Detour*, [291].

**[291]** 1989: Stony Creek Elementary (IN) Principal Harvey staged an incident in school library with unknown female teacher [Schwartz] and young student [Heffernan / moss cow] from another school first half of 1st Grade prior to moving across town to Forest Hill Elementary.

**[120]** 2012: *Benghazi Consulate Attack (Sept. 11, 2012) p.164* a coordinated attack against two U.S. government facilities in Benghazi, Libya resulting in the death of Ambassador Christopher Stevens and Sean Smith [973] whom Weinschenk was acquainted.

**[973]** Sean "Vile Rat" Smith was the head diplomat for Figure 13: Goonswarm (Bees): [152].

**[121]** 2014: Malaysia Airlines MH370 ( *Figure 4: Ohio SR542*; Numpad: 'around 5-4-2 + 1') was an international flight that disappeared Mar. 8 while flying from Kuala Lumpur, ('malaise') to Beijing, China believed lost in the ('Indiana') Ocean.

## D.    Significant Events

**NOTE:** Following related events and interpretations significant in guiding understandings:

**[122]** 2017: ISP investigation[3] out of Delphi, IN (Oracle) of Abigail Williams ('a big ail') and Liberty German (Holocaust) claimed murdered Feb. 13 on a trail by *Figure 3: Delphi Suspect*. A grainy figure off in the distance (bigfoot/viking) on a small boat out of Tippecanoe County.

**[123]** 2018: Noblesville West Middle School shooting May 25 where ('one more' [*redacted*]) shot student a ("Whistler"-blower) with teacher ("Seaman").

**[124]** Political sex scandals involving former US President Bill ("Cli[n]t-on"), A.I. Gore, and former Arkansas Gov. Frank D. White: *Table 5: Arkansas Governors p.155*.

---

3    https://www.in.gov/isp/crime-reporting/delphi-homicide-investigation/  (Referenced on front page of website)

| E. | *Wild Bird* | [Cartoon] | 4 Pages |



**Figure 1:** *Hot Spur*
White Hart Lane (Tottenham Hotspur F.C. mascot) by Alan Adams
Latin: *Calidum Stimulus ('CA dumb stimulus')*
G-Drive timestamped to Feb 21, 2019



**Figure 2: Sausage**
HBO's Game of Thrones
*(Character Theon Greyjoy)*



**Figure 3: Delphi Suspect**
Delphi, IN (Carroll County)
('Apex Predator / Big-foot')
https://www.in.gov/isp/ [Front Page]

**Figure 4: Ohio SR542**
"Taking the 5 with a one"
*Plane Flus (Mar. 8/July 17, 2014) p.164* [MH370]
(Numpad: 'around 5 – 4 – 2 with a 1')
Carrollton, OH (Carroll County)

**SUSPECT PROFILE:** A-pecks predator with big feet and two-horned ('little fucker'), presumably on a small boat, out of Tippecanoe County near Delphi, IN around Valentine's Day (US).







**Figure 5: Zodiac Serial Killer**
1969 Composite Sketch

**Figure 6: Zodiac Crosshair**

**Figure 7: D.B. Cooper**
1972 FBI Composite Sketch



**Figure 8: Zodiac Map**

**[1387]** David Landes (1962 – 1994, aged 32) center of egg shaped zodiac in Danville, IN, Daniel ('God as my Judge') and D.B. Cooper (a chicken) with a golden parachute over Washington. Clues ('spying') a ('world trade') policy with Lauren Spierer (2011) p.173. [4]

**[281]** FCI Terre Haute (IN) {Earth hot / hell} houses Aldrich ['all aiming to be rich'] Ames, a former CIA officer turned KGB double agent convicted in 1994, as well as 42 of 44 federal death row inmates.

---

4    https://www.justice.gov/sco-durham [Special Counsel John Durham, former US Attorney 'Connect-It']



**Figure 9: Remove Your Chickens (1963)**
August 5, 1963 from Noblesville Police Department
*(received by Thomas Weinschenk, plaintiff's father)*

[279] 1963: John F. Kennedy assassinated Nov. 22 while sitting in a presidential motorcade through Dealey Plaza.

| F.    Tree with Bees | Cartoon with FGM-148 Stingers |



**Figure 10: FBI Director Comey (Gnome)**
https://twitter.com/comey/status/1007721729148547072
(June 15, 2018)
*Chapter 7: EVE Online (2009 – 2018) p.97,* [968]



**Figure 11: FBI Director Comey (Trees)**
https://twitter.com/comey/status/
110993053138947Z768 (March 29, 2019)
*Benghazi Consulate Attack (Sept. 11, 2012) p.164*



**Figure 12: GetOffMyLAWN (Gnomes)**



**Figure 13: Goonswarm (Bees)**

## G.    Firearms Transcript (July 7, 2020)    Closing Argument *pp. 55,56* (Certifiable)[5]

MS. HAHN: Okay, thank you. Under the statute the State must show that the Respondent is a dangerous individual as defined by statute. I know the Court is very well aware of that statute so I'm not going to re-read that to you but I think first, I think the State can fall under any of the three prongs of the statute. First, the State has shown by clear and convincing evidence that Ryan presents an imminent risk of personal injury to another individual. Ryan is having these delusions that he is working for some branch of the government or they have him under surveillance. And Ryan feels like he is being stalked and being wronged by individuals, some of them including Noblesville P.D., some of them including the Indiana State Police. He's already -- he put this in his own words that he has carried out acts of violence against individuals, including one that he may or may not have believed was a police officer. He put in his own words that he was ready to cut someone's throat. I was under the understanding that he thought he was a police officer. If not, he was still charging at someone that he believed was a police officer. He's also had these conversations on the internet about taking out the vice president. I think that clearly shows that he does present an imminent risk of threat.

In addition to being an imminent threat, he may be a threat to others in the future. He has a diagnosed mental illness that may be controlled with medication. Whether or not he wants to admit it or not, in those medical records it shows that he was diagnosed with a mental illness. You have the medical records, you can review them. He was prescribed medication and continually refused to take the medication. The State is not required to wait until he takes the next step, until he acts on one of these multiple delusions that he has, that he can't tell the difference between a delusion and what is reality.

He's given us this in his own words and the timeline in his federal pleading. That's been admitted as evidence, you have it before you.

The State would further argue that through these delusions that Ryan has shown he has a propensity for violence. There's documented evidence that he has recorded himself about him taking acts against others, stabbing, charging, tripping. There are multiple incidents that we've talked about today. Based upon all of this the State would ask the Court to find that Ryan Weinschenk, Charles Ryan Weinschenk is a dangerous individual as defined by statute as he is an imminent threat to others. He has a diagnosed mental illness that could be controlled by medication but he is not taking the medication. And that he shows a propensity for violence.

### Rebuttal: *Chapter 12C: Firearms Hearing p.121*

**Narrative:** Seizure of ('hot wings') from the *Savory v. Cannon*, 947 F.3d 409 (7th Cir. 2020)(*en banc*); see also *FreeEats.com, Inc. v. Indiana*, 502 F.3d 590, 595 (7th Cir. 2007, Sept 12) with "extraordinary circumstances."

*Chapter 12: Noblesville, IN (February 2018 – 2020)* and *Chapter 12A: May 7, 2020 Investigation*

**[1181]** SYNOPSIS: Officers responding to request from May 6, 2020 day prior concerning online agitator attempting to instigate violence against police and attorneys with ongoing political investigation: Concurring twins with no criminal history, psychiatric history, (5) family present, calm scene, Social Media Excerpts p.25 (photographic evidence), etc.

**[1200]** SYNOPSIS: Prejudiced, maximally timed 6-day psychiatric evaluations of concurring twins for falsely claimed mental health crises and threats without any symptoms discovered following a calm scene they requested police investigate: w/wo medication and rule-outs on fictitious claimed delusion via medication of twin. Admitted as ("A-typical psycho…") with no history of illness while factually ruling out illness in the strongest terms.

**[1220]** SYNOPSIS: No history of illness or suspicion thereof and family testifying to such, prejudiced 6-day evaluation failing to observe a symptom, and Social Media Excerpts p.25 directly refuting state claims of illness. Verifiable evidence of Online Federal Investigation (2018 – Present) p.105 involving election meddling, past harassment by individuals claiming work on behalf of CIA in 2000, 2002, 2007 with 9/11 association; and Chapter 10: Delphi Serial Killer (2017). State of Indiana maintaining Firearms Transcript (July 7, 2020)   p.24: diagnosed illness, violent, imminent danger with state court finding against the facts as part of an intelligence operation.

---

5    *Exhibit: Evidence, July 7, 2020 V(2) p.55-56*

## H.    Social Media Excerpts[6]    4 Pages



**Figure 14: Black Puppy**
Filename: f75920648.png
Last Modified: Nov 16, 2019 (G-Drive)

---

6    *Exhibit: Social Media* for additional excerpts from 2019 to 2020. Modified confers the earliest timestamp.



**Figure 15: Trump x5**
Filename: f75960776.png
Last Modified: Nov 16, 2019 (Google Drive)

*TABLE OF CONTENTS*                                    *EVIDENCE*



**Figure 16: Salute**
Filename: f75935384.png
Last Modified: Nov 16, 2019 (Google Drive)



**Figure 17: National Audubon Society**
Filename: f0425984.png
Last Modified: Nov 16, 2019 (Google Drive)

" study built on two decades of data found that Veery breeding behavior beats meteorological models for predicting how bad a hurricane season will be. Are These Birds Better Than Computers at Predicting Hurricane Seasons?

**[265]** Crossfire Hurricane was the code name for the counterintelligence investigation undertaken by the FBI from July 31, 2016 – May 17, 2017, into links between Russian officials and associates of Donald Trump.

### J.     Coronavirus (SARS-CoV-2)



**Figure 18: Coronavirus (SARS-CoV-2)**
https://www.cdc.gov/dotw/covid-19/index.html



**Figure 19: Corona Mass Ejection (CME)**

## K.    Shanksville, PA



**Figure 20: 1997 Detour**

[291] 1989: Stony Creek Elementary (IN) Principal Harvey staged an incident in school library with unknown female teacher [Schwartz] and young student [Heffernan / moss cow] from another school first half of 1st Grade prior to moving across town to Forest Hill Elementary.



**Figure 21: Thanksgiving Day Parade**
"Boscov's Thanksgiving Day Parade"
"November 27, 1997 Philadelphia, PA"

## L.    Cute Animal Photos



**Figure 22: Cockapoo**
Name: Sophia [228]

**[228]** Sophia of Hanover (born Princess Sophia of the Palatinate; 14 Oct. 1630 – 8 June 1714) was the heiress presumptive to the British throne under the Act of Settlement 1701 and whose descendants succeed as monarch.



**Figure 23: Gray Joys**



**Figure 24: Satan Cock**

| M. | Table of Authorities as Evidence |
|---|---|

**NOTE:** Non-comprehensive, precedential authorities suspected influenced for this narrative.

**[125]** Twigbal [Q/Spur in Arial]: *Ashcroft v. Iqbal*, 556 U.S. 662 (2009) and *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007) the federal civil ('prayer for relief/pleading') standards; see also ('ashen nest') with *Figure 1: Hot Spur* atop a pile of ('trea-sors/twigs') tormenting defendants.

**[126]** *BMW of North America, Inc. v. Gore*, 517 U.S. 559 (1996) limits punitive damages pursuant *Due Process* clauses: *Figure 1: Hot Spur* getting slammed, see as *Car v. Gore*.

**[127]** *Bush v. Gore*, 531 U.S. 98 (2000) settled a recount dispute in Florida's presidential election involving hanging chads: ('dripping phallus').

**[128]** *Butz v. Economou*, 438 U.S. 478 (1978) allowing *Bivens* claims against cabinet level officials. Appellant father of plaintiff's cousin and a suspected attack vector on the judiciary: extended family all ('screwed by name').

**[129]** *FreeEats.com, Inc. v. Indiana*, 502 F.3d 590, 595 (7th Cir. 2007, Sept 12); see also *Younger v. Harris*, 401 U.S. 37, 91 S.Ct. 746, 27 L.Ed.2d 669 (1971) dealing with *Younger Abstention* holding that federal courts should abstain from cases that are pending in state proceedings.

**[130]** *Heck v. Humphrey*, 512 U.S. 477 (1994) ['*Heck*-barred' / grilled] was a direct appeal from an Indiana conviction that prevents an individual from bringing a claim under 42 U.S.C. § 1983 for an unconstitutional conviction pending reversal or invalidation of original conviction.

**[131]** *Irvine v. Rare Feline Breeding Center* 685 N.E.2d 120 (Ind. Ct. App. 1997) dealing with strict liability and dangerous animals as basis for *Figure 14: Black Puppy* (danger dog): [1537].

**[132]** *Ocasio v. United States*, 578 U.S. ___ (2016) dealing with conspiracies: [719], [1530].

**[133]** *Savory v. Cannon*, 947 F.3d 409 (7th Cir. 2020)(*en banc*) dealing with fabricated (imaginary) evidence; see also *Figure 1: Hot Spur*, *Figure 29: Basan p.58*, and *Establishment Clause* cock-worshiping praying/preying on god cocks.

**[134]** *Totten v. United States*, 92 U.S. 105 (1875) ruled on judicial jurisdiction in espionage cases; see also Tottenham Hotspur F.C. near London, UK.

**[135]** *Younger v. Harris*, 401 U.S. 37 (1971) held federal courts are required to abstain from civil rights tort claims brought by a person currently prosecuted for a matter arising from said claim.

## N.    Judicially Noticeable References

| | | | |
|---|---|---|---|
| *Biographies*........................................................*33* | *State and Local Officials*....................................*38* |
| *Federal Judges*..................................................*34* | *Royal Family*......................................................*38* |
| *Federal Officials*...............................................*35* | *Kennedy Facts*....................................................*38* |
| *Foreign Politicians*...........................................*37* | *Other Facts*........................................................*38* |

*See also Reckless Indifference to Human Life p.158 and CARDs (Abductions / Haruspex) p.171*

## Biographies

**[136]** Jeffrey Bezos (born 1964) founded Amazon in 1994 where he served as the president and CEO. With a net worth of around US$177 billion as of Mar. 2022, Bezos is the second-wealthiest person in the world.

**[137]** Larry Joe Bird (born 1956) is an American former professional basketball player drafted 6th in 1978 for the Boston Celtics later nicknamed "the Hick from French Lick (IN)."

**[138]** Jeffrey Edward Epstein (1953 – Aug. 10, 2019) was an American convicted sex offender and former financier arrested again on July 6, 2019 on federal charges for sex trafficking, and he died in his jail cell on August 10, 2019. Epstein had a decades-long association with British socialite Ghislaine Maxwell, leading to her 2021 conviction. Epstein also maintained long-term relationships with high-profile men including George J. Mitchell, Bill Richardson, Donald Trump, Leslie Wexner, Bill Clinton, Alan Dershowitz, and Prince Andrew, Duke of York.

**[139]** Pablo Emilio Escobar Gaviria (1949 – 1993) was a Colombian drug lord who was the founder and sole leader of the Medellín Cartel dubbed "The King of Cocaine."

**[140]** Gaius Caesar Augustus Germanicus, known by his nickname Caligula, was the third Roman emperor (37 – 41 A.D.) known for his cruelty, sadism, extravagance, and sexual perversion presented as an insane tyrant.

**[141]** Carl Icahn (born 1936) is an American financier with a reputation as a "corporate raider" after profiting from a hostile takeover of Trans World Airlines and former Special Advisor on Regulatory Reform (2017).

**[142]** Jeffrey Robert Immelt (born 1956) served as the CEO of General Electric (2001 – 2017) and CEO of GE's Medical Systems division (1997 – 2000).

**[143]** Martin Luther King Jr. (1929 – April 4, 1968) was an American Baptist minister and activist who became the most visible spokesman and leader in the civil rights movement from 1955 until his assassination in Memphis, TN.

**[144]** Osama bin Mohammed bin Awad bin Laden (1957 – 2011) was a Saudi terrorist and founder of the Pan-Islamic militant organization al-Qa'ida: [8].

**[8]** The U.S. State Department designated al-[Q]a'ida (AQ) ['been laid, IN'] a foreign terrorist organization on Oct. 8, 1999 with whom defendants conspired on 9/11 (Sept. 11, 2001) p.161.

**[145]** Monica Samille Lewinsky (born 1973) was a White House intern (1995 – 1996) whom President Clinton admitted having an affair.

**[146]** Ghislaine Maxwell (born 1961) is a British former socialite and convicted sex offender found guilty in 2021 of child sex trafficking and other offenses in connection with financier and convicted sex offender Jeffrey Epstein.

**[147]** Raymond McGovern (born 1939) was a CIA analyst (1963 – 1990) turned activist who in the 1980s chaired the National Intelligence Estimates and prepared the President's Daily Brief; Intelligence Commendation Medal at his retirement, returning it in 2006; and post-retirement work includes commenting for Consortium News, RT, and Sputnik News, among other outlets, on intelligence and foreign policy issues. McGovern is an outspoken critic of torture and CIA.

**[148]** Martha Mitchell (1918 – 1976) was wife of John Mitchell, U.S.A.G. (1969 – 1972) under President Nixon.

**[149]** Elon Musk (born 1971) is an entrepreneur and business magnate; founder, CEO, and Chief Engineer at SpaceX; early-stage investor, CEO, and Product Architect of Tesla, Inc.; founder of The Boring Company; and co-founder of Neuralink and OpenAI. Musk co-founded online bank X.com, which merged with Confinity in 2000 to form PayPal. The company was purchased by eBay in 2002 for $1.5 billion. With an estimated net worth of around US$270 billion as of March 2022, Musk is the wealthiest person in the world.

**[150]** J. Robert Oppenheimer (1904 – 1967) was an American theoretical physicist and professor of physics at the University of California, Berkeley; head of the Los Alamos Laboratory; and credited as the "father of the atomic bomb" for the Manhattan Project.

**[151]** Orenthal James (O.J. / "Juice") Simpson (born 1947) is an American former football running back, broadcaster, actor, and advertising spokesman. Once a popular figure with the U.S. public, he is now best known for being tried for the murders of his former wife, Nicole Brown Simpson, and her friend Ron Goldman in 1994. Simpson acquitted of the murders in criminal court, but was later found responsible for both deaths in a civil trial.

**[152]** Sean Smith (1978 – Sept. 11, 2012) was an information management officer with the U.S. Foreign Service killed during the *Benghazi Consulate Attack (Sept. 11, 2012) p.164*, and an active community member as part of *Chapter 7: EVE Online (2009 – 2018)*.

**[153]** Edward Snowden (born 1983) was a consultant who leaked a highly classified mass surveillance program by the National Security Agency in 2013 while an employee and subcontractor for the CIA.

**[154]** Linda Rose Tripp (1949 – 2020) was a civil servant in the 1998 Clinton–Lewinsky scandal.

## Federal Judges

**[155]** Samuel Anthony Alito Jr. is an associate justice of the Supreme Court of the United States (2006 – Present); and circuit judge of the U.S. Court of Appeals for the 3rd Circuit (1990 – 2006).

**[156]** Amy Vivian Coney Barrett is an associate justice of the Supreme Court of the United States (Oct. 27, 2020 – Present); circuit judge on the U.S. Court of Appeals for the 7th Circuit (2017 – 2020); and in 2010 appointed by Chief Justice Roberts to serve on the Advisory Committee for the Federal Rules of Appellate Procedure.

**[157]** Mark J. Dinsmore appointed U.S. Magistrate Judge on Dec. 17, 2010 for the U.S. District Court for the Southern District of Indiana. Prior to his appointment, he was with the law firm of Barnes & Thornburg LLP, where he had practiced since 1996.

**[158]** Ruth Bader Ginsburg (1933 – Sept. 18, 2020) was an associate justice of the United States Supreme Court (1993 – 2020) until her death from pancreatic cancer.

**[159]** Neil Gorsuch is an associate justice of the Supreme Court of the United States (2017 – Present); and circuit judge from the 10th Circuit Court of Appeals (2006 – 2017).

**[160]** Brett Kavanaugh is an associate justice of the Supreme Court of the United States, and a former circuit judge for the U.S. Court of Appeals for the District of Columbia (2006 – 2018).

**[161]** Judge James Patrick Hanlon was sworn in as U.S. District Judge for the Southern District of Indiana on Nov. 13, 2018; nominated by President Trump on April 12, 2018. Hanlon was a partner at Faegre Baker Daniels LLP for 12 years prior to his taking the bench.

**[162]** John Glover Roberts Jr. is chief justice of the United States (2005 – Present); circuit judge for the Court of Appeals for the District of Columbia (2003 – 2005); principal Deputy Solicitor General of the United States (1989 – 1993); and associate Counsel to the President (1982 – 1986).

**[163]** Clarence Thomas is an associate justice of the Supreme Court of the United States (1991 – Present); circuit judge of the Court of Appeals for the District of Columbia (1990 – 1991); chair of the Equal Employment Opportunity Commission (1982 – 1990); and 2nd African-American on the court: ('judicially noticeable black').

## Federal Officials

**[164]** Madeleine Jana Korbel Albright (born Marie Jana Korbelová; 1937 – March 23, 2022) served as U.S. Secretary of State (1997 – 2001) and Ambassador to the United Nations (1993 – 1997).

**[165]** James Jesus Angleton (1917 – May 11, 1987) was Chief of Counterintelligence (1954 – 1975) for the CIA who became convinced the agency harbored a high-ranking mole.

**[166]** William Pelham Barr is an American attorney who served as U.S. Attorney General (2019 – 2020, 1990 – 1991); and corporate lawyer (1994 – 2008).

**[167]** Birch Evans Bayh III (D-IN) served as senator from Indiana (1999 – 2011), 46th Governor of Indiana (1989 – 1997), and said a 2nd choice for vice president under President Obama.

**[168]** Samuel "Sandy" Berger served as the 19th National Security Advisor for President Clinton (1997 – 2001) and Deputy National Security Advisor (1993 – 1997).

**[169]** Joseph Robinette Biden Jr. (D-DE) is the 46th and current President of the United States, and 47th Vice President (2009 – 2017) under President Barack Hussein Obama.

**[170]** Sidney Stone Blumenthal (born 1948) is a political operative and former aide to President Clinton, long-time confidant of Hillary Clinton, and former employee of the Clinton Foundation.

**[171]** William Burns served as Director of the D/CIA March 19, 2021; David Cohen Deputy Director of the D/CIA Jan. 20, 2021; and *Figure 1: Hot Spur* a flaming god-cock.

**[172]** Peter Paul Montgomery Buttigieg (D-IN) (born 1982) is an openly gay American politician and former military officer serving as the U.S. Secretary of Transportation; and former Mayor of South Bend, IN (2012 – 2020).

**[173]** Hillary Rodham Clinton (D-NY) served as the U.S. Secretary of State (2009 – 2013), Senator from New York (2001 – 2009), First Lady of the United States (1993 – 2001), wife of President Bill Clinton, and democratic nominee for president in the 2016 election.

**[174]** William Jefferson Clinton served as the 42nd President (1993 – 2001), Governor of Arkansas (1979 – 1981, 1983 – 1992), and attorney general of Arkansas (1977 – 1979).

**[175]** Daniel Ray Coats (R-IN) served as Director of National Intelligence (2017 – 2019), Senator from Indiana (1989 – 1999), again (2011 – 2017), Ambassador to Germany (2001 – 2005), Representative from Indiana (1981 – 1989), and on the Select Committee on Intelligence while in the U.S. Senate.

**[176]** James Comey Jr. was the 7th Director of the FBI (2013 – 2017), US Deputy Attorney General (2003 – 2005), and US Attorney for Southern District of New York (2002 – 2003).

**[177]** Ronald Dion DeSantis is Governor of Florida (2019 – Present) and U.S. Representative (2013 – 2018).

**[178]** John Deutch (born 1938) was born in Brussels, Belgium of Russian Jewish heritage; later became a United States citizen in 1945; earned a Master of Science degree in chemical engineering; PhD in chemistry from MIT in 1966; and is an emeritus professor at MIT in Cambridge, MA near Boston, MA. Deutch published two physical-chemistry papers (in, *Combustion and Flame*, 1978, vol 231 pp.215–221 and 223-229) modeling fuel-air mixtures.

**[179]** John Deutch (born 1938) served as Director of the CIA (May 10, 1995 – Dec. 15, 1996); Deputy Secretary of Defense (1994 – 1995); and Department of Energy's Director of Energy Research, and Undersecretary of the Department of Energy (1977 – 1980).

**[180]** John Henry Durham (born 1950) was the U.S. Attorney for the District of Connecticut (2017 – 2021), and special counsel running the Trump-Russia Investigation.

**[181]** Michael Flynn was National Security Advisor (Jan. 22, 2017 – Feb 13, 2017), Director of the Defense Intelligence Agency (2012 – 2014), and U.S. Army officer (1981 – 2014).

**[182]** Harry Robbins "Bob" Haldeman (1926 – 1993) served as White House Chief of Staff to President Richard Nixon, and caused Nixon's consequent involvement in the Watergate scandal.

**[183]** Kamala Harris (D-CA) is the 49th and current Vice President of the United States, Senator from California (2017 – 2021), first female vice president and highest-ranking female official in U.S. history, and first African/Asian American vice president.

**[184]** Gina Cheri Walker Haspel (born 1956) was 7th Director of the CIA (2018 – 2021), 6th Deputy Director of the CIA (2017 – 2018), Director of the National Clandestine Service (2013), and CIA officer from 1985 until retirement.

**[185]** John Dennis Hastert (D-IL) served as the 51st Speaker of the U.S. House of Representatives (1999 – 2007), Representative from Illinois (1987 – 2007), and a convicted serial child rapist.

**[186]** John Fitzgerald Kennedy (D-MA: Boston) served as 35th President of the United States (1961 – Nov. 22, 1963); Senator from Massachusetts (1953 – 1960), and Representative from MA's 11th District (1947 – 1953).

**[187]** John Kerry (D-MA: Boston) is the first U.S. Special Presidential Envoy for Climate; 68th U.S. Secretary of State (2013 – 2017); Senator from Massachusetts (1985 – 2013); Democratic nominee for President of the United States in 2004; former prosecutor and lieutenant governor of Massachusetts; commanded a swift-boat in Vietnam; and married into the Heinz ketchup family.

**[188]** Albert Arnold Gore Jr. (D-TN) served as 45th Vice President of the U.S. (1993 – 2001), Senator from Tennessee (1985 – 1993), and Representative from Tennessee (1977 – 1985).

**[189]** Sen. Richard Green "Dick" Lugar (R-IN) was chairman of the Senate Foreign Relations Committee (2003 – 2007), chair of Senate Agriculture Committee (1995 – 2001), senator from IN (1977 – 2013), and Mayor of Indianapolis (1968 – 1976).

**[190]** James "Mad Dog" Mattis was 26th U.S. Secretary of Defense (Jan. 2017 – Jan. 2019), and a retired US Marine Corps four-star general.

**[191]** Robert Swan Mueller III was the 6th Director of the FBI (Sept. 4, 2001 – 2013), and U.S. Deputy Attorney General (2001).

**[192]** Barack Hussein Obama II (D-IL) served as the 44th President of the United States (2009 – 2017), Senator from Illinois (2005 – 2008), and first African-American president.

**[193]** Alexandria Ocasio-Cortez (D-NY), also known by her initials AOC, is the Representative for New York's 14th congressional district (2019 – Present), the youngest woman ever in Congress, proponent of the Green New Deal, and former bartender.

**[194]** Leon Panetta (D-CA) was Secretary of Defense (2011 – 2013), Director of the CIA (2009 – 2011), White House Chief of Staff (1994 – 1997), Director of the Office of Management and Budget (1993 – 1994), and Representative from California. (1977 – 1993).

**[195]** Nancy Pelosi (D-CA) is the 52nd Speaker/Minority Leader of the U.S. House of Representatives (2011 – Present), and Representative from California (1987 – Present).

**[196]** Mike Pence (R-IN) served as the 48th Vice President of the United States (2017 – 2021), 50th Governor of Indiana (2013 – 2017), and Representative from Indiana (2001 – 2013).

**[197]** Michael Richard Pompeo (R-KS) served as 70th U.S. Secretary of State (2018 – 2021), Director of the CIA (2017 – 2018), and Representative from Kansas (2011 – 2017).

**[198]** Ross Perot (I-TX) ran unsuccessfully for President of the United States in 1992 and 1996.

**[199]** James Danforth Quayle (R-IN) served as the 44th Vice President of the United States (1989 – 1993) under President Bush, senator from Indiana (1981 – 1989), and representative from Indiana's 4th District (1977 – 1981).

**[200]** John Ratcliffe (R-TX) served as Director of National Intelligence (2020 – 2021), representative from Texas (2015 – 2020), mayor of Heath, TX (2004 – 2012), and lemmings committing suicide a common misconception.

**[201]** Theodore Edward Rokita (R-IN) is the 44th Attorney General of Indiana (2021 – Present), Representative from Indiana's 4th District (2011 – 2019), and Indiana Secretary of State of Indiana (2002 – 2010).

[202] Chuck Schumer (D-NY) served as Senate Majority Leader (2021 – Present), Chair of the Democratic Senate Policy Committee (2011 – 2017), … Senator from New York (1999 – Present), and Representative from New York's 9th District (1981 – 1999).

[203] Victoria Spartz (R-IN: Noblesville) served as Representative from Indiana's 5th District (2021 – Present), Indiana senator (2017 – 2020), first Ukrainian-born member of the U.S. Congress, and first member born in what was a Soviet republic.

[204] John Christopher Stevens (1960 – Sept. 11, 2012) served as U.S. Ambassador to Libya (May 22, 2012 – Sept. 11, 2012) during the *Benghazi Consulate Attack (Sept. 11, 2012) p.164*.

[205] George Tenet was Director of the CIA (July 11, 1997 – July 11, 2004).

[206] Donald Trump (R-FL) served as the 45th President of the United States (2017 – 2021), and he was a real estate developer prior to his inauguration.

[207] Martin Joseph Walsh (D-MA) is the 29th U.S. Secretary of Labor (March 23, 2021 – Present); 54th Mayor of Boston, MA (2014 – 2021); and member of the Massachusetts House of Representatives for the 13th Suffolk District (1997 – 2014).

[208] William Hedgcock Webster served as chair of the Homeland Security Advisory Council (2005 – 2020), circuit judge of the 8th Circuit Court, district judge of the Eastern District of Missouri, Director of the FBI (1978 – 1987), and Director of CIA (1987 – 1991).

[209] William Childs Westmoreland (1914 – 2005) was Chief of Staff of the U.S. Army (1968 – 1972) and commander of U.S. forces during the Vietnam War (1964 – 1968).

[210] James Woolsey Jr. was Director of the CIA (Feb. 5, 1993 – Jan. 10, 1995).

[211] Christopher Asher Wray served as 8th Director of the FBI (2017 – Present) and Assistant Attorney General (Sept. 11, 2003 – 2005).

## Foreign Politicians

[212] Recep Tayyip Erdoğan (born 1954) is the 12th President of Turkey, and Prime Minister of Turkey (2003 – 2014). His daughter Esra graduated from Indiana University in 2003 and married in 2004.

[213] Muammar al-Gaddafi (1942 – Oct. 20, 2011) was leader of Libya (1969 – 2011).

[214] Mikhail Sergeyevich Gorbachev (born 1931) was President of the Soviet Union (1990 – 1991), and the General Secretary of the Communist Party (1985 – 1991).

[215] Muhammed Fethullah Gülen (born 1941) is a Turkish Islamic scholar, preacher, and a one-time opinion leader, as de facto leader of the Gülen Movement; citizen of Turkey (until his de-naturalization in 2017); and local state imam (1959 – 1981). Since 1999, Gülen has lived in self-exile in the US near Saylorsburg, PA.

[216] Saddam Hussein (1937 – Dec. 30, 2006) served as the 5th President of Iraq (1979 – 2003) and leading member of the revolutionary Arab Socialist Ba'ath Party.

[217] Alexander Boris de Pfeffel Johnson (born 1964) is Prime Minister of the United Kingdom (2019 – 2022); Leader of the Conservative Party (2019 – Present); Secretary of State for Foreign and Commonwealth Affairs (2016 – 2018); and Mayor of London (2008 – 2016).

[218] Emmanuel Jean-Michel Frédéric Macron (born 1977) served as President of France (2017 – Present); Minister of Economics, Industry, and Digital Affairs (2014 – 2016); and Assistant General Secretary of the President (2012 – 2014).

[219] Vladimir Vladimirovich Putin has been serving as the president of Russia (2012 – Present, 2000 – 2008); prime minister of Russia (1999 – 2000, 2008 – 2012); and KGB foreign intelligence officer for 16 years, rising to the rank of lieutenant colonel, before resigning in 1991.

**[220]** Frank-Walter Steinmeier is President of Germany (2017 – Present); Federal Minister of Foreign Affairs (2005 – 2009, 2013 – 2017); Vice Chancellor of Germany (2007 – 2009); and chairman-in-office of the Organization for Security and Co-operation in Europe (OSCE) in 2016.

## State and Local Officials

**[221]** Andrew Mark Cuomo served as the 56th Governor of New York (2011 – 2021).

**[222]** Mitch Daniels (R) served as Governor of Indiana (2005 – 2013), 33rd Director of the Office of Management and Budget (2001 – 2003), White House Director of Political and Intergovernmental Affairs (1985 – 1987), President of Purdue University (2013 – Present), and has four daughters: Meagan, Melissa, Meredith, and Maggie.

**[223]** Eric Holcomb (R) served as Governor of Indiana (2017 – Present), Lieutenant Governor (2016 – 2017), advisor to governor Mitch Daniels (2003 – 2011), and graduated from Hanover College in Indiana.

**[224]** Chris Jensen (R) served as Mayor of Noblesville (IN) (2020 – Present); Noblesville Common Council (2016 – 2019); executive director of the 2016 Indiana Bicentennial Commission; in the administration of former Gov. Mitch Daniels; special assistant to Lt. Gov. Becky Skillman; and Director of Intergovernmental Affairs, where he served as the key link between the Lt. Governor's office and local units of government.

**[225]** Dennis Quakenbush is the Hamilton County (IN) Sheriff (2018 – Present).

## Royal Family

**[226]** Charles, Prince of Wales (Charles Philip Arthur George; born 1948), is the heir apparent to the British throne as the eldest son of Queen Elizabeth II and Prince Philip, Duke of Edinburgh. He has been heir apparent as well as Duke of Cornwall and Duke of Rothesay since 1952 and is both the oldest and the longest-serving heir apparent in British history. He is the longest-serving Prince of Wales, having held the title since July 1958. Upon the death of his father on April 9, 2021, Charles also inherited the title of Duke of Edinburgh.

**[227]** Prince Andrew, Duke of York (Andrew Albert Christian Edward; born 1960) is a member of the British royal family; third child and second son of Queen Elizabeth II and Prince Philip, Duke of Edinburgh; and ninth in the line of succession to the British throne.

**[228]** Sophia of Hanover (born Princess Sophia of the Palatinate; 14 Oct. 1630 – 8 June 1714) was the heiress presumptive to the British throne under the Act of Settlement 1701 and whose descendants succeed as monarch.

**[229]** Diana Frances Spencer (1961 – Aug. 31, 1997) was a member of the British royal family; first wife of Charles, Prince of Wales and heir apparent to the British throne; and mother of Princes William and Harry.

## Kennedy Facts

**[230]** USS John F. Kennedy (CV-67) is an aircraft carrier and variant of the Kitty Hawk-class. After nearly 40 years of service, John F. Kennedy was officially decommissioned on August 1, 2007.

**[231]** USS John F. Kennedy (CVN-79) is the second Gerald R. Ford-class aircraft carrier launched Oct. 29, 2019.

**[232]** The Kennedy half dollar, first minted in 1964, is a fifty-cent coin currently issued by the United States Mint. Intended as a memorial to the assassinated 35th President of the United States John F. Kennedy, it was authorized by Congress just over a month after his death.

**[233]** PT-109 is a 1963 American Technicolor Panavision biographical war film depicting the actions of John F. Kennedy as an officer of the U.S. Navy in the Pacific theater of World War II.

## Other Facts

**[234]** Al-Qaeda ('the Base' or 'the Foundation', alternatively spelled al-Qaida and al-Qa'ida) is a multinational militant Sunni Islamic extremist network founded in 1988 by Osama bin Laden, Abdullah Azzam, and several others during the Soviet – Afghan War (1979 – 1989): [8].

**[235]** The United Soviet Socialist Republic (Soviet Union or USSR) (1922 – 1991) was a socialist and communist state spanning much of Eurasia.

**[236]** Swift Vets and POWs for Truth was a political (527 Group) of United States Swift boat veterans and former prisoners of war of the Vietnam War formed during the 2004 presidential election campaign to oppose John Kerry's candidacy for the presidency.

**[237]** Heckler & Koch GmbH is a German defense manufacturing company that manufactures handguns, rifles, submachine guns, and grenade launchers near Fort Benning, GA.

**[238]** Fort Benning is a United States Army post straddling the Alabama – Georgia border next to Columbus, GA. Fort Benning supports more than 120,000 active-duty military, family members, reserve component soldiers, retirees and civilian employees on a daily basis.

**[239]** The Hatch Act of 1939 is a United States federal law prohibiting civil service employees in the executive branch of the federal government, except the president and vice president, from engaging in political activity.

**[240]** Shia Islam or Shi'ism is the second-largest branch of Islam.

**[241]** The Poor Fellow-Soldiers of Christ and of the Temple of Solomon, also known as the Order of Solomon's Temple, the Knights Templar, or simply the Templars, was a religious order taking part in the crusades.

**[242]** Green New Deal (GND) proposals call for public policy to address climate change along with achieving other social aims like job creation and reducing economic inequality.

**[243]** Havana Syndrome is a set of medical symptoms with unknown causes (directed energy) experienced mostly abroad by U.S. government officials and military personnel.

**[244]** The Great Fire of Rome was an urban fire in 64 AD burning two thirds of Rome. Emperor Nero blamed the devastation on the Christian community in the city, initiating the empire's first persecution against the Christians.

**[245]** In the religion of ancient Rome, a haruspex was a person trained to practice a form of divination called haruspicy, the inspection of the entrails of sacrificed animals, especially the livers of sacrificed sheep and poultry.

**[246]** The original World Trade Center (April 4, 1973 – Sept. 11, 2001) was a complex of seven buildings in Lower Manhattan in New York City, NY.

**[247]** Avian (or bird) flu is caused by influenza viruses that occur naturally among birds. The highly pathogenic H5N1 variant is deadly to domestic fowl (such as chickens) and can be transmitted from birds to people.

**[248]** Embryonic stem cells (ESCs) are stem cells derived from undifferentiated human embryos.

**[249]** The Buk is a family of self-propelled, medium-range surface-to-air missile systems developed by the Soviet Union and its successor state, the Russian Federation, designed to counter cruise missiles, smart bombs, fixed- and rotary-wing aircraft, and drones.

**[250]** The Apprentice (2004 – 2017) is an American reality television program that judges the business skills of contestants. Episodes ended with host Donald Trump eliminating one contestant with: "You're fired!"

**[251]** Golden Ticket Attacks give unfettered access and the ability to forge new commands.

**[252]** Clinton Cash: The Untold Story of How and Why Foreign Governments and Businesses Helped Make Bill and Hillary Rich is a 2015 New York Times bestselling book.

**[253]** X-Files (1993 – 2002) is one of the longest-running science-fiction series in network TV history. FBI special agent Fox Mulder investigated unexplained, mind-bending cases known as "X-Files" by conspiracy theorists.

**[254]** *Deus vult* (Latin: 'God wills it') is a Latin Catholic motto associated with the Crusades.

**[255]** The United States Disciplinary Barracks (USDB) colloquially known as Leavenworth, is a military correctional facility located on Fort Leavenworth, a United States Army post in Kansas.

**[256]** Butter Bar (2nd Lieutenant): Junior commissioned officer rank in the US Army, Air Force and Marines, or ensign in the US Navy or Coast Guard.

**[257]** North Atlantic Treaty Organization (NATO) constitutes a system of collective security, whereby its independent member states agree to mutual defense in response to an attack by any external party. It was established during the Cold War in response to the threat posed by the Soviet Union. NATO headquarters is located in Brussels, Belgium, while the headquarters of Allied Command Operations is near Mons, Belgium.

**[258]** The Whitewater Controversy was a political controversy during the 1990s involving the real estate investments of Bill and Hillary Clinton in Whitewater Development Corporation (1979) to develop properties along the White River near Flippin, AR.

**[259]** The 1987 Pan American Games, officially known as the X Pan American Games, was a major international multi-sport event held in Indianapolis, IN between Aug. 7 – 23, 1987; official mascot a parrot.

**[260]** The Gulf War (Aug. 2, 1990 – Jan. 17, 1991) was an armed campaign waged by a United States-led coalition against Iraq in response to the invasion and annexation of Kuwait.

**[261]** The Vietnam War (1955 – 1975) was a conflict in Vietnam, Laos, and Cambodia.

**[262]** Purdue University is a public land-grant research university in West Lafayette, IN, and the flagship campus of the Purdue University system founded in 1869.

**[263]** Indiana University is a public university in Bloomington, IN, and the flagship campus of Indiana University founded in 1820.

**[264]** Ivy Tech Community College was founded as Indiana's Vocational Technical College founded in 1963 with numerous campuses located throughout the State of Indiana.

**[265]** Crossfire Hurricane was the code name for the counterintelligence investigation undertaken by the FBI from July 31, 2016 – May 17, 2017, into links between Russian officials and associates of Donald Trump.

**[266]** Special Counsel investigation was an investigation into Russian interference in the 2016 United States elections, links between associates of Donald Trump and Russian officials, and possible obstruction of justice by Trump and his associates conducted by special prosecutor Robert Mueller from May 2017 to March 2019. It was also called the Russia investigation.

**[267]** According to Richard Miniter: "Never once in his two-year tenure did CIA director James Woolsey ever have a one-on-one meeting with Clinton. Even semi-private meetings were rare. They only happened twice." Woolsey told me: "It wasn't that I had a bad relationship with the president. It just didn't exist."

**[268]** According to Paula Kaufman on *Insight on the News*: "Remember the guy who in 1994 crashed his plane onto the White House lawn? [117] That was me trying to get an appointment to see President Clinton." quoting former CIA Director James Woolsey.

**[269]** The Troubled Asset Relief Program (TARP) was instituted by the U.S. Treasury following the 2008 financial crisis. TARP stabilized the financial system by having the government buy mortgage-backed securities and bank stocks. From 2008 to 2010, TARP invested $426.4 billion in firms and recouped $441.7 billion in return.

**[270]** The Waffen-SS was the combat branch of the Nazi Party's Schutzstaffel (SS) organization.

**[271]** Ra is the sun god of Ancient Egypt; later merged with others such as Horus, becoming Ra-Horakhty (the morning sun), Amun (as noonday sun), and Atum (the evening sun) associated with primal life-giving energy.

**[272]** The Crossroads of America is the official motto of the State of Indiana.

**[273]** The Zodiac Killer is the pseudonym of a serial killer who operated in Northern California in the late 1960s described as the most famous unsolved murder case.

**[274]** D. B. Cooper is a media epithet used to refer to an unidentified man who hijacked a Boeing 727 aircraft in United States airspace between Portland, OR and Seattle, WA on the afternoon of Nov. 24, 1971. (1 day before Thanksgiving) He extorted $200,000 in ransom and parachuted over Washington state.

**[275]** Agent Orange was a tactical herbicide the U.S. military used to clear leaves and vegetation for military operations mainly during the Vietnam War.

| IV. TWIGBAL (Facts) |
|---|
| I hereby certify under penalty of perjury the included claims to be true and correct to the best of my knowledge. Claims involve a form of induced amnesia, many referenced events only partially recalled, involved parties likely cannot corroborate any or all claims, and recovery ongoing. |

## Preface

**[276] SYNOPSIS:** *Wild Bird Chase p.154* (*Twigbal [Q] p.153*) a best fit model with ideas matched phonetically through use of metaphor, innuendo, and double-entendre acted out in real life as a cartoon with a *Reckless Indifference to Human Life p.158*: [492], [1367], [178], [179], [1286].

**Cocks (phallic):** plaintiff, chickens, aircraft (birds), missiles, Ds, spurs
**Vaginas (clitoral):** Washing-ton, fields, pink, flowers, bars, Cli[n]t-on, (D-IN), ash-blondes

**[277]** 1961: The Bay of Pigs Invasion was a failed landing operation on the southwestern coast of Cuba by exiles who opposed Fidel Castro's Cuban Revolution, which was covertly financed and directed by the U.S. government under President John F. Kennedy.[7]

**[278]** 1962: The Cuban Missile Crisis (Oct. 16 – Nov. 20, 1962) was a confrontation between the United States and the Soviet Union which escalated into an international crisis following deployments of missiles in Italy and Turkey matched by Soviet deployments in Cuba.

**[279]** 1963: John F. Kennedy assassinated Nov. 22 while sitting in a presidential motorcade through Dealey Plaza.

**[280]** Circa 1990 there existed a CIA "mole hunt" team searching for Soviet spies targeting Warrenton Training Center (WTC) in Virginia.

**[281]** FCI Terre Haute (IN) {Earth hot / hell} houses Aldrich ['all aiming to be rich'] Ames, a former CIA officer turned KGB double agent convicted in 1994, as well as 42 of 44 federal death row inmates.

**[282]** "Selling out" is a common expression for the compromising of a person's integrity, morality, authenticity, or principles in exchange for personal gain, such as money.

**[492]** Stargate Project was the 1991 code name for a secret U.S. Army unit established in 1978 at Fort Meade, MD by the Defense Intelligence Agency (DIA) and SRI International (a California contractor) investigating psychic phenomena in military and domestic intelligence applications: aka Men Who Stare at Goats.

**[1367]** John Weinschenk (1944 – 1978, aged 33) (aka "God") passed away the same year the Stargate project ("Men Who Stare at Goats") involving psychic manipulation of the animals initiated: ('gateways to heaven') with a Hot Spur p.152 res ipsa loquitur!

**[178]** John Deutch (born 1938) was born in Brussels, Belgium of Russian Jewish heritage; later became a United States citizen in 1945; earned a Master of Science degree in chemical engineering; PhD in chemistry from MIT in 1966; and is an emeritus professor at MIT in Cambridge, MA near Boston, MA. Deutch published two physical-chemistry papers (in, Combustion and Flame, 1978, vol 231 pp.215–221 and 223-229) modeling fuel-air mixtures.

**[179]** John Deutch (born 1938) served as Director of the CIA (May 10, 1995 – Dec. 15, 1996); Deputy Secretary of Defense (1994 – 1995); and Department of Energy's Director of Energy Research, and Undersecretary of the Department of Energy (1977 – 1980).

**[1286]** Cousin President of Connectivity Services at Comcast (XFINITY), his father appellant in Butz v. Economou, 438 U.S. 478 (1978), and his son attended Emory University in Atlanta, GA adjacent to headquarters for Centers for Disease Control and Prevention (CDC).

**[283]** Single blind (one eyed monster) unaware who people were or able to recall prior incidents. Otherwise taking the 5th following fabrication of evidence by jurisdictional-ly confused officers. Often imparted autism so heightened awareness, inability to respond, and memory formation impaired. Returns piecemeal as familiar elements encountered.

---

7    https://www.jfklibrary.org/learn/about-jfk/jfk-in-history/the-bay-of-pigs ["baby formula" (semen)]

[284] Kennedy as a naive playboy authorized his assassination following a staged CMC; whereby opening Pandora's box. China gains, Soviets feign a loss while disadvantaged, and US/NATO backwards while perceiving a gain and undermining government institutions. Presidential elections rigged, thus people empowered to stop receiving kickbacks while intentionally corrupt.

[285] Public servants only needed to do their job while told otherwise. Conspiracy ran for over half a century, required convictions so mandatory life imprisonment for all abusing process!

[286] Plaintiff has no mental illness or suspicion thereof *Chapter 13B: Medical History p.125*, however events will play like a schizophrenic (Jesus), appearance fabricated burning a leaker (ala Nixon Administration), and dream sequences included with bizarre CIA conspiracy adhering to stereotypes and phonetic use of names and allusion, some elements are fictions.

| Chapter 1: (1989 – 2001) |
|---|

| Stony Creek Elementary (Noblesville, IN) (1989) |
|---|
| [287] **SYNOPSIS:** Staged event in Stony Creek Elementary library in 1st Grade with principal requesting waiver signed and playing a glitched "Mr. Gore, tear down this wall" while a young girl (moss cow) removed underwear. School name and hometown in reference to Shanksville, PA where Flight 93 crashed *9/11 (Sept. 11, 2001) p.161*. |
| [288] Shanksville-Stonycreek High School is near Shanksville, PA within five miles of the *9/11 (Sept. 11, 2001) p.161* Flight 93 National Memorial." |
| [289] "Mr. Gorbachev [214], tear down this wall," known as the Berlin Wall Speech, was delivered by U.S. President Ronald Reagan in West Berlin, Germany on June 12, 1987. |
| [290] Hymen: Thin piece of tissue located at the opening of the vagina. |

[291] 1989: Stony Creek Elementary (IN) Principal Harvey staged an incident in school library with unknown female teacher [Schwartz] and young student [Heffernan / moss cow] from another school first half of 1st Grade prior to moving across town to Forest Hill Elementary.

[292] Schwartz performing unknown sexual act and student removing her panties.

[293] Principal Harvey inquired if Weinschenk knew how to spell his name, requested he signed a document with small print at bottom, and played an audio recording by President Reagan: "Mr. Gor [*Glitch*], tear down this wall."

| Forest Hill Elementary (Noblesville, IN) (1989 – 1994) |
|---|
| [294] **SYNOPSIS:** Elementary teachers arranged by name: 'Wall fault with Schwarz-kopf-ing and having a spat.' |
| [295] The Treaty of Versailles was the most important of the peace treaties of World War I. It ended the state of war between Germany and the Allied Powers, and was signed on June 28, 1919, in the Palace of Versailles five years after the assassination of Archduke Franz Ferdinand. |

| Table 2: School Teachers[8] | |
|---|---|
| 1st Grade (89 – 90) | Mrs. Vesperille |
| 1st Grade (89 – 90) | Mrs. Wallace ('wall') |
| 2nd Grade (90 – 91) | Mrs. Fulton ('fault') |
| 3rd Grade (91 – 92) | Mrs. Schwartz |
| 4th Grade (92 – 93) | Mrs. Spatta (*) Mrs. Vyverberg |
| 5th Grade (93 – 94) | Mrs. Voris |
| 6th – 7th Grade (94 – 96) | (team rotation) |
| 8th Grade (96 – 97) | (team rotation) |
| 9th – 12th Grade (97 – 01) | (scheduled) |
| **NOTE:** 4th Grade changed teachers early first semester. | |

**[296]** 1990: Won a Nintendo GameBoy, top prize, in school raffle with "CIA" overheard, however not understood at the time. Reason to believe contest rigged.

**[297]** Spata (?) requested Weinschenk draw a *Figure 6: Zodiac Crosshair* in class with a compass and protractor stating it should have been more egg shaped, but it will suffice as difficult to draw.

**[298]** Middle of 4th Grade Mrs. Vyverberg recently returned from France with her husband, taught students to speak French, and frequently provided French treats from overseas. Recall specific mention of Treaty of Versailles, unaware of significance, and reference to being incorrect teacher.

| Schwartz Having A Spat (1991) |
|---|
| **[299] SYNOPSIS:** Future teachers and elementary principal having a pool party at one's apartment for select students with sexual exposure and acts by/ against children, and an exposed moss cow having a hot dog in bottoms. |
| **[300]** A heifer is a female cow that has not had any offspring. |
| **[301]** Moscow, Russia, on the Moskva River, is the nation's capital and home to the Kremlin. |
| **[302]** The Clinton–Lewinsky scandal (1998) was a sex scandal involving U.S. President Bill Clinton and 24-year-old White House intern Monica Lewinsky between 1995 and 1997. Clinton ended a televised speech in late January 1998 with the statement that he "did not have sexual relations with that woman, Ms. Lewinsky." |
| **[303]** Harem Pants/Trousers: Baggy, long pants caught in at the ankle. See also M.C. Hammer (1990s) |
| **[304]** *Please Hammer Don't Hurt 'Em* is the third studio album by MC Hammer, released in 1990 by Capitol Records and EMI Records. The album was produced, recorded, and mixed by Felton Pilate and James Earley. |
| **[305]** Herbert Norman Schwarzkopf Jr. (1934 – 2012) was a U.S. Army general serving as the commander of U.S. Central Command who led coalition forces in the Gulf War (1990 – 1991). |
| **NOTE:** Sexual contact and exposure of multiple individuals omitted. |

**[306]** 1991: Pool party at 4th Grade teacher Spata's apartment, summer prior to 3rd Grade with Schwartz, former Principal Harvey, twin brother, around a dozen students, and a few parents while attending Forest Hill Elementary in Noblesville, IN.

**[307]** Spata provided students bubble gum then requested they spat it out before going outside.

---

8    See *Exhibit: Yearbooks* for verification of names, students, and activities.

**[308]** Schwartz coughing [305] because the air was dry, said young boys got her wet, and destroyed a condom while attempting to unroll it on a yellow banana. She had a bottle of Heinz ketchup said a condiment for protection. She was eating a "spicy" Chick-fil-A sandwich with Starbuck's coffee. Commented Weinschenk's banana was her favorite teachers pet.

**[309]** Schwartz's hair specifically done with a perm while wearing a Billabong bathing suit, which she retied. Said not her usual style, but triangles universal. Requested privacy as those fall out from time to time, but that's a bit more personal. Told to lose the pants, "which you aren't wearing," and look like something your mother made.

**[310]** Chelsea Heffernan (heifer) wearing a green bathing suit, yarn attached at sides, moss on shoulder, and hair styled with pigtails.


**Figure 25: MC Hammer**
(Harem Pants / circa 1990)

**[311]** Ms. Heffernan in hallway outside the apartment dressed as a cow, did not want to be seen as "udders exposed," and told Chelsea she did not have any so stunt acceptable while pouring glasses of milk for adults with ("baby formula") for Schwartz.

**[312]** Schwartz: "It has to be you Chelsea because of your name," left, stormed in proclaiming "Chelsea what are you doing," and upset Chelsea: "You just told me to do that."

**[313]** Adults stuck a hotdog in Chelsea's bathing suit, top removed, while attempting to get a dog to pull her bottoms down recreating *Figure 26: Coppertone Girl (1944)*.

**[314]** Schwartz displayed a bag of LAY'S® potato chips.

**[315]** Harvey stated Schwartz was probably drinking cum as a vagina because of all the sexual innuendo. Unclear, dirty request of Schwartz said part of the skit. He has to see it.

**[316]** Schwartz said moving out of state after husband offered a promotion at General Electric located in another state in a few years mentioning some deal/compensation.


**Figure 26: Coppertone Girl (1944)**

**[317]** Harvey mentioned ("elementary astrophotography") a hobby, had a Polaroid camera, and took a Polaroid of Chelsea's bottom. Said a prior request was genuine as he checked with a number of [*Unclear: FBI, etc*] individuals. Told Schwartz he [Weinschenk] would be over 31 years-old by the time something concluded.

| Assorted Events (1990s) |
|---|
| **[318] SYNOPSIS:** Assorted events throughout late 1990s, inclusive of a future POTUS near a restroom. |
| **[319]** American Eagle Flight 4184 was a domestic passenger flight from Indianapolis, IN to Chicago, IL on Oct. 31, 1994 (Halloween) where the ATR 72 (known to have icing issues) flew into severe icing conditions, rolled into a steep decline, and crashed with all 68 killed. |
| **[192]** Barack Hussein Obama II (D-IL) served as the 44th President of the United States (2009 – 2017), Senator from Illinois (2005 – 2008), and first African-American president. |
| **[185]** John Dennis Hastert (D-IL) served as the 51st Speaker of the U.S. House of Representatives (1999 – 2007), Representative from Illinois (1987 – 2007), and a convicted serial child rapist. |

**[320]** Weinschenk and brother received wooden crosses left behind by *John Weinschenk (1944 – 1978, aged 33)* for his nephews, both born 1982, following a funeral for *Edward Weinschenk (1916 – 1991, aged 75)*, claimed discovered with personal effects.

**[321]** 1994: *David Landes (1962 – 1994, aged 32)* was a teacher at Danville Middle School (IN) while contracting for Baker Daniels LLP as an actor when flying to Chicago.

**[322]** 1994: Days before Halloween *David Landes (1962 – 1994, aged 32)* mentioned a Forester and Dave, like his name, setting him up with a job, some cool technology, and he would be *Figure 27: Fly a Bird*, but did not know what it meant and would be explained in Chicago, IL. Told there was always a [guaranteed] chance the flight could crash, but could not imagine the U.S. would do that intentionally. [*Unclear*] Reference to chicken and rice served.

**[323]** Peaking at ~34 mostly kittens from multiple mothers, Weinschenk was apparently molesting a lot of pussy-cats: farm had a barn, pregnant cats frequently appearing, and [car]pet-bombed: *Figure 23: Gray Joys*.



**Figure 27: Fly a Bird**
https://twitter.com/thesimpsons/status/998397973162639360 (May 20, 2018)

**[324]** 7th Grade wood shop teacher pulled Weinschenk aside after class, told him he would probably get in trouble for refusing a request as a conscientious objector, requested to stage incident with a female student, could not find one, and provided Weinschenk a magazine. [*Unclear*] Assistant principal caught incident and upset teacher was not doing as requested.

**[325]** Trip to Museum of Science and Industry near Chicago, IL an improperly marked as a temporary unisex restroom exhibit with an African American outside holding it while waiting on his daughter: [192]. Unknown party assisting said he's the right guy, didn't want to mess something up.

**[326]** Male classmate accidentally volunteered a past incident as why he wasn't in yearbook. Known through middle and high school as well as college, however never that close. He couldn't believe he even mentioned it with unclear issue concerning his identity: [670].

| Extracurricular Activities (Elementary) |
|---|
| **[327] SYNOPSIS:** Extracurricular activities in elementary manipulated or staged as part of story. |
| **[328]** Castling: Chess move that consists of moving one's king two squares toward a rook on the same rank and then moving the rook to the square that the king passed over if a single move. |

**[329]** Extracurriculars: baseball, soccer, basketball, and chess throughout elementary. Basketball team won a championship. ("Baseball") team had all the best pitchers in the league, coach and pitcher's parent dispute with unclear reference to request, and [*Unclear*] ("kneading with a k") batting practice.

**[330]** Father taught Weinschenk and his brother to play chess as a hobby. State tournaments frequently held in Terre Haute, IN; a two and a half hour drive away. Nationals: Knoxville, TN; Little Rock, AK; Charlotte, NC; St. Louis, MO; and Detroit, MI.

**[331]** Tournament in Little Rock, AK had unknown girl request to shake hands for unknown reason between matches. Had some sort of security with her, however not a parent or guardian. Concern they had the wrong person as Weinschenk oblivious to the request. [*Unclear*]

**[332]** Ethan Thornberry, older brother of chess team member, entered basement, [*Redacted*], and said stunt for the CIA and it had to be him. Family moved out of town following a promotion.

**[333]** Final chess tournament in Terre Haute, IN had the coach overseeing the tourneys request a meeting, told was aging out, inquired if Weinschenk knew how to castle and demonstrate, mentioned a federal pen in town and if familiar, and a request from the CIA by some guy named Forester is why we were invited. Whatever this is has to be huge because the only castle I'm aware is a series of nuclear tests, and I was requested to ensure you knew that move.

| Addams Family (1994) |
|---|
| **[334] SYNOPSIS:** Father and sister of friend from elementary acting as the macabre Addams family. |
| **[335]** The Addamses are a satirical inversion of the ideal 20th-century American family. A wealthy aristocratic clan who delight in the macabre unaware others find them bizarre. |
| **[336]** The Chrysler 426 Hemi engines (Hemi™ or elephant engines) are a series of American I6 and V8 gasoline engines built by Chrysler cast and manufactured in Indianapolis, IN. |

**[337]** Steve Adams wearing all black staged an incident where his daughter Ashley requested to do something [*Unclear*: make a nest?], said too conservative so wearing a one-piece bathing suit and shorts while rolling in ketchup on her bed after her father stepped out.

**[338]** Paraphrasing: ('Likely targeted because of wine in name and rich when over') asked ('what he did to piss off John Forester'), and ('who he wronged in Washington?'). Reporting to the inspector general was the best he could do, and he had no idea why they needed a Chrysler engineer as he was a nobody. Requested he [Weinschenk] ("find new friends").

| Beck's Hybrids (1996) |
|---|
| **[339] SYNOPSIS:** Brief summer job to earn a little money de-tasseling seed corn with staged incident. |

**[340]** Job recruiters in middle school for Beck's Hybrids seeking students to de-tassel (pulling on a 'spur') corn where 14 year-old and up allowed to work. Beck's (founded 1937) is the largest family-owned retail seed company and the 3rd largest seed brand in the U.S.

**[341]** Sonny Beck (owner) was acquainted with Weinschenk's aunt (Weinschenk) in high school.

**[342]** Jim Waltz (deceased) their head accountant (possible CFO) requested to talk privately, and said Weinschenk needed more practice. Topic sick with the seed corn business as a godly brand. Inquired about a Forester and said a high priority, national security request from the CIA. Don't know how, but fulfilling the request as otherwise seemed harmless.

**[343]** Craig Waltz was Jim's son, former assistant band director at Noblesville, assistant band director at Hamilton Heights, and best friend of Weinschenk's uncle (Landes) in grade school.

| Indianapolis-Scarborough Peace Games (1996) |
|---|
| **[344] SYNOPSIS:** International chess tournament in Toronto with future actress acting as a vampire, Mountie portraying Dudley Do-Right, and staged Castle Bravo incident during tourney. |
| **[345]** The Indianapolis-Scarborough Peace Games[9] were a multi-sport amateur sporting competition promoting international friendships between residents of Indianapolis, IN and Scarborough district of Toronto, Ontario, Canada following the Vietnam War. |
| **[346]** *The Vampire Diaries* (Sept. 10, 2009 – March 10, 2017) is an American supernatural teen drama-television series premiering on The CW airing 171 episodes over eight seasons. |
| **[347]** Nina Dobrev (born 1989), best known for *The Vampire Diaries*, was born Nikolina Kamenova Dobreva in Sofia, Bulgaria (then the People's Republic of Bulgaria), and immigrated to Canada at age two, where she was raised in Toronto, Ontario. Dobrev attended Vradenburg Junior Public School and J. B. Tyrrell Sr. Public School, both in Scarborough where she started ballet and jazz while competing in rhythmic gymnastics. |
| **[348]** Dudley Do-Right is the protagonist of *Dudley Do-Right of the Mounties*, a segment on *The Rocky and Bullwinkle Show* starring a moose and squirrel. Two main antagonists are Russian-like spies Boris Badenov and Natasha Fatale, both working for the Nazi-like dictator Fearless Leader. |
| **[349]** The Vodka Red Bull cocktail is a caffeinated alcoholic drink, a highball cocktail, consisting of energy drink Red Bull and varying amounts of vodka that became especially popular in North America when it began being served at San Francisco's Legendary Butter Bar. |
| **[350]** The Royal Canadian Mounted Police ("RCMP"), often known as the Mounties, are the federal and national police service of Canada, providing law enforcement at the federal level. |
| **[351]** The ("Bactrian") camel is a large even-toed ungulate native to the steppes of Central Asia. It has two humps on its back, in contrast to the single-humped dromedary camel. |
| **[352]** Camel Toe: An effect created by a pair of pants or shorts that fit very tightly around a woman's groin, drawing attention to the shape of the external genitals. |
| **[353]** Tor (The Onion Router) is free and open-source software for anonymous communication. |
| **[354]** CSIS is Canada's lead agency on national security matters and for conducting national security investigations and security-intelligence collection. |
| **[355]** 2003: Indianapolis-Scarborough Peace Games cancelled due to cases of Severe Acute Respiratory Syndrome (SARS) reported in Toronto, ON where the competition was to occur. |
| **[356]** 2004: Final year of the Indianapolis-Scarborough Peace Games. |

---

9     https://www.in.gov/library/finding-aid/3929.htm (Indiana Document Archive, Indexed Boxes)

**[357]** 1996: Event hosted at the Scarborough Centennial Community Center in Toronto, ON.

**[358]** Welcomed by a young girl named Nina claimed ambassador to the games, said she was not competing, but from Scarborough. Wearing a dress and had a baton: [347].

**[359]** RCMP officer D. Wright, "nobody used Dudley anymore," introduced himself saying he was on the lookout for a ("hard Red Bull with wine in it"), [*Unclear*] "vodka," walked outside, turned to the right, and patrolled the perimeter of the building.

**[360]** Nina's father said they immigrated from Sofia, Bulgaria shortly before it got bloody.

**[361]** Nina's father lit a candle, taped it to the baton, and had a clove of garlic. [*Unclear*] Debate with building supervisor about a fire code violation. "It's one candle, like on a cupcake."

**[362]** Nina requested to perform a brief rhythmic gymnastics routine in the lobby. Told not to hurt herself with the cartwheel and specifically wooden baton.

**[363]** "In my dress? Nina just do as you're asked, I will explain later. I cannot explain here."

**[364]** ('Debris') removed underwear in the lobby, which she was apparently wearing over a bathing suit and struggling to remove: "You're actually wearing them?" Father pocketed the underwear, dropped another piece of clothing or luffa, then she fell during a cartwheel.

**[365]** Dialog about Nina becoming a star in the future and some deal as part of a request. Nina's father displayed two packs of Camel cigarettes saying he needed to go smoke both. Some debate about a ("camel") in the future. [*Unclear*] "I really hope you don't end up doing vampire porn in the future. What's that? Will explain when you're older."

**[366]** Told what someone did was a serious crime in Canada, which was not understood, and inquiry about pressing charges. "This caused a huge mess." Debate said moving outside to smoke. Nina hug and thank you for not pressing charges against her father. [*Unclear*] Clothing returned and instructed to go to restroom as Nina had something to show.

**[367]** Nina briefly went into a stall, came out, performed a scorpion with leg up behind her while facing Weinschenk, then ('Dude do-right') entered from behind proclaiming "O.M.G." Nina: "That's what I was told to do." Followed by dialog about gender identity and a camel? Gray bathing suit had a horseshoe on the front with red star failing to stay taped on, and a ("pit viper") drawing attached to back with "JJ" said dangerous: ('buck-toothed vampire vagina?').

**[368]** Wright walked Weinschenk outside, and then repeatedly right around complex. "You don't know why we're doing this do you? No, just here to play chess." Inquired if Weinschenk recalled encountering anything like this before, which he did not. Said he felt obligated to ("do right") and report the incident.

**[369]** Debate as to how Weinschenk was a participant as he was from Hamilton County and event restricted to Marion County (Indianapolis, IN).

**[370]** Paraphrasing: ("Who faked his address or how it got missed? Said just chess, he's from a suburb, where does it end? Inquiry as to if disadvantaged or why he was put on the team by special request? Mentioned competing in multiple national championships across the United States, not poor. Request to put him on the team came from a president, he did legitimately qualify. Of one of the sponsors? No, the one in Washington, I didn't ask any questions.")

**[371]** This is kind of sick, he's [Weinschenk] too young to be into that. Inquired as to the significance of an unknown September date referenced as part of some story. Referenced a tor and an onion requested for stunt, but nobody knew what they were or symbolized. Wright: Tor is a Soviet SAM, I asked around. The onion best we could tell just an onion, nobody could figure it out. Other guess was layers.

**[372]** Dream involving [*Unclear*] phone number [5-4-2 …] slowly referenced, unknown acronym believed to be Canadian Security Intelligence Service (CSIS), and mention of various heads of state [*Unclear*] that made no sense: "Will be gone in a day, stay out!"

> **NOTE:** ['NATO Article 5 (mutual defense) with a hard one' / *Figure 4: Ohio SR542*]

**[373]** Team departed a day early with one of the baseball teams referenced during prior debate. Medals awarded prior to finishing: Weinschenk took 3rd in an arbitrary tie-breaker. [*Unclear*] One opponent castled early game, resigned, and said "Bravo" soon after: [622].

**[374]** Almost all of this event forgotten upon returning to Indianapolis.

## Cleaning up a Leak

**[375] SYNOPSIS:** Claimed CPS worker drugging the entire family following a staged incident with a cousin.

**[376]** The Roswell incident is the 1947 crash of a U. S. Army Air Forces balloon near Roswell, NM. Conspiracy theories claimed the crash involved a flying saucer and the truth concealed.

**[377]** Staged incident with younger cousin who was wearing a cross necklace. Uncle took a photograph while petting a *Figure 23: Gray Joys:* ages approximately 11 to 13, timing unusual.

**[378]** Weinschenk's cousins of the same name were living in Roswell, GA at the time.

**[379]** Instant message from unknown source claiming to be "John" requesting a picture deleted after transferring photos from family gathering to computer. Followed by a how many fingers.

**[380]** Claimed Department of Child Services worker Dave Dunbar arrived to investigate, claimed he was working for the CIA to a paramedic who was summoned after he knocked out a visiting cousin with unknown chemical, and inquired about ('moles'). Said it looked like there was one in the yard and references to rape kits, but do not believe they were used.

**[381]** Recall this occurring while studying covalent bonds in chemistry: 7th / 8th Grade.

| School Physical |
|---|
| **[382] SYNOPSIS:** Requested visit to middle school nurse with unknown female leaving an egg in a refrigerator. |
| **[383]** Fort Detrick is a United States Army installation located in Frederick, MD; and historically the center of the U.S. biological weapons program from 1943 to 1969. |

**[384]** Requested to go to school nurse's office for unknown reason. Unknown "Annie" removing her t-shirt because of [*Unclear*] glue mess. Memories from 7th and 8th Grade difficult to recall. For whatever reason she had an egg that was stored in the nurse's refrigerator.

**[385]** 1997: ("Routine sports physical") for immunizations required prior to high school with unknown doctor, no records, and a clinic supposedly for all students. Said Weinschenk looked healthy, performed no actual exam, and reproductive health test requested. May have been Dave.

**[386]** Believe this occurred in the Noblesville Middle School, old high school and now an Ivy Tech Community College in Noblesville, IN; however events unclear and may have been a separate office near or in Riverview Hospital as forgotten and not with primary physician. Do not recall a need to ever go to the nurse's office the one year in that building, summoned once.

**[387]** Annie claimed 17 years of age said she was a junior; made reference to a program Weinschenk was enrolled, however unaware; and unclear problem and wanted to assist. Last name was Dietrich (?) said important, referenced Fredrick and Maryland, and [*Unclear*] restriction on how she was allowed to assist. [*Unclear*] Reference to unknown, prior incident which was not recalled. Unknown couple present in the office.

**[388]** Doctor comment about not mixing up samples, jokingly named them Luke and Leia from Star Wars, changed one to Sarah as a bit too much, and trashed the container.

| East Coast Band Trip (1997) |
|---|
| **[389] SYNOPSIS:** School band trip to the East coast making a detour passed Shanksville, PA, crash site of Flight 93 on September 11, 2001, with significant food poisoning in reference to Weinschenk's name and hometown. |
| **[390]** The Boston Tea Party was an American political and mercantile protest by the Sons of Liberty in Boston, MA on Dec. 16, 1773. |
| **[391]** Tea-bagging is the act of placing one's testicles in the mouth of another person, often raising and lowering it repeatedly like a person dipping a tea bag. |
| **[392]** The Central Artery Tunnel Project (Big Dig), was a project in Boston that rerouted I-93. |
| **[207]** Martin Joseph Walsh (D-MA) is the 29th U.S. Secretary of Labor (March 23, 2021 – Present); 54th Mayor of Boston, MA (2014 – 2021); and member of the Massachusetts House of Representatives for the 13th Suffolk District (1997 – 2014). |
| **NOTE:** *Infrastructure Project p.116* a fiery chicken volcano with *Figure 1: Hot Spur* inside. |

**[393]** 1997: Freshman year school band trip to Boscov's *Figure 21: Thanksgiving Day Parade* on Nov. 27 in Philadelphia, PA.

**[394]** Philadelphia, PA: Independence Hall, Liberty Bell, Historic Downtown, and parade.

**[395]** New York City: World Trade Center, Radio City Music Hall, and Statute of Liberty.

[396] Boston, MA: White male dressed as a Native American boarded the bus then tossed a ('tea bag') at Weinschenk and the rest out the door. Group welcomed to Boston on behalf of the CIA. Asked if anyone knew a Forester? Departed and hoped everyone enjoyed their headaches.

[397] Marty Walsh dressed as John Walsh from America's Most Wanted, boarded and inquired if the group had been behaving? Are there any apex predators on the bus? Referenced the Big Dig, 13th district, and Boston mayor's office: [207].

[398] Individual from an online community Weinschenk was actively involved outside in a wheelchair portraying X-Men's Wolverine, a fictional Marvel Comics character, with large mittens with claws. He injured his back working in construction, cause unknown.

[399] Drive by charter bus took over half a day from the North side of Indianapolis to Philadelphia, PA. Band ~96 for the trip not including parents and chaperones. Weinschenk's twin, *David Landes (1962 – 1994, aged 32)*'s widow Sally, and mother all on trip.

[400] Significant food poisoning affected group during return trip. Poisoning may have been an intentional act of bio-terrorism: significant vomit and diarrhea on a bus with a broken toilet.

[401] *Figure 20: 1997 Detour* via charter busses passing Shanksville, PA. Requested back of line while boarding, whereby seated at the front of bus. Driver inquired if ("name familiar to anyone?") as office requested the detour. Occurred shortly before sundown near Somerset, PA.

[402] I-76 is the most direct route between Indianapolis, IN and Philadelphia, PA by ground.

| Miscellaneous Band |
| --- |
| [403] **SYNOPSIS:** Marching band (whistleblower) activities deemed symbolic elements of *Twigbal [Q] p.153*. |
| [1402] The USS Cole bombing was a suicide attack by al-Qa'ida against a guided missile destroyer on Oct. 12, 2000 while refueling in Yemen's Aden harbor: [8]. |

[404] 1998: Band show *The Light Eternal* upon a request by then former drum major involving sinking of a troop transport during WWI.

[405] 1999: Band trip junior year to Disney World by air with no known issues.

[406] 2000 – 2002: Routinely placed 6th at the Indiana State Fair (state championship).

| Foreign Exchange |
| --- |
| [407] **SYNOPSIS:** Symbolic foreign exchange students grandparents requested to receive following their loss of David Landes on *Flight 4184 (Oct. 31, 1994) p.160*. |
| [408] Three principal partners in the Axis Alliance were Germany, Italy [Q], and Japan. |

[409] Maternal grandparents requested to house two foreign exchange students in the late 90s: ('Corn Rose') from East Germany for a full year, and ('Merika') from Japan for a few weeks.

[410] Grandparents empty nesters at the time, unknown party requested they house exchange students as they had extra bedrooms, and both were a grade or two above oldest cousins.

| Dave Incident (2000) |
| --- |
| **[411] SYNOPSIS:** Individual from years prior pretending to be *John Weinschenk (1944 – 1978, aged 33)*, known deceased, inquiring about recruitment to work for the CIA as possessed an unusual talent: ('perceiver'). Provided link to look at a classmate's MySpace. |
| **[412]** ICQ: Cross-platform messaging client. (Then separate from AOL Instant Messenger: AIM) |
| **[279]** 1963: John F. Kennedy assassinated Nov. 22 while sitting in a presidential motorcade through Dealey Plaza. |

**[413]** Anonymous instant message via ICQ requesting Weinschenk stop looking at Taylor Dunbar's MySpace after they provided a link to it. Requested he followed a link with a video of an aerobic fitness instructor[10] jumping rope suggesting she was ("too old and soft core").

**[414]** Speech-to-text about a motorcade leaving via a hot mic picking up a third party. Followed by an inappropriate comment regarding sexual preference concerning age after requested to inhale something from a vial.

| String Theory (2000) |
| --- |
| **[415] SYNOPSIS:** Several incidents around Thanksgiving 2000 in Noblesville High School. Clean-shaven sophomore cheerleader exposing herself while tying bathing suit knots in German class. Teacher concurrently with hedge trimmers, pressure cooker, and foreshadowing *Bush v. Gore,* 531 U.S. 98 (2000) with named parties relevant of burning the armed forces with a military-burn and beard-shear removing bush. |
| **[416]** In human anatomy the *mons pubis* is a rounded mass of fatty tissue. |

**[417]** Taylor Dunbar transferred into Weinschenk's German class and while seated directly across the room, kept fanning her skirt shortly before Thanksgiving 2000. Fake disciplinary action occurred for making Taylor uncomfortable with comments to class after looking in her direction.

**[418]** Taylor requested excused to restroom after this occurred, do not believe wearing underwear.

**[419]** German teacher Beardshear provided Weinschenk a razor, blue "aspirin" said Viagra for unknown headache, had electric hedge-clippers, and a pressure cooker sitting at side of classroom which was never used. Nobody knew what it symbolized.

**[420]** Videotaped, without tape, Taylor tying a bikini knot while she was blindfolded with a claimed wardrobe malfunction, comment about geometric patterned bathing suit under cheerleading coverup, and Beardshear claimed it had to be real for reasons. Turned around while she was struggling to tie the knot, and instructed to go to the restroom afterwards: No.

**[421]** Spanish teacher Milburn from neighboring room caught was what transpiring and barged in inquiring what was going on? Beardshear claimed she was fulfilling a request from the CIA, and discussion moved to hall. Believed intentionally caught, and assistant principal and school resource officer nearby. [No Records]

**[422]** Taylor had a dirty reddish-brown napkin. Beardshear disgusted by the request, said he ('would not go far in school because of grades'), could go ('anywhere he wanted'), referenced unknown John Forester, inquired about moles, and if owned a cat because requests they had "sick" and rather strange. Acknowledged no child abuse, many cats on a farm.

---

10   https://www.instagram.com/kayla_itsines

[423] Inquired about unknown name and personal gratification. Name said that of a cousin and several classmates, significance unknown and had not encountered any similar events.

[424] After Thanksgiving provided a flash drive from Taylor, allegedly with photos of her tying bikini knots as part of some request, that was discarded in the classroom. She was wearing a tie-dyed (pastels) shirt she made and claimed significant. Performing the stunt for insurance as a Type-1 ('diabetic'), and her father was doing work for the CIA after a career in the Navy.

[425] Taylor (Dunbar: top of a hill) could not speak German, occurred a month prior to Weinschenk turning 18, and she transferred out immediately afterwards. Event forgotten.

| Chapter 1 – 1: Something to Remember (1997) |
|---|
| [426] SYNOPSIS: 1960s style cartoon radio drama communicated via phone; eventual followup of additional narrative, which was forgotten; and senior Clinton White House officials acting out a script (lunch order, active military orders, and domestic/political agendas) overlapped in discussion with comical negligence and presidential authorization of superimposed orders for a black op as cool for the kid. |
| [427] "Twenty years after the attacks that changed our world forever, the 9/11 Memorial & Museum stands as a powerful reminder that in the face of adversity and unfathomable loss of life, our capacity for hope and potential for resilience will see us through. The Never Forget Fund supports the 9/11 Memorial & Museum's efforts to ensure future generations never forget the lessons of 9/11."[11] |
| NOTE: Interpret as 1960s radio drama, parties voicing every action, significant paraphrasing. Concurrent, overlapping dialog; recollection still rough, and included as such. While obviously not verifiable, intended to tie together *res ipsa loquitur* portion of narrative. |

| Request for Assistance |
|---|
| [428] SYNOPSIS: Unexpected phone call requesting assistance with a CIA operation from unknown, dead uncle. |
| [429] Standard Form 95 is used to present claims against the United States under the Federal Tort Claims Act (FTCA) for property damage, personal injury, or death allegedly caused by a federal employee's negligence or wrongful act or omission occurring within the scope of employment. |
| [430] ICQ: Cross-platform instant messaging and VoIP client. The name derives from the English phrase "I Seek You" originally developed by the Israeli company Mirabilis in 1996, bought by AOL in 1998. |
| [164] Madeleine Jana Korbel Albright (born Marie Jana Korbelová; 1937 – March 23, 2022) served as U.S. Secretary of State (1997 – 2001) and Ambassador to the United Nations (1993 – 1997). |
| [431] DISCOVERY: Exception to FTCA SF95 form allowing ANY damages recovered signed by U.S. Secretary of State Albright as a treaty; not a civil contract which would have been signed by the U.S. Attorney General. |

[432] 1997: Random instant message via ICQ requesting to stay near a phone from unknown individual claiming to be unknown uncle working on behalf of the CIA. Said boss requested his assistance for some operation.

[433] Forester: Suspicious about something transpiring, he would not remember the conversation, inquired if anything strange had occurred, and how the family was doing? Odd questions about Noblesville and old venues around town. What my boss needs you for I do not know.

---

11   https://www.911memorial.org/

[434] Inquiry if Weinschenk knew what a genocide was, Holocaust yes, acceptable if we do that to you, … [*confusion*]. If we do this, my boss says we get to shoot missiles at Russians in a place called Ukraine. Something called a javelin they thought may make a difference. [*Unclear*] Independence. This is part of your original money to the family for service tort.

[435] Remember what you hear and see, some events will be staged, will not be harmed, sisters will get degrees, you will have a few kids, may not be having a lot of sex, and government take care of you if anything goes wrong. Will be a court matter when over and people may know who you are. Live normally, career and family proceed as normal, and government liable for damages in the event they were to occur: [*Recited unclear disclaimer*].

[436] Tenet: Is that not the exemption from a standard SF95 with an exception? [Yeah, tort]. Requested someone [164] popping a cork and messing with a light approve the deal. Approved.

| 1st Phone Call |
|---|
| [437] **SYNOPSIS:** Radio drama of CIA directors jet-setting, touring Japan while hiding lubricant in a crevice, and purchasing shiba/animal in you Dogecoin. |
| [438] In cooking, a Dutch oven is a type of heavy pot with a lid. But in slang, a Dutch oven is when you pass gas in bed and pull the covers over someone's head, trapping it in like a Dutch oven traps heat. (gas chambers) |
| [439] *A Song of Ice and Fire* is a series of epic fantasy novels by the American novelist and screenwriter George R. R. Martin. He began the first volume of the series, *A Game of Thrones*, in 1991 which was published in 1996. |
| [440] The Shiba Inu is a breed of hunting dog from Japan. |
| [441] Fukushima Nuclear Disaster (2011): Accident at the Fukushima Daiichi Nuclear Power Plant in Ōkuma, Fukushima, Japan. The proximate cause of the disaster was the Tōhoku earthquake and tsunami that occurred on March 11, 2011, killing nearly 20,000, and most powerful earthquake ever recorded in Japan. Resulting meltdown the most severe nuclear accident since the Chernobyl disaster in 1986, classified as level seven on the International Nuclear Event Scale (INES), joining Chernobyl as the only other accident to receive such classification. |
| [442] Grease Palm: Give someone money in exchange for a favor; bribe someone. |
| [443] "Lipstick on a Pig": Superficial changes to a product in a futile effort to disguise its fundamental failings. |
| [444] Fault: Planar fracture or discontinuity in a volume of rock across which there has been significant displacement as a result of rock-mass movements. |
| [445] Shinzo Abe was a Japanese politician who served as Prime Minister of Japan and President of the Liberal Democratic Party 2006 – 2007, 2012 – 2020). He was the longest-serving prime minister in Japanese history. |
| [446] Shogunate: Hereditary military dictatorship of Japan (1192–1867). |
| [447] Fracking: Injection of a fluid at high pressure into an underground rock formation to open fissures and allow trapped gas or crude oil to flow through a pipe to a wellhead at the surface. |
| [448] Megathrust Earthquakes: Occur at convergent plate boundaries, where one tectonic plate is forced underneath another. These earthquakes are the planet's most powerful, with moment magnitudes exceeding 9.0; as a result, they often generate tsunamis that are considerably more destructive than the earthquakes themselves. |
| [449] Pelvic Thrust: Motion of pelvic region used for a variety of activities such as dance or sexual activity. |
| [450] Sake: An alcoholic beverage made by fermenting rice. |
| [451] BlackRock: One of the world's leading providers of investment, advisory, and risk management solutions. |
| [452] Agoraphobia: Fear of places and situations that might cause panic or helplessness. |
| [453] Alektorophobia: Intense, uncontrollable fear of chickens. |

| |
|---|
| **[179]** John Deutch (born 1938) served as Director of the CIA (May 10, 1995 – Dec. 15, 1996); Deputy Secretary of Defense (1994 – 1995); and Department of Energy's Director of Energy Research, and Undersecretary of the Department of Energy (1977 – 1980). |
| **[1367]** John Weinschenk (1944 – 1978, aged 33) (aka "God") passed away the same year the Stargate project ("Men Who Stare at Goats") involving psychic manipulation of the animals initiated: ('gateways to heaven') with a Hot Spur p.152 res ipsa loquitur! |
| **[205]** George Tenet was Director of the CIA (July 11, 1997 – July 11, 2004). |
| **[194]** Leon Panetta (D-CA) was Secretary of Defense (2011 – 2013), Director of the CIA (2009 – 2011), White House Chief of Staff (1994 – 1997), Director of the Office of Management and Budget (1993 – 1994), and Representative from California. (1977 – 1993). |
| **[170]** Sidney Stone Blumenthal (born 1948) is a political operative and former aide to President Clinton, long-time confidant of Hillary Clinton, and former employee of the Clinton Foundation. |

**[454]** Deutch: Need to recruit a child to complete element computer said was required. Where else will we find a name that symbolic? Already started to too late now.

**[455]** Tenet: Sympathies for recently lost uncle on *Flight 4184 (Oct. 31, 1994) p.160*. Sorry for something Woolsey did, stepping on the little guy. His ass got fired, and he lost all his hair. [*Laughing*] Won't make that mistake again.

**[456]** Unknown: Johns have a flight to catch, will be back in an hour after jet-setting. [*Unclear*] Take the Gulfstream, Forester jet-stream. Meet in Hong Kong. Can we stop in Japan or Korea and pick up some gifts while we're there?

**[457]** Deutch: I'll have a sake please, prefer a stout Corona, but when in Rome. Lanced corporeal Forester, or is that Weinschenk, you're now acting director until I sober up. Tenet: Aren't you of Belgian heritage? After one sake? John and I will take a sake as well. Keep it away from his nephew, rice isn't good for the little guy. Will make him sick. Blumenthal: I'll have the same with ice if you please. [*Laughing*] Come sit over here.

**[458]** Get some gifts while we're here. Forester: How about one of those Shiba Inu dogs for my nephew, they're cute. Can I borrow your digital e-card thing? Non-corporeal so I cannot carry one, need you to purchase the Shiba for me. Deutch: He can't know, fuck your shima, shiba whatever. Get a hat or something. Forester: I really want the cute doggy, need coin. [*Grabs wok*] Shogun-ate Forester looks good on me.

**[459]** Deutch: Aren't chickens your thing, get a cock or something. All coming from the same place I guess. Got personal lubricant for my wife, mostly water, with some minerals added. Foreign lubricant really is the best, practically frictionless, [*Unclear*] tastes salty. Tenet: Are you not a chemist, should you not be more precise? Deutch: Some ped stole my charges, hide this in a pocket real quick. All over my hands. Tenet: Why are your hands red? Deutch: [*Unclear*] Pigstick for my wife that doubles as a pen. How'd you even get here? Tenet: I flew the jet stream with John, and all I have is a $5 Honest Abe with me. Grabbed some black rock for Panetta, only cost a few pence. What county, are we yen? [Yes, John] Forester: Hid it in a fucking crevice nearby.



**Figure 28: Dogecoin**

*TABLE OF CONTENTS*    *EVIDENCE*

**[460]** Officer: Shopkeeper reported some greased palms and cool stolen lubricant. Have you seen any suspicious characters? Require a blood test for alcohol … [*Unclear*] Deutch: John, provide a blood sample for me, for whatever reason your file says you drink constantly and still pass. Forester: Lots of people looking for me back in the 40s, [*Unclear*] 60s and 70s … whore/cult.

**[461]** Panetta [Phone]: S.S. caught A.I. Gore in the bunker again doing [sic] a probe and the president wants a word. Pretty sure Dutch cooked this one up. Still agoraphobic and alektorophobic prior to electrocutions unlike Deutch. [Hot mic, we were doing our skits.]

**[462]** Deutch: Game I created to keep CIA's rank and file entertained. Woolsey didn't know who Spencer was, which is surprising being a sheep, John thought he was being clever with whales. Tenet: Is that John F. or John F. not Kennedy? [*Unclear*] Was it Al Gore or A.I. Gore? Deutch: Is there a difference at this point?

| On Hold |
|---|
| **[463] SYNOPSIS:** Symbolic elevator music while role-playing directors take an elevator from a bunker. |
| **[464]** 1997: *Flagpole Sitta* is a billboard hit song by American rock band Harvey Danger. |
| **[465]** An aquila a prominent ('flag-pol sitter') used in ancient Rome: Golden eagle standard. |
| **[466]** The gold standard is a monetary system where a country's currency linked to gold. |

**[467]** [*Elevator Music*] *Closer to God* (1994) by Nine Inch Nails while parties moved upstairs.

LYRICS (*Closer to God*):
I wanna fuck you like an animal
I wanna feel you from the inside
I wanna fuck you like an animal
My whole existence is flawed
You get me closer to God

**[468]** Harvey [Danger]: [*Unclear*] "Go fuck yourself" followed by billboard charts reference.

| 2ⁿᵈ Call Orders |
|---|
| **[469] SYNOPSIS:** CIA directors meeting with POTUS with multiple, overlapping orders and authorization. |
| **[470]** "Going Dutch" indicates each person participating in a paid activity covers their own expenses, rather than one person in the group defraying the cost for the group. |
| **[471]** Mute: Device brass players used to lower the volume and/or alter the timbre (tonal quality) of the instrument. Mutes fit directly into the bell of the instrument. |
| **[472]** Whistleblower: Person who exposes information or activity that is deemed illegal, immoral, illicit, unsafe, fraud, or abuse of taxpayer funds. |
| **[473]** Crucifixion: Method of capital punishment in which the victim is tied or nailed to a large wooden cross or beam and left to hang until eventual death from exhaustion. |
| **[474]** MOLLE: Modular Lightweight Load-carrying Equipment. (military vest) |
| **[475]** Cross Product: Result of a cross product is a perpendicular vector operation. (Going Sideways) |
| **[476]** Going Sideways describes when a tense situation, usually an operation of some kind, suffering a catastrophic breakdown devolving into near-chaos, usually requiring violence. |

| |
|---|
| **[477]** Worst-case Scenario: Concept in risk management wherein the planner, in planning for potential disasters, considers the most severe possible outcome that can reasonably be projected. |
| **[478]** Sine Wave: Geometric waveform that oscillates (moves up, down) periodically between ±1 defined by the function y = sin x. |
| **[479]** Internet Corporation for Assigned Names and Numbers (ICANN): American nonprofit organization responsible for maintenance of databases related to the namespaces and numerical spaces of the Internet, ensuring the network's stable and secure operation. |
| **[480]** Kahn's is an American company established in Cincinnati, OH that sells hot dogs. |
| **[481]** In 1994 Carl Icahn [141] took a 6.6% interest in Western Company of North America as it was in the process of being acquired by BJ Services. |
| **[482]** Pablo Escobar [139] kept four hippopotamuses in a private menagerie at his residence. |
| **[483]** Lost (2004 – 2010) is an American drama where all involved were stuck on an island following a plane crash in the South Pacific or Indian Ocean. |
| **[484]** Skynet is a fictional super-intelligence system that serves as the antagonistic force of the Terminator franchise trying to wipe out humanity. |
| **[168]** Samuel "Sandy" Berger served as the 19th National Security Advisor for President Clinton (1997 – 2001) and Deputy National Security Advisor (1993 – 1997). |
| **[154]** Linda Rose Tripp (1949 – 2020) was a civil servant in the 1998 Clinton–Lewinsky scandal. |
| **[145]** Monica Samille Lewinsky (born 1973) was a White House intern (1995 – 1996) whom President Clinton admitted having an affair. |
| **[141]** Carl Icahn (born 1936) is an American financier with a reputation as a "corporate raider" after profiting from a hostile takeover of Trans World Airlines and former Special Advisor on Regulatory Reform (2017). |
| **[139]** Pablo Emilio Escobar Gaviria (1949 – 1993) was a Colombian drug lord who was the founder and sole leader of the Medellín Cartel dubbed "The King of Cocaine." |

**[485]** Panetta: I'm starving, get that intern in here taking orders, could eat a whole herd. Berger: Stay away from me. Blumenthal: Cows give me gas. Lewinsky: I'm all for the eating of tasty animals. I like Chick-fil-A. [*inappropriate retort*] Berger: Going to pass on the meat, to cannibalistic for me. Whatever we go with don't drop it, last one got sand on me, disrespectful to my brethren. I'll have lettuce with cheese on it, hold the tomato. Isn't that like a salad? [*Unclear*] … (cheeseburger) Panetta: Get rid of the beef for burger here, grab a hot wing … [*tackled*] Really? Deutch: Want to pay my fair share and going Dutch on this one: ('orange / charged / prison'). [*Unclear*] Authorization to reward John here for his service. Unknown: Record says your first assignment was … [*Laughter*]. Unknown: Going to keep a closer eye on you. What was your role exactly? … [Overwatch] Lewinsky: I love prostrating to a man in white. Deutch: Put the president on him real quick, so he cannot hear. Unknown: How's that work exactly? Deutch: Literal mute because of the backwards phallus. [*Unclear*] Throw a blanket over your head, so you remember this.

**[486]** Clinton: [*Muffled*] Heard amazingly autistic, sorry audio-tistic (whistleblower), speak up, amazing musician. Play some music for us? (No instrument) Blumenthal: He's just a little guy, I'll cheer him up. [*Poorly Singing*] *You Are My Sunshine*.

**[487]** Deutch: Global warming an urgent problem, what is before you Mr. President is the best solution we could come up with, and if you want global warming solved you have to authorize it. Need to appoint Forester acting director for this. I hereby resign.

**[488]** Forester: Magic comes with a cost and has to be some penance. Computer requires a termination date as a fail-safe. I always use 2020 for hindsight, which should not matter for what you are doing, and plausible deniability with Terminator: Judgment Day. Ensure not to cross me in the order. It always ends badly in the simulations for some reason, scales by the authority of whoever authorizes. Requires gross negligence to operate domestically. File it under my corporeal form and use terms phonetically for record keeping.

**[489]** Forester: Grab one of these [*tackled*], you got sauce on my white gown. [*Mute*] I really need to use the restroom. Deutch: Oops hot mic. Leave unmuted, if he's autistic he will not figure it out. Forester: He's not autistic, I check in on family from time to time. I am God.

**[490]** Lewinsky: Anything else with this order? Deutch: Insert your key and authenticate please, John has somewhere he needs to be. Forester: Get State on the line, fucking Christ this is amazing. Blumenthal: John you're fired! John you're hired! Unknown: [*Unclear*] Tour … Naval Observatory? Forester: Back to PAG, duty calls … after a tour I guess. Unknown: Linda did you trip god? Unknown: Authenticated.

| 2nd Call Evil Nazi Scientist |
|---|
| **[491] SYNOPSIS:** CIA Director John Deutch crafting a treasonous program intended for catastrophic errors. |
| **[492]** Stargate Project was the 1991 code name for a secret U.S. Army unit established in 1978 at Fort Meade, MD by the Defense Intelligence Agency (DIA) and SRI International (a California contractor) investigating psychic phenomena in military and domestic intelligence applications: aka *Men Who Stare at Goats*. |
| **[493]** Stargate is a military science fiction media franchise based on a film directed by Roland Emmerich, which he co-wrote with producer Dean Devlin. The franchise is based upon an alien Einstein–Rosen bridge (the Stargate) that enables nearly instantaneous travel across the cosmos. The franchise began with the film Stargate, released on October 28, 1994, by Metro-Goldwyn-Mayer and Carolco, which grossed US$197 million worldwide with spinoffs SG-1 (1997 – 2007), Atlantis (2004 – 2009), and Universe (2009 – 2011). |
| **[494]** Goa'ld are a race of sentient parasitic beings (head snakes) that take over hosts in the Stargate franchise. |
| **[495]** On July 4, 1923, Kokomo, IN achieved national notoriety when it hosted the largest Ku Klux Klan (KKK) gathering in history with an estimated 200,000 in attendance. |

**[496]** Deutch: Seeding trees is what John does best, he's a Forester after all. Doesn't need to be present, will fulfill requests. Should add something to make him [Weinschenk] think his uncle is a hero. Use what John just said and add a request for a MOLLE, so it sounds like he rangered up.



**Figure 29: Basan**

**[497]** Deutch: What's before you are the ten best and worst options Langley could come up with to address the urban global warming crisis. Worst included because they are good for a laugh. Deutch: Want us to throw some money your way? It is a black after all, nobody will know. Need to reuse John's program for deniability. Can get that intern you like to blow you if you want. Will have to be your spouse, or it will set off too many red flags.

**[498]** Deutch/Unknown: How do we want to do this? Telling the world about all the great things you did. [*Speaker off, not muted*] So we need to disguise this: hippy-pot, hippy-POTUS, hookers and whistle-blow [*Laughing*] how should we proceed without setting off too many red flags? Hide the number in a TV show, so it can be easily located. Use Stargate because of rotary dialer for the chicken nest. Some sort of alert and not getting through the firewall. Look like a bunch of national security (ns.*) packets attacking it. Forester: Firewall has a NAT ["Oh"] and that is ICANN's name server. Deutch: This thing is the GOAT, has everything. Need to cross out China: ".cx." *Figure 29: Basan* is PAG's spirit animal, something Jesus Angleton came up with for domestic counter-intelligence operations. Use §2333 for our little terror here and make it a big one and keep it judicially noticeable, make it easy.

**[499]** Berger/Blumenthal [*Unclear debate*]: Won't that fuck us being Washington? What are the political ramifications of this? Some names on this list are worrisome. Blumenthal: President does not want to undermine his base. [*Unclear*] Fallout, radians, protecting a base, and polls. Unknown: Too late for that. [*Laughter*]

**[500]** Deutch: [*Unclear*] Prior mistake, don't want that to happen again. Blame it on McGovern because everyone likes sticking it to that man. Send stimulus (fuck) to the highest pol (President) in Washington and use terms phonetically for John's judicial notice-ability.

**[501]** Let's make it a black as cool for the kid. The clan will absolutely love this, I think John is from Cock-amo, IN. Will have a riot when they see how amazing my final act is at solving global warming. Use in false light as a fireball after all, add in conspiracy for the stereotypical Jesus. Two lines need evened out. To many NOTs in the request. Remove all the bars and cross everything. Use polar coordinates with a sine distribution and one for final coefficient to keep randomness, and even it out. Coefficients carefully correlated by Langley, no need to simulate. What could go wrong?

| 2ⁿᵈ Call Explanations |
|---|
| **[502] SYNOPSIS:** Directors explaining program and why certain people targeted. |
| **[149]** Elon Musk (born 1971) is an entrepreneur and business magnate; founder, CEO, and Chief Engineer at SpaceX; early-stage investor, CEO, and Product Architect of Tesla, Inc.; founder of The Boring Company; and co-founder of Neuralink and OpenAI. Musk co-founded online bank X.com, which merged with Confinity in 2000 to form PayPal. The company was purchased by eBay in 2002 for $1.5 billion. With an estimated net worth of around US$270 billion as of March 2022, Musk is the wealthiest person in the world. |
| **[136]** Jeffrey Bezos (born 1964) founded Amazon in 1994 where he served as the president and CEO. With a net worth of around US$177 billion as of Mar. 2022, Bezos is the second-wealthiest person in the world. |
| **[142]** Jeffrey Robert Immelt (born 1956) served as the CEO of General Electric (2001 – 2017) and CEO of GE's Medical Systems division (1997 – 2000). |
| **[229]** Diana Frances Spencer (1961 – Aug. 31, 1997) was a member of the British royal family; first wife of Charles, Prince of Wales and heir apparent to the British throne; and mother of Princes William and Harry. |
| **[347]** Nina Dobrev (born 1989), best known for The Vampire Diaries, was born Nikolina Kamenova Dobreva in Sofia, Bulgaria (then the People's Republic of Bulgaria), and immigrated to Canada at age two, where she was raised in Toronto, Ontario. Dobrev attended Vradenburg Junior Public School and J. B. Tyrrell Sr. Public School, both in Scarborough where she started ballet and jazz while competing in rhythmic gymnastics. |
| **NOTE:** Probabilities all 100% guaranteed. |

**[503]** Tenet: People stand to make a lot of money because of this. Please explain who some people are and why them?

**[504]** Deutch: That's the idea, what was requested part of negotiation. Computer matched everyone, no personal input. Only way wealth could be transferred in sufficient quantity to fulfill obligation to China. *Gov. O'Bannon (D-IN) (Sept. 13, 2003) p.162* because of his amazingly prime name, everyone laughs at that one. [*Laughter*] We checked, he's ok with it. Tenet: How's that possible, we just started? Deutch: John just checked. Clinton you obviously discovered already. Icahn … a hot dog and BJ Services overlapped as seen in scripts. Russians requested political assassination and O'Bannon for consistency with JFK and the hot spur. Cuomo on New York to keep things fair. Tenet: Isn't New York bigger than Indiana? Why them?

**[505]** Deutch: Attack vector needs Weinschenk and family for the intentional tort with John. Restricted to extended family, offspring, parents, guardians, legal matters concerning them, judges to keep him out of trouble, military records, and people he comes in contact. Midwest so how many people could he encounter? Not like East coast. … Required to be set for the skit.

**[506]** Tenet: Ensure John excluded before this gets authorized because he has far to much contact with the intelligence community. Why military records, are any of them in the service? Deutch: One served in Vietnam, but we need John's record with us included for the story. Need to include yourself Mr. President, so we can get you the money. Obviously nobody will remember this ever occurred and the system will contain it. Limited to your party to keep it fair.

**[507]** Deutch: Requires your authorization as people will die on this one, it's a requirement. Required a crime committed, no way around that. Need to restrict John's connection to family, so it will not be discovered. Program seeded with negotiated terms of the agreement. Clinton: No convictions? Tenet: Always a chance something goes wrong or right and someone gets charged.

**[508]** Deutch: [Elon] Musk [149] because he works at PayPal for charges on Deutch and name stinks. [Jeff] Bezos [136] because of the amazing honeypot. [Jeff] Immelt [142] because of the manufacturing meltdown with charges on Deutch and GE's Boston HQ. Used in name only and will not really affect them. [Princess Diana] Spencer [229] requested of the Brits as most suitable candidate. Disney's involvement because of the girls, request inconsequential for them. Rest nobodies, excluding one of the girls [347] who will be a somebody.

**[509]** Deutch: Thought the saint did it, but just a joke, we did check a few for leaks. Long foreign name because of the cartoon vampire. Computer hit Hague on Deutch [*Laughter*], Hagia Sophia on cock religion, Bulgaria with Nine Inch Nails, and vampire vagina *Hot Spur's* counterpart. He's obviously our whistleblower, won't recall until it's over anyways. Have to be consequences when over. Why you [Clinton] were selected because of name for deniability.

**[510]** Discussion of unknown names said minor people that will enter story later: shoo, fag. [*Unclear*] For the most part they won't be affected or know about any of this.

---

**NOTE:** Names future brother-in-law and a Fagel's father from *Band Staff (2002 – 2011) p.97*.

[511] Deutch: Need you to say the words, it is important. War won't affect your administration. Why we installed the guy in the first place, his time has come. We can get the whistle-blower the rest of the story later. Computer says sufficient to pick up where we left off.

[512] Deutch: I will look into your request to modify the fallout. This is just for show. Is this acceptable to our [*Unclear*] friend here? As discussed before, we will play this out our own way.

[513] Clinton: *Deus imperator imperat calidium stimulus capere Terram Sanctam!*

[514] Panetta: Deutch, you're fired. Insert key again please. George, you're hired! And that concludes our business today. Grab your vials and see you after lunch.

| Juxtaposed Dialogs |
|---|
| [515] **SYNOPSIS:** Overlapped dialog with chicken missiles destroying track-tors. |
| [516] The Chernobyl disaster was a nuclear accident on April 26, 1986 at the No. 4 reactor in the Chernobyl Nuclear Power Plant near the city of Pripyat in the north of the Ukrainian SSR. One of only two nuclear energy accidents rated at seven (maximum severity on the International Nuclear Event Scale, the other being the 2011 Fukushima nuclear disaster in Japan), the initial emergency response and later decontamination of the environment involved more than 500,000 personnel and cost an estimated $68 billion in 2019 (adjusted for inflation). |
| [517] Cooking off (or thermally induced firing) is unfired weapon ammunition exploding prematurely due to heat. |
| [518] Alexander's on the Square is an ice cream and snack shop that opened in 1994. |
| [519] Papa John's International, Inc. is the 4th largest pizza delivery restaurant chain in the U.S. |
| [520] The Cave of Caerbannog is home of the Legendary Black Beast of Arrrghhh, so terrible as to have killed everyone who has tried to enter the cave. Despite the cave's entrance being surrounded by the bones of "full fifty men" fallen, Arthur and his knights no longer take it seriously. The rabbit suddenly leaps at least eight feet and bites clean through a neck decapitating to the sound of a can opener. The knights attack in force, but the rabbit injures several of the knights with ease. The knights themselves have no hope of killing or injuring the rabbit. The Holy Hand Grenade of Antioch ultimately used to kill the rabbit. |
| [521] The Tupolev ("Blackjack") Tu-160 is a supersonic, variable-sweep wing heavy strategic bomber designed by the Soviet Union in the 1970s. |
| [522] SCRAM is an emergency shutdown of a nuclear reactor effected by immediately terminating the fission reaction. It is also the name that is given to the manually operated kill switch that initiates the shutdown. |
| [523] Prypiat, Ukraine is a ghost city founded on February 4, 1970 as the 9th atomgrad (a type of closed town in the Soviet Union) to serve the nearby Chernobyl Nuclear Power Plant, which is located in an adjacent ghost city. |
| [524] Snake Island (aka Serpent Island or Zmiinyi Island) is an island belonging to Ukraine located in the Black Sea near the Danube Delta known since classical antiquity that hosted a Greek temple to Achilles. |
| [525] *John Weinschenk (1944 – 1978, aged 33)* owned a pet python in the 1960s and 1970s. |

[526] System says you're not paying attention, this (Menu Orders) is important. Blumenthal: Is McDonald's still serving breakfast? Lewinsky: I do not know. Blumenthal: I'll have some O.J. with hash [sheesh] browns and eggs. Fresh squeezed. Deutch: I'll have Chinese, something with General Tso's. Hot Spur is the best flavor, but something spicy on that dog recipe Panetta served after last election will suffice. Panetta: That was turkey at my Thanksgiving last November.

**[527]** Deutch: Oh, gnats again. (NATO) Generals will do fine, add a milkshake from Alexander's in Noblesville, cherry on it please. Lewinsky: Noble … and cherry, got it. Deutch: FBI will help you find it. Like our yellow pages, strictly by the paper. Will give you the name of my middle man at the finding bureau. Place John told me about.

**[528]** Panetta: I'll have John's pizza: meat lovers, hold the sausage, mushrooms, use that Indiana Hotspur, [*Unclear*] Midwestern thing, chicken will suffice, and pan fry in [coffee-] oil [-black]. Drizzle it a bit. [*Laughter*] That actually sounds kind of good. [Stick to the script please] Sorry. Tenet: Not sure *Figure 1: Hot Spur* should be used as a pizza topping, or fry it in oil, either may kill you … or give you diabetes. [*Unclear*] Besan (chickpeas) I'm familiar, basan is a new one.

**[529]** Lewinsky: That may take some work, don't know who does that. Papa John's then pan fry it, get a skillet at a pawn shop and some cooking oil. Really don't want to blow this. Maybe I should blow this and seek a B.J., better job, why am I talking to myself. God help me.

**[530]** Clinton: Flintstone vitamin only please. In water. (prenatal vitamin) Add some U-235 for the little guy, isn't that what they eat? Lewinsky: Not sure I'm authorized for that … and banana for myself because of my smile. Tenet: What do those consume besides money? Unclear: Try the blue one, that should make him happy. He is part god cock. Unclear: SIDS [sic]. (Sudden infant death syndrome, explanation) Don't want to kill him.

**[531]** NEST (Nuclear Emergency Support Team): No uranium. Just water, some lithium-6 like the scorecard to treat the bipolar (spurs). No lithium-7 as I do not want another Castle Bravo. [Unclear]: Who are you again? NEST: I'm with NEST, an expert on hot spurs. Unsure about this god-cock monstrosity.

**[532]** Let's get a cards game going. Forester and Tenet team non-corporeal, and Tripp and myself [Secret Service] team corporeal. Need score cards. Forester: We can use the blue chips. I like Intel, and General Electric for my pal Tenet here. Agent?: We'll use Frito Lays and these commodities or peanuts. Tripp: I have a blackjack, is that any good? [*Unclear*] I think John saw my cards. Forester: You just asked if that card was any good. Cannot help it, I see everything. Deal: left, ace, queen [*Unclear*] ten, nine … see.

---

**[533]** Forester: Need my robe laundered real quick. Cannot see me. [How does that work?] Unclear: Need to abort. Forester: If you say so. Little people keep entering prayers on that one. Forester: NASA is my brother's caller ID. Like NSA so looks like I'm doing work. Used to use SETI (Search for Extra Terrestrial Intelligence), but everyone kept asking if real.

---

**[534]** Global Hawk nearby. Know you have limited military experience. Not a U-2 like bono. Air Force predator looking for debris.

**[535]** Is that the green energy project. No just moss on a rock, zoomed in too far. Need to see the big picture. How is that a snake, looks more like a bikini. Looks like the white guy (clan) is getting a close shave on that one. Hoofing it. Farmer with a green cow or is that a bull? Are we looking at the same thing here? Now they're scrambling, think they spotted us.



**Figure 30: White Rabbit of Caerbannog**
*Monty Python and the Holy Grail (1975)*
*Figure 1: Hot Spur ('chicken missiles')*

**[536]** Flying us the bird. Definitely no bikini … [atoll] … on that beach. [International waters]. ('Little vagina') on Snake Island, get her/it out of there. [*scrambling to get lotion applied*] She's not one of ours sir, just a little girl, but if you say so. ["Pull her out anyway."]

**[537]** ('rushed authorization to fire a missile') Looks like a bull with a hot spur running at it, wonder who will win that fight? Why is screen red? Zoom out. How's that even possible? Like a Monty Python White Rabbit. ('Is that a snake? No it's a boat or yacht. Looks like a gore. He's really in the bunker?' / 'fucking them in the ass').

| Chapter 2: Indiana HQ for the FBI (2003) |
|---|
| **[538] SYNOPSIS:** Number of individuals working undercover as spies inside the Indiana headquarters for the FBI with Ghislaine Maxwell ('giz line') collecting a DNA sample and taking it East with some eggs while having a future dinner with a member of the *Royal Family p.38*: Prince Andrew. |
| **[539]** Myers-Briggs Type Indicator (MBTI) is an introspective self-report questionnaire indicating differing psychological preferences in how people perceive and make decisions. |
| **[540]** EEG: An electroencephalogram (EEG) is a test that detects electrical activity in brain using small, metal discs (electrodes) attached to scalp. |
| **[541]** The Great Bustard (Otis tarda) is frequently cited as the world's heaviest flying, edible bird with large males exceeding weights of 20 kg (44 lb) and around 13.5 kg (30 lb) on average. |
| **[542]** Usurper: a person who takes a position of power illegally: "a usurper of the throne." |
| **[543]** Prince Andrew was accused of child sexual abuse by Virginia Giuffre, who alleges that as a minor she was sex trafficked to him by American financier and convicted sex offender Jeffrey Epstein, which Andrew has categorically denied. |
| **[544]** Project MKUltra (or MK-Ultra) was the code name of an illegal human experimentation program designed and undertaken by the U.S. Central Intelligence Agency (CIA). Experiments intended to develop procedures and identify drugs that could be used in interrogations to weaken individuals and force confessions through brainwashing and psychological torture. |
| **[545]** Crucifixion: Method of capital punishment in which the victim is tied or nailed to a large wooden beam and left to hang until eventual death from exhaustion. |
| **[270]** The Waffen-SS was the combat branch of the Nazi Party's Schutzstaffel (SS) organization. |
| **[146]** Ghislaine Maxwell (born 1961) is a British former socialite and convicted sex offender found guilty in 2021 of child sex trafficking and other offenses in connection with financier and convicted sex offender Jeffrey Epstein. |
| **[227]** Prince Andrew, Duke of York (Andrew Albert Christian Edward; born 1960) is a member of the British royal family; third child and second son of Queen Elizabeth II and Prince Philip, Duke of Edinburgh; and ninth in the line of succession to the British throne. |

[546] Contacted via instant messenger service by John requesting Weinschenk's assistance while home over summer. Questions about INT-J (judging) vs INT-P (perceiving). Weinschenk may be a perceiver which is of use to CIA, terms were unfamiliar.

[547] Picked up at home, questioned about past moles and cousin A. Smeltzer, then John (Dave) checked with someone about accusations via phone prior to driving to FBI's field office. Phone requested left behind. Never any inappropriate contact and claim unfounded, bad intelligence.

[548] Security Guard: Hey Dave, still working for the SS? Have some waffles … [270].

[549] John (Dave): Working undercover, I'm John today, will take some waffles. [*Eating*] Waived through by someone ["forwarded to Deutch"] in Washington after guard placed a call. Shown an [*Unclear*] text message waiving him through which he promptly deleted. Believe this was a response from John Deutch, head of the [S.S.].

[550] John (Dave): Need you to look at a series of images to measure responses. Paused on a child while requesting Weinschenk inhaled something while an EEG monitored with electrodes attached to neck. Occurred after signing a waiver for unknown, harmless test. Heating plate attached to chair said low temperature as unable to burn: (low 100s and through clothing).

[551] References to a chemical compound believed PCP or angel dust to enhance perception.

[552] John (Dave): Told research could save lives. Requested DNA sample for cancer screening by "expert" medical personnel and skilled informant Mary: ('giz line climax well'), [146].

[553] Maxwell: Flew me here just for this? Jeff said it was a high priority request from President.

[554] John (Dave): Need to fly down, not East. Provided sample to Maxwell. Maxwell: Flying East to virgin … ia after [*Unclear: Clusterfuck?*] in Texas, no issues taking some unborn babies along with these eggs, quick stop in Florida, then UK to see Prince S.S. or slut-stuffen according to this note in my little black book here [*Displayed*]: [270], [227]. Dave: Book says he robbed her virginity and someone got stuffed by a fat bastard? What kind of operation are you running here? Maxwell: That's Prince Andrew and Virginia Roberts, all they did was cook a meal. That's a fat bustard, it's like a turkey. American Idiot. [*Unclear*] Incest … worst case scenario.

[555] Dave: Aren't you British and isn't that high treason? Don't worry, he will forget all of this. Probably for the best for all involved. Significant memory gap in middle of this and cannot connect events at same location.

[556] John (Dave): United States ran by a shadow government and country not a democracy anymore while drinking a Michelob Ultra; which apparently triggered lockdown of the facility.



**Figure 31: Fat B[u]stard**
*Austin Powers: The Spy Who Shagged Me (1999)*

*TABLE OF CONTENTS*

**[557]** Argument between John and claimed agent in charge "Massa" complaining about handling of sensitive information. Massa actually Steve Adams who inquired if Weinschenk recalled him from elementary and middle school as well as last stunt which was unknown: [337].

[337] Steve Adams wearing all black staged an incident where his daughter Ashley requested to do something [Unclear: make a nest?], said too conservative so wearing a one-piece bathing suit and shorts while rolling in ketchup on her bed after her father stepped out.

**[558]** ASAC Massa a terrorism expert for FBI present for *Chapter 10: Delphi Serial Killer (2017) p.104*. A mass [*Unclear*] had not yet arrived as of 2002 when this transpired.

**[559]** John (Dave) was trying on a beekeeper mask while sipping a Corona. Said important. Referenced unknown name: James Comey [176] (U.S. Attorney SDNY).

**[560]** John (Dave): All we need you to do is watch TV to understand cultural references, drink soda as the sugars enhance vascular development, artificial learning makes education pointless, you will be immortal when over [dead], and consciousness live on inside a quantum computer.

**[561]** Weinschenk requested to inhale something that would make him forget what occurred. John (Dave): Encounter some agents from the FBI Academy at Quantico in future and need to work on your backwards fly to avoid future injury. Apologized for what was to come, hope you like being a whistleblower, and don't forget the soap on a rope.

## Chapter 3: Purdue University, West Lafayette, IN (2000s)

**[562] SYNOPSIS:** Arranged dorm assignments, staged searches of rooms, and miscellaneous incidents at Purdue University. Red devils slaying blue devils foreshadowing the assassination of former *Gov. O'Bannon (D-IN) (Sept. 13, 2003) p.162*, and then unknown girls joining family while on vacation.

**[563]** Chemical, biological, radiological and nuclear (CBRN) defense are protective measures taken in situations in which chemical, biological, radiological or nuclear warfare hazards may be present.

**[564]** M40 field protective masks are used by the U.S. Armed Forces and allies to protect from field concentrations of chemical and biological agents, along with radiological fallout particles.

[494] Goa'ld are a race of sentient parasitic beings (head snakes) that take over hosts in the Stargate franchise.

**[565]** All college roommates with twin, alone, or named Ryan: Conrad son of father's roommate at Ball State University (Muncie, IN), Federwisch (fed) classmate from electrical engineering.

**[566]** 2001: Multiple incidents of officers questioning about making women uncomfortable after simply walking past them: One in dorm cafeteria while eating with some high school classmates where an officer ask group to leave because woman seated directly ahead thought staring, security guard at bookstore checked open toed sandals and ankle (spur) for a camera or any eyes.

**[567]** 2002: Ronaldo, resident assistant from Columbia, suspected to have planted cocaine in dorm room and reported it to campus police. Officer requested a hair sample for DNA, and took bag as evidence. Said requested to stage an investigation while walking out of building then released. Said CIA requested it, no arrest, unknown name, and incident quickly forgotten.

**[568]** Roomed in Wiley Residence Hall room ('Exodus 3:14') with annoying, frequent fire drills.

**[569]** 2004: Outing with roommate Ryan Conrad and several others ended up at a Chick-fil-A with oily baked chicken served and staff commenting Weinschenk a cocksucker: [*Confusion*] "Just swallowed a goa'uld (Head snake from Stargate)" Conrad said outing requested for unclear reason and inquired if he knew a Forester? Nobody could make sense of the insult.

**[570]** 2004: Wreath from unknown "Forester Clan" left at *Dorothy Weinschenk (1915 – June 23, 2004, aged 88)*'s funeral. Daniel Weinschenk recalls, father unaware, and former [evil] step-mother Patricia Hill additionally present.

**[571]** MCAS New River (Jacksonville, NC): While visiting USMC enlisted cousin he was dating the daughter of a two-star Army Ranger stationed at the Pentagon. Significance unknown, however she had recently had an unrelated child. General believed to have been a doctor. Cousin's former wife married a scout sniper while he deployed.

**[572]** Camp Lejeune (near MCAS New River): Guards breaking out M40 protective gear, rifles at the ready with officer inquiring as to why the heightened security, and proceeding to scrub down floor: "HQ radio-ed down to set DEFCON1 and break out the gear, unaware of any hostilities, legit order from headquarters, [carry on].

**[573]** Camp Pendleton, CA: Not on base for long as emptying a trailer while cousin home early from deployment following a death in the family and assisting him with a move from Indiana. Enlisted spilling ketchup/sauce in commissary ("I'll explain later, it's on order") while briefly shopping for cousin's kids who lived on base.

| Cinder Story (2002) |
|---|
| **[574] SYNOPSIS:** Rigging of NCAA Mens's Basketball Championship with ('Red Devils') slaying the Duke Blue Devils: *Gov. O'Bannon (D-IN) (Sept. 13, 2003) p.162.* |
| **[575]** Archduke Franz Ferdinand Carl Ludwig Joseph Maria of Austria (1863 – 1914) was heir presumptive to the throne of Austria-Hungary whose assassination caused WWI. |
| **[576]** The May 4, 1970, Kent State shootings were the killings of four and wounding of nine other unarmed Kent State University students by the Ohio National Guard. |
| **[577]** Mary commonly referred to as the Virgin Mary as the Holy Spirit impregnated her |
| **[578]** The Duke Blue Devils are an intercollegiate athletic teams representing Duke University in Durham, NC. |
| **[579]** Richard John Vitale (born 1939), also known as "Dickie V", is an American basketball sportscaster well known for his 41-year tenure for ESPN. |

**[580]** Tom Coverdale an individual Weinschenk's mother babysat in the early 1990s, graduated from Noblesville High School in 1998, Indiana Mr. Basketball, and team captain for IU. Coverdale suffered an ankle injury (spur) mid-tourney.

**[581]** 2002: *Figure 32: Indiana Hoosiers p.66* Men's Basketball team ('Cinder-ella')'d through NCAA tournament eliminating: #1 *Figure 33: Duke Blue Devils p.67*; #10 Kent State with amazing 3-point shooting; #2 Oklahoma an ('okay home') in the Final Four; then losing to #1 Maryland in the Championship.



**Figure 32: Indiana Hoosiers**
('red devils')

**[582]** Indiana hit 15 of 19 trifectas against a defensive Kent State. Comment by Dick Vitale about the CIA needing to check their computer to ensure someone did not start a war. "Only he could see it" and "Hope I don't lose my job."

**[583]** 2022: #5 St. Mary's defeated #12 IU 82 – 53 handing them their worst NCAA tourney loss. Cinderella magic continued for the Saint Peter's University Peacocks stunning #3 Purdue marking the first time a #15 has advanced to the Elite Eight of the tournament.

| To Catch a Predator (2003) |
|---|
| **[584] SYNOPSIS:** College classmate invitation to work on engineering homework resulting in an officer's daughter undressing and being filmed by the officers styled as Dateline's *To Catch a Predator*. Fake sting ran by two out of uniform state troopers and an IMPD officer wearing a Noblesville uniform in West Lafayette, IN. |
| **[585]** Earl John Hindman was an American actor known for his role as the kindly unseen, behind a fence, neighbor Wilson W. Wilson, Jr. on the TV show Home Improvement (1991 – 1999). |
| **NOTE:** Weinschenk has no history of abuse towards women, CPS incidents in family, substance abuse etc. |

**[586]** Invited by classmate Mike, late name unknown, to work on engineering homework. Apparent prostitution sting by Troopers Jerry Holeman, John Perrene with half-naked underage daughter Danielle, and John Mann ("hey man") what are you wearing?

**[587]** House located on/near (address forgotten) Carrolton Boulevard in West Lafayette, IN just NE from Ross-Ade Stadium. Officers apparently had a camera in window: ('taped/filmed').

**[588]** Danielle said she was broke and asked to borrow $20 for lunch the next day for some hot wings while Weinschenk had a textbook open working on engineering homework.

**[589]** John Perrene: "I like to think she's still a princess, but indeterminate with this animal."



Figure 33: Duke Blue Devils

**[590]** Claimed diversion by unknown prosecutor to avoid arrest record requiring community service volunteering with high school band for a theoretical child solicitation. Never actually did anything wrong to warrant even an arrest or criminal charge. Reference to needing a Zuckerberg (Facebook/mugshot) then free to go.

| Colorado (2006) | [Genetic Engineering] |
|---|---|
| **[591] SYNOPSIS:** Young girl (unknown offspring) joining family in a hot tub while relaxing during a ski trip. | |
| **[592]** Humans and most other mammals have two sex chromosomes ['chrome'] that in combination determine the sex of an individual: Female=XX, Male=XY.[12] | |
| **[593]** Triple X syndrome, aka trisomy X, (XXX) is a genetic disorder that affects about 1 in 1,000 females where a female has three X chromosomes and is often symptomless. | |
| **[594]** Klinefelter syndrome (XXY) is a 1 in 1,000 genetic condition where a male is born with an extra X chromosome. Treatment typically involves physical and emotional therapy, as well as hormone replacement. | |

---

12   https://www.genome.gov/genetics-glossary/Sex-Chromosome

**[595]** Turner syndrome (X) is a condition that affects 1 in every 2,500 females when one of the X chromosomes is missing or partially missing. Turner syndrome can cause a variety of medical and developmental problems, including short height, failure of the ovaries to develop, and heart defects.

**[596]** Genetic mosaicism is the presence of DNA alterations in only some of the body's cells. A person with mosaicism has a mixture of normal and mosaic DNA in the same type of cells.

**[597]** In Vitro Fertilization ("IVF"): Widely known assisted reproductive technology (ART) that works by using a combination of medicines and surgical procedures to help sperm fertilize an egg, and help it implant in a uterus.

**[598]** Clonaid is an American-based human cloning organization, registered in the Bahamas, founded in 1997 with philosophical ties with the UFO religion Raëlism which sees cloning as the first step in achieving immortality. On December 27, 2002, chief executive Brigitte Boisselier claimed that a baby clone named Eve was born.

**[599]** Family ski trip with mother, one of two younger sisters, and brother to Colorado (Chrome).

**[600]** Young girl around 13-years-of-age joined us briefly while relaxing in the hot tub. Said on spring break, sister sleeping, parents watching her [*Unclear*] so she does not drown, … , and with nobody accompanying at time as room otherwise empty.

**[601]** Hypothetical: Line of Christ combined with a descendant of Sophia of Hanover [228] would yield a stronger claim to the throne than anyone else: ('royally fucked'). This ruler would hold a stronger claim than every monarch in Europe.

**[602]** 10Six (later Project Visitor) was a massive multiplayer game developed by Sega, then NCSoft in the late 1990s, and eventually privately operated by TheMartian (Marvin Martian).

### Kohl's Clearance (2007)

**[603] SYNOPSIS:** Random instant message from former high school and band classmate requesting assistance with a class demonstration at the FBI Academy at Quantico, VA resulting in distribution of her photo as a prank.

**[604]** MySpace (2005 – 2008) was an American social networking service.

**[605]** Kohl's is the largest department store chain in the United States.

**[606]** Man in the middle (MITM): Cyberattack where the attacker secretly relays and possibly alters the communications between two parties who believe that they are directly communicating with each other, as the attacker has inserted themselves between the two parties.

**[153]** Edward Snowden (born 1983) was a consultant who leaked a highly classified mass surveillance program by the National Security Agency in 2013 while an employee and subcontractor for the CIA.

**[1402]** The USS Cole bombing was a suicide attack by al-Qa'ida against a guided missile destroyer on Oct. 12, 2000 while refueling in Yemen's Aden harbor: [8].

**[139]** Pablo Emilio Escobar Gaviria (1949 – 1993) was a Colombian drug lord who was the founder and sole leader of the Medellín Cartel dubbed "The King of Cocaine."

**[607]** Instant message requesting Weinschenk look at high school classmate and band member Michelle Kohl's ("MySpace"), including risqué photos, while thinking someone downloaded them. Her page was actively replying to what was transpiring.

**[608]** Said majoring in education and career would be ruined if they leaked. Claimed a trainee at FBI Academy in Quantico, VA, concerned about her clearance, and getting burned.

**[609]** May have involved a MITM ('screwed') making her albums visible to Weinschenk.

**[610]** Edward Snowden [153] telling Weinschenk what to say while investigating backgrounds requested he go to the CIA jobs page, request to be a cook, and only his name required. "Throw in ("little ol' sam") with the picture of Kohl."

**[611]** Inquired about unknown (fake) trafficking charge on Weinschenk's record connected following *To Catch a Predator (2003) p.67*. She requested assistance spreading image of herself, tagged ("Kohl's Clearance") to Webshots as part of her training: [1402], (no nudes).

**[612]** Kohl [Holcombe] never known to have been an FBI agent and now married with 5 kids.

**[613]** ISP trooper John Perrene ('purring') concurrently cat-phishing some girl in a bathing suit on a diving board through a photo album resulting in her distribution. Threat to life made, and Perrene instructed to stand down via instant message.

**[614]** Two claimed FBI supervisors claimed Mueller and Comey requested Weinschenk release the hostage, return the photo, and to find the supervisor of NSA hacker who suggested it. Claimed NSA "Shadow Director" Hill, brother of future evil step-mother, supervising responded to a request concerning who was present in computer.

**[615]** Documentary on the History Channel as part of the tracking of Pablo Escobar had theoretical Hill silhouetted and additionally claimed as supervisor of Snowden: [139].

**[616]** Escobar was expertly 'shot in the head by a random mob' while running across a rooftop.

**[617]** Proxy set up by Snowden for the FBI Academy mistakenly ("blanketing the Hoover Building") with a national security proxy.



**[618]** Photographs of *Madeleine McCann (2007) p.172* appeared, claimed ran down by the FBI via a CARD as agents left conversation thinking they had found McCann. Made reference to a boat that was discovered: (two-horned 'little fucker' on a boat). Instructed not to go anywhere as someone would interview the next day, however had plans to be in Indianapolis as a volunteer with a marching band.

**Figure 34: Viking**
(Minnesota Vikings Mascot)

**[619]** Purdue's The Exponent (school newspaper) requested interview about *Madeleine McCann (2007) p.172* which never ran, said a stunt, knew nothing other than photos, and forgotten.

**[620]** Mike Hill spent most of his career working for the NSA stationed in Spain as a linguist.

| Nostradamus (2007) |
|---|
| **[621] SYNOPSIS:** Following conclusion of prior event, requested to follow a link to a slideshow and number of news headlines predicting future events. |
| **[622]** Castle Bravo was the first in a series of high-yield thermonuclear tests conducted by the U.S. at Bikini Atoll, Marshall Islands, as part of Operation Castle detonated on March 1, 1954. The device was the most powerful nuclear device detonated by the U.S. and its first lithium deuteride thermonuclear weapon which led to the unexpected radioactive contamination of areas to the east of Bikini Atoll. |
| **[623]** Nostradamus was a French astrologer, physician and reputed seer best known for his book Les Prophéties predicting future events published in 1555. |

**[624]** Esmeralda is the deuteragonist of Disney's 1996 animated feature film *The Hunchback of Notre Dame*, and a young Romani woman referred to derogatorily with the slur gypsy.

**[625]** Orion's Belt: Series of three stars in the Orion constellation. *See Figure 8: Zodiac Map p.21: Effingham, IL.*

**[626]** Hyperlink to slideshow of images, 1973 MIT study predicting the collapse of society, some tech articles, and future reminiscent of Nostradamus. One slideshow appeared to be an introductory green-engineering principles lecture from MIT with simple concepts presented.

| Table 3: Nostradamus Photos (2007) | | |
|---|---|---|
| Supernovas | Corona Beer | Bugs Bunny at Albuquerque |
| Mushroom Cloud [622] | Sugar Cubes | Avatar (EVE ship, gold phallus) |
| Colosseum | Old Mine Shaft House | Apocalypse (EVE ship) |
| Nile River Delta | 3-Way Flow Diagram | Tain (10Six Game Cannon) |
| Mosquito | Fractal | Canals in Venice (Netherlands?) |
| Wutang Clan | Comet | Magic Kingdom w/ Shooting Star |
| Scorpius | Hovercraft | Fiber Optic Cable |
| Route 66 | Submarine | Elephant Trunk |
| Betelgeuse Actor | Scorpion | Depth-scraper |
| Milky Way Galaxy | Steak | Missile Silo |
| Cell Culture | Flutes | Elevated Rail (Chicago) |
| Surgical Mask | Gas Mask | Wind Turbines |

**[627]** A Scorpius zodiac symbol overlaid on the United States following Route 66[6] connects most major population centers with high speed railroad: ('getting railroaded' / highway to hell).

**[628]** Stories predicting future involving: space exploration, satellite constellations, Kobe Bryant accident with date, ice princesses, graphene, batteries, MythBusters, Ginsburg, etc.



**Figure 35: Castle Bravo (1954)**

**[629]** AMD and ("all roads leading to Rome") with a lucrative financial play. Stock later purchased at $2.83 when AMD was near bankruptcy whose primary rival was Intel Corporation. AMD went to the top of the S&P500.

**[630]** Conversation via instant messenger with John claiming coworker Tana Beaver not meant for him, would marry some ("garbage man"), and had a video he may like. Beaver married a man whose family sold waste containers, she had not yet met, and video … in reference to Esmeralda from Disney's Hunchback of Notre Dame (1996). No relationship with this individual as often ('pregnant'): [962].

**[962]** Students/Staff: Two women from band ('cat shutters' [Katie Shutters] an eventual air force pilot and friends with ('a tan beaver') [Tana Beaver], who were friends with Weinschenk's sister, deleted her Facebook as she thought she had a stalker. [Timing stands out as deliberate] **[1375]** President ("Bush") with an ("axis of evil") evidenced during the 2002 State of the Union just months after 9/11 (Sept. 11, 2001) p.161. Saddam Hussein installed as dictator in Iraq in 1979 and Figure 1: Hot Spur being misogynistic presumed to have ('she it') with ('I rack') and her neighbor ('I ran') having been set up in 5 BC (Before Chicken).

**[631]** Mention of being surrounded by Parkinson's Disease, working for government (welfare, never used), and future family affairs seemingly predicting the future.

## Search of Apartment (2007)

**[632] SYNOPSIS:** Removed from bus at a school volunteer event by future ISP Superintendent, and then taken to apartment where a hostage rescue team from the FBI searched apartment for *Madeleine McCann (2007) p.172*.

[633] Weinschenk's apartment at 400 N. River Road, West Lafayette, IN (Williamsburg on the Wabash) near Happy Hallow Park and similarly named road near Purdue University.

[634] Taken off bus at volunteer event by Doug Carter who was Hamilton County Sheriff prior to being appointed ISP Superintendent by Gov. Mike Pence (R-IN). Mentioned doing it before in 2002 and if Weinschenk recalled the event. Did not recall at time, however missed the show. That morning texted a picture of a female, identity unknown, which was deleted.

[635] FBI searched Weinschenk's apartment in West Lafayette, IN with a hostage rescue team for *Madeleine McCann (2007) p.172* who was abducted from Portugal, story in news week prior.

[636] FBI Agent Alex ("Middle-ton") [Monahan?] according to ID put a black bag over head, walked out of the apartment, across hall to their ("steak house") with tactical officers eating, quickly returned, drugged, and all left building. Said a public defender [Robert Becker] would be by shortly to transport to a brief court appearance as a formality.

[637] Weinschenk had recently relocated from the 1200 to 1400 buildings of the complex.

[638] Taken to the US District Courthouse in Lafayette, IN wearing a band t-shirt, and believed swatting for a child abducted in Portugal upon return to Indiana State Fair Band Day in 2007.

## Chapter 4: US District Courthouse ('laf-at-it'), IN (2007)

**[639] SYNOPSIS:** (4) U.S. Supreme Court Justices, (5) CIA directors, (1) DIA director, former U.S. Speaker of House, future vice president, future first lady, and other parties acting out skits in a federal courtroom staged as a Holodeck foreshadowing future events: proxy war in Ukraine, election scandals, and contract assigning plaintiff 99.99% of nation's wealth. Video/substitution for proceeding mislabeled as a TS/SCI nuclear ('god cocks/nukes') document and provided to Melania Trump with nation's dick (FL) pointing at its location in Mar-a-Lago, FL.

**DISCOVERY:** Aug. 11, 2022 U.S. Attorney General Garland signed a search warrant for Mar-a-Lago, FL. Therefore, these claims should be verifiable upon discovery from the United States, to include: video of proceedings, poorly handwritten note by attorney Andrew Buroker signed by plaintiff, *Rotisserie in a Cell (2007) p.87*, contract guaranteed by Chief Justice John Roberts, or anyone able to enforce, as a possible legal order, etc. Proceeding may qualify as a highly negligent legal proceeding: courthouse, partisan U.S. Supreme Court lacking quorum, eating in violation of courtroom rules, etc.

**NOTE:** Paraphrasing as overlapping dialog, not always understood, and memory suppressed.

## Evidentiary Hearing (2007)

**[640] SYNOPSIS:** Evidentiary hearing before Chief Justice John Roberts and Caveman Kavanaugh with public defender of Christ representing as a beekeeper or Jew.

[641] Triarii: Element of the early Roman military manipular legions with spears.

[642] To Catch a Predator: American reality-television series on Dateline NBC featuring confrontations with host Chris Hansen and individuals showing up to meat underage women.

| |
|---|
| **[162]** John Glover Roberts Jr. is chief justice of the Supreme Court of the United States (2005 – Present); circuit judge for the Court of Appeals for the District of Columbia (2003 – 2005); principal Deputy Solicitor General of the United States (1989 – 1993); and associate Counsel to the President (1982 – 1986). |
| **[163]** Clarence Thomas is an associate justice of the Supreme Court of the United States (1991 – Present); circuit judge of the Court of Appeals for the District of Columbia (1990 – 1991); chair of the Equal Employment Opportunity Commission (1982 – 1990); and 2nd African-American on the court: ('judicially noticeable black'). |
| **[160]** Brett Kavanaugh is an associate justice of the Supreme Court of the United States, and a former circuit judge for the U.S. Court of Appeals for the District of Columbia (2006 – 2018). |
| **[224]** Chris Jensen (R) served as Mayor of Noblesville (IN) (2020 – Present); Noblesville Common Council (2016 – 2019); executive director of the 2016 Indiana Bicentennial Commission; in the administration of former Gov. Mitch Daniels; special assistant to Lt. Gov. Becky Skillman; and Director of Intergovernmental Affairs, where he served as the key link between the Lt. Governor's office and local units of government. |

**[643]** Entered federal courthouse in Lafayette, IN alongside Robert Becker with Chief Justice John Roberts holding the door. Followed by comment about who he was: [162]. Walked down the hall to another room and passed an African American janitor claiming ('he was a nobody and unnoticeable') named ('Clarence like clearance'): [163].

**[644]** Mock appealed case where Weinschenk was requested to wear a chicken hat as part of some plea deal which he believed real for unknown violation.

**[645]** Two individuals concerned about misconduct as Weinschenk was unaware it was a skit, and concerned about being party to what was occurring. Initially present was Congressman Mike Pence (R-IN) prior to leaving at the very beginning. Staged as if Pence's children involved.

**[646]** Attorney Robert Becker with beekeeper mask as apparent public defender of Christ. Mr. Becker was present and at one point reprimanded saying he may lose his bar.

**[647]** Robber portrayed by Chief Justice John Roberts arguing with a ('phone solicitor') prior to hearing and presiding over apparently mock case. Had a Grover nose from Sesame Street and baseball glove to be identifiable. Said participating because the President requested it. Caveman portrayed by future Associate Justice Brett Kavanaugh [160] as prosecutor who was his pen pal, Roberts inquiring: ('What he writ him for?').

**[648]** Weinschenk signed a blank affidavit with paper covering the top portion, handed it to the judge (Chief Justice Roberts) who affixed it to an order, proclaimed ("this is true"), followed by debate as to why a judge was affixing it to an order, not an opinion, and handed it to a prosecutor. This would [*Theoretically*] make story judicially noticeable per Federal Rule of Evidence Rule 201 – Judicial Notice of Adjudicative Facts: ('story of Jesus').

**[649]** Caveman requested permission to "strike" a "certifiable triarii" [certiorari] poking him. Court reporter Chris Jensen "Je not an Ha" [Hansen] not the guy from Dateline's *To Catch a Predator,* etched errant striking on an Etch-A-Sketch then dropped the tablet when hit: [224].

**[650]** [*Unclear*] Transfer of money from Robert Becker → Weinschenk → Caveman for a checking account. [*en banc?*] Caveman had a stapler in reference to a Staples's Easy button.

[651] Roberts: Why are we even here? Kavanaugh: So easy a caveman could do it. Judges required to review something on monitor and review *Roe v. Wade*, 410 U.S. 113. Monahan?: [Needed to abort so that's our symbolic reference] Roberts: Ah.

| Federal Holodeck (2007) |
|---|
| [652] **SYNOPSIS:** Federal courtroom staged as a Holodeck with contract negotiated for 99.99% of nation's wealth enforceable by anyone capable of directing the CIA to disperse funds: inclusive of 4 U.S. Supreme Court Justices, U.S. Speaker of the House, (5) CIA Directors with a future Secretary of State, (1) DIA and future National Security Advisor, future Vice President, and future FLOTUS having power of the purse. Video labeled as TS/SCI nuclear secrets retained by Melania Trump in Mar-a-Lago (FL) on end of the nation's dick following an x-relation. |
| [653] Holodeck: Fictional device from the television franchise Star Trek which uses "holograms" to create a realistic 3D simulation of a real or imaginary setting. |
| [654] START I was a bilateral treaty between the United States and the Soviet Union on the reduction and limitation of strategic offensive arms signed on July 31, 1991, and entered into force on Dec. 5, 1994. |
| [655] Kangaroo Court: Court that ignores recognized standards of law or justice, carries little or no official standing in the territory within which it resides, and is typically convened ad hoc which may ignore due process and come to a predetermined conclusion. |
| [656] Rocko's Modern Life is an American, animated television series for Nickelodeon. The series centers on the surreal life of an anthropomorphic Australian immigrant wallaby named Rocko and his friends: eccentric steer Heffer Wolfe, neurotic turtle Filburt, and Rocko's faithful dog Spunky set in the fictional town of O-Town. |
| [657] Goatse.cx (Goatse) was originally an Internet shock site featuring a picture showing a naked man, hunched over, widely stretching his anus. |
| [658] Jupiter is the Roman god of law and order. |
| [659] Jupiter was an intermediate-range ballistic missile designed by the U.S. Army Ballistic Missile Agency. |
| [660] Reynolds Farm Equipment is a local hometown John Deere dealer since 1955 with 5 locations in Central Indiana: Atlanta, Fishers, Lebanon, Mooresville, Muncie, and Sheridan (closed). |
| [661] *United States v. Reynolds*, 345 U.S. 1 (1953), is a landmark legal case that saw formal recognition of the state secrets privilege, a judicially recognized extension of presidential power. |
| [197] Michael Richard Pompeo (R-KS) served as 70th U.S. Secretary of State (2018 – 2021), Director of the CIA (2017 – 2018), and Representative from Kansas (2011 – 2017). |
| [181] Michael Flynn was National Security Advisor (Jan. 22, 2017 – Feb 13, 2017), Director of the Defense Intelligence Agency (2012 – 2014), and U.S. Army officer (1981 – 2014). |
| [159] Neil Gorsuch is an associate justice of the Supreme Court of the United States (2017 – Present); and circuit judge from the 10th Circuit Court of Appeals (2006 – 2017). |
| [185] John Dennis Hastert (D-IL) served as the 51st Speaker of the U.S. House of Representatives (1999 – 2007), Representative from Illinois (1987 – 2007), and a convicted serial child rapist. |
| [110] The CIA's Political Action Group ("PAG") is responsible for covert activities related to political influence, psychological operations, economic warfare, and cyber warfare. |
| [482] Pablo Escobar [139] kept four hippopotamuses in a private menagerie at his residence. |

| Table 4: Federal Whole Deck (2017) | |
| --- | --- |
| First Lady (bower) | Melania Trump |
| Vice President (bower) | Mike Pence |
| Secretary of State CIA Director (former) | Mike Pompeo |
| National Security Advisor DIA Director (former) | Michael Flynn **(discarded)** [181] |
| CIA Director | Gina Haspel |
| CIA Deputy Director | Vaughn Bishop |
| CIA Director (former) | George Tenet |
| CIA Director (former) | John Deutch |

[662] Staged as a Star Trek Holodeck with black walls and gold streamers that had parties performing skits inline with names: 2 bowers, five suit/trump cards, and a (D)-iscard.

[663] [*Unclear*] Possible reference to a State of the Union of *Figure 1: Hot Spurs*.

[664] Attorney Andrew Buroker (broker), troopers Jerry Holeman (holy man) and John Perrene (cat purr), Chelsea Heffernan (heifer), and assorted children present.

[665] Requested to play a few notes on a flutophone, also known as a recorder, at the start. Dear Lord, bless this food to our bodies and us to thy service. Amen. (BBQ)

[666] Gorsuch [159]: Tub of water washing Weinschenk's feet inquiring why he had to be the one? Tray of Chick-fil-A nuggets requested ate afterwards. Only doing this for the treaty. Mention of a STAR Treaty: Savory Threat Arms Reduction. Why not Soviet?

[667] Unknown individual, believed dressed as Captain Obvious (SAC Monahan) and always behind, accidentally poked into from behind. Unknown, possibly referenced party, inquired if Weinschenk was wearing an "untucked" white crew undershirt as a band t-shirt from championship removed just prior: ('whistleblower').

[668] Roberts: Remove the wallaby, too much like a kangaroo, I do not want those in my courtroom, get Rocko the fuck out of here. [*Laughing*] Swearing in not swearing out often. Goat can stay for the pagan thing. Pee-cock [*Debate, "a"*] needs removed as makes too much noise. Cow wearing a wire on Flynn, how is she a cow? [moss cow] Concerned about haruspex thing. She can stay. [*Unclear/Debate*] Inquired about unfamiliar landmark in family: *Butz v. Economou*, 438 U.S. 478 (1978). We can talk later. Mentioned a cool conspiracy associated to JFK and President requested he participated. Deutch: This one is mediocre at best.

[669] Roberts: Need to get out of here, can talk later. Concerned he doesn't know why he's here. Monahan: It's a con as part of the intentional tort for the genocide, he doesn't remember a thing. [Blocking exit.] Inhale this. Roberts: What are you doing? Monahan: Obstructing justice.

[670] Hastert: [*Handshake*] Wife has something cooking and cannot stay long. No house fire to worry about. Here in my [*Unclear*] former official capacity. Handed a bagel with some pieces missing. [*Unclear*] Reference to tractors and a twin, did not know what it meant, and say high to Jimmy for me. Fuck Angleton or whoever put that in there referencing unknown past event.

**[671]** Dialog form third party about bagel in reference to a fag: [960], [961]. Weinschenk familiar with name, however did not know as a drum major with high school band at the time.

**[960]** Junior Staff: Jason Fagel and Horacio Rodriguez who were best friends: ('fag/whore rod'). **[961]** Kenneth Fagel Jr. (1954 – March 19, 2003), Jason's father, was a HCSO Deputy injured/killed [Cause Unclear, Car Accident?] and whose wife Cindy Fetcher Fagel knew Weinschenk's mother from Hamilton Heights Schools (HamCo): [671], Error: Reference source not found.

**[672]** Rear-view of goat/animal in reference to Political Action Group (PAG-an): [110], [657].

**[673]** Comment about finding the animals at the Columbian Park Zoo in Lafayette, IN. Limited choice so had to use the wallaby with a hippos game as unsafe to bring hippopotamuses into a courtroom. Hungry-Hungry-Hippos tabletop game sat out on the floor: [482].

**[674]** Provided a pair of iron spikes under Jupiter planet and rocket models understood to be a nativity or religious ceremony. Said to nearly pass out from low blood pressure, which was checked at the start, and multiple initial attempts made because of minor errors.

**[675]** Pompeo: Oh Hi Mars taking the 542: ('taking the NATO Article 5 with a 42km shot').

**[676]** Haspel, butchered a recitation of *Green Eggs and Ham* by Dr. Seuss.

**[677]** Handed a rosary, wooden cross, and poured a glass of wine for Melania Trump who provided a rose from her garden, and petal received as a ('euchre-ist').

**[678]** ISP Holeman (holy-man) next to Weinschenk stepped out for a smoke. Perrene put a bag over Weinschenk's head: You're ass is mine shithead. [*Unclear*]



**Figure 36: French CAESAR**
155mm self-propelled howitzer

| Mnemonic Devices (2007) |
|---|
| **[679] SYNOPSIS:** Number of future, top level U.S. officials acting out skits inline with their names. |
| **[680]** Trump: Playing card which is elevated above its usual rank in trick-taking games. |
| **[681]** Ruins of Pompeii: Vast archaeological site in southern Italy's Campania region buried under meters of ash and pumice after the catastrophic eruption of Mount Vesuvius. |
| **[682]** Crossing the Rubicon: Caesar's crossing the river Rubicon precipitated the Roman Civil War, which ultimately led to Caesar's becoming dictator generally construed as treason. |
| **[683]** Excalibur: Legendary sword of King Arthur associated with the Arthurian legend. |
| **[684]** The Joint Chiefs of Staff: Body of the most senior uniformed leaders within the U.S. |
| **[685]** Yankee White: Administrative nickname for a background check undertaken in the United States for Department of Defense personnel and contractor employees working with the president and vice president. |
| **[686]** Kashmir: Northernmost geographical region of the Indian subcontinent between India and Pakistan. |
| **[687]** Saint Javelin: Concept meme depicting various religious figures carrying the FGM-148 Javelin (funny chickens) anti-tank weapon that became popular during the Russo-Ukrainian War. |

| |
|---|
| [688] Mexican Standoff: A confrontation in which no strategy exists that allows any party to achieve victory. Any party initiating aggression might trigger its own demise. At the same time, the parties are unable to extricate themselves from the situation without suffering a loss. |
| [689] No Quarter Given (Red Flag): The phrase no quarter was used during military conflict to imply combatants would not be taken prisoner (no quarter given), but killed. Opposing forces would signal their intention to give no quarter by using a red flag. |
| [690] Three Parts of a Chicken Wing: drumette, wingette, and wing tip. |
| [691] Slava-class: Guided missile cruisers designed and constructed in the Soviet Union. Moskva (formerly Slava) was a guided missile cruiser of the Russian Navy and flagship of the Russian Black Sea Fleet, with a crew of 510, sunk during the 2022 Russian invasion of Ukraine on April 14, 2022. |
| [692] Fletcher-class: Class of destroyers built by the United States during World War II. USS The Sullivans (DD-537) is a retired U.S. Navy Fletcher-class destroyer named in honor of (5) Sullivan brothers (George, Francis, Joseph, Madison, and Albert) aged 20 to 27 who lost their lives when their ship, USS Juneau, was sunk by a Japanese submarine during the Naval Battle of Guadalcanal. April 13, 2022 the ship partially sank following a severe hull breach: (floating museum). |
| [693] USS Constitution ("Old Ironsides") is a three-masted wooden-hulled heavy frigate of the U.S. Navy. She is the world's oldest ship still afloat which was launched in 1797; one of six original frigates authorized by the Naval Act of 1794 and the third constructed. |
| [694] FGM-148 Javelin (spear): American-made portable anti-tank missile system in service since 1996. |
| [695] FIM-92 Stinger: American man-portable air-defense system (MANPADS) that operates as an infrared homing surface-to-air missile (SAM). |
| [696] Broken Arrow: The U.S. military uses the term "Broken Arrow" to refer to an accident that involves nuclear weapons or nuclear weapons components, but does not create the risk of war. |
| [697] Uranium One Controversy: Sale of Uranium One to Rosatom as a $145 million bribery scandal involving Hillary Clinton and the Clinton Foundation. |
| [698] Yellowcake: Uranium concentrate powder in the processing of uranium ores. |
| [699] Curds are a byproduct of coagulating milk. |
| [700] July 15, 2016, an attempted coup d'état occurred against state institutions in Turkey. |
| [701] Wag the Dog is a 1997 American political satire black comedy film. The screenplay centers on a spin doctor and a Hollywood producer who fabricate a war in Albania to distract voters from a presidential sex scandal. |
| [702] Mar-a-Lago purchased by Donald Trump for around $10 million in 1985. He used the mansion as a residence for eight years, before converting it into the Mar-a-Lago Club. His family maintains private quarters in a separate, closed-off area. Trump frequently visited there during his tenure as President of the United States, referring to it as the Winter White House and his "Southern White House." |
| [703] "I'm a Slave 4 U" is a song recorded by American singer Britney Spears in 2001. |
| [193] Alexandria Ocasio-Cortez (D-NY), also known by her initials AOC, is the Representative for New York's 14th congressional district (2019 – Present), the youngest woman ever in Congress, proponent of the Green New Deal, and former bartender. |
| [1479] Natalee Ann Holloway (1986 – 2005, aged 18) was an American woman born in Clinton, MS whose mysterious disappearance made international news after she vanished on May 30, 2005 near the end of a high school graduation trip to [Dutch] Aruba in the Caribbean. |

[704] Congressman Mike Pence (R-IN) and former CIA Director Tenet tying a knot in a fake gay marriage ceremony. Charlotte Pence had a bag of charcoal, rosary, and chestnuts roasted over a small camping stove along with some twigs or arrow that was broken.

[705] Deputy Director Bishop had a cane and Bible while moving diagonally with a hobbyhorse and javelin or jousting lance. Also had a squirt gun (holy water) and not present for a significant part of the nativity. Threw a snowball at Weinschenk which occurred around August in Indiana (mid-summer) claiming it was snowing outside. Difficulty walking wearing large hairy hobbit feet, full beard, and too much to carry. Later returned wearing a baseball jersey with split New York Yankees and Chicago White Sox log: ("Yankee White").

[706] Child actor (Barron Trump) building a castle with Legos and a bunch of Zs while Melania Trump performing a catwalk with a glass of wine, rose, and euchre cards. Pompeo: What are all the Zs? Nap time? [*Unclear*] Child in diaper said constipated as had bar in with reference to lax. Debate as parties thought line was inappropriate. Melania: Not mine.

[707] Mike Pompeo pompous with a cap and gown, was drinking corona beer fetched by Gina Haspel wearing a witch's hat. Pompeo pointed towards a picture of real estate developer Trump along with a reference directed at an actor building a castle. "That man could be a future president, and someone in room in the White House."



**Figure 37: XM982 Excalibur**
(155mm Artillery)

[708] Pompeo: Weinschenk's uncle a hero who had his balls shot off for making too many babies and seeding treas: nuts, acorns, balls [*Unclear*]. Freaking out about presence of a Rubik's cube.

[709] Provided earpiece which failed to work as Bishop said to have a signal jammer, cell phone similar to one which would be procured in future to read prompts, and assisted by Edward Snowden: "When over Snowden would be on a mission, and should bring him home." (melt)

[710] Pompeo: Now for some brief videos from our less than friendly knights of the rounder hole. [*Unclear*] Overhead projector played recorded videos from all members of the Joint Chiefs of Staff (JCS) in reference to knights of the round table from Camelot: ('Excalibur'). Table had a large broadsword next to an artillery round prominently displayed.

[711] Pompeo: If you recall your last mission; black dog was a better fit with Esra Erdoğan [197] and beat you to the assignment; sure you were there in spirit on the honeycomb [sic]; open flame and cashmere with the alpaca (Pakistani President Musharraf) getting singed not a good match; don't want another Woolsey incident wailing about losing his hair; who writes this shit?

[712] Negotiated deal with Mike Pompeo for $1 (Washington) compounded daily to the absolute percentage price change of oil over a decade enforceable by anyone in the room who could direct the CIA in 10+3 years time; thus assigning Weinschenk over 99.99% of nation's wealth. Requested a guaranteed $4m, which Pompeo consented, as won't matter. Contract dictated by Andrew Buroker and signed by Weinschenk using John Perrene as a table. Chief Justice John Roberts requested to state he would guarantee the contract for Weinschenk's service.

[713] Compensation took form of Bitcoin needing laundered by Jeffrey Epstein; converted to a commodity, cotton via swimwear; and acquired by the troops. When over would need him.

**[714]** Told in 10 plus 3 years would be role-playing a chicken and apex predator, if used, which he definitely would be, and regularly paid by the government (welfare, not on).

**[715]** Perrene demonstrated a trip for when approached from behind by an assailant which Weinschenk commented he knew from a karate instructor in middle school. News article [fake?] said instructor invited to instruct SEALs in hand-to-hand at Camp Pendleton in California.

**[716]** Perrene wearing a Trojan's ('18 U.S.C. § [photo and #]') university sweatshirt as requested, told an altercation would occur in a few years, and needed to avoid killing anyone.

**[717]** Former Attorney General Barr unable to attend due to alcoholism and future affair. Hillary Clinton having issues with Uranium One with yellow cake served.

**[718]** Pompeo: In 10 years "a summer field" would be handling issues, reference to a picture of some girl being a cutie although too young, and told coming across the FBI with a bunch of pedophiles and little people: *Figure 12: GetOffMyLAWN (Gnomes) p.23* (Gnome mascot).

**[719]** Antithesis to chicken that could make an amazing Manhattan with a name nobody knew ("AOC"); court cases: *Alexander v. Sandoval*, 532 U.S. 275 (2001) and *Ocasio v. United States*, 578 U.S. ___ (2016); and court would be easy: [193].

**[720]** "3-Parts Mexican Standoff:" Pompeo, Bishop, and Deutch drinking coronas wearing sombreros pointing chicken wings at one another. Displayed a solid red flag, and inquired as to what it represented: Soviet, China, naval flag? [*Unclear*] Loose change exchanged.

**[721]** Bishop: Flag is a naval no quarter, probably should not talk about it. [*Unclear*] Traded a slave for a fletcher because of a broken arrow; [*Unclear*] dispensation as Constitution a better match as a flag-ship: [*Debate*], has sails. Inquired if Weinschenk knew what they were doing? [*Confused*] What do you think would happen if a ship with nuclear weapons was sunk? Weinschenk: Should not explode, but Soviet design.

**[722]** Bishop: Saint and artillery reference, but what do I know, I'm just a career CIA officer. Inquired if Weinschenk thought Iraq was about oil: [A] No, geopolitical positioning.

**[723]** Haspel performing [*Unclear*] Britney Spears's "Slave 4 U" with a tan python, blonde wig, and golden "A" chain. *See Figure 38: Slav[a] for You p.78.*



**Figure 38: Slav[a] for You**
Britney Spears (American Singer)

**[724]** Deutch: Failed to record the entire thing, forgot to put a tape in and charge the battery. Apologized for negligence, unsure if it qualified as gross. Script required I say that. Deutch requested Tenet talk to him on the way out and asked Weinschenk to remain.

**[725]** Soviet era tanks have a design flaw where a top impact (FGM-148 Javelin) would ignite the ammunition resulting in occupants being vaporized and turret flying off.

**[726]** Michael Flynn ['fly in'] and Chelsea Heffernan [moss cow] [312], [311] in a plexiglass room in the back corner with a desk and laptop inside. Affixed to front a Turkish flag, with potted plants positioned around room. Flynn complaining about gnats not flies. One of the flowers looks like a penis [*laughing*], and unknown trooper commented one is definitely pot.

[312] Schwartz: "It has to be you Chelsea because of your name," left, stormed in proclaiming "Chelsea what are you doing," and upset Chelsea: "You just told me to do that." [311] Ms. Heffernan in hallway outside the apartment dressed as a cow, did not want to be seen as "udders exposed," and told Chelsea she did not have any so stunt acceptable while pouring glasses of milk for adults with ("baby formula") for Schwartz.

**[727]** Deutch mentioned conspiracy theorists always ("bugging him") because of the Dutch and Clinton combination. Came up with *Natalie Holloway (2005) p.172* in Aruba: [1479].

**[728]** Upon conclusion, Pompeo displayed flags believed to be those of Kurdistan and Ukraine.

**[729]** Heffernan wearing a blue jacket with some ambiguity about being an undercover ('wire news network' / CNN) reporter. [*Unclear*] Flynn handed her something.

**[730]** Chelsea was topless and covering her face with her underwire bra upon the conclusion.

**[731]** Most were drinking Corona beer, Flynn had a turkey sandwich and briefly attempting to feed the ('fox'), ('Pea-cock/NBC') already ordered removed from the courtroom.

**[732]** Fox News generally a conservative network, and NBC News (peacock) a liberal network.

## Evidence (2007)

**[733] SYNOPSIS:** Discussions concerning where to preserve evidence from courtroom and incomplete events.

**[734]** Deutch provided a tape to Melania Trump, [*Unclear*] label suggesting nuclear secrets to be held at her house in Mar-a-Lago, and several empty folders with classification letterhead: "Nothing in them, no criminal charges to worry about. [*Unclear*] justices present." More boxes to be shipped, may need a closet, husband a real estate developer so 'figure you have the space.'

**[735]** Surveillance photos of nuclear missiles in Cuba, said to be declassified by the time this ends, and they are no longer there so won't jeopardize anything: classified in label only.

**[736]** Added contract that was negotiated for wealth of nation, written by Buroker, and signed by Weinschenk atop John Perrene's back as a table.

**[737]** Video on caring for goats Deutch said he taped over, Army guy getting the goat over there too unreliable: [932]. Will send another via mail that hadn't been recorded at that time.

[932] Uncle: What's the lack of trigger discipline. Fireworks outside kids. Sheller: We're doing DEFCON cocked pistol and FPCON. Uncle: In my living room? Sheller: I'm a sniper, I know how to handle a gun. Uncle: I know that, but in my living room? Sheller: I need your thermostat for the skit. It's a central reference for CIA and too hot. Uncle: Compared to Iraq/Afghanistan?

**[738]** Photo of Marvin the Martian from Looney Toons for the HIMARS and Forester's aliens.

[739] Deutch requested Chief Justice Roberts file the court order behind his law degree, [*Dispute*] and Roberts suggested using his bar admission instead as more negligent. Said having framed and using order as backing paper.

[740] Dialog about Florida as a national dick pointing at evidence: "Bay of Pigs" [*Laughter*]. "Operation: Pigstick" as codename in reference to putting lipstick on a pig.

| Miscellaneous Discussions (2007) |
| --- |
| [741] **SYNOPSIS:** Discussion among parties if court proceeding was normal and unknown fabricated story. |
| [742] The Antonov An-225 "Mriya" was a strategic-airlift cargo aircraft designed in the 1980s by the Antonov Design Bureau in the Soviet Union to transport Buran-class orbiters. |
| [743] The Directorate of Operations (DO), less formally called the Clandestine Service, is one of the smallest components of the US Central Intelligence Agency. |
| [744] Article 5 provides that if a NATO Ally is the victim of an armed attack, each and every other member of the Alliance will consider this act of violence as an armed attack against all members and will take the actions it deems necessary to assist the Ally attacked. |
| [745] Stagflation is high inflation, high unemployment, and slow/negative real economic growth. |

[746] Order carried the seal of the Office of the President according to multiple parties. Discussion about Office of the Director of National Intelligence and who to actually report issues to in the future and a possible test for the inspector generals. Debate about a trial of Universal Basic Income or some monetary policy, should probably remain silent.

[747] Present parties concerned about getting burned realizing skits were mnemonic devices. Questions whether meeting was part of a staged White House run? Normal? Stagflation?

[748] Congressman Mike Pence said he was requested for a ceremony and ("bring Char").

[749] Paraphrasing Bishop: Probably not wrong about this, but I reviewed it, and it is authentic.

[750] Pompeo: Inquired if Weinschenk came from money because of the UBI concerns. Said self pay through college, no family use welfare, owned stocks, no debt, not overly wealthy.

[751] Pompeo: Debate among present if what occurred was normal and comments about orders by Director of Operations John Forester with inquiry as to how Weinschenk knew him, and when was a Forester Director of Operations? Bishop thought he may have heard it before.

[752] Tenet: Goat is PAG, what they do is unholy. Need to "ate" something. Two directors: [743].

| |
| --- |
| **NOTE:** Director of the Directorate of Operations, aka Jeffrey Epstein. |

[753] Flynn: FBI wearing a wire on me probably means future investigation, recent clearance.

[754] Haspel: HIMARS is rocket artillery, number I do not know, make sure that's not a 5th on NATO with 42-mile range because something about this isn't right. That guy doesn't have a clue why he's here, and I'll guarantee you not everyone cleared for this. Does 542 hold significance to you? Weinschenk: No … ("I-465, SR 28/47, US 52 near Purdue, 317 area code is Indianapolis).

**[755]** Bishop: *Figure 4: Ohio SR542 p.20* is all I could find via a search. Looks like a dick joke.

**[756]** Haspel: CIA fairly sure 9/11 was us because of the names, but were never able to trace the cause with a possibility of a connection to Jesus Angleton. Based on the wine in Weinschenk's name may be related. If it involves Angleton it means you go to the top because of some dumb treaty obligation, this may be it. Check with someone because this whole arrangement is not right. White House run with no quarter given sounds political … "Yep, we're fucked."

**[757]** Bishop: Ukrainians gave up Myria. It's an old cargo plane from the Soviet days. They welcomed the opportunity once they saw the terms, so I've been told. Royal part investigated after Diana, Deutch put it in there and received a reprimand. John and Prince Andrew were acquainted, so family made the best of it. Limited actual harm and York relevant. We can step outside, and I'll fill you in.

| Open Courtroom (2007) |
|---|
| **[758] SYNOPSIS:** Confession of crimes and violations of rights imparted upon Weinschenk by former CIA Director John Deutch, dressed in lederhosen, in an open federal courtroom before two justices monitoring. |
| **[759]** Zyklon B: Trade name of a cyanide-based pesticide invented in Germany in the early 1920s. The product is notorious for its use by Nazi Germany during the Holocaust. |
| **[760]** Cult of the Dead Cow ("cDc" or "cDc Communications"): Computer hacker and media organization founded in Lubbock, Texas in 1984. cDc is credited with coining the term "1337" as a spelling of "Elite." |
| **[761]** Tokamak: Device which uses a powerful magnetic field to confine plasma in the shape of a torus. The tokamak is one of several types of magnetic confinement devices developed to produce controlled fusion power. |
| **[762]** Shakamak Junior-Senior High School is a middle school and high school located in Jasonville, IN. |
| **[763]** Impeachment: Process by which a legislative body or other legally constituted tribunal initiates charges against a public official for misconduct. |
| **[764]** The colony of Georgia [peaches] was originally intended to use prisoners taken largely from debtors' prisons creating a "Debtor's Colony" where prisoners could work off their debts. |
| **[765]** Avram Noam Chomsky (born 1928) is an American linguist, philosopher, cognitive scientist, social critic, and political activist. He is a Laureate Professor of Linguistics at the University of Arizona and an Institute Professor Emeritus at MIT. Ideologically, he aligns with anarcho-syndicalism and libertarian socialism. |
| **[766]** Bidet: Bowl or receptacle designed to be sat on in order to wash one's genitalia. |
| **[165]** James Jesus Angleton (1917 – May 11, 1987) was Chief of Counterintelligence (1954 – 1975) for the CIA who became convinced the agency harbored a high-ranking mole. |
| **[137]** Larry Joe Bird (born 1956) is an American former professional basketball player drafted 6th in 1978 for the Boston Celtics later nicknamed "the Hick from French Lick (IN)." |
| **[281]** FCI Terre Haute (IN) {Earth hot / hell} houses Aldrich ['all aiming to be rich'] Ames, a former CIA officer turned KGB double agent convicted in 1994, as well as 42 of 44 federal death row inmates. |
| **[255]** The United States Disciplinary Barracks (USDB) colloquially known as Leavenworth, is a military correctional facility located on Fort Leavenworth, a United States Army post in Kansas. |
| **[213]** Muammar al-Gaddafi (1942 – Oct. 20, 2011) was leader of Libya (1969 – 2011). |
| **[178]** John Deutch (born 1938) was born in Brussels, Belgium of Russian Jewish heritage; later became a United States citizen in 1945; earned a Master of Science degree in chemical engineering; PhD in chemistry from MIT in 1966; and is an emeritus professor at MIT in Cambridge, MA near Boston, MA. Deutch published two physical-chemistry papers (in, Combustion and Flame, 1978, vol 231 pp.215–221 and 223-229) modeling fuel-air mixtures. |

> **18 U.S. Code § 2382 Misprision of treason** Whoever, owing allegiance to the United States and having knowledge of the commission of any treason against them, conceals and does not, as soon as may be, disclose and make known the same to the President or to some judge of the United States, or to the governor or to some judge or justice of a particular State, is guilty of misprision of treason and shall be fined under this title or imprisoned not more than seven years, or both.

[767] Deutch, wearing lederhosen with appropriate mustache, inquired if Weinschenk spoke German: "Sprechen sie Deutsch, without the S" and apologized for ruining life. [*Unclear*] Fascination /fascism with Outpost video game with bug causing exponential death.

[768] Mad Nazi scientists are a common stereotype and trope in movies and video games.

[769] Mentioned *9/11 (Sept. 11, 2001) p.161* being a CIA stunt, treason, statutory genocide causing Weinschenk a lot of problems and referencing events which Weinschenk was unaware. Something went wrong because of something a PAG officer did, and all they were trying to do was get the president a little of money.

[770] John was probably watching, Weinschenk (plaintiff) cast as Jesus, and two federal justices in the other room would hold him personally accountable. People would think he and Noam [765]) came up with the idea. Endless conflicts in the 90s that made no sense. Most ('UN-American') thing they had ever seen.

[771] Images Weinschenk was shown were the best ("global warming") solution the ("egg-heads") at Langley could come up with. Biogas and irrigation project for the Congo and Sahara Desert requiring a dam got rejected [*Unclear*] and Georgia as a penal colony with peaches: ("damn con-ga/going"), ('Sahara/Sarah/SARS').

[772] Growing mustard to combat global warming as green ["…"] house gasses stay near the surface following release and the ("ashes rise and fall like a sine wave") fertilizing crops. Corona is no Zyklon-B, losing sense of smell really takes away from the whole effect … Central will be running a conga line into the chambers. Idea will be the hottest thing people have ever seen, all going to Georgia like cons. Going straight to hell for this with that project. Losing out on the idea Weinschenk never invented is going to cost us.

[773] [*Unclear*] Backfired and made a dark age as we made NATO stupid and China copied.

[774] Legal matters in which Weinschenk was unfamiliar. Cases now known as *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007) which was pending and *Ashcroft v. Iqbal*, 556 U.S. 662 (2009) with references explaining unknown *Twigbal [Q] p.153* and *Hot Spur p.152*.

[775] Deutch: Events connected to Weinschenk's uncle's death in Roselawn, IN part of a genocide, references to children Weinschenk knew nothing about and would meet soon, one was unfortunate, and 18 U.S. Code § 3509 Child victims' and child witnesses' rights. Nobody could figure out the moles as the computer said he never touched the girls. Commented the FBI had amazing tools and would pick out the inconsistencies in story.

[776] Cult of the Dead Cow ("cDc"), not to be confused with CDC (Centers for Disease Control), and Warez (pirated software).

**[777]** Would understand when over as stimulus would not last long. Most would waste it on electronics, money going to China, did not know who was responsible. Doing what the computer asked, and nobody in Washington would believe him as ('national socialism') was out of favor with the current administration. Honey pot and finger pointing at him wherever he went.

**[778]** Unknown investigation into what went wrong and how someone got targeted. Mentioned NCAA tourney and *Pan Am Flight 103 (Dec. 21, 1988) p.159* commenting people will lose their minds when they discover what we did, especially when they see the ('whales').

**[779]** Joke about which came first, the chicken or the egg, and before chicken. Goes back so far nobody will believe this. Reference to ("immortalizing oneself and not having an amazing name like Weinschenk.") Implications of that name for tort law are timeless.

**[780]** Angleton [165] found combination and had "John" creating all sorts of conspiracies. John's story is absolutely incredible because of what that man [Angleton] did. [*Unclear*] God.

**[781]** [*Unclear*] Martin (Aunt/John's sister) and MLK not your conspiracy … leak … conspiracy theories … treason again … purple martins just dumb birds: ('difficult name to utilize').

**[782]** Paraphrasing: "All those trips to Terre Haute as a kid, that man's been following you his entire life. When you realize the joke we made out of your life, you will either love us or hate us. Even Larry Bird got played as part of this. Bird's [137] Boston Connection restaurant in Terre Haute, IN and French Lick association on bird are ironic. How that man knew tomato juice, I mean blood, came from French Lick is beyond me." [*Unclear*] *Tottenham v. CIA:* [134].

**[783]** Moving federal death row to Terre Haute, IN [255] ('terra/hot land') as Fort Leavenworth, KS [255] to far away for something and "leaving worth" worked with word play. [*Unclear*]: *Figure 8: Zodiac Map* with "David."

**[784]** References to Barbary Pirates saying piracy as a constitutional violation was rough. Gad [213], ("with an a, not God with an o"), got rid of them. Tried music and software piracy with some counterfeiting, however nobody really noticed. Reference to unknown female whose name would be significant and a boat, best we could come up with, piracy is hard in the modern day.

**[785]** Reference to a bidet, cock and water on balls, seems more of a female thing for hot spur.

**[786]** [*Rambling*] You are not even listening to me anymore are you. That's why you are not at MIT, suppose you are not alone in those thoughts. Some of my students do the same thing. That technology is absolutely amazing with references to memory retrieval. Mention of tinnitus and a ringing in the ears. Schooling being unfortunate, never had a chance. John got walked through, guy was a genius, not to be mistaken for human intelligence, had it easy.

**[787]** Brief mention high-leg delta (3-phase AC distribution common in the U.S.) not being utilized because they were unknowingly controlling the standards organizations, intentionally inefficient, and rest of the world followed NATO. Whoever came up with that one is a fucking genius. Nobody knew what the significance was until we realized it's percentage points of entire power grid. Figured as an electrical engineer you would understand.

**[788]** Fusion made more sense because of the spur. Outpost at least had the tokamak, but that game designed by NASA scientists. Chess tournaments in Shakamak, IN closest to tokamak we could come up with because of your fusion and that hot spur. [*Confused*]

**[789]** Deutch made mention his son. No idea what that woman sees in him, you may have to sue the man for damages when this is over. Gave him all I had. [*Unclear*] You'll probably need the same when this is over. Don't deny you don't like the young girls, you have some beauties you don't even know about. I saw fit to make sure they all came out okay.

**[790]** Nina [347] and Nine Inch Nails thing had everyone stumped, nobody is quite sure what happened in Toronto upon review. (Specific event and name unfamiliar at time.)

**[791]** Inquired about Roman emperors, specifically Caligula, however he was more of a Nero fan, like the Nero Burning Rom software kids used to pirate music.

**[792]** Referenced a nest of bodies for Caligula [*Unclear*]: ("Took us weeks if not months to fully comprehend story the computer created and were still laughing at the nuances months if not years later."). Everybody that's seen or knew about this story dies, and I do not mean laughing.

**[793]** [*Unclear*] Something about what President Kennedy requested. Seemed a good idea then. That story in relation to your name is absolutely incredible. Your tort has the most abundantly clear Constitutional violation anyone will ever see because of this operation. When over may need your [spurs] help to get myself out of this one: *Infrastructure Project p.116*.

**[794]** Mention of *respondeant superiores*, not *superior*, with unclear FTCA and *Intentional Tort p.157* law. "Will have earned this the hard way because of what has and will happen to your family. Worst part is that tort will not matter, and you will never be able to use it." [*Unclear*] Landes DNA holding you back, Weinschenk had potential, but that bloodline… [*Unclear*]

**[795]** Future neck issue because of [*Unclear*] chicken joke and future eye issue. Technology Langley has is so far ahead nobody can comprehend the precision nowadays. ('That's my being a traitor again with this Hitler act'). [*Unclear*] Vision will be gone in a flash.

**[796]** Washington will never be able to stop this one by design. Presidents all required to be corrupt and receive money, judges delusional because of *Butz*, democratic agenda advancing, and Republicans concerned about a threat that isn't real because of bad intelligence. Everyone follows orders and nobody asks any questions, that nuclear scheme was amazingly brilliant.

**[797]** Passed the two judges stating they had video, but no audio of the skits in the courtroom and inquired if Deutch said anything interesting. Conversation could not be recalled at that time. Roberts mentioned he may have committed misprision, knew for a fact ("that man was an East German Jew of Russian heritage") and suspicions existed following *9/11 (Sept. 11, 2001) p.161*.

| Chapter 5: West Lafayette, IN (2007 – 2009) |
|---|
| **[798] SYNOPSIS:** Multiple instances of officers targeting Weinschenk with each instance suppressed. |
| **NOTE:** Story plays in reverse order: Supreme Court → Appeal → District Court → ('A-Team') |

| Delphi, IN (2007) |
|---|
| **[799] SYNOPSIS:** Staged close call foreshadowing *Delphi Homicides (2017) p.173* with brake-line tampering after detoured through the town on way back to Purdue University following optometrist appointment. |
| **[800]** Vercingetorix (82 BC – 46 BC) was a king and chieftain of the Arverni tribe who united the Gauls in a failed revolt against Roman forces during the last phase of Julius Caesar's Gallic Wars. Despite having willingly surrendered to Caesar, he was executed in Rome. |
| **[801]** CODIS ("Combined DNA Index System"): Generic term used to describe the FBI's program of support for criminal justice DNA databases, as well as the software used to run these databases. |
| **[802]** Pythia was the name of the high priestess of the Temple of Apollo at Delphi who also served as its oracle. Also known as the Oracle of Delphi and clairvoyant. |

**[803]** Multiple East-West roads closed redirecting Weinschenk North following optometrist appointment in Tipton, IN. Future Delphi victim Abigail Williams on a bike with training wheels, her mother not far behind, sent in front of his car as he approached, stopped in ample time, and brakes depressed automatically.

**[804]** Possible concussion for Abigail who fell off bike after her mother yelled at her after she looked backwards. Abigail was parallel to the T intersection and far crosswalk without stopping while car maybe a third of the way through intersection and fully stopped.

**[805]** Delphi city officer discovered unknown child trafficking charge on Weinschenk's record, claimed to broadcast it over the radio, and officer told to stand down after a few minutes.

**[806]** ISP Sgt. Holeman arrived and convinced the officer to release Weinschenk saying unknown charge was from *To Catch a Predator (2003) p.67* and staged. Origin and significance unknown as Weinschenk was unaware he had any record, and no record has been discovered.

**[807]** Nearly assaulted by Derek German with claims of hitting Abigail. Derek was the father of Liberty German, one of the two Delphi victims.

**[808]** Detained briefly at the Delphi police station to sort out the record, sucker punched after being held briefly, and ('skipping the muzzle and shackles') which were present.

**[809]** Holeman had a small bone, 5-6 inches in length, and inquired if it could be identified. Paraphrasing: ('no spurs, think it is a hen'). Apparently human as FBI had it tested, fairly sure international origin so opted not to run it through CODIS.

**[810]** Questioned by Sgt. Holeman on education and career as to why Weinschenk was being targeted, comment about past incidents Weinschenk did not recall, and officers repeatedly requested to target him throughout college for unknown reason.

**[811]** Random instant message from someone claiming to be Abigail Williams whose name Weinschenk did not know requesting a sexual encounter within a week of the accident.

**[812]** Intersection in Delphi, IN where this incident occurred no longer believed to exist following the construction of the Hoosier Heartland highway in 2012.

| Police Shenanigans (2007) |
|---|
| **[813] SYNOPSIS:** Searches of apartment, MITM attacks, and harassment by out of uniform and jurisdiction officers searching for a one-eyed monster, without a warrant, and without consent. Arresting him for spreading false religion and unknown sex crime without use of courts. |
| **[814]** Webshots (1999 – 2012) was a family-friendly photo sharing service. |
| **[815]** Secobarbital sodium is a short-acting barbiturate largely replaced by benzodiazepine family. Seconal widely abused and known on the street as red devils or reds. |
| **[816]** The Nunn – Lugar Act (Soviet Nuclear Threat Reduction Act of 1991) was authored and cosponsored by Sens. Sam Nunn (D-GA) and Richard Lugar (R-IN). |
| **[817]** 18 U.S. Code Chapter 96 Racketeer Influenced and Corrupt Organizations |
| **[818]** Sturm, Ruger & Company, Inc.: American firearm manufacturing company. |
| **[819]** The 1983 GMC Vandura van used by the A-Team with its characteristic red stripe, black and red turbine mag wheels, and rooftop spoiler is an enduring pop culture icon. The A-Team (1983 – 1987) is an American action-adventure television series about former members of a fictitious U.S. Special Forces unit. |
| **[189]** Sen. Richard Green "Dick" Lugar (R-IN) was chairman of the Senate Foreign Relations Committee (2003 – 2007), chair of Senate Agriculture Committee (1995 – 2001), senator from IN (1977 – 2013), and Mayor of Indianapolis (1968 – 1976). |

**[820]** Random instant message from "lilsamrobs" supposed granddaughter of televangelist Pat Robertson having a crisis after uploading some personal photos and ('praying') for help deleting an album on Webshots as she could not access site because of a content filter.

**[821]** Deleted album leaving behind a handful of desktop icon sized thumbnails from preview appearing to show a ballet dancer in ('nude leo-tard'). I.M. identified as a LEO working from home and said ("not dressed"). No charges as he did not feel like putting any clothes on and filing paperwork.

**[822]** Spearfishing campaign via Mosaic (job placement company) following an interview at Radio Shack in West Lafayette, IN with police arriving after the interview. [Difficult to recall] Do not believe anything taken, possibly a chicken wing. Said DNA turned up in an investigation.

**[823]** Raid of apartment by officers planting evidence. Property manger let them in as they had no warrant. Requested Weinschenk recite a bible verse and proclaimed "he lies." Officers unsure if they were local, state, or federal officers and what charges were viable: lying to the feds.

**[824]** Found a bag of reds and Ruger pistol, "like a Luger with an R," seized along with a picture of Sen. Dick Lugar (R-IN). "Drugs" believed red hots which Perrene found with a [tennis] racket, ("like a rocket with an a"), significance unknown, mentioned Rokita: [189].

**[825]** Bruce Vasbinder (*B.V.*) and John Mann (*Named Unknown*) wearing NPD uniforms in West Lafayette, IN (60 miles away), and drawing ('lightning bolts') on a pad while arguing.

**[826]** Robert Becker accompanying as claimed public defender [of Christ] taking case *pro bono*, "you can pay me later," and failing to intercede after officers collected photographic evidence. Told computer probably infected as all officers and attorney left without incident.

[827] Proceeded to clean computer at which point officers returned alleging obstruction, said it would not hold, use perjury, and taken away in a black van with a red stripe by [*Sarcasm*] ('The A-Team'). Drives seized and eventually returned, said to have found pot [photos] in computer.

| Rotisserie in a Cell (2007) |
|---|
| [828] **SYNOPSIS:** Systematic violation of rights while held in a room in a hospital for a supposed sex crime while having unknown biological children expose themselves with staged skits alluding to future terror attacks. Transpired as a supposed diversion to avoid a wrongful arrest even appearing on record with poor representation. |
| [829] United States Naval Reserve, better known as the WAVES (for Women Accepted for Volunteer Emergency Service), was the women's branch of the United States Naval Reserve during World War II. |
| [830] Joy Bright Hancock, a veteran of both the First and Second World Wars, was one of the first women officers of the United States Navy. She directed the WAVES, which during the war and briefly afterward grew to 500 officers, 50 warrant officers, and 6,000 enlisted women. |
| [831] Waterboarding: Form of torture in which water is poured over a cloth covering the face and breathing passages of an immobilized captive, causing the sensation of drowning. |
| [832] Marinating: Process of soaking foods in a seasoned, often acidic, liquid before cooking which led to the technique of adding flavor by immersion in liquid. |
| [833] Beer can chicken (also known as chicken on a throne, beer butt chicken, Coq au can, dancing chicken) is a barbecued chicken dish and method of indirect grilling using a partially-filled can of beer that is placed in the chicken's cavity prior to cooking. |
| [834] Raven-Symoné (aka Raven) was an African-American actress working with Disney. |
| [835] "The Raven" is a narrative poem by American writer Edgar Allan Poe. It tells of a talking raven's mysterious visit to a distraught lover, tracing the man's slow descent into madness. |
| [836] Edgar Allan Poe was an American writer, poet, editor, and literary critic. Poe is best known for his poetry and short stories, particularly his tales of mystery and the macabre. |
| [837] Shekel: Known as simply the Israeli shekel is the currency of Israel. |
| [255] The United States Disciplinary Barracks (USDB) colloquially known as Leavenworth, is a military correctional facility located on Fort Leavenworth, a United States Army post in Kansas. |
| 18 U.S. Code § 3509 **Child victims' and child witnesses' rights** (9) the term "sexually explicit conduct" means actual or simulated- **(A)** sexual intercourse, including sexual contact in the manner of genital-genital, oral-genital, anal-genital, or oral-anal contact, whether between persons of the same or of opposite sex; sexual contact means the intentional touching, either directly or through clothing, of the genitalia, anus, groin, breast, inner thigh, or buttocks of any person with an intent to abuse, humiliate, harass, degrade, or arouse or gratify sexual desire of any person; **(B)** bestiality; **(C)** masturbation; **(D)** lascivious exhibition of the genitals or pubic area of a person or animal; or **(E)** sadistic or masochistic abuse; |
| **NOTE:** See also *Colorado (2006) p.67* elaborating on human reproduction. |

[838] Prison (hospital) without trial and attempt to violate every Constitutional amendment. Believe this was the Indiana Veterans' Home (Indiana National Guard, not Dept. of Veterans Affairs) not far apartment in West Lafayette, IN.

[839] Asked by Sgt. Holeman if there was anyone with money to call, likely in reference to not bringing enough cash for *To Catch a Predator (2003) p.67*. Money not an issue and Weinschenk could have easily posted bail, however a judge unavailable because of a holiday weekend.

**[840]** Simulated prison rape with prisoner shaving Weinschenk's ass while held down to table. Moved to solitary confinement after being injected with something, possibly a placebo, then quickly forgetting the incident from frequently inhaling something.

**[841]** Roomed with a female Navy Lieutenant WAVES with a lantern and African American enlisted said a former janitor who were using stolen military IDs violating 3rd Amendment quartering with troops while not sharing a Corona beer in violation of 18th Amendment (prison).

**[842]** Unknown individual with legal authority married Weinschenk and female lieutenant, then shredded her absentee ballot violating 19th Amendment rights because of an unclear reference to "That Hussein guy" being black and a large signature on the ballot. [*Unclear*]

**[843]** Provided a cup of pine needle tea to get strength up. Attempted to burn with a cigarette, used filter end instead, commenting apparently he cannot be burned.

**[844]** Alleged to have schizophrenia after being asked to ("hum some hymns"), and said talking to someone. Shown three ink blots in as many seconds with individual identifying as a janitor making diagnosis as his stolen ID with wrong race said army doctor.

**[845]** Robert Becker said no judge available until after the weekend to seek release, and arranged some diversion with a prosecutor and eventual house arrest for in theory some form of sex crime.

**[846]** Married to "Raven" over the phone and whose Disney show recently cancelled and chicken said a fan. Claimed to have donated an egg, then broke off the relationship as "to Poe and macabre" in orange: [835], *Figure 39: Poe Dameron*.

**[847]** Placed into a straight jacket with arms crossed, and said needed to be made more prepared for the children. Cloth over face with sauce poured over it; bottle stuck into buttocks; orange jacket over straight-jacket with respirator showing temperature on chest; and ash cross, more like an X, on forehead verified with a mirror: "Throw some socks on him as that's indecent, don't want children to see those." Left a six-pack of Foster's beer and someone had a cup of Kool-aid.

**[848]** Then left to ("rot … isserie in a cell") with a space heater and pressure cooker.

**[849]** WAVE wearing white flew Weinschenk a bird, said flying Southwest. Janitor left behind all his money, said ("Leavenworth") for a phone call as everything he had left: [255]. One coin in Hebrew believed to be a new shekel.

**[850]** Parties stepped out of room and unclear debate commenced with concern about the fake ID, pressure cooker, and possible terrorism. Coin said Israeli and a girl's middle name. May be nothing, but thought he was Jewish as name was requested.

**[851]** LGBT couple and young male inappropriately dressed as ("Woody") from Toy Story in cowboy chaps. Parents said it took multiple attempts to get pregnant, really wanted a "homophobic male transvestite," however disappointed he came out straight, and I.V.F. worked on first attempt contradicting claim. ("Removed") [*Unclear*] Dialog about removing scrotum hair, did not have any for some reason.

**[852]** Young girl around 10 years of age said a "princess and angel" named Sarah [Dixon] wearing a sleeveless, inside-out (faded) *Figure 40: Princess Gown*, tiara, halo, and angel wings. Mother was tying pink bows in her hair when this started.

**[853]** Dustin Dixon said he'd be a lieutenant in future and getting bars. Took janitor's change, and went to find a bratwurst vending machine: "Never seen one of those before, will try anyway."

**[854]** Sarah consumed a Chick-fil-A zesty buffalo nugget, tossed a chicken Caesar salad, and had a Starbuck's coffee her mother claimed a chocolate mocha as too young for actual … coughing.

**[855]** Ann [Dixon] questioned if Weinschenk had ever been to a fertility clinic with comments about an I.V.F. accident years ago and problem she had. She was wearing a black sweater, necklace, and perfume similar to his mother.



**Figure 39: Poe Dameron**
Star Wars X-Wing Pilot
*The Force Awakens* (2015)

**[856]** Poured hot wax from one of her wedding candles on his index finger and requested he poked Sarah's stomach. Said she duck taped her … to keep the birds out, did not know if it would hold, made a red line on his index finger, scribbled on Sarah with a brown magic marker, and lotion wiped bottom leaving behind a film: (tape/film).

**[857]** Sarah requested by her mother Ann [Dixon] to rub his head; wash his feet; draw a tan eleven, two oblong pink, concentric circles, point to middle; and say chicken touched her there: *Figure 40: Princess Gown, see also Figure 23: Gray Joys* (cats).

**[858]** Requested to shoot Sarah in the face with a squirt gun with white food coloring in it. Told it would not hurt her and kind of sick, but what was requested.



**Figure 40: Princess Gown**
*(actual sleeveless, older)*

**[859]** Ann added 6 to 12 spikes: "Put some dicks on there for you. Won't be any left after that tape comes off." Cried not knowing why, then husband returned. *No Younger v. Harris*, 401 U.S. 37 (1971), s*ee also FreeEats.com, Inc. v. Indiana*, 502 F.3d 590, 595 (7th Cir. 2007, Sept 12).

**[860]** Future arranged relationship, after Sarah came of age she will try to kill you, unsure what that means, inquired about significance of her name and … Israel and religion [cousin named Sarah, Israel no significant meaning], then "removed by force" with her father instructing her to resist more while holding her hand on the way out.

**[861]** One of the key characteristics of SARS-CoV-2 is the presence of ('spike') proteins allowing viruses to penetrate cells and cause infection: *Figure 18: Coronavirus (SARS-CoV-2)*.

**[862]** Believed to be mononucleosis: ('mono nucleus with spikes'), *Figure 18: Coronavirus (SARS-CoV-2)*. Infectious mononucleosis or ("mono") is a contagious disease caused by the Epstein-Barr virus (EBV). Fatigued for a month for unknown reasons afterwards: [138].

[138] Jeffrey Edward Epstein (1953 – Aug. 10, 2019) was an American convicted sex offender and former financier arrested again on July 6, 2019 on federal charges for sex trafficking, and he died in his jail cell on August 10, 2019. Epstein had a decades-long association with British socialite Ghislaine Maxwell, leading to her 2021 conviction. Epstein also maintained long-term relationships with high-profile men including George J. Mitchell, Bill Richardson, Donald Trump, Leslie Wexner, Bill Clinton, Alan Dershowitz, and Prince Andrew, Duke of York.

[863] Events said to be 18 U.S. Code § 3509(9) alluded to in courthouse: [775]. [PoV Hot Spur]

[775] Deutch: Events connected to Weinschenk's uncle's death in Roselawn, IN part of a genocide, references to children Weinschenk knew nothing about and would meet soon, one was unfortunate, and 18 U.S. Code § 3509 Child victims' and child witnesses' rights. Nobody could figure out the moles as the computer said he never touched the girls. Commented the FBI had amazing tools and would pick out the inconsistencies in story.

[864] Followed by a doctor saying blood test came back clean, mention of unknown thyroid issue and anemic from low blood iron ('crossed'). Needed to consume more greens. Asked to inhale a vial claimed pneumonia to ("make stronger") then nicked anus.

| Baker Daniels *pro bono* (2007) |
|---|
| [865] **SYNOPSIS:** Now federal magistrate impersonating a federal judge, taking a fictitious case *pro bono*, and ('prostrate-tuting') an Indiana governor's daughter following a fake release from jail. |
| [866] Protection For 'Good Samaritan' Blocking and Screening of Offensive Material: 47 U.S.C. § 230 was enacted as part of the U.S. Communications Decency Act, that generally provides immunity for website platforms with respect to third-party content. |
| [867] Prostate is a gland found in male mammals; prostrate means to lie face down (pray). |
| [868] Geodes are spherical rocks that contain hollow cavities lined with crystals. In volcanic rock, geodes start out as bubbles, and they can form in areas far away from volcanoes as well. |
| [869] Eggs are laid by female animals of many species, including birds. |
| [870] Ryan White (1971 – 1990) was an American teenager from Kokomo, IN who became a national poster child for HIV/AIDS later moving to Cicero, IN (just North of Noblesville). |
| [871] Halon is a liquefied, compressed gas that stops the spread of fire or fire retardant. |
| [872] A Miranda Warning is clear and direct: "You have the right to remain silent. Anything you say can and will be used against you in a court of law. You have the right to an attorney." |
| [873] *The Simple Life* (2003 – 2007) is an American reality series depicting two socialites. |
| [874] BleachBit is a disk space cleaner, privacy manager, and computer system optimizer: [1021]. |
| [875] Erectile dysfunction (E.D.) occurs when a man can't get or keep an erection. |
| [876] 2019: "I'm not sure there's a greater satisfaction than being able to help someone achieve their goal of living tiny and/or becoming a minimalist." – Maggie Daniels, IBJ's Forty Under 40 (Indianapolis Business Journal) |
| [877] Blood Money: Obtained at the cost of another life; money paid (as by a killer or the killer's clan) to the family of a person killed. |
| [878] A field dressing or battle dressing is a kind of bandage intended to be carried by soldiers for immediate use in case of (typically gunshot) wounds. It consists of a large pad of absorbent cloth, attached to the middle of a strip of thin fabric used to bind the pad in place. |
| [879] A string bikini gets its name from the string characteristics of its design. It consists of two triangular shaped pieces connected at the groin but not at the sides. |
| [161] Judge James Patrick Hanlon was sworn in as U.S. District Judge for the Southern District of Indiana on Nov. 13, 2018; nominated by President Trump on April 12, 2018. Hanlon was a partner at Faegre Baker Daniels LLP for 12 years prior to his taking the bench. |

> **[222]** Mitch Daniels (R) served as Governor of Indiana (2005 – 2013), 33rd Director of the Office of Management and Budget (2001 – 2003), White House Director of Political and Intergovernmental Affairs (1985 – 1987), President of Purdue University (2013 – Present), and has four daughters: Meagan, Melissa, Meredith, and Maggie.

> **[155]** Samuel Anthony Alito Jr. is an associate justice of the Supreme Court of the United States (2006 – Present); and circuit judge of the U.S. Court of Appeals for the 3rd Circuit (1990 – 2006).

**[880]** Woke up with a tampon in ass and unsure what exactly happened. Received ankle bracelet awaiting a trial, and told not to leave town. Attorney Andrew Buroker with another unknown attorney from the firm mentioned Section 230, no legal issues, and someone would be by later. "Mark my words, you'll be fired if you keep impersonating that man."

**[881]** James Patrick Ha[n]lon from Baker Daniels, "the new guy down from Chicago," had a fire extinguisher and trombone he could not play. Said public defender didn't do a damn thing, he would compel someone to cheer Weinschenk up and knew someone from ("y'all") while performing (mage) tricks: [161].

**[882]** Told obstruction did not hold as expected because nobody could locate Miranda ("Eye missing") [one eyed monster], perjury charge for spreading false religion appealed, special prosecutor looking into the matter, and events quickly forgotten. Attorney tossed copy of the U.S. Constitution in the trash, then quickly retrieved it as significant.

**[883]** Baker Daniels LLP took the case *pro bono* 'for the public good.' Interns said performing some sort of initiation for the CIA on the side. Weinschenk's case said a suitable candidate.

**[884]** Rosary collected by Maggie Daniels [222] who had a ('straw hat and straw in mouth'), and said she just a colonoscopy to check her "prostrate" with no geodes discovered while wearing a long skirt and thong sandals.

**[885]** Maggie took a pregnancy test which tested positive. Inquired about any acquaintances from Zionsville, IN [cousins], Ryan White, or if Weinschenk had AIDS? Said to lose the twin, he's ugly. Weinschenk a Jesus, herself a governor's daughter, and this is strange. Inquired how Weinschenk was connected to John Forester, and if there was any connection to *9/11 (Sept. 11, 2001) p.161*. Her father verified request to ensure no political scandal looming. Only doing it to get into Yale, and said her grades were good, not a problem: ('put a girl through college').

**[886]** Requested to sing This Little Light of Mine [*Do not know lyrics*] while holding a lighter, resulting in Hanlon [*mage playing tricks*] sparking the lighter and singing the song. "You do not know why we are even doing this do you?"

**[887]** Oral hygienist and future dentist Dr. Emily Baker (Damron / E.D.) present whose family friendly photos believed to have appeared during one of the incidents. She was failing to play [his] instrument, flossing dance with bathing suit under a skirt, retied an unattached ribbon on side of bathing suit, hula-hoop, washed feet while ordering Weinschenk to "ate" some rhubarb pie she baked, had some lovely melons, flossed teeth, and washed feet. Mentioned boyfriend by name "somehow important, probably the initials." Baker had a dirty napkin, said sick, but requested. Quick kiss on cheek, said she orally cared, hope case goes well, and left apartment.

[888] Loaned instrument, an alto saxophone, to a distant cousin in the 2000s and was not in apartment or possession. [Not] Hanlon had a flashlight, lighter he lit, and deck of cards he used to perform a card or magic (mage) trick: [155].

[889] Daniels paid $1 (Washington) "with interest" to Ha[n]lon as a good ("*pro bone*"), who gave it to Weinschenk to clean himself up, who gave it to Baker to ("launder") with her napkin. Said she ("bleached her bits") for a [Polaroid] "image" before she left.

[890] *Figure 39: Poe Dameron* first appeared in Star Wars: The Force Awakens (2015).

[891] Incident in Cicero, IN where Robert Becker refused payment, said he would not cash check, did not want a record for prior work, said CIA stunt and didn't want to represent in any more cases (no cases) following Lafayette incident. Believe billed $12##: [apartment #], charged.

| Trooper Holiday (2007) |
|---|
| [892] **SYNOPSIS:** Indiana State Troopers tampering with brake lines, ricocheting simulated munitions off windshield in a neighborhood, and acting as if de-ranged and seeking vengeance. |
| [893] Hollandaise sauce, formerly called Dutch sauce, is an emulsion of egg yolk, melted butter, and lemon juice. |

[894] Incident where brakes failed to function and went through an intersection at bottom of Chauncey Hill near Purdue University in West Lafayette, IN resulting in car briefly impounded for evidence collection with claims a rogue "Trooper Holland" angry about being fired.

[895] Brake failure occurred during a weekend while attempting to visit an online acquaintance in Cincinnati, OH for a BBQ. Now believed to be an alias for ISP Holeman (screen-name: upinya, daughter *vice versa* [N/A]). Gamer known to Weinschenk simultaneously went crazy, killed his daughter, several other women, and himself. Understood to be removing aliases and said a serial killer living in Cincinnati, OH where Weinschenk was supposed to travel for a BBQ.

[896] Over the course of a month received impacts on windshield on US 231 cracking it twice. Understood to be half a dozen or more simulated munitions. Final occurrence had a number of sirens in middle of intersection where ISP Sgt. Holeman informed Weinschenk "Trooper Holland" was arrested.

[897] "Trooper Holland's days ('hollandaise') of busting your balls are over." Mistaken as Trooper Holiday, not Trooper Holland's days, and sauce mentioned. Entire state police barracks would probably be fired, reference to Lebanon, IN seeking alternative work, and Weinschenk had a huge tort coming.

| Miscellaneous (2000s) |
|---|
| [898] **SYNOPSIS:** Various minor, out of place events relevant to this proceeding. |
| [899] Brandon Moynihan is an actor in Hotels.com's commercials known as Captain Obvious. |
| [900] The SC [Super-Computing] Conference is the world's premier high performance computing event, covering research, development, innovations, and education in the world of high performance computing, networking, storage and analysis. |
| [901] A transient ischemic attack (TIA) is a temporary period of symptoms similar to those of a stroke which lasts only a few minutes and doesn't cause permanent damage. |

> **[902]** The Maersk Alabama hijacking (April 9 – 12, 2009) occurred when four pirates seized the cargo ship off the coast of Somalia. The siege ended after a rescue effort by the United States Navy. The incident was the first successful pirate seizure of a ship registered under the American flag since the early 19th century, reports citing the last pirate seizure as being during the Second Barbary War in 1815, other incidents believed in 1822.

> **[903]** The Maersk story adapted as a 2013 film starring Tom Hanks as Captain Phillips.

> **[178]** John Deutch (born 1938) was born in Brussels, Belgium of Russian Jewish heritage; later became a United States citizen in 1945; earned a Master of Science degree in chemical engineering; PhD in chemistry from MIT in 1966; and is an emeritus professor at MIT in Cambridge, MA near Boston, MA. Deutch published two physical-chemistry papers (in, Combustion and Flame, 1978, vol 231 pp.215–221 and 223-229) modeling fuel-air mixtures.

**[904]** Created company with assistance of Noblesville attorney Eric Douthit of Church, Church, Hittle, and Antrim LLP having a $100 special in 2007.

**[905]** Flight from Super Computing 2008 from Austin, Texas seated next to a suspected air marshal. Discussion about individual (bad cover) attending Notre Dame University, pursuing marketing degree, prior work in military intelligence, and having flown out of recently renovated Indianapolis International Airport nearly a dozen times within a month. Believed to be an alias for FBI ASAC Brian Monahan (aka Captain Obvious): [899].

**[906]** Brother-in-law borrowed laptop and mistakenly held in jail following a bar altercation with actual perpetrator released. Individual was roughing up a woman and he interceded.

**[907]** Incident of acute slurred speech while in a hallway talking prior to a school lab. Believe heart came to a complete stop for a few seconds after someone bumped (neurotoxin), then recovered for reasons unknown followed by confusion.

**[908]** Classmate provided a large $1\mu F$ non-polarized capacitor that was not in the standard kit provided to students. Later that semester the professor, former military officer who designed nuclear detonation circuits, offered extra credit to any student who could achieve a ripple below a specific threshold. Said a sinus rhythm requested, but simulating that impractical so use a sine wave. Placing referenced capacitor across an inductive speaker cancelled out all ripple: flatling.

**[909]** Professor Jacobs teaching AC Circuit design class and who previously designed nuclear detonation circuits for the Army. Another cool professor (Kulatunga) transferred to MIT semester after having him. Strange acute health issues associated to this class involving AC systems and power controls: [178] (getting charges).

**[910]** 2008/9?: While visiting with mother in apartment, visiting campus for cousin's tap recital, an unknown college woman came to door selling magazine subscriptions raising money for a spring break vacation. Sorry to ("bug you"). Only solicitor as apartment on third floor.

### Didn't Get the Memo (2008)

> **[911] SYNOPSIS:** Small (~12 students) Engineering Projects in Community Service (EPICS) class where students requested to act out course name and their surname. Overt religious symbolism with a rocket scientist having a number on his head foreshadowing SpaceX landing rockets on ocean barges nearly a decade later.

[912] SpaceX has three operational drone ships: *Just Read the Instructions (II)* (JRTI) and *A Shortfall of Gravitas (ASOG)*, operating in the Atlantic for launches from Kennedy Space Center and Cape Canaveral Space Force Station, and *Of Course I Still Love You (OCISLY)*, operating in the Pacific for supporting missions from Vandenberg Space Force Base.

[913] *Of Course I Still Love You* carries the 1ˢᵗ first-stage that successfully landed on a drone ship: April 8, 2016.

[914] Title VI of the Civil Rights Act of 1964, 42 U.S.C. 2000d et seq. ("Title VI") Title VI prohibits discrimination on the basis of race, color, or national origin in any program or activity that receives Federal funds or other Federal financial assistance.

[915] Prof. Richardson and a number of students had an email or memo requesting they act in accordance with their name and class title. Weinschenk did not receive a copy of this and oblivious to request.

[916] Richardson ('Rich Son'): Financial document for his son's education.

[917] Tenbarge ('tin barge'): Laying across a number of desks. Said requested she share a photo.

[918] Helmeid ('helm ID'): Number on his forehead. Aeronautical Engineer that went to NASA.

[919] Chris Chen ('Christian'): Had a cross, best he could come up with. Asian American heritage. Christina Throne ('Christ Throne'): Could not figure out what to do, professor suggested Weinschenk sit on her lap. [*Oblivious*] More of a beer guy, Harry's Chocolate Shop?

[920] [*Unclear*] Debate about titles, recipe for disaster. Checked Helmeid's number. Unsure we've done anything wrong. Discussion of some strange CIA request and unknown name Forester thought for some sort of recruitment or initiation as many students close to graduation.

[921] 2009: Former Purdue classmate ('tin barge') [Tenbarge] complaining on Facebook about a picture of herself leaking on Facebook. Semi-indecent photo apparently had her on a raft in a swimming pool. She had a baby [fucked] and was married within a year or two of this event.

## Going to DEFCON1 and FPCON Delta

[922] **SYNOPSIS:** Cookout at uncle's house with a scout sniper acting out nicknames for DEFCON1 and FPCON Delta: imminent nuclear terror threat, in Indiana on orders from a senior officer.

[923] DEFCON (Defense Condition): System developed by the Joint Chiefs of Staff (JCS) prescribing five graduated levels of readiness {FADE OUT, DOUBLE TAKE, ROUND HOUSE, FAST PACE, COCKED PISTOL} or states of alert for the U.S. military increasing in severity from DEFCON 5 to DEFCON 1 signaling outbreak of nuclear warfare.

[924] FPCON (Force Protection Condition): Ranges from NORMAL (when a general global threat of possible terrorist threat exists) to DELTA (applies in an immediate area where a terrorist attack has occurred/imminent).

[925] The Posse Comitatus Act is a United States federal law which limits the powers of the federal government in the use of federal military personnel to enforce domestic policies within the United States.

[926] Alcohol Proof: An early method for testing liquor's alcohol content was the gunpowder method where the powder was soaked in a spirit, and if the gunpowder could still burn, the spirit was rated above proof.

NOTE: Different scout sniper than referenced in [571] and do not believe they knew one-another.

[927] Summer cookout at Weinschenk's uncle's house in Cicero, IN for several armed forces members back in town; not necessarily following a deployment. Individual had U.S. Secret Service needlessly (staged) performing background check on plaintiff's cousins years prior and said he was being recruited by some company to herd goats. (fictitious)

[928] U.S. Army scout sniper ordered by unknown senior commanding officer via mobile to act out readiness for DEFCON1 and FPCON Delta: "in fucking Indiana, imminent nuclear terror."

[929] Said the highest priority assignment he had ever seen, despite several deployments. Not from my captain, that's being forwarded from our division HQ on orders from Washington. They're all laughing and will not tell me at what yet. Need to complete this skit to find out.

[930] Requested to borrow a firearm as otherwise unarmed at the time. This is actually a legit order from my commanding officer, unsure how Posse Comitatus applies. I may get a DD if I fail to comply. Not my Captain, the two-star at division.

[931] [*Unclear*] Additional verification he was not going to get in trouble or burned.

[932] Uncle: What's the lack of trigger discipline. Fireworks outside kids. Sheller: We're doing DEFCON cocked pistol and FPCON. Uncle: In my living room? Sheller: I'm a sniper, I know how to handle a gun. Uncle: I know that, but in my living room? Sheller: I need your thermostat for the skit. It's a central reference for CIA and too hot. Uncle: Compared to Iraq/Afghanistan?

[933] Cocked pistol: "Don't scare the fat bustard, like hunting a turkey." Eat some more pie and get diabetes or something. Checked heartbeat with a stethoscope: ticking bomb. [*Unsure*] Requested to see cock: denied. So apparently I need your ankles not the cock. "S with hell" remember that, kissed feet, and moved outside with high proof alcohol attempting to breath fire.

[934] Shown a list of known [*unknown*] acquaintances of Weinschenk that triggered an alert. Only reason he was home was to complete that dumb skit as a high priority assignment. Asked how Weinschenk knew a Forester, unknown. Order said to come down from GOAT.

[935] How the hell are Ghislaine Maxwell and Prince Andrew known associates, child sex traffickers? Are you a ped and piss off Forester or something? What's your name mean? [Carries wine] Oh shit. If this is that name play shit this is going to be fucking huge. Suspicions CIA found a piece of the cross or something. If it's a name he's gotta be the Jesus, this is fucked.

[936] Referenced Jeffrey Epstein being the clandestine services' director, American James Bond.

[937] Uncle: Did you know you had an uncle working for the CIA and didn't tell me? [No] Sheller: He likely wouldn't remember if he did, that guys so classified it's ridiculous. That tinnitus is everyone forgetting and CIA's mind control shit. No idea what this accomplished. Always thought something was up with Marika and Connie: *Foreign Exchange p.51*. [*Unclear*]

[938] Stepped outside to grill a recipe called a savory cannon: bacon preserved in grain alcohol.

Amended Complaint:
October 11, 2022 – 95 of 183

## Chapter 6: Noblesville High School (2010)

**[939] SYNOPSIS:** Out of place, likely staged whistleblowing incidents with a marching band during a volunteer summer activity for nearly a decade. Names and occurrences relevant to other events within *TWIGBAL (Facts)*.

**[940]** Eli Lilly and Company is an American pharmaceutical company headquartered in Indianapolis, IN.

**[941]** Weinschenk was a volunteer at the high school for nine years without any issues.

**[942]** Marching band symbolic ('whistle-blowers') including *East Coast Band Trip (1997) p.50*.

**[943]** Bethany Robinson staged a sexual encounter with junior staffer Jeremey Livingston. Livingston was wearing Robinson's shorts after both caught in a back room of the office. Apparently he managed to get into her pants. The two subsequently dated for a while.

**[944]** Asked Weinschenk to keep quiet afterwards, shot a squirt gun at him in the office, then asked what something smelled like. Asked if Weinschenk knew any Foresters, which he did not recall at the time, and said it was a requested by the CIA.

**[945]** A year or so later Robinson received an Eli Lilly Grant for jazz musicians, was an Indiana Jazz educator of the year, and in 2021 a finalist for a Grammy Award.

**[946]** Building remodeled months prior with signs on at least three, if not all, restrooms flipped while volunteering with band over the summer as seemingly all had signs flipped months prior and unchanged since building constructed in late 1990s.

**[947]** Camera inappropriately placed in one restroom as square silhouette under rim of toilet bowl. Room at end of building near natatorium and practice field (the closest restroom) had a surveillance camera mounted in entryway which was new. This followed an unusual need to use the restroom and not use it.

**[948]** Incident resulting in Weinschenk accidentally picking up an incorrect grocery bag with a girl's swimsuit on way out and entering a restroom near band office, followed by teacher making a scene after janitor caught this.

**[949]** Partially entered wrong restroom near entrance to auditorium.

**[950]** Unverifiable story from Facebook friend (S.G. → S.K) about Robinson posting Weinschenk's college transcript on Facebook, after she had unfriended him, and believed tied to future removal of then band directors with school board incident concerning unethical behavior.

**[951]** Noblesville School Board referenced a closed, executive meeting on the conduct of four unidentified teachers and a new directed was phased in shortly thereafter.

**[952]** Staff member with large blister on upper right shoulder final year, claimed a grease burn that restaurant manager specifically requested, and discussion from Bethany Robinson about only staff not using water bottles for risk of infection.

**[953]** Around a year later another long term parent volunteer Becky Abbey inquired about any knowledge of inappropriate relationships with Robinson as parents had concerns.

[954] Events all believed intentionally staged, email correspondence lost around 2015 following a hard drive failure, and incident intentionally fabricated.

| Band Staff (2002 – 2011) |
|---|
| [955] **SYNOPSIS:** Listing of band staffers/students whose names likely symbolic, inclusive of a ('whore rod') for a [intentionally] fallen HCSO deputy and future sheriff ('quaking bush'). |
| [956] Kenneth "Kenny" McCormick is a fictional character and one of the four main characters in the adult animated television series South Park (1997 – 2002): "Oh, my God! They killed Kenny!" … "You bastard(s)!" |

[957] Randy and Christina Noble (Hamilton Heights [HamCo] Band Director, former principal) were directors from the late 80s until 2005 when Noble retired: No known issues.

[958] Stacey and Tracy White (2005 – 2011) were director and color guard director.

[959] Assistant Directors: Bethany Robinson, Betheny Heinz-Hanlin

[960] Junior Staff: Jason Fagel and Horacio Rodriguez who were best friends: ('fag/whore rod').

[961] Kenneth Fagel Jr. (1954 – March 19, 2003), Jason's father, was a HCSO Deputy injured/killed [*Cause Unclear, Car Accident?*] and whose wife Cindy Fetcher Fagel knew Weinschenk's mother from Hamilton Heights Schools (HamCo): [671], Error: Reference source not found.

[962] Students/Staff: Two women from band ('cat shutters' [Katie Shutters] an eventual air force pilot and friends with ('a tan beaver') [Tana Beaver]), who were friends with Weinschenk's sister, deleted her Facebook as she thought she had a stalker. [Timing stands out as deliberate]

| Chapter 7: EVE Online (2009 – 2018) |
|---|
| [963] **SYNOPSIS:** Seemingly staged events in a online community with Sean Smith, killed during the *Benghazi Consulate Attack (Sept. 11, 2012) p.164*, and future FBI Director Comey present; see also *Tree with Bees p.23* presumably as a "Stingers" negotiated treaty term. |
| [964] Eve Online is a space-based, persistent world massively multiplayer online game. |

| Get Off My LAWN (2009 – 2014) |
|---|
| [965] **SYNOPSIS:** Text chat between claimed federal agents in an online community with a failed RAID array. |
| [966] RAID Controller: Hardware device or software program used to manage hard disk drives (HDDs) in a computer storage array, so they work as a logical unit, often making them faster and redundant in case of a failure. |

[967] Alliance routinely had the highest per capita combat activity within the entire coalition to the point of being coerced: multiples higher than the 2nd highest ally.

[968] *Figure 12: GetOffMyLAWN (Gnomes) p.23* alliance had around 1,200 accounts in 2012.

[969] Characters inferred to be FBI directors Comey and Mueller were in the alliance: *Figure 10: FBI Director Comey (Gnome)*. LAWN a close ally under *Goonswarm Federation p.98 (Figure 13: Goonswarm (Bees) p.23* fat-bee mascot). *Figure 11: FBI Director Comey (Trees) p.23* presumably a cartoon with a tree and bees/honeycomb.

**[970]** Both inquired about Weinschenk being involved in a 2007 event he could not recall through an out of game text chat used for the alliance, followed by a headache, and occurred once. One rose to the top of the organization quickly following the *Benghazi Consulate Attack (Sept. 11, 2012) p.164* from outside the coalition with both already present in game.

**[971]** Member of EVE corporation identified as an FBI agent through game chat prior to leaving. Said he was asked to investigate some sort of unknown voyeurism complaint. Areca RAID5 (failed raid) controller, containing mostly video games, failed at the time this occurred. Claimed agent requested the records of the conversation deleted.

| Goonswarm Federation |
|---|
| **[972] SYNOPSIS:** Largest alliance in game's Clusterfuck Coalition with lead diplomat Sean Smith (Benghazi). |
| **[152]** Sean Smith (1978 – Sept. 11, 2012) was an information management officer with the U.S. Foreign Service killed during the Benghazi Consulate Attack (Sept. 11, 2012) p.164, and an active community member as part of Chapter 7: EVE Online (2009 – 2018). |

**[973]** Sean "Vile Rat" Smith was the head diplomat for *Figure 13: Goonswarm (Bees)*: [152].

**[974]** Included was a coordination channel *the_kremlin* which broadcast meetings, group social gatherings, and in-game election interference to a multinational group of trolls with frequent references to "comrade" and "space communism" occurring as jokes.

**[975]** Annual elections which were routinely rigged by *Goonswarm Federation p.98* with thousands of trolls in a multinational group to include Russians. Russian trolls were a claimed nuisance in the 2016 U.S. Presidential Elections. Goonswarm Federation had tens of thousands of active members, and apolitical.

**[976]** Likely faked comment by Goonswarm leader about people needing to stay off of a website as it was a honeypot for the FBI and not wanting the bad publicity or association.

| EVE Whistleblowing (2010s) |
|---|
| **[977] SYNOPSIS:** Coerced events in online gaming community. |
| **[978]** Black Lives Matter (BLM) is a social movement protesting police brutality. |

**[979]** 2010: Allegations of graft by a Black-Mark [BLM] leader who was later purged by the coalition. Individual was also a low level Welsh politician.

**[980]** 2014: *Get Off My LAWN (2009 – 2014) p.97* lead diplomat, girlfriend of then leader. Allegations of micromanaging, poor performance, and nepotism. Followed inappropriate suggestion of the creation of feline children with counterpart a known furry who was the military coordinator for the coalition: [492].

**[492]** Stargate Project was the 1991 code name for a secret U.S. Army unit established in 1978 at Fort Meade, MD by the Defense Intelligence Agency (DIA) and SRI International (a California contractor) investigating psychic phenomena in military and domestic intelligence applications: aka Men Who Stare at Goats.

| Chapter 8: Fake News Stories (2008 – 2016) |
|---|
| **[981] SYNOPSIS:** Unknown parties frequently employing ("Man In the Middle") Attacks presenting false or relevant news stories which only the plaintiff could see: res ipsa loquitur. |
| **[982]** MRSA is responsible for several difficult-to-treat infections in humans: (staff infection). |
| **[142]** Jeffrey Robert Immelt (born 1956) served as the CEO of General Electric (2001 – 2017) and CEO of GE's Medical Systems division (1997 – 2000). |

**[983]** Article about Director of Operations John Forester removed by then President Obama around 2012 following possible *Benghazi Consulate Attack (Sept. 11, 2012) p.164* investigation claimed retracted by a national security gag order after errantly ran.

**[984]** 2015: Notice about family being under surveillance following a suspected hack of a security clearance database by North Korea. Nobody in household held a clearance, however extended family having military backgrounds presumably hold them.

**[985]** Online news report looking for information about a MRSA outbreak in local high school involving amputations that was spreading through various drum corps. Reportedly resulted in a suicide following male anatomy removal tied to oral sex. Included a video of the claimed parents on the steps of the Hamilton County Courthouse in Noblesville, IN.

**[986]** Online news article about FBI Directors catching a high ranking Russian intelligence officer that occurred in the 2000s.

**[987]** Articles about cyber threats to ('electrical infrastructure') associated to DHS advisories. This is believed attributed to a 'meltdown' of ("General Electric") Corporation: [142].

**[988]** Aunt's brother Dick Russel was Chief of the Noblesville Police Department, his brother Mitch candidate for Hamilton County Sheriff in 2018 against now Sheriff Dennis Quakenbush. No involvement from either, however *Figure 9: Remove Your Chickens (1963) p.22* (JFK premeditation) is believed an evidentiary *Twigbal* connection upon a 3rd degree of separation.

| Chicken Strippers |
|---|
| **[989] SYNOPSIS:** Various events depicted on *Figure 8: Zodiac Map* with crosshair targeting and effectively shooting down *Flight 4184 (Oct. 31, 1994) p.160* with uncle onboard for killing of family. Included are *Lauren Spierer (2011) p.173* and *Crystal Grubbs (2010) p.173* whose disappearances intended for the FBI to chase down the (haruspex / whore-specs') of the sacrificed animals: *see also CARDs (Abductions / Haruspex) p.171*. |
| **[990]** DoubleTree by Hilton is an American hotel chain managed by Hilton Worldwide, and the fastest growing Hilton brand by number of properties since 2007. |
| **[991]** Show-Me's has four locations: three near St. Louis, MO and one in Terre Haute, IN. |
| **[992]** Tyson Foods, Inc. is an American multinational corporation based in Springdale, AK, and the world's second-largest processor and marketer of chicken, beef, and pork. |
| **[993]** Nestlé S.A. is a Swiss multinational food and drink processing conglomerate headquartered in Switzerland. It is the largest publicly held food company in the world, measured by revenue and other metrics, since 2014. |
| **[994]** Lamb Weston Holdings, Inc. is one of the world's largest producers and processors of frozen french fries, waffle fries, and other potato products headquartered in Eagle, Idaho. |
| **[995]** French Lick, IN: Built near a spring and salt lick where the sulfur spring was exploited in 1840 and famous in the U.S. as a spa town attracting celebrities such as Joe Lewis, Irving Berlin, and Al Capone. Franklin D. Roosevelt announced his intention to run for president at the National Governor's Convention in the town. |
| **[281]** FCI Terre Haute (IN) {Earth hot / hell} houses Aldrich ['all aiming to be rich'] Ames, a former CIA officer turned KGB double agent convicted in 1994, as well as 42 of 44 federal death row inmates. |

**[996]** Events with a food brokerage where father worked: Tyson (chicken), Nestlé (nest), and Lamb Weston (French fries/potatoes); see also *Figure 1: Hot Spur* with a *Twigbal [Q] p.153*.

**[997]** Chain of events *Figure 8: Zodiac Map* with *modus operandi* ("MO") going to FCI Terre Haute (federal death row) and targeting Danville, IN (God as my Judge) where Weinschenk's uncle worked when ('Flight 4184 was shot down') near Roselawn, IN: [281], [321].

| **[321]** 1994: David Landes (1962 – 1994, aged 32) was a teacher at Danville Middle School (IN) while contracting for Baker Daniels LLP as an actor when flying to Chicago. |
|---|

**[998]** ('Laf-at-it'), IN: DoubleTree by Hilton Hotels; search of house near Wyndham Court in West Lafayette, IN by NPD Haskett looking for a "lap drive" following Lafayette event which was quickly forgotten. See also *Figure 1: Hot Spur*.

**[999]** Terre Haute, IN: Show-Me's Sports Bar & Grill; waitress requesting to ("go to the kitchen and see some breasts?").

**[1000]** Indianapolis, IN: Sheraton Hotel, Keystone at the Crossing

**[1001]** French Lick, IN: French Lick Resort (casino)

**[1002]** Bloomington, IN : Kilroy's Bar & Grill (IU's Main Campus); see also disappearances of *Lauren Spierer (2011) p.173* and *Crystal Grubbs (2010) p.173* in or near Bloomington, IN.

**[1003]** Reference to staying one step ahead of police in 2007, and encountered when stepping backwards and tripping a claimed off-duty officer at a grocery: [715], [1033].

| Special Access Program (2015?) |
|---|
| **[1004] SYNOPSIS:** Captain Obvious requesting Weinschenk enrolled in a SAP associated to unwell step-uncle. |
| **[1005]** Diana Prince is a fictional character appearing regularly in stories published by DC Comics, as the secret identity of the Amazonian superhero Wonder Woman. |
| **[1006]** Botulinum Toxin (Botox): Neurotoxic that prevents the release of the neurotransmitter acetylcholine from axon endings at the neuromuscular junction, thus causing flaccid paralysis. The toxin causes the disease botulism. |
| **[1007]** On February 14, 2018, 19-year-old Nikolas Cruz opened fire on students and staff at Marjory Stoneman Douglas High School in the Miami suburban town of Parkland, Florida, murdering 17 people and injuring 17 others. The killing spree is the deadliest high school mass shooting in United States history. Broward County Sheriff Scott Israel received widespread criticism for its handling of the police response. |

**[1008]** Former Assistant Agent in Charge Brian Monahan claimed doing work for the CIA and insisted Weinschenk be enrolled in some program. Told required to be around former step-uncle Mike Hill for unknown reasons, and he would be cast as a Jesus in some test: [899], [1284].

**[1284]** Robert Weinschenk (uncle) and Mike Hill (former step-uncle) diagnosed with Parkinson's Disease around 2015, foretold/forgotten in 2007 without evidence. Hill worked for the NSA, and Weinschenk served (brothers) on a Swiftboat in Vietnam: [631], [614], [615], [236], [187].

**[1009]** Monahan: Weird story connecting 9/11, Indiana governor's daughter, biological children, Wonder Woman, and political theater going viral with a request Brian not tell Washington.

**[1010]** Monahan: Had a container claimed to have reprocessed nuclear fuel rods which he held to Weinschenk's neck briefly, and would be sent to be buried: [1163].

**[1163]** Panhandle Eastern Pipeline off SR 19 near Cicero, IN emergency vented around May 2020 following an incident miles away. This is a roughly 36-inch high pressure gas line.

**[1011]** Monahan: Waiver for possible accidental injury and requested to drink some dye which was required for unknown reasons. Injected Botox into neck as required for some element of the test. Said he measured it himself and fairly sure he got the molars right. Requested he chewed some gum with reference to future cavities. Weinschenk, nor his twin, had any cavities.

**[1012]** Monahan: [Evil] Step-mother said to have rheumatoid arthritis and delusional, plaintiff ('Schizophrenic-R'), twin ('Delusional-D'), and no knowledge of history with CIA.

**[1013]** Hill: Familiar with unknown technological term referenced. Nothing to lose by signing, and dialog about ongoing intelligence operation Weinschenk was unaware. Requested a change to some predicted future and possible dialog about not wanting AIDS.

**[1014]** Monahan: Inquired if Weinschenk familiar with several names: Whistler, Seaman, Dixon, and ('one more') which were all unknown. Thought they may have been from band volunteer work, however too young and respectively no significant contact with their age group at the time.

**[1015]** Repeated references to Israel as a name, not religion. Possible Cruz thought cruise missile or vacation reference, Parkinson's thought an early diagnosis, and oblivious to significance.

**[1016]** Monahan (aka Captain Obvious): Role-playing someone named Brian when over and probably fired, don't know what it means, however request is genuine. [*Unclear*] NATO.

| Thanksgiving Search (2016) |
|---|
| **[1017] SYNOPSIS:** Four individuals, a state trooper, evidence tech, and two attorneys searching Weinschenk's residence on Thanksgiving 2016 while he was home ill from a recent heart attack caused by severe reflux following something he ate a month prior and neck injury. |
| **[1018]** A disk image is a computer file containing the contents and structure of a disk. |
| **[1019]** The Make-A-Wish Foundation: Nonprofit organization fulfilling wishes of children with critical illness between the ages of 3 and 18 years old. Make-A-Wish was founded and is headquartered in Phoenix, AZ. |
| **[1020]** Heisman Pose: Football pose with a stiff arm extended and ball in hand. |
| **[1021]** During her tenure as United States Secretary of State, Hillary Clinton drew controversy by using a private email server for official public communications. August 2015 Hillary Clinton was asked, "Did you wipe your email server?" and evasively replied, "Like with a cloth or something?" A year later we found out that "cloth" was BleachBit, a software application that deletes information "so even God can't read it," as Congressman Trey Gowdy announced August 2016. |

**[1022]** Search of house on Thanksgiving 2016 following a case of acute gastritis, heart attack from the reflux, migraines, and non-localized pain from pressure to neck from a disc injury. Doctor had suspicions of multiple sclerosis from twitching in head, face, and extremities with some difficulty swallowing at times also suspecting stroke or possible heart issues.

**[1023]** Trooper Holeman ("asshole"), attorney Eric Douthit ('doubts'), blonde attorney Amy Summerfield ('a summer field'), and in a blue jacket NPD Detective Haskett ('has kit') acting as an apparent evidence tech checking for fingerprints and a hard drive. Individuals searching for a ("hard drive") that had failed months prior. Backup contained tax documents, EVE logs, family photos, and emails associated to band. Nothing taken as dead.

**[1024]** Holeman mentioned he knew Haskett and Summerfield from work, Douthit unknown. Summerfield was legal counsel for the HCSO in 2019 and a deputy prosecuting attorney for the County of Hamilton (IN).

**[1025]** Recurring theme of ("hard drive") always failing/failed during staged encounters. Haskett took a (photograph / "disk image") of a ("hard drive"), dusted it for prints, removed dust with a Clorox wipe ('bleached it'), and had a cock ring with him. Mentioned a prior unknown incident in Lafayette, IN.

**[1026]** Douthit requested Weinschenk sign a document authorizing him to handle a legal matter. Believed related to indirectly telling a former band coworker what transpired with directors removal, poor scores, and false suspected relationship with her then adult, younger sibling. No records known to exist, however suspected to have been targeted as a child sex predator associated to *Delphi Homicides (2017) p.173* and some form of serial killer porn diversion.

**[1027]** Holeman asked if Weinschenk was the kid from the 2000s, something not right, and whether anyone realized they were committing a crime? Individuals discussed contacting an inspector general and some requested stunt was odd given Weinschenk's health issues at that time and past involvement from 2000s while unaware. Paraphrasing: ("He's not special needs, I know for a fact he was in engineering."); [*Distant*] ('Iraq, Epstein, cock ring, tort').

**[1028]** Summerfield had a rose, examined Weinschenk's fingers for hangnails, [*Unclear*] hair extensions, and exposed a tan line she was working on as requested after others left. Mentioned a video, ('make a wish'), ('may have seen her before'), requested strike a Heisman pose, drank some milk said baby formula, and applied possibly Banana Boat sunscreen.

| Chapter 9: Meijer Grocery (2015) |
|---|
| **[1029] SYNOPSIS:** Staged altercation at local grocery where an off-duty officer wearing a Piggly Wiggly shirt and snout accosted Weinschenk near the meats section of the grocery. Resulted in the assailant stabbed in the leg, and uniformed officer impersonator ('Bryant brother') nearby. |
| **[1030]** Carmel school colors are blue and gold. (greyhounds) |
| **[1031]** Jeff Bryant was principal of Noblesville High School who resigned in 2020 to pursue a independent career. |
| **[1032]** Hummus is a dish made from cooked, ("mashed chick-peas") blended with tahini, lemon juice, and garlic. |

**[1033]** Man believed claimed to be Tony Vasbinder walked up and started an altercation while wearing a snout and Piggly Wiggly t-shirt while Weinschenk was stuck behind a woman and young girl zigzagging back and forth blocking the entire isle.

**[1034]** Choked by a ("bender") from behind after attempting to de-escalate, resulting in stepping backwards between assailants legs, falling backwards atop inflicting a possible concussion, then goring the animal inside of right thigh with a knife after nearly passing out. Butchered the pig next to the lunch meats section in Meijer Grocery in Noblesville, IN.

**[1035]** Weinschenk had difficulty recalling what transpired immediately after. Post-incident individual claimed he was an off duty officer. This occurred without provocation, seemingly at random, and out of uniform. Believe individual was wearing anti-stab vest, and fortunately a trauma nurse was nearby.

**[1036]** Tasered by uniformed Carmel Police Department (HamCo) officer (impersonator and out of jurisdiction) while attempting to stand after Vasbinder tapped out. Deescalated quickly and had friendly conversation with officer who said he had no cause to hold afterwards.

**[1037]** Fake officer believed the brother of Weinschenk's former high school study hall teacher Jeff Bryant. Said he skipped wearing black face and inquired if he looked familiar. Put a smelling salt in front of Weinschenk, despite being conscious, and event forgotten.

**[1038]** Two uniformed NPD officers Eric Cunningham and Shannon Trump came to door to apologize for their [Vasbinder's] officer's behavior later that day which was not fully recalled.

**[1039]** Eric Cunningham was a NPD lieutenant and former high school classmate of Weinschenk; and Shannon Trump is a NPD deputy chief.

**[1040]** Conversation forgotten after requested to smell something real quick. Cunningham was a classmate from high school whom Weinschenk encountered frequently.

**[1041]** Separate occasion handed a package of Sabra ('hum-us') while grocery shopping by individual restocking shelves. Package unusually watery on top, yet sealed upon opening.

## Chapter 10: Delphi Serial Killer (2017)

**[1042] SYNOPSIS:** Fictitious *Delphi Homicides (2017) p.173* running on TV and print media in Indiana involving the slaying of Abigail Williams and Liberty German near the Monon High Bridge in Delphi, IN (Carroll County); *Figure 4: Ohio SR542* (Carroll County) for ('Taking the 5th'); and looking for a ('horny little fucker' / Bigfoot) on a small boat out of Tippecanoe County.

**[1043]** West Nile Virus: Member of the family Flaviviridae which also contains the Zika virus, dengue virus, and yellow fever virus. The virus primarily is transmitted by mosquitoes.

**[1044]** The Nile Delta: Delta formed in Lower Egypt where the Nile River spreads out and drains into the Mediterranean Sea. It is one of the world's largest river deltas.

**[1045]** Bump stocks or bump fire stocks are gun stocks that can be used to assist in bump firing. Bump firing is the act of using the recoil of a semi-automatic firearm to fire ammunition cartridges in rapid succession.

**[1046]** Had not been near Delphi, IN (near Purdue University) in over a decade; no criminal history; history of abuse towards women, and disc injury in neck caused difficulty standing for prolonged periods the year prior. Loss of control of left leg while looking down around the claimed date of the murders while crossing an old railroad bridge needing rebuilt unlikely.

**[1047]** Frequently walking *Figure 22: Cockapoo* on a trail near a river in throughout 2017. Walking trail near Potters Bridge in Noblesville along a river and flood plain with then significant mosquitoes.

**[1048]** Lead detective on the case was ISP Sgt. Jerry Holeman, with support of ISP Superintendent and former Hamilton County Sheriff Doug Carter, and FBI behind the scenes. Most or all senior FBI agents at local field office believed observed at one point or another from 2017 through 2020 on trail: ASAC Monahan, ASAC Youmara, and SAC Mendenhall.

**[1049]** Women pretending to be people Weinschenk knew of on trail flirting, young girls in oversized swimwear with parents photographing him, or unknowns messing with phone GPS.

**[1050]** Acquaintance on Facebook *Breanna Woldt (2018) p.174* went missing at the height of trying to convince Weinschenk he was the *Figure 3: Delphi Suspect*. Found deceased following a history of severe asthma and apartment fire where she worked. Helicopters loitering near house for nearly 30-60 minutes when this unknowingly occurred with multiple witnesses.

**[1051]** Unknown calls or phone pings to nearby family. Suggested on TV and social media to be tracking the location of cell phones around that time. Establishing a connection to a phone or pinging identifiable and unnecessary.

**[1052]** Small white helicopter following while riding with cousin to an Alzheimer's charity in Anderson, IN where she worked for a euchre tournament. Encountered similar helicopter one or two other times along with a news story the area being monitored for West Nile Virus in 2017.

**[1053]** Individual updating profile picture telling Weinschenk to stay away as a registered sex offender by name witnessed around September 2017: *Las Vegas Shooting (Oct. 1, 2017) p.166*. How this individual would have known unclear (not possible), but claimed through updating text in profile picture, likely via a MITM attack, and said because of an unknown registry.

## Chapter 11: Online Forum (December 2017)

**[1054] SYNOPSIS:** MITM attack on tech forum used to build an online reputation. Referenced events connecting *Delphi Homicides (2017)*, *Benghazi Consulate Attack (Sept. 11, 2012)*, and *Madeleine McCann (2007)*.

**[1055]** Hacker on forum used to build reputation for possible job in the tech industry with a number of senior engineers and executives that got disrupted. Had been researching patents related to CPU and GPU designs as a hobby.

**[1056]** AMD went to the top of the S&P500 after releasing a "Rome" codenamed CPU following significant investments by the United Arab Emirates while company was near bankruptcy.

**[1057]** Weinschenk bought in at $2.83 and stock now over $80 countering rival Intel Corporation.

**[1058]** Unfamiliar poster Mike [*Unclear*] referenced unknown prison rape, Weinschenk taking leg off an officer who moonlighted as a mixed martial arts fighter, being a *Madeleine McCann (2007) p.172* suspect, connection to V.P. Pence's children, courthouse being hacked, and *Delphi Homicides (2017) p.173* suspect. Mention of possible *Benghazi Consulate Attack (Sept. 11, 2012) p.164* connection with election trolls.

**[1059]** Fictitious dialog about ("insider" / *Butz*) trading falsely imparted on Weinschenk's cousin, a corporate executive whose name kept being indirectly referenced: [1286].

**[1286]** Cousin President of Connectivity Services at Comcast (XFinity), his father appellant in Butz v. Economou, 438 U.S. 478 (1978), and his son attended Emory University in Atlanta, GA adjacent to headquarters for Centers for Disease Control and Prevention (CDC).

## Chapter 12: Noblesville, IN (February 2018 – 2020)

**[1060] SYNOPSIS:** Individuals performing overtly stereotypical acts of persecutory delusion as a conspiracy directed at Weinschenk in which he was never a participant, concurrent with a special counsel investigation, concurrent with a *Chapter 10: Delphi Serial Killer (2017)* investigation, and associated to significant loss of life.

### Online Federal Investigation (2018 – Present)

**[1061] SYNOPSIS:** Digital communications during a special counsel investigation concurrent with actual individuals and agents sent around town acting stupid; false perception of handled.

**[1062]** White House press briefing[13] on August 2, 2018 with national intelligence directors mentioning the "skill and professionalism of our officers" while monitoring for election interference in the midterms.

**[1063]** The Special Counsel investigation was an investigation into Russian interference in the 2016 United States elections, links between associates of Donald Trump and Russian officials, and possible obstruction of justice. Conducted by special prosecutor Robert Mueller from May 2017 to March 2019.

**[1064]** X-Files (1993 – 2002) is one of the longest-running science-fiction series in TV history. FBI special agent Fox Mulder investigated unexplained, mind-bending cases known as "X-Files" by conspiracy theorists.

**[1065]** Weinschenk requested to role playing a chicken while presumably masked in a federal investigation with a belief was this was a method of maintaining a line of communication through social media with an investigation that was not officially acknowledged.

---

13   https://www.c-span.org/video/?449335-1/intelligence-officials-reporters-election-security

**[1066]** *N.W.M.S. Shooting (May 25, 2018) p.166* with theoretical agent who Weinschenk was conversing through social media ads represented by *Figure 14: Black Puppy* with supposed agent shown in a photo from a press conference at the school. (believed fake) Involved victims: Jason Seaman and Ella Whistler from 2015: [1014].

> **[1014]** Monahan: Inquired if Weinschenk familiar with several names: Whistler, Seaman, Dixon, and ('one more') which were all unknown. Thought they may have been from band volunteer work, however too young and respectively no significant contact with their age group at the time.

**[1067]** Discussed December 2017 incident at the Indiana Headquarters for the Federal Bureau of Investigation in May 2018 with Brian Monahan. Inquired about individuals on trail, who was doing this, and assuming investigation was underway and unacknowledged.

**[1068]** Incident at Meijer Grocery with a uni-bomber following Weinschenk down an isle and uniformed officer requested he turned around and go the other direction in 2019. (staged)

**[1069]** Claimed agent role playing a black dog running wild through social media 2018 – 2019. *Figure 14: Black Puppy* has an image of said animal being a victim of domestic violence, now believed a black-op running wild and getting dirty.

**[1070]** Nicknamed Apollo, Magic, the Oracle, etc while told to role-play a *Figure 1: Hot Spur* imparting clairvoyance or malice aforethought. Often pictures of unknown victims appearing before being requested to solve the case in theory as a logical reasoning test.

## ISP Holeman Inquiry (2018)

> **[1071] SYNOPSIS:** Inquiry to ISP Holeman, lead detective on *Delphi Homicides (2017),* as to targeting cause.

> **[1072]** Aldrich Ames is a former CIA officer turned KGB double agent convicted of espionage in 1994. He is serving a life sentence, without the possibility of parole, in the Federal Correctional Institution in Terre Haute, IN. Ames was a 31-year CIA counterintelligence officer who committed espionage against the U.S. by spying for the Soviet Union and Russia. At the time of his arrest, Ames had compromised more highly classified CIA assets than any other officer in history until Robert Hanssen's arrest seven years later in 2001. In 1986, Ames was posted to Rome where his performance once again ranged from mediocre to poor and included evidence of problematic drinking. Regardless, in 1990–1991, he was reassigned to the CIA's Counterintelligence Center Analysis Group providing him with access to "extremely sensitive data," including information on American double agents.

**[1073]** Contacted ISP Sgt. Holeman the lead detective on supposed *Delphi Homicides (2017) p.173* Investigation in 2018 inquiring as to targeting via social media and on trail.

**[1074]** Within a month or two, this was followed by an invitation from former college roommate, Ryan Federwisch, to have a beer at Syd's Bar and Grill. He was repeatedly gesturing towards his phone on the table as if it was tapped and inquiring about an old hard drive. Had not seen or communicated with Federwisch (fed inform / Aldrich Ames) since 2011. Previously saw an article about his being arrested (mugshot in news) for corresponding with a young Korean woman. He was close to an uncle who was a professor in South Korea, visited country several times, and additionally sent to Italy for some job training.

| Trail Theatrics (2018/19) |
|---|
| **[1075] SYNOPSIS:** Former friends, acquainted females exposing themselves, and federal agents in bad disguises showing up on a nearby trail recreating past events from decades in the past. |
| **[1076]** The Simpsons: Long-running animated comedy involving yellow characters known for an uncanny accuracy in predicting future events. |
| **[1077]** The Sims™ is a series of life simulation video games and one of the best-selling game series of all time. |
| **[1078]** StingRay is a cellular phone-surveillance device used by law enforcement agencies. |
| **[1079]** Pokémon Go is a 2016 augmented reality mobile game developed. |
| **[1080]** Indiana HQ for FBI located at 8825 Nelson B Klein Pkwy, Indianapolis, IN 46250; 25 minutes away. |
| **[1081]** The University of Notre Dame is a private Catholic research university in Notre Dame, IN outside the city of South Bend, IN containing landmarks such as the Golden Dome, the Word of Life mural (commonly known as Touchdown Jesus), Notre Dame Stadium, and the Basilica. |
| **[1082]** April 15, 2019 a fire broke out beneath the roof of the Notre Dame cathedral in Paris, France. |
| **[1083]** Fluorescence In Situ Hybridization (FISH): Laboratory technique used to detect and locate a specific DNA sequence on a chromosome. |
| **[899]** Brandon Moynihan is an actor in Hotels.com's commercials known as Captain Obvious. |

**[1084]** Theme of ('It's a Small World') on the trail with same individuals frequently encountered regardless of time of day. Summerfield pretending to be Marge from The Simpsons (yellow characters, purple hair) or with green diamonds from The Sims™ video game.

**[1085]** Crossed path with Michelle Kohl wearing a sports top from high school that appeared in MySpace photo from 2007, possibly the one from high school as quite dated: [607].

> **[607]** Instant message requesting Weinschenk look at high school classmate and band member Michelle Kohl's ("MySpace"), including risqué photos, while thinking someone downloaded them. Her page was actively replying to what was transpiring.

**[1086]** Marked police sport utility vehicles using StingRays to adjust phone GPS location following around town while playing Pokémon Go and walking *Figure 22: Cockapoo*. One incident map position affixed to a marked SUV several hundred yards away at Forest Park. Three vehicles following and crossing township jurisdictional lines repeatedly near White River Christian Church off Allisonville Road in Noblesville, IN.

**[1087]** Females requested to act out supposed sexual fantasies on trail exposing themselves: (1) former band student with her future husband; (1) approximately 8-year-old girl who kept accidentally pulling her bathing suit down, not knowing why she did it, and while trying to catch small fish while on a rafting trip; ('A Summerfield') wearing a suspected skort with top down and leg up over her convertible near Potter's Bridge; Kayla Itsines [413] dressed as DC Comic's Wonder Woman (aka Diana Prince) who flew the bird then apologized; and other women oddly and inappropriately (costumed, under/over-dressed, underwear displayed) dressed on trail.

**[1088]** Catching fish believed an allusion to fluorescence in situ hybridization (FISH). Tsix a non-coding RNA gene that is the antithesis to Xist RNA. Tsix binds Xist during X chromosome inactivation. 10Six (game) the origin of a Counter-Strike clan with ISP Holeman in the 2000s. Holeman during an apartment search said 10six somehow important, but he didn't understand it.

[413] Anonymous instant message via ICQ requesting Weinschenk stop looking at Taylor Dunbar's MySpace after they provided a link to it. Requested he followed a link with a video of an aerobic fitness instructor jumping rope suggesting she was ("too old and soft core").

[1089] Suspected FBI ASAC Brian Monahan (aka Captain Obvious: [899]) dressed as the unibomber sketch following approximately 15 feet behind on trail and intercepted by another suspected ASAC: Danny Youmara. Dan [*Union*] Mara frequently appearing via social media as supported by a timestamped screenshot.

NOTE: Do not know these individuals to actually verify who they actually were, only names published on the FBI's state website as agents in charge, excluding SAC Mendenhall, and upon visitation to their actual building as a MITM was suspected.

[1090] Henry Bond, son-in-law of Mike Pence, on trail with at least two joggers wearing red, white, and blue Team USA soccer jerseys canvasing the trail and small aircraft overhead. Bond accompanied by two females: B.V. (daughter of T.V.-bender) portraying Charlotte Pence who notably had a partially covered tattoo on the wrong shoulder, and other middle school aged wearing an old baby doll styled outfit representative of appearances in 2007.

[1091] Unknown party deleted PokémonGo account on Christmas 2018. Email chain requesting account reactivated exists as account unknowingly requested deleted. Social media harassment on holidays was a frequent occurrence from 2018 to 2019. Precise identity of harassing party during *Delphi Homicides (2017) p.173* and Russia Investigation unknown while actual people, inclusive of officers and agents, were sent out about town knowing location.

[1092] Unknown females repeatedly showing up at the gym, bending over, and with police vehicles frequently in the parking lot. Presumably acting as prostitutes or jail-bait. Women believed temporarily released from the county jail. One had a baby carrier with possible fake baby as never made any noise and seemed odd.

[1093] Most, if not all, individuals or actors (some known deceased including an uncle) dressed as they previously appeared, possibly only in photographs or inline with their name.

[1094] Suspected NPD Officer Haskett walking a German Shepard on Potter's Bridge trail.

## Angel of Death (2019)

[1095] **SYNOPSIS:** Two children from *Rotisserie in a Cell (2007) p.87* on trail dressed as family.

[1096] Family Matters (1989 – 1997) is an American television sitcom that revolves around the Winslow family, a middle-class African-American family living in Chicago, IL. Midway through the first season the show introduced the Winslows' nerdy neighbor Steve Urkel.

[1097] Surah 32:11 (Quran) mentions an angel of death identified as Azrael whom when unbelievers in hell cry out for help will appear and tell them that they have to remain.

[1098] Came in contact with unknown chemical and momentarily disoriented while heart-rate decreased to near zero while walking on trail in 2019 after encountering floral scent.

**[1099]** Separate occasion passed young woman on trail yelling "save me hero" and "I said I'm being raped" believed princess from *Rotisserie in a Cell (2007) p.87* as wearing a tiara and dressed similar to Weinschenk's youngest sister, male dressed as twin brother.

**[1100]** Both had lightsabres from Star Wars dueling with ('SARS')'s ass covered with some panel, giant animal or coonskin in front, and while drinking protein shakes.

**[1101]** Male on one occasion also dressed as Steve Erkel from Family Matters (TV Show).

**[1102]** Both inquired as to Weinschenk having ever been to a fertility clinic, which he has not. Sarah Dixon saying her father was a detective, middle name [*Unclear*] important, and inquired if there were any health issues in Weinschenk's family. Luke Walker said Eric Douthit running things and sending them out. Enjoy your illness. Inquired as to moles, and told to "fuck off" with no abuse in family. They should stay away if true: lawsuit and criminal charges pending against an unknown heckler with ongoing homicide investigation underway. Event forgotten.

**[1103]** Two informed of *Delphi Homicides (2017) p.173* investigation into *Delphi, IN (2007) p.85* related to staged car accident in 2007; *Benghazi Consulate Attack (Sept. 11, 2012) p.164* connection; suspicions of *9/11 (Sept. 11, 2001) p.161,* however limited understanding; and unknown *John Weinschenk (1944 – 1978, aged 33)* an intelligence director with stolen authority.

**[1104]** Luke believed named in reference to a scene from Star Wars where the father was evil, and Sarah as *Figure 18: Coronavirus (SARS-CoV-2)*.

| Genetic Disfigurement (2019) |
|---|
| **[1105] SYNOPSIS:** Number of individuals with obvious genetic disorders intentionally sent out to walking trail. |
| **[1106]** Doctor of Pharmacy (PharmD): Professional doctorate in pharmacy. |
| **[1107]** "Bought the Farm": Means that a person died. |
| **[593]** Triple X syndrome, aka trisomy X, (XXX) is a genetic disorder that affects about 1 in 1,000 females where a female has three X chromosomes and is often symptomless. |
| **[595]** Turner syndrome (X) is a condition that affects 1 in every 2,500 females when one of the X chromosomes is missing or partially missing. Turner syndrome can cause a variety of medical and developmental problems, including short height, failure of the ovaries to develop, and heart defects. |
| **[227]** Prince Andrew, Duke of York (Andrew Albert Christian Edward; born 1960) is a member of the British royal family; third child and second son of Queen Elizabeth II and Prince Philip, Duke of Edinburgh; and ninth in the line of succession to the British throne. |
| **NOTE:** Specifics omitted for privacy as they identify intentional genetic disfigurement to offspring or their names. |

**[1108]** (*Separately*) Individuals with obvious developmental disorders walking on trail.

**[1109]** Woman with bathing suit [600] in hand and other props asked if she looked familiar and inquired about family history. Asked about *Colorado (2006) p.67*, and where she was sitting. "I'm your X:" [593]. Appearance respectively a perfect match.

**[1110]** Inquired if bathing suits on trail seemed out of place. [No, community park with aquatic center far end of trail, boat launch near bridge, river tubers with beer coolers common] May have to get in the water with you sometime. *See Colorado (2006) p.67.*

**[1111]** Said [*Redacted*] would die when she saw that connection, after inquiring about surname. I'm like a calico cat, more so my sister if that's the correct term. Said a PharmD, nobody in her field makes the reported income: ("Bought the Farm").



**Figure 41: White River**

**[1112]** Informed about dumb stories at time putting *Figure 1: Hot Spur* on a pole and crusading.

**[1113]** Middle-aged adult male [227] inquired about family genetic history: [No history of abnormalities, many cousins listed]. Told would come across someone soon and do nothing to upset her because this is humiliating for her. She has a request. "You don't even know who I am?" When this is over people will die laughing at this one.

**[1114]** What's your MBTI? [INTP, introvert.] Autistic? [No, however could not think at time.] IQ? [High.] Epstein? [Only knew name, John before birth, family knows deceased.] Familiar with military history? [Reasonably versed in it.]

**[1115]** Referenced Operation: Pigstick and said shouldn't talk about it. Inquired about M142 HIMARS? [Unfamiliar, knew MRLS as rocket artillery.] NASAMS? [Unknown, SAM.] Excalibur? [No, howitzers yes] GPS? [Electrical engineering, designed circuits in college.] ('Lasers on Cyber Trucks'). Meme? [Yes, listing injuries.] Charlie Wilson's War? [Stingers for Mujahideen.] War strategy? [EVE, war director.] Pincer maneuver? [Double envelopment.]

**[1116]** Teenager approximately 17 years of age wearing identical bathing suit top as "lilsam" photo in 2007, glass of wine in hand, and with something approximating a white diaper over gray shorts inquired if she could drink some: [820]. … You don't know who I am do you? [Mentioned McCann case from 2000s] Does this outfit seem at all odd to you, because I could not figure out the request. Do you have a cat? [White cockapoo named Sophie and gray cats.] Can't think for some reason. Requested a DNA sample. Said breasts were fake and after passing unclear movement saying no hair down there: *Younger*. Told you the truth about everything, all lies.

## Vacation to Washington, D.C. (2019)

**[1117] SYNOPSIS:** Vacation to DC with brother while he attempted to meet with someone about similar issues.

**[1118]** Judicial Watch is an American conservative activist group that files Freedom of Information Act (FOIA) lawsuits to investigate claimed misconduct by government officials. Founded in 1994, JW has primarily targeted Democrats, in particular the Presidency of Bill Clinton, the Presidency of Barack Obama, and Hillary Clinton.

**[1119]** Trip with brother to Washington, D.C. over Veterans Day 2019 (Nov. 9-14) while he was being misled to meet with someone from (Judicial Watch / 'judicially noticeable') regarding the Russia Investigation. Unknown party requesting brother keep chat channels related to *Chapter 7: EVE Online (2009 – 2018) p.97* up on one of his computer screens. Continued need for surveillance on the group or via either of us made little sense.

**[1120]** Passed individual who may have been John Forester after searching for *John Weinschenk (1944 – 1978, aged 33)* at the National Archives in D.C. while checking for past court cases. Present in Arlington National Cemetery was a fresh Forester grave alongside several generals.

**[1121]** Small black helicopter making repeated passes over the hotel room one night. Weinschenk and brother staying at the Trump International Hotel (old post office) located next to the IRS, Department of Justice, FBI's Hoover Building (FBI Headquarters), and near the National Mall which should include restricted airspace.

**[1122]** Vacation to Washington suggested years prior upon a request by Patricia Hill (Weinschenk) as to where either would like to go if taking a vacation.

| Sheriff's Office (2019 – 2020) |
|---|
| **[1123] SYNOPSIS:** Individuals within HCSO actively acting out elements of the narrative. |
| **[1124]** Chick-fil-A is an American fast food restaurant chain specializing is chicken sandwiches. |

**[1125]** Oct. 28, 2019 women from records division was checking Weinschenk for hangnails prior to collecting fingerprints as they "caused issues" for a federal criminal check.

**[1126]** Met with Sgt. Clifford in January 2020 [no records] inquiring about records concerning *Chapter 9: Meijer Grocery (2015)* mentioning issues with *Trooper Holiday (2007) p.92*: No records. Young woman in gray sweater and tan corduroy pants walking down hall smiling, then someone grabbed her followed by a "Who's your daddy?"

**[1127]** Smiling in reference to *Figure 23: Gray Joys p.31* (cats / purring) in reference to *Figure 2: Sausage p.20* in HBO's Game of Thrones that would involve ('filet of cock').

**[1128]** Three unknown deputies in front of courthouse commenting "Dixon's nut" while entering to drop off court filings following *Chapter 12A: May 7, 2020 Investigation*.

| Attorneys (2019 – 2020) |
|---|
| **[1129] SYNOPSIS:** Meetings with a number of attorneys to investigate non-existent past court cases and lawsuits. |
| **[1303]** 5/8/2020 Indiana 29D02-2005-MC-002806 State of Indiana v. Charles Ryan Weinschenk in Hamilton Superior Court #1 (Judge Casati) finding "Dangerous" on 7/10/2020; and moved to Superior #2 (Judge Brown) following an Ex Parte Young removal sought in federal court. |

**[1130]** No attorney, despite ability to pay, has been forthcoming as apparently part of the script, while not a participant, and while not under any consent to the harassment within this complaint.

**[1131]** Weinschenk only recalled Mr. Becker from his father's divorce in 2002: [1274].

| |
|---|
| **[1274]** Parents Thomas Weinschenk and Cynthia Landes met at a Halloween party in 1979. Separated in 2001 and divorcing between 2002 – 2003 with attorney Robert Becker representing father and Charles testifying on father's behalf in a custody dispute. |

**[1132]** Met with Robert Becker on May 15, 2018, along with Thomas Weinschenk who arranged meeting to inquire as to a lawsuit against the State of Indiana, associated to *Chapter 5: West Lafayette, IN (2007 – 2009) p.84, Chapter 11: Online Forum (December 2017) p.105, Chapter 10: Delphi Serial Killer (2017) p.104*, and mentioned *Chapter 7: EVE Online (2009 – 2018) p.97*. Becker charged $150 for the consultation, and he did not believe a suit existed.

[1133] Met with Robert Becker on Sept. 12, 2019 inquiring about how to find any sealed records or some documents from 2007 for which he charged $100. Visit entailed Mr. Becker searching Indiana's MyCase (court records) and not PACER for federal cases.

[1134] Two attempts at seeking an acknowledgement of a revocation from Mr. Becker by mail occurred on March 5. 2020 and March 29, 2020; neither resulted in a signature confirming he held no authority or had no involvement. Only Mr. Becker failed to sign the requests with signed and dated copies from respective parties in support of claim. No authorization to access computer known to exist.

[1135] Separate occasion acting FBI Agent in Charge Middleton was in front of Mr. Becker's office waived Weinschenk off prior to *Chapter 12A: May 7, 2020 Investigation p.117*. Social media suggested Weinschenk pull a gun on Mr. Becker, tell him to "show me the money" in reference to a Jerry McGuire movie line with regard to a 2007 contract, some game to figure out who was running the trail incidents, and reported by Daniel Weinschenk: [1184].

[1184] May 6, 2020 Daniel Weinschenk filed a complaint with the FBI alleging he was being incited to shoot police by an unknown online agitator with a federal investigation involving election meddling likely present.

[1136] Weinschenk was unaware of Mr. Becker's involvement in 2007, but had seen references to his name in social media. Revocation of any powers of attorney sought on March 5, 2020 alongside Andrew Buroker and Eric Douthit: [646], [826], [664], [904].

[646] Attorney Robert Becker with beekeeper mask as apparent public defender of Christ. Mr. Becker was present and at one point reprimanded saying he may lose his bar. [826] Robert Becker accompanying as claimed public defender [of Christ] taking case pro bono, "you can pay me later," and failing to intercede after officers collected photographic evidence. Told computer probably infected as all officers and attorney left without incident. [664] Attorney Andrew Buroker (broker), troopers Jerry Holeman (holy man) and John Perrene (cat purr), Chelsea Heffernan (heifer), and assorted children present. [904] Created company with assistance of Noblesville attorney Eric Douthit of Church, Church, Hittle, and Antrim LLP having a $100 special in 2007.

[1137] Visited Eric Douthit at Church, Church, Hittle, and Antrim on April 21, 2020 inquiring about restarting a company he assisted with to be used following a settlement in which he charged $602.50 with significant errors in the paperwork under the assumption there may have been a settlement tied to Never Ending Entertainment Inc. being a company Weinschenk and his brother created in 2007 with Mr. Douthit's assistance as part of a $100 special.

[1138] Inquired as to representation by Mr. Douthit to assist in negotiating a settlement which was turned down despite frequently seeing churches suggested through social media. On one occasion there was an overly sensitive metal detector in the doorway of his office.

[1139] Visited attorney Andrew Buroker of Faegre Baker Daniels LLP inquiring about any paperwork from 2007 that he may have had which is verifiable via email correspondence. Buroker only present for *Chapter 4: US District Courthouse ('laf-at-it'), IN (2007)* and possibly the initial *Baker Daniels pro bono (2007) p.90* incident.

[664] Attorney Andrew Buroker (broker), troopers Jerry Holeman (holy man) and John Perrene (cat purr), Chelsea Heffernan (heifer), and assorted children present.

[1140] On Nov. 4, 2018, two Indiana State Police investigators and a Noblesville police officer met with a confidential informant who provided information concerning Hamilton County Superior Court 2 Magistrate William Greenaway using methamphetamine. Reports indicate Greenaway allegedly swallowed the meth and bit a State Police officer's thumb during the arrest.

| Civil Rights Complaint (2020) |
| --- |
| [1141] **SYNOPSIS:** Complaint filed with US Attorney for Southern District of Indiana with I-465 intentionally congested by officers from Lebanon with sirens on along side of road for no reason whatsoever near pyramids. |
| [1142] The Pyramids are three pyramid-shaped office buildings in Indianapolis, IN. |
| [1143] Lebanon, IN is 29 miles Northwest of downtown Indianapolis and 36 miles Southeast of Lafayette. |

[1144] Acting FBI Agent in Charge Alex Middleton suggested Weinschenk go ahead and sue the United States after inquiring as to the status of suspected investigation on Feb. 20, 2020.

[1145] Separate visit to the Indiana Headquarters for the FBI inquiring about status of any investigations had an African American mime in security booth, quite possibly same individual from *Chapter 2: Indiana HQ for the FBI (2003)*. He was not talking.

[1146] March 13, 2020 filed a Civil Rights Complaint with US Attorney for the Southern District of Indiana along with initial federal suit [1293] in an attempt at a timely filing having allowed nearly two years (Ind. Code § 34-11-2-4) to investigate and charge perpetrators.

[1293] 3/13/2020 INSD № 20-829 Weinschenk v. CIA, FBI, ISP, Noblesville Schools; DISMISSED with prejudice 4/29/2020; AFFIRMED 8/27/2020.

[1147] March 13, 2020 two Lebanon Police Department vehicles off the side of I-465 near the ('pyramids') during rush hour causing congestion following filing of complaint.

| Trail Theatrics (2020) |
| --- |
| [1148] **SYNOPSIS:** Young women and deputies on trail, presumably fabricating persecutory delusion and/or appearance of retaliation against defendants. |

[1149] Young women overtly walking or running in front of Weinschenk on trail: ('hindsight').

[1150] Young girl in a sports bra, loose tank, and shorts dropped a packet of Uncle Ben's™ Reddy Rice. Individual believed to be granddaughter of defendant Robert Becker's son Ben who was also a band student and acquaintance of Weinschenk's sisters in school.

[1151] Passed Det. Dixon on trail following July 9, 2020 firearms hearing. Separate unknown sheriff's deputy on a bike claiming he was not stalking Weinschenk days prior.

| Recollection (2020) |
| --- |
| [1152] **SYNOPSIS:** Rough recalling of what was known when following memory suppression. |
| [1153] Single Blind: A type of clinical trial in which only the researcher doing the study knows which treatment or intervention the participant is receiving until the trial is over: [1512]. |

**[1512]** Chapter 13B: Medical History p.125 evidencing physical injuries imparted for symbolism of a ('one eyed monster') Hot Spur p.152. Vision Loss p.126 and Neck Injury p.127 imparting a homogeny of Figure 47: ('Frank-in-stein') and Figure 48: Robot Chicken.

**[1154]** Early 2020 Weinschenk was aware of *Chapter 7: EVE Online (2009 – 2018) p.97*, *"Trooper Holiday (2007)" p.92*, *String Theory (2000) p.52*, *Chapter 6: Noblesville High School (2010) p.96*, portions of *Chapter 4: US District Courthouse ('laf-at-it'), IN (2007) p.71*, *Police Shenanigans (2007) p.86*, and two intelligence officers in the family.

**[1155]** *TWIGBAL (Facts)* occurred as a single blind conspiracy: defendants had scripts, props, and all or most of the story. Weinschenk and family oblivious to what was transpiring, presumed illegitimate law enforcement actions at almost all times, and never under actual consent or waiver as defendants never verified waivers in person while putting off investigations.



**[1156]** A pair of 1080p Viewsonic brand monitors with *Figure 42: Gouldian Finch* logos suffered failures within a month of one another. Monitors replaced April 13, 2021.

**Figure 42: Gouldian Finch**

**[1157]** Unverifiable messaging to both brothers using wireless signals to the brain intentionally reversed as apparently necessary to go into court and regurgitate said claims without an attorney. All related matters requiring permanent expungement while failing to investigate.

### Year of the Hot Spur (2021)

**[1158] SYNOPSIS:** Staged political theater in Washington resulting in a riot and several convictions.

**[1159]** The Proud Boys is a far-right, Neo-fascist, and exclusively male organization that promotes and engages in political violence in the United States.

**[1160]** Oath Keepers is an American far-right anti-government militia organization composed of current and former military and police who claim to be defending the Constitution whose founder has a patch over one eye.

**[1161]** Amanda S. C. Gorman ('a man gore') is an American poet who delivered her poem "The Hill We Climb" at the 2021 presidential inauguration while wearing a golden jacket.

**[1162]** QAnon is a far-right conspiracy theory alleging that a cabal of Satanic, cannibalistic pedophiles operate a global child sex trafficking ring and conspired against former President Donald Trump during his term in office.

**[8]** The U.S. State Department designated al-[Q]a'ida (AQ) ['been laid, IN'] a foreign terrorist organization on Oct. 8, 1999 with whom defendants conspired on 9/11 (Sept. 11, 2001) p.161.

**[1163]** Panhandle Eastern Pipeline off SR 19 near Cicero, IN emergency vented around May 2020 following an incident miles away. This is a roughly 36-inch high pressure gas line.

**[1164]** Only known occasion in 30 years while Charles and Thomas Weinschenk were talking a quarter mile away and road closed by two uniformed sheriff's deputies. Noise from release made a conversation nearly impossible. Thomas did not recall this event as of 2021.

**[1165]** Stories about QAnon ran in the news frequently during the 2020 presidential elections. *Hot Spur p.152* inferred to be the QAnon ('spur anon') messiah in a right wing conspiracy, worshipers preying or kissing the spurs of the god-feather.

| Theoretical Offspring |
|---|
| **[1166] SYNOPSIS:** Breakdown of offspring and suspected parentage and condition, kids all unknown, and DNA in conjunction with their names verifiable evidence via DNA sequencing. |
| **[1167]** Guinea Pig: A person or thing used as a subject for experiment. |
| **[1367]** John Weinschenk (1944 – 1978, aged 33) (aka "God") passed away the same year the Stargate project ("Men Who Stare at Goats") involving psychic manipulation of the animals initiated: ('gateways to heaven') with a Hot Spur p.152 res ipsa loquitur! |
| **[227]** Prince Andrew, Duke of York (Andrew Albert Christian Edward; born 1960) is a member of the British royal family; third child and second son of Queen Elizabeth II and Prince Philip, Duke of Edinburgh; and ninth in the line of succession to the British throne. |
| **NOTE:** *See also Colorado (2006) p.67* for genetic conditions. |

**[1168]** Mosaic asserted a three-way standoff of sperm in a single ovum reminiscent of calico cats. Excluding clones, the Virgin Mary (non-biological aunt) presumed prostituted accounting for recurring Cincinnati, OH references appearing within story indicating a ('cavy / guinea pig').

**[1169]** Samantha (XXX): Female clone of plaintiff. Suspiciously similar in appearance. Alluded to as UFO Raelism and Tsix: [1088], [602]. Foster (beer with alcohol) would be raised by uncle.

**[1170]** Luke (XXY): Male clone of plaintiff? Possible actor following an abortion: god cock. Individual the least known story of four clones or offspring that were created.

**[1171]** Sarah Israel Dixon (X): Aunt Mary, Dustin Dixon, John Weinschenk (holy spirit), Charles Weinschenk (plaintiff) with Anna Dietrich the birth mother via surrogacy: resembles cousins.

| |
|---|
| **INTERPRETATION:** SARS is really Dix-on out of Fort Detrick; weaponized bioweapon; DNA a blend of god / Director of the Directorate of Operations (CIA), plaintiff, and Dixon as a genetically encoded three-part standoff. |

**[1172]** M.M. (X[X]): Aunt Mary; Prince Andrew [227]; John Weinschenk ('holy spirit' aka god), aka Epstein, aka Good (family), aka Forester (treason); Charles Weinschenk (plaintiff) as line of Christ, now in British line of succession: [601].

| Infrastructure Project |
|---|
| **[1173] SYNOPSIS:** Massively lucrative projected as a huge lost opportunity, covering the planet with holes and putting chicken businesses in them: fuck the planet, fiery chicken volcanoes! |
| **[1174]** Maglev is a system of train transportation that uses two sets of magnets: one set to repel and push the train up off the track, and another set to move the elevated train ahead. |
| **[1175]** The Star of David [hexagon/honeycomb] is a generally-recognized symbol of Jewish identity and Judaism. Its shape is that of a hexagram, the compound of two equilateral triangles. |



**Figure 43: SimCity Launch Arcology (1993)**



**Figure 44: Depthscraper (1931)**



**Figure 45: Jetsons (1963)**



**Figure 46: Bugs Bunny (1945)**

*"Now I am become Death, the destroyer of worlds" – J. Robert Oppenheimer*

**[1176]** *Figure 43: SimCity Launch Arcology (1993)* ('honeycomb') and nucleated grid sunk into Earth with 10-100s of thousands of inhabitants per structure with significant economies of scale.

**[1177]** Theoretical ('global warming friendly mega-project') with high speed transit via *Figure 46: Bugs Bunny (1945)* ('Maglev/magma tube') yielding extremely efficient and high speed mass transit: *Figure 45: Jetsons (1963)*.

**[1178]** *Figure 44: Depthscraper (1931)* theoretically 100s of floors tall/deep and 7×200 meters in diameter while impervious to weather, earthquakes, and radiation. Stacked atrium with domes spanning cylinders transferring load, and approximating large vaginas or missile silos sunk into the Earth full of *Figure 1: Hot Spur*.

**[1179]** Highly energy efficient and green pushing up daisies, it allows mass transport of water for evaporative irrigation (steam vents) across the continent and use waste heat to distill seawater for drinking: people volcano with geothermal power, body heat, and bio-waste as renewable energy.

**[1180]** Project would have been hugely profitable and disruptive while making Weinschenk insanely rich as a massive [*theoretical*] loss of opportunity without *5 BC (Before Chicken) p.154*.

## Chapter 12A: May 7, 2020 Investigation

**[1181] SYNOPSIS:** Officers responding to request from May 6, 2020 day prior concerning online agitator attempting to instigate violence against police and attorneys with ongoing political investigation: Concurring twins with no criminal history, psychiatric history, (5) family present, calm scene, *Social Media Excerpts p.25* (photographic evidence), etc.

**[1182] NARRATIVE:** *Seizing Hot Wings from Dangerous Spurs p.157* following *Chapter 12: Noblesville, IN (February 2018 – 2020)* as part of a conspiracy neither Weinschenk consented.

### Prior to Officers Arrival

**[1183] SYNOPSIS:** Call from Det. Dixon ensuring safe to come out, firearm secured, and discuss our complaint.

**[1184]** May 6, 2020 Daniel Weinschenk filed a complaint with the FBI alleging he was being incited to shoot police by an unknown online agitator with a federal investigation involving election meddling likely present.

**[1185]** May 7, 2020 Detective Dixon called Charles Weinschenk prior to officers arrival at the residence to ensure firearm secured and there were no issues.

**[1186]** *Exhibit: May 7, 2020 Figure 1: Incident Summary "Threat to Life: No"* supports scene calm with no immediate danger and dash-cam video provided by the HCSO supports this.

**[1187]** *Tree with Bees p.23* supports a federal investigation involving presidential elections likely; *Chapter 7: EVE Online (2009 – 2018)* readily verifiable; and *Exhibit: Social Media* and *Social Media Excerpts p.25* intentionally support claims of ongoing issues with screen captures.

**[1188]** Neither brother has any prior arrests, criminal record or history of psychiatric issues, and (5) family members were present to verify claims on May 7, 2020.

### Initial Contact

**[1189] SYNOPSIS:** Deputies immediately secured firearm, (5) family present, and no investigation ran at scene.

**[1190]** Detectives Dixon and Petty with deputies Wright and Wallace of the HCSO arrived 14:06 on May 7, 2020:[14] ('Dick detective being petty with writing on the wall').

**[1191]** William Meyer (step-father) was riding a bike and notified parents police were present at the residence, and parents arrived shortly thereafter; Daniel in his bedroom and Charles a shower.

**[1192]** Scene calm as attested under oath by Det. Dixon, both twins standing between two police vehicles on video, at their residence, and firearm secured.

**[1193]** Thomas Weinschenk was requested to retrieve a SIG Sauer P320 handgun owned by Charles Weinschenk from a 2016 Ford Explorer Sport parked at the residence as Detective Dixon preoccupied with seizure of firearm during the encounter.

---

14   See *Exhibit: May 7, 2020* for incident reports and immediate detention forms.

[1194] Detective Dixon interviewed all parents briefly, including inquiring if plaintiff's mother suffered from delusions, while failing to interview either twin. Evidence provided by Daniel Weinschenk on a USB thumb drive and digital evidence via mobile devices not examined.

[1195] Both claimed *Online Federal Investigation (2018 – Present) p.105* associated to an online community involving *Benghazi Consulate Attack (Sept. 11, 2012) p.164* victim Sean Smith; and targeted as *Chapter 10: Delphi Serial Killer (2017) p.104* encountering *Chapter 12: Noblesville, IN (February 2018 – 2020)*: black SUVs, helicopters, social media abuse, etc: [1086].

[1086] Marked police sport utility vehicles using StingRays to adjust phone GPS location following around town while playing Pokémon Go and walking Figure 22: Cockapoo. One incident map position affixed to a marked SUV several hundred yards away at Forest Park. Three vehicles following and crossing township jurisdictional lines repeatedly near White River Christian Church off Allisonville Road in Noblesville, IN.

[1196] Charles claimed to nearly hit Abigail Williams on a bike in *Delphi, IN (2007) p.85* [803].

[803] Multiple East-West roads closed redirecting Weinschenk North following optometrist appointment in Tipton, IN. Future Delphi victim Abigail Williams on a bike with training wheels, her mother not far behind, sent in front of his car as he approached, stopped in ample time, and brakes depressed automatically.

[1197] Claimed *Chapter 9: Meijer Grocery (2015) p.103* [1034], and cause of altercation unknown with no documentation discovered. [1126]

[1034] Choked by a ("bender") from behind after attempting to de-escalate, resulting in stepping backwards between assailants legs, falling backwards atop inflicting a possible concussion, then goring the animal inside of right thigh with a knife after nearly passing out. Butchered the pig next to the lunch meats section in Meijer Grocery in Noblesville, IN. [1126] Met with Sgt. Clifford in January 2020 [no records] inquiring about records concerning Chapter 9: Meijer Grocery (2015) mentioning issues with Trooper Holiday (2007) p.92: No records. Young woman in gray sweater and tan corduroy pants walking down hall smiling, then someone grabbed her followed by a "Who's your daddy?"

[1198] Claimed he was seeking production of documents from attorney Robert Becker following his portrayal of an attorney in 2007: [826], [1132]. No court filings had/have been discovered.

[826] Robert Becker accompanying as claimed public defender [of Christ] taking case pro bono, "you can pay me later," and failing to intercede after officers collected photographic evidence. Told computer probably infected as all officers and attorney left without incident. [1132] Met with Robert Becker on May 15, 2018, along with Thomas Weinschenk who arranged meeting to inquire as to a lawsuit against the State of Indiana, associated to Chapter 5: West Lafayette, IN (2007 – 2009) p.84, Chapter 11: Online Forum (December 2017) p.105, Chapter 10: Delphi Serial Killer (2017) p.104, and mentioned Chapter 7: EVE Online (2009 – 2018) p.97. Becker charged $150 for the consultation, and he did not believe a suit existed.

## Post Interviews

**SYNOPSIS:** Prejudiced stress evaluation requested despite calm scene, digital evidence, and family concurring.

[1199] Detective Dixon falsely claimed both brothers appeared "paranoid and delusional" on an affidavit for warrant-less seizure of a firearm,[15] requested both submit to a "stress evaluation" from a calm scene without a warrant, and family refuting any suspicion of illness. Report provided to Community North claimed both brothers were threatening to shoot police, firearm seized as a threat to others, and prejudicing the evaluation.

---

15  *Exhibit: May 7, 2020; Figure 2: Immediate Detention Form*

## Chapter 12B: Psychological Evaluations    (Intentional, false suspicions)

**[1200] SYNOPSIS:** Prejudiced, maximally timed 6-day psychiatric evaluations of concurring twins for falsely claimed mental health crises and threats without any symptoms discovered following a calm scene they requested police investigate: w/wo medication and rule-outs on fictitious claimed delusion via medication of twin. Admitted as ("A-typical psycho…") with no history of illness while factually ruling out illness in the strongest terms.

**[1201] SYNOPSIS:** Unwarranted 2nd State court ordered evaluation finding "persecutory delusions" in direct opposition to *Social Media Excerpts p.25* very clearly depicting claimed activities: Martha Mitchel Syndrome.

**[1202] NARRATIVE:** Repeated evaluations falsely suggesting a reasonable suspicion of illness to evaluate.

### Intake

**SYNOPSIS:** Requests to leave by two individuals, calm and no history of illness, error.

**[1203]** Charles admitted for atypical psychosis then *Unspecified psychosis not due to a substance or known physiological condition F29*, and Daniel *Delusional disorders* and a *Delusion F22*.[16]

**[1204]** No doctor was present upon intake, only Jodi Redick-Battle, to evaluate on May 7, 2020 at Community North. Intake forms "FAXED" by Dr. Sidhu with Immediate[17] then Emergency[18] Detention orders issued for simultaneous mental health crises of twins.

**[1205]** Scene calm, request to leave made, and both claimed evaluation a mistake or retaliation. Both claimed they were unaware of any history or suspicion of psychiatric issues. No underlying conditions noted for either: drugs, emotional state, physical injury.[19]

### Observations

**[1206] SYNOPSIS:** Verifiably false suspicion imparted based on prejudiced reporting by deputies.

This is a 37 year old caucasian male without prior psychiatric history who is admitted for delusions and threats made towards police department in a Folie à deux/shared delusion with his brother. Information came from the FBI via a tip to Noblesville PD, but patient does have a gun permit and owns a firearm which was confiscated via the help of patient's father and in police custody. … Patient refusing medications despite repeated education and discussions with him, but demonstrating no agitation or aggression on the unit. Despite isolating to room, he completed all ADLs without difficulties. *p.20*

**[1207]** Kanwaldeep Sidhu, Taimur Khalid Mian, Raminder Kaur Brar, and Peter Karalis all noting ("poor insight") into condition without any symptoms ever recorded and no ability to present photographic evidence readily verifying claims.

**[1208]** Charles claimed actively suing government, doctors made aware of pending litigation, need to be released immediately, and multiple requests to leave made.

**[1209]** Barbara Selvey (nurse) had a document with "CENTRAL INTELLIGENCE AGENCY" across top while flipping through intake forms, and was attempting to look up plaintiff's gown.

**[1210]** *Social Media Excerpts p.25* and additional digital evidence were unable to be presented.

---

16    CONFIDENTIAL *Exhibit: Medical Records, Community (Charles) p.1*
17    *Exhibit: May 7, 2020; Figure 3: Application for Emergency Detention*
18    *Exhibit: May 7, 2020; Figure 4: Physician's Emergency Statement*
19    CONFIDENTIAL *Exhibit: Medical Records, Community (Charles) p.2*

| Discharge |
|---|
| **[1211] SYNOPSIS:** Release after (6) days unable to discover a symptom or agitation not involving release. |
| **Ind. Code 12-26-5-1** "An individual may be detained in a facility for not more than seventy-two (72) hours under this chapter, excluding Saturdays, Sundays, and legal holidays, if a written application for detention is filed with the facility." |
| **Ind. Code 12-26-4-9 County required to pay certain costs if individual is determined not to be mentally ill** Sec. 9. If it is determined that there were not reasonable grounds to believe that an individual had a mental illness and was either dangerous or gravely disabled when taken into custody and transported to a facility to be detained under section 1.5 of this chapter, the costs of transportation to the facility and care and maintenance in the facility during the period of detention shall be paid by the county in which the individual was taken into custody. |

**[1212]** Evaluation by Community Health Network maximally timed to (72) hours, not including weekends, under Ind. Code § 12-26-5-1, all evaluations occurred via webcam due to COVID-19, and doctors never physically present. Attending nurses unaware of any issues.

**[1213]** Both admitted/released citing *Unspecified Schizophrenia Spectrum and Other Psychotic Disorder F29(298.9)* without any symptoms or underlying conditions specified for either, and (rule out) *R/O Delusional Disorder F22(297.1)* and *R/O Schizophrenia F20.9(295.90)* for Daniel having taken medication with a claimed delusion upon admittance.[20] [21]

**[1214]** Community Health Network improperly billed plaintiff $3,841 when County of Hamilton was required to pay pursuant Ind. Code 12-26-4-9 without a symptom discovered or observed.

| Dr. George Parker (10/18/2021) |
|---|
| **[1215] SYNOPSIS:** False opinion in direct opposition to photographic *Social Media Excerpts p.25*, common sense, etc fabricating evidence for *Seizing Hot Wings from Dangerous Spurs p.157*; whereby a void opinion. |
| **[1216] NARRATIVE:** Scripted fabrication of evidence for a Martha Mitchel political whistle-blower appearance. |
| OPINION: It is my opinion, with reasonable medical certainty, that Mr. Weinschenk has a mental illness, as defined in Indiana Code 12-7-2-130, namely delusional disorder. |
| NOTE: Criminal charges have been requested of doctor, reported to Indiana's AG, and named in present suit. |

**[1217]** Evaluation[22] Oct. 18, 2021 per Indiana Court order where in his opinion Weinschenk suffered from a delusional disorder in direct contradiction to *Social Media Excerpts p.25, Exhibit: Social Media, Chapter 12A: May 7, 2020 Investigation*, existence of firearms matter requesting evaluation, *Amended Complaint (July 28, 2021)*, etc.

**[1218]** The Martha Mitchell effect refers to the process by which a psychiatrist, psychologist, mental health clinician, or other medical professional labels a patient's accurate perception of real events as delusional, resulting in misdiagnosis.

**[1219]** WHEREBY doctor intentionally and verifiably fabricated a false report/evidence.

---

20    CONFIDENTIAL *Exhibit: Medical Records, Community (Charles)*
21    CONFIDENTIAL *Exhibit: Medical Records, Community (Daniel)*
22    CONFIDENTIAL *Exhibit: Medical Records, Parker Evaluation (10/25/21)*

## Chapter 12C: Firearms Hearing

**[1220] SYNOPSIS:** No history of illness or suspicion thereof and family testifying to such, prejudiced 6-day evaluation failing to observe a symptom, and *Social Media Excerpts p.25* directly refuting state claims of illness. Verifiable evidence of *Online Federal Investigation (2018 – Present) p.105* involving election meddling, past harassment by individuals claiming work on behalf of CIA in 2000, 2002, 2007 with 9/11 association; and *Chapter 10: Delphi Serial Killer (2017)*. State of Indiana maintaining *Firearms Transcript (July 7, 2020) p.24*: diagnosed illness, violent, imminent danger with state court finding against the facts as part of an intelligence operation.

### Pre-Hearing

**[1221] SYNOPSIS:** Continuance awaiting doctors notes from CHN as release resulted in *Unspecified* diagnosis, personal records contained no history of illness, and defendant acknowledged no known illnesses.

**[1222]** Firearms hearing initiated against Daniel Weinschenk on May 8, 2020, and subsequently amended to Charles Weinschenk as actual owner of the firearm.

**[1223]** June 11, 2020 hearing continued pending receipt of doctor's notes from Community North. Weinschenk provided full personal medical records with no history of mental illness, and initial records from Community Health Network with no documented symptom of illness.

**[1224]** *Chapter 12D: Becker Hearing p.123* initiated against Mr. Becker seeking to compel production of documents with belief firearms matter would be promptly dismissed without a symptom having discovered or reasonable suspicion of illness or danger.

### July 7, 2020 Hearing

**[1225] SYNOPSIS:** *Firearms Transcript (July 7, 2020) p.24* claiming diagnosed illness, aggressive violence, unstable in contradiction to family testifying no known history, negative evaluation, photos, and dismissed lawsuit.

**[1226]** Hearing on July 7, 2020 in Hamilton County Superior Court #1: Judge Michael Casati.

**[1227]** Full doctor's notes admitted failing to note any observed symptoms over (6) days, and State Court took judicial notice of *Unspecified Schizophrenia and Other Spectrum Disorder* indicating a failure to specify: symptoms, illness, or obfuscating issues (drugs).

**[1228]** State admitted a memory stick from Daniel Weinschenk, federal lawsuit [1293], medical records for Charles,[23] and an intent to sue officers involved with the unlawful evaluation.[24]

**[1293]** 3/13/2020 INSD № 20-829 Weinschenk v. CIA, FBI, ISP, Noblesville Schools; DISMISSED with prejudice 4/29/2020; AFFIRMED 8/27/2020.

**[1229]** *Exhibit: Social Media* NOT submitted as unnecessary as court lacked subject-matter jurisdiction for an obviously federal investigation without any symptoms discovered.

**[1230]** Detective Dixon testified scene was calm, and per affidavit that local attorney Robert Becker, who was never present, claimed Charles was "mentally ill" during a *Chapter 12A: May 7, 2020 Investigation p.117*. Charles and Thomas Weinschenk testified they were unaware of any history of illness or suspicion thereof to include extended family.

---

23    CONFIDENTIAL *Exhibit: Medical Records, Community (Charles)*
24    CONFIDENTIAL *Exhibit: Evidence, July 7, 2020 V(3)*

**[1231]** Charles claimed a *Online Federal Investigation (2018 – Present) p.105* and initial recollection of *Chapter 4: US District Courthouse ('laf-at-it'), IN (2007)*: *Federal Holodeck (2007) p.73*; being in a community with *Benghazi Consulate Attack (Sept. 11, 2012) p.164* victim Sean Smith with *the_kremlin* channel present in an online chat room; and

**[1232]** *Chapter 10: Delphi Serial Killer (2017) p.104* encountering Williams in 2007: [803].

> **[803]** Multiple East-West roads closed redirecting Weinschenk North following optometrist appointment in Tipton, IN. Future Delphi victim Abigail Williams on a bike with training wheels, her mother not far behind, sent in front of his car as he approached, stopped in ample time, and brakes depressed automatically.

**[1233]** Deputy Prosecuting Attorney Hahn claimed *Firearms Transcript (July 7, 2020)*   p.24 via closing argument: diagnosed illness, violent, imminent danger, preparing for next step.

## Findings and Opinion

> **Ind. Code 35-47-14-1 "Dangerous"** Sec. 1. (a) For the purposes of this chapter, an individual is "dangerous" if: (1) the individual presents an imminent risk of personal injury to the individual or to another individual; or (2) It is probable that the individual will present a risk of personal injury to the individual or to another individual in the future and the individual: **(A)** has a mental illness (as defined in IC 12-7-2-130) that may be controlled by medication, and has not demonstrated a pattern of voluntarily and consistently taking the individual's medication while not under supervision; or (B) is the subject of documented evidence that would give rise to a reasonable belief that the individual has a propensity for violent or suicidal conduct. (b) The fact that an individual has been released from a mental health facility or has a mental illness that is currently controlled by medication does not establish that the individual is dangerous for the purposes of this chapter.

**[1234]** Court found Weinschenk "Dangerous" pursuant Indiana Code 35-47-14-1 by clear and convincing evidence without a threat or symptom ever discovered while alleging a crime.

**[1235]** Enjoined Weinschenk from holding a firearm, ordered the HCSO to retain firearm [which failed to contest the unlawful order], and suspended Weinschenk's lifetime concealed carry permit while making no findings concerning a threat in direct opposition to common sense.

**[1236]** Request to reconsider DENIED and appeal untimely as relief sought via federal courts with proper jurisdiction through INSD № 20-2133 *Weinschenk v. Dixon, et al.* via *Ex Parte Young*, 209 U.S. 123 (1908) seeking expungement and refiled as part of present matter.

## Post Hearing

> **Indiana Code 35-44.1-2-3 False reporting; false informing** Sec. 3 **(d)** A person who: **(8)** makes a false report that a person is dangerous (as defined in IC 35-47-14-1) knowing the report or information to be false; commits false informing, a Class B misdemeanor. However, the offense is a Class A misdemeanor if it substantially hinders any law enforcement process or if it results in harm to another person.

**[1237]** Weinschenk maintains the State of Indiana lacked, and continues to lack, a reasonable suspicion of "Dangerous" pursuant Indiana Code 35-47-14-1 without any credible evidence, to include NOT credible evidence, and intentionally imparted a false suspicion of danger.

**[1238]** 11/19/2020 Judge Casati filed an errant order concerning Precoat Metals and "garnish."

[1239] No indictments for false informing pursuant Ind. Code 35-44.1-2-3(d)(8) filed despite claims of "mentally ill" and evaluation sought without any symptoms reasonably discoverable, suspected, history thereof, and while resulting in loss of life.

## Chapter 12D: Becker Hearing

[1240] **SYNOPSIS:** Filed June 6, 2020 [1304] as a small claims matter seeking production of documents from associated to Mr. Becker's portrayal of an attorney in 2007 [826], claims of "mentally ill," and past court records resulting in a dismissal and Rule 11 violation.

[1304] 6/9/2020 Indiana 29D04-2006-SC-003870 Weinschenk v. Becker in Hamilton Super Court #4; DISMISSED as Frivolous with Rule 11 violation 8/28/2020 as "utterly without merit." Small Claims production of documents from representation in 2007.

[1241] Mr. Becker filed for a contested hearing 7/21/20 the day before the hearing.

[1242] Denied filing any papers on behalf of Mr. Weinschenk or any past representation:

[826] Robert Becker accompanying as claimed public defender [of Christ] taking case pro bono, "you can pay me later," and failing to intercede after officers collected photographic evidence. Told computer probably infected as all officers and attorney left without incident.

[1243] Magistrate Murphy arbitrarily and capriciously discarded evidence [1134] Mr. Becker was not acknowledging any prior representation requiring a simple signature on 8/28/2020 resulting in a Rule 11 violation claimed to "vex" the defendant. Matter dismissed without any discovery, and Mr. Becker sat aside a sanctioned judgment of $400 on 09/04/2020.

[1134] Two attempts at seeking an acknowledgement of a revocation from Mr. Becker by mail occurred on March 5. 2020 and March 29, 2020; neither resulted in a signature confirming he held no authority or had no involvement. Only Mr. Becker failed to sign the requests with signed and dated copies from respective parties in support of claim. No authorization to access computer known to exist.

[1244] New evidence of Mr. Becker's involvement later discovered via *State Genocide in Official Capacity p.17* as well as abuse of process claims explaining court's flagrant errs.

## Chapter 12E: Supplemental Facts

[1245] SIG P320 handgun acquired Jan 17, 2020 prior to filing federal court case [1293] with approximately two-year §1983 deadline approaching: IC § 34-11-2-4. BareArms (Noblesville) owner (claimed former FBI combat instructor at Quantico) and visiting [suspected] HCSO reserve deputy [intentionally] overheard mentioning "financial responsibility."

[1293] 3/13/2020 INSD № 20-829 Weinschenk v. CIA, FBI, ISP, Noblesville Schools; DISMISSED with prejudice 4/29/2020; AFFIRMED 8/27/2020.

[1246] FOIA request to the FBI on Aug. 16, 2019 and Feb. 27, 2020 failed to discover history.

[1247] Weinschenk apolitical, fiscal conservative with traditional, agnostic values.

## Chapter 13A: Costs

### Immediate Court Costs                                                    $5,883.38

| | | | |
|---|---|---|---|
| 05/05/2010 | № 12D01-1003-IF-000706 | Speeding Ticket | $129.50 |
| 09/12/2019 | Becker Office Visit | | $100.00 |
| 01/14/2020 | Sheriff's Office Fingerprinting | | $50.00 |
| 03/13/2020 | № 20-cv-00829-TWP-MPB | Filing Fee | $400.00 |
| 05/13/2020 | № 20-cv-00601-DAT | Filing Fee | $400.00 |
| 05/21/2021 | № 20-1859 (INSD № 20-00829) | Appeal | $500.00 |
| 06/09/2020 | № 29D04-2006-SC-003870 | Filing Fee | $125.00 |
| 08/12/2020 | № 20-cv-02133-JPH-MPB | Filing Fee | $400.00 |
| 09/04/2020 | № 20-cv-02510-CKK | Filing Fee | $400.00 |
| 09/17/2020 | № 29D04-2006-SC-003870 | Transcript | $52.50 |
| 03/16/2021 | № 29D02-2005-MC-002806 | Appeal | $255.63 |
| 04/15/2021 | № 29D02-2005-MC-002806 | Transcript (July 7, 2020) | $330.75 |
| 05/11/2021 | № 29D02-2005-MC-002806 | Certified Document | $13.00 |
| 03/04/2021 | № 29D02-2005-MC-002806 | CDs | $5.00 |
| 06/01/2021 | № 21-cv-01468-JPH-MJD | Filing Fee | $402.00 |
| 06/11/2021 | № 21-cv-01736-JRS-TAB | Filing Fee | $402.00 |
| 06/23/2021 | № 29D02-2005-MC-002806 | Certified PCA | $6.00 |
| 10/06/2021 | № 21-2822 (INSD № 20-2133) | Appeal | $505.00 |
| 10/06/2021 | № 21-2823 (INSD № 21-1468) | Appeal | $505.00 |
| 06/14/2022 | № 22-cv-1150 | Filing Fee | $402.00 |
| | | Misc. Postage (Est.) | $500.00 |
| | | **Total:** | **$5,883.38** |

### Immediate Medical Costs                                                  $3,841.75

| | | |
|---|---|---|
| 06/26/2020 | Community Health Network 5/7/2020 – 5/12/2020 | $3,841.75 |
| | **Total:** | **$3,841.75** |

### Extended Medical Costs                                                   $1,664,857.00

| | |
|---|---|
| Cervical Disc Replacement (3x)[25] | $130,417.00 |
| Surrogacy: $150k each (x4)[26] | $600,000.00 |
| Cost of Raising Child: $233,610 each (x4)[27] | $934,440.00 |
| **Total:** | **$1,664,857.00** |

### Miscellaneous Costs                                                      $65,835.50

| | |
|---|---|
| Purdue University (Tuition 2001 – 2010, 13 Sem. @ $9,992/yr [2020])[28] | $64,948.00 |
| 03/16/2020 CCHA LLP (Douthit) | $602.50 |
| 04/09/2020 CCHA LLP (Douthit) Extra | $45.00 |
| 2x Viewsonic Monitors with ('Gouldian Finches') | $240.00 |
| **Total:** | **$65,835.50** |

---

25    https://pubmed.ncbi.nlm.nih.gov/28673826/
26    https://money.usnews.com/money/personal-finance/family-finance/articles/how-much-surrogacy-costs-and-how-to-pay-for-it
27    https://www.usda.gov/media/blog/2017/01/13/cost-raising-child
28    https://www.admissions.purdue.edu/costsandfinaid/tuitionfees.php

## Chapter 13B: Medical History

**[1248] SYNOPSIS:** Neck injury, vision issue, and thyroid disorder without any admissions to an emergency room or hospitalization, excluding childbirth. Never prescribed medication for treatment of a mental illness, no history of mental illness, known suspicions thereof, and biological immediate to extended family have no known history of non-age-related conditions. No underlying, known, or suspected chronic conditions not stated herein.



Figure 47: ('Frank-in-stein')          Figure 48: Robot Chicken

**[1249]** Personal Medical Records (Dr. Beaver (delivered])/Dr. Oldham @ MDVIP):[29]

| | | |
|---|---|---|
| 10/03/05 | ENCOUNTER 279740 (Chest X-Ray) | 71020 – XR/Chest PA Lateral |
| 10/07/05 | ENCOUNTER 281927 | |
| 10/20/06 | ENCOUNTER 441217 | |
| 07/21/15 | ENCOUNTER 2226626 (Physical w/ Labs) | |
| 07/23/15 | ENCOUNTER 2227515 | |
| 08/13/15 | ENCOUNTER 2231862 | |
| 10/12/15 | ENCOUNTER 2245267 (Thyroid) | |
| 01/15/16 | ENCOUNTER 2267322 | |
| 06/03/16 | ENCOUNTER 2298226 | |
| 10/21/16 | ENCOUNTER 2327728 | |
| 02/23/17 | ENCOUNTER 2349218 (Thyroid) | |
| 01/22/18 | ENCOUNTER 2411850 | |
| 01/29/19 | ENCOUNTER 2481294 (Thyroid) | |
| 02/04/19 | ENCOUNTER 2482265 | |
| 10/28/19 | ENCOUNTER 2549328 | |

## Pneumonia[30]

**[1250]** 2005: Bacterial pneumonia from unknown source affecting Charles (plaintiff), then brother and father to a lesser extent causing significant respiratory issues for half a year and several additional years to feel fully recovered. Half hour to catch breath following a single flight of stairs and condition came on fast. Quickly remedied by a strong antibiotic with instructions to go to hospital if condition got any worse following an X-Ray.

**[1251]** Medical billing from 10/03/05 requesting "71020 – XR/Chest PA Lateral."

---

29    CONFIDENTIAL *Exhibit: Medical Records, Billing*
30    CONFIDENTIAL *Exhibit: Medical Records, Personal* (10/20/06)

**[1252]** Patricia Hill cleaning up unknown white powder later brought Weinschenk apples. Possible comment about "Mike" however seemed nonsensical at time and unwell: [615].

> **[615]** Documentary on the History Channel as part of the tracking of Pablo Escobar had theoretical Hill silhouetted and additionally claimed as supervisor of Snowden: [139].

**[1253]** Inhalation anthrax starts primarily in the lymph nodes in the chest before spreading throughout the rest of the body, ultimately causing severe breathing problems and shock. Without treatment, inhalation anthrax is almost always fatal.[31]

**[1254]** Believed to have been anthrax [bad ants] in hindsight, which presents as community acquired pneumonia, and is treated with strong antibiotics in developed countries. (antibiotics)

## Vision Loss[32]

**[1255]** Partial loss of vision inner field of right eye in 2016 a week after a visit to Meyer Optometry in Noblesville, IN without any issues discovered. Re-visited day after flash. No records remain to verify this encounter.

**[1256]** Midwest Eye Consultants 9/23/2016: vision tests conducted and issue detected inner field of right eye: *Figure 48: Robot Chicken p.125,* [1155].

> **[1155]** TWIGBAL (Facts) occurred as a single blind conspiracy: defendants had scripts, props, and all or most of the story. Weinschenk and family oblivious to what was transpiring, presumed illegitimate law enforcement actions at almost all times, and never under actual consent or waiver as defendants never verified waivers in person while putting off investigations.

**[1257]** Midwest Eye Consultants Exam Date 10/04/2016:

> H53.451 Other localized visual field defect, right eye OD
> Assessment: Other localized Visual Field defect
> Plan: Patient reports history of photopsia, followed by stable VF defect at 9:00/10:00 (nasally) in right eye x 1yr. Discussed clinical findings and implications. Baseline HVF 24-2 today reveals isolated nasal edge defect below horizontal midline OD, within normal limits OS. Baseline SCODI-Optic Nerve 92133 today reveals possible inf/nasal thinning OD, but lower signal strength (4/10 OD, 6/10 OS). RTC 6 months for repeat HVF 24-2 to assess stability of findings and SCODI-ONH to try to improve signal strength. Fundus photo taken (n/c to allow for billing of SCODI).

**[1258]** Midwest Eye Consultants Exam Date 4/17/2017:

> H53.451 Other localized visual field, right eye OD
> Assessment: Other localized Visual Field defect.
> Plan: Patient reports history of photopsia, followed by stable VF defect at 9:00/10:00 (nasally in right eye x 2015. Patient also reports having had two MRI's in last 6 months and that findings were all normal. Discussed clinical findings and implications. Repeat HVF 24-2 today did not find previous nasal edge defect below horizontal midline OD to be repeatable. Repeat SCODI-Optic Nerve 92133 today reveals possible superior thinning OD, normal OS. RTC 6 months for repeat HVF-24-2 to assess stability of findings and SCODI-ONH.

---

31    https://www.cdc.gov/anthrax/basics/types/index.html
32    CONFIDENTIAL *Exhibit: Medical Records, Optometry*

**[1259]** Midwest Eye Consultants Exam Date 10/27/2017:

> H53.451 Other localized visual field defect, right eye OD
> Assessment: Other localized Visual Field defect, improved.
> Plan: Patient reports history of photopsia, followed by stable VF defect at 9:00/10:00 (nasally) in right eye x 2015.
> Patient also reports previously having hd two MRI's in last year and that findings were all normal. Discussed
> clinical findings and implications. Today's HVF 24-2 did not find baseline nasal edge defect below horizontal
> midline OD to be repeatable. Today's SCODI-OHN revealed no RNFL thinning OU with excellent signal strength,
> previous thinning OD not found to be repeatable. RTC 09/2018 for RVE-CL, or sooner for CL Diag/SV to update
> CL Rx if needed. Fundus photo taken. Visual field performed.

**[1260]** Poor ('in-sight') leaving a blurry area in center field of vision. Occurred suddenly with a roughly trapezoidal flash near 8:00 position. Effected outer edge of eye.

## Thyroid Disorder

**[1261]** First diagnosed 07/21/15 with a full physical: [1249].

**[1262]** Hypothyroid condition treated with levothyroxine as the only prescribed medication. Metabolism significantly depressed: hair loss, brittle nails, rapid weight gain, high sugars, high cholesterol, fatigue, and cognitive impairment; whereby driving became difficult.

## Acute Gastritis

**[1263]** Acute gastritis and heart attack from reflux from suspected poisoning October 2016. Suspected cause acute, intentional poisoning targeting plaintiff: [1041].

> **[1041]** Separate occasion handed a package of Sabra ('hum-us') while grocery shopping by individual restocking shelves. Package unusually watery on top, yet sealed upon opening.

**[1264]** Nobody else in household had any issues and Weinschenk was not eating out at the time. Stomach issue took nearly half a year of Nexium and drinking baking soda to control.

## Neck Injury

**[1265]** Imaging from Northwest Radiology:[33]

> MRI Brain (05/17/16, 12/02/16): Normal MRI Neck (12/02/16): C3-C4: Mild disc bulge is noted; C4-C5: Mild disc
> bulge is present; C5-C6 Central disc protrusion leads to impression upon ventral aspect of the thecal sac. Neural
> foramina are patent bilaterally.

**[1266]** Non-localized tingling, numbness, loss of sensation and pain in left arm, atrial fibrillation, loss of motor control in left leg, occasional difficulty swallowing, and some internal organ issues.

**[1267]** Carrying significant weight for a year or so problematic as muscles became tense.

**[1268]** Neck likely requires a number of metal disks or cervical disc fusion to improve.

---

[33]   CONFIDENTIAL *Exhibit: Medical Records, Northwest*

## Memory Issues

**[1269]** For unknown reasons, there were significant gaps in memory rendering memories of school suppressed as to be unable to recall any CIA encounters. Limited to no knowledge of most *TWIGBAL (Facts)* prior to 2018.

**[1270]** There exist no known underlying medical conditions, excluding *Thyroid Disorder* (low functioning everything), from 2010 to 2015 with issue occurring prior to this.

**[1271]** Repeatedly withdrew from Purdue as becoming seriously ill and fatigued toward beginning of each semester for unknown reasons. [energy manipulation, flu] In general not a sickly individual and remainder of the year around people, volunteering, and out in public.

## Chapter 13C: Education History

**[1272]** Academic Honors Diploma from Noblesville High School in 2001

**[1273]** Admitted to Purdue University School of Engineering, West Lafayette, IN Fall 2001; Major in Engineering with Minor in Management.

## Chapter 13D: Family History

## Immediate Family

**[1274]** Parents Thomas Weinschenk and Cynthia Landes met at a Halloween party in 1979. Separated in 2001 and divorcing between 2002 – 2003 with attorney Robert Becker representing father and Charles testifying on father's behalf in a custody dispute.

**[1275]** Paternal: Thomas Weinschenk and Patricia Hill (Weinschenk) with uncontested divorce publicly filed 2020 by Patricia Hill's attorney from Church, Church, Hittle, and Antrim LLP.

**[1276]** Maternal: Cynthia (Landes) and William "Bill" Meyer.

**[1277]** No immediate family on welfare, excluding retirement/age related programs.

**[1278]** Brother-in-law a director (civilian) at Heckler & Koch GmbH ['cock tease']: 2017 the U.S. Marine Corps announced it would equip every infantryman with the M27: [237].

## Extended Family

**[1279]** Edward Weinschenk (1916 – 1991, aged 75)

**[1280]** Dorothy Weinschenk (1915 – June 23, 2004, aged 88)

**[1281]** David Landes (1962 – 1994, aged 32)

**[1282]** John Weinschenk (1944 – 1978, aged 33)

[1283] *John Weinschenk (1944 – 1978, aged 33)* passed away in Cochise County, AZ: (cock is).

[1284] Robert Weinschenk (uncle) and Mike Hill (former step-uncle) diagnosed with Parkinson's Disease around 2015, foretold/forgotten in 2007 without evidence. Hill worked for the NSA, and Weinschenk served (brothers) on a Swiftboat in Vietnam: [631], [614], [615], [236], [187].

> [631] Mention of being surrounded by Parkinson's Disease, working for government (welfare, never used), and future family affairs seemingly predicting the future. [614] Two claimed FBI supervisors claimed Mueller and Comey requested Weinschenk release the hostage, return the photo, and to find the supervisor of NSA hacker who suggested it. Claimed NSA "Shadow Director" Hill, brother of future evil step-mother, supervising responded to a request concerning who was present in computer. [615] Documentary on the History Channel as part of the tracking of Pablo Escobar had theoretical Hill silhouetted and additionally claimed as supervisor of Snowden: [139]. [236] Swift Vets and POWs for Truth was a political (527 Group) of United States Swift boat veterans and former prisoners of war of the Vietnam War formed during the 2004 presidential election campaign to oppose John Kerry's candidacy for the presidency. [187] John Kerry (D-MA: Boston) is the first U.S. Special Presidential Envoy for Climate; 68th U.S. Secretary of State (2013 – 2017); Senator from Massachusetts (1985 – 2013); Democratic nominee for President of the United States in 2004; former prosecutor and lieutenant governor of Massachusetts; commanded a swift-boat in Vietnam; and married into the Heinz ketchup family.

[1285] Weinschenk Women: Aunt Mary unaffected, Sarah [SARS] (Cooper → Smith (2nd Life) → Weinschenk, ('sheath'), ('go in'), single ('gen') without kids, and youngest a ('sue me'). Unknown party, possibly a *Hot Spur p.152*, appears to have ('fucked') the family name.

[1286] Cousin President of <u>Connectivity</u> Services at Comcast (XFinity), his father appellant in *Butz v. Economou*, 438 U.S. 478 (1978), and his son attended Emory University in Atlanta, GA adjacent to headquarters for Centers for Disease Control and Prevention (CDC).

> 3. While federal officials will not be liable for mere mistakes in judgment, whether the mistake is one of fact or one of law, there is no substantial basis for holding that executive officers generally may with impunity discharge their duties in a way that is known to them to violate the Constitution, or in a manner that they should know transgresses a clearly established constitutional rule. Pp. 438 U. S. 504-508. *Butz v. Economou*, 438 U.S. 478 (1978)

[1287] Immediate and extended family have no known chromosomal anomalies, or history of significant genetic disorders not including age-related degenerative conditions in their 80s.

## Chapter 13E: Court History

> [1288] **SYNOPSIS:** No warrants, arrests, or criminal history excluding a traffic infraction; no aggressive tendencies; no (non-fabricated) suspicion of mental illness to include biological extended family; no substance abuse; no child abuse; and otherwise beyond reproach reputation!

[1289] No known incidents of aggressive violence, to include extended family.

[1290] No known sealed or expunged court matters as of May 30, 2022.

[1291] 10/28/2019 County background check returned NO RESULTS; 7/10/2019 State background check returned NO RESULTS; and 11/14/2019 Federal background check returned NO RESULTS. Weinschenk otherwise maintains a beyond reproach reputation.

[1292] 3/15/2010 Clinton Superior Court; SPEEDING-Speed:75 Speed Zone: 60. Clear, traffic-less day on U.S. 52 West of Frankfurt; Deputy Attorney Anthony Jude Sommer.

## Federal Court Matters

**[1293]** 3/13/2020 INSD № 20-829 *Weinschenk v. CIA, FBI, ISP, Noblesville Schools*; DISMISSED with prejudice 4/29/2020; AFFIRMED 8/27/2020.

**[1294]** 3/13/2020 INSD GENERAL ORDER Closed courthouse due to COVID-19 while attempting to proceed *in forma pauperis* against government defendants to serve summons.

**[1295]** 5/21/2020 7th Cir. № 20-1859 *Weinschenk v. Central Intelligence Agency, et al.*; AFFIRMED 8/27/2020 by Michael S. Kanne, Circuit Judge; Ilana Diamond Rovner, Circuit Judge; and Amy C. Barrett, Circuit Judge.

**[1296]** 10/27/2020 Associate Justice Amy Coney Barrett confirmed to US Supreme Court.

**[1297]** 5/13/2020 Federal Claims № 20-601 *Weinschenk v. United States*; DISMISSED for lack of subject-matter jurisdiction 6/3/2020.

**[1298]** 8/12/2020 INSD № 20-2133 *Weinschenk v. Dixon, et al.*; DISMISSED with prejudice for failure to state a claim; AFFIRMED, modified without prejudice 04/29/22.

**[1299]** 9/04/2020 DCD № 20-2510 *Weinschenk v. CIA*; DISMISSED for lack of subject-matter jurisdiction 6/24/2021. Memorandum: № 20-mc-63 and № 20-mc-77.

**[1300]** 6/01/2021 INSD № 21-1468 *Weinschenk v. Valorie Hahn, et al.*; DISMISSED with prejudice for failure to state a claim; AFFIRMED, modified to without prejudice 04/29/22.

**[1301]** 6/11/2021 INSD № 20-1736 *Weinschenk v. State of Indiana* [REMOVAL]; DISMISSED with prejudice as frivolous for failure to state a claim [*Younger* Abstention] 8/13/2021.

**[1302]** 04/29/2022 7ᵗʰ Cir № 21-2822 *Weinschenk v. Dixon, et al.* and № 21-2823 *Weinschenk v. Valorie Hahn, et al.*; [Consolidated] AFFIRMED and DISMISSED without prejudice 04/29/22.

## State Court Matters

**[1303]** 5/8/2020 Indiana 29D02-2005-MC-002806 *State of Indiana v. Charles Ryan Weinschenk* in Hamilton Superior Court #1 (Judge Casati) finding "Dangerous" on 7/10/2020; and moved to Superior #2 (Judge Brown) following an *Ex Parte Young* removal sought in federal court.

**[1304]** 6/9/2020 Indiana 29D04-2006-SC-003870 *Weinschenk v. Becker* in Hamilton Super Court #4; DISMISSED as Frivolous with Rule 11 violation 8/28/2020 as "utterly without merit." Small Claims production of documents from representation in 2007.

**[1305]** 10/31/2020 Indiana FCN #2707713 Administrative Hearing on license to carry; revoked citing 29D01-2005-MC-002506 ordering license suspended.

**[1306]** 3/16/2021 Indiana 21A-CR-00444 *Weinschenk v. State of Indiana* [APPEAL]; DISMISSED as untimely on 5/24/2021; discovery motions remanded and DENIED.

## V. CAUSES OF ACTION

**WHEREFORE** plaintiff restates *TWIGBAL (Facts)* by reference for <u>all</u> following actions, and <u>all</u> defendants failed to properly report and protect furthering violation of rights:

| 1st Cause of Action | Genocide per se (battery) | Primary/Parent |
|---|---|---|

**18 U.S. Code § 1091 Genocide.** (a) Basic Offense. Whoever, whether in time of peace or in time of war and with the specific intent to destroy, in whole or in substantial part, a national, ethnic, racial, or religious group as such **(1)** kills members of that group; **(2)** causes serious bodily injury to members of the group; **(3)** causes the permanent impairment of the mental faculties of members of the group through drugs, torture, or similar techniques; **(4)** subjects the group to conditions of life that are intended to cause the physical destruction of the group in whole or in part; **(5)** imposes measures intended to prevent births within the group; or **(6)** transfers by force children of the group to another group; **(d)** Attempt and Conspiracy.-Any person who **attempts or conspires** to commit an offense under this section shall be punished in the **same manner as a person who completes the offense.**

**[7]** Pub. L. 114–222, §2, Sept. 28, 2016, 130 Stat. 852 on §2333, provided that Congress finds: (b) Purpose.-The purpose of this Act … is to provide civil litigants with the **broadest possible basis, consistent with the Constitution of the United States**, to seek relief against persons, entities, and foreign countries, **wherever acting and wherever they may be found**, that have provided material support, directly or indirectly, to foreign organizations or persons that engage in terrorist activities against the United States.

**[1307]** Defendant(s) affected a statutory genocide pursuant 18 U.S. Code § 1091(d) through a *Continuing Violation* [2] originating in *5 BC (Before Chicken) p.154* or earlier affecting genocide *per se* (battery) against a *Class of One*, whereby all are jointly, severally, and/or strictly liable through knowingly engaging in inherently dangerous activities via one coherent conspiracy.

**[1308]** 18 U.S. Code §1091 Genocide international terrorism *per se* [13] additionally associating to multiple definitive acts of international terrorism: *9/11 (Sept. 11, 2001) p.161* (Special Rule on §2333), *COVID-19 (2019) p.166, Reckless Indifference to Human Life p.158*, etc.

**[13]** 18 U.S. Code § 1091 Genocide confers universal jurisdiction as a crime against humanity, whereby it qualifies as international terrorism per se pursuant 18 U.S. Code § 2331(1)(C).

**[1309]** Ind. Code 34-51-2-10 allows full recovery from convicted defendants, and no party has immunity for intentional torts within the State of Indiana: Ind. Code 34-13-3-3(9).

**Ind. Code 34-51-2-10 Intentional torts; full recovery of damages from convicted defendant** Sec. 10. In the case of an intentional tort, the plaintiff may recover one hundred percent (100%) of the compensatory damages in a civil action for intentional tort from a defendant who was convicted after a prosecution based on the same evidence.

**[1310]** WHEREBY each claim herein part of a *Continuing Violation* [2] not subject to statutes of limitation, and all claims required proven by a preponderance of evidence. Alternatively plaintiff is requesting a beyond reasonable doubt to civilly convict respective defendants.

## Stated Claims

**§1** All defendants were acting under color of law affecting a *Continuing Violation* against a *Class of One* fabricating a joke out of Weinschenk's life via genocide *per se* violating his rights [11] and failing to protect; whereby plaintiff entitled all requested relief, unspecified non-pecuniary damages, and punitive damages pursuant §1983/*Bivens* respectively.

**§2** Each defendant jointly, severally, and/or strictly liable via a *Continuing Violation* against a *Class of One* while engaging in inherently dangerous activities fabricating a joke out of Weinschenk's life via genocide *per se* as set forth in *TWIGBAL (Facts)*; pursuant *Liability p.180* argument any participant liable as if they completed the offense; whereby plaintiff entitled treble requested and unspecified non-pecuniary compensatory damages pursuant §2333.

**§3** CIA Directors Deutch, Tenet, Angleton, and Forester were acting under color of law in their individual capacities when they collectively ordered state and federal actors to affect genocide *per se* as a breach of duty directed at Weinschenk and family violating his rights [11] for a *Hot Spur p.152*; whereby plaintiff entitled all requested relief plus unspecified non-pecuniary damages pursuant §1983/*Bivens* via civil conspiracy.

**§4** CIA Directors Deutch, Tenet, Angleton, and Forester were acting under color of law in their official capacities when they collectively ordered state and federal actors to affect genocide *per se* as a breach of duty directed at Weinschenk and family violating his rights [11] for a *Hot Spur p.152*; whereby plaintiff entitled all requested relief plus unspecified non-pecuniary damages pursuant *Ashcroft* holding top officials liable if they ordered discriminatory behavior.

> **NOTE:** Constitutional question regarding applicability of 18 U.S. Code § 2337 follows:

**§5** CIA Directors Deutch, Tenet, Angleton, and Forester were acting under color of law in their individual capacities when they collectively ordered state and federal actors to affect genocide *per se* as a breach of duty directed at Weinschenk and family violating his rights [11] for a *Hot Spur p.152*; Constitutional protections exist for a domestic citizen (qualified immunity) in lieu of §2337 abroad allowing a cause of action in accordance with *Ashcroft* with immunity of state or federal actors abrogated as statute provides for "broadest possible basis, consistent with the Constitution of the United States" alongside a state sponsor of terrorism; whereby plaintiff entitled treble all requested relief plus unspecified non-pecuniary damages pursuant §2333.

**§6** Former CIA Director Deutch while dressed as a Nazi in an open federal courtroom before Chief Justice Roberts and Justice Kavanaugh of the United States Supreme Court with two other justices present, was an administrator of a federal program violating Weinschenk's rights [11] as part of a Constitutional violation against a *Class of One* via state actors; whereby plaintiff entitled all requested relief plus unspecified non-pecuniary damages pursuant *Bivens* with *Ashcroft* holding top officials liable.

**§7** Any convicted (none at present) defendants for intentional torts, to include conspiracy against rights and lesser charges in keeping with genocide *per se*; whereby plaintiff entitled respective relief plus unspecified non-pecuniary damages pursuant §2333/Ind. Code 34-51-2-10; and in the alternative entitled damages if offense proven beyond a reasonable doubt without a conviction.

**§8 HEREINAFTER** plaintiff restates **[Inherited]** causes/claims as if independently restated herein, inherited claims need not be found to have violated Weinschenk's rights within their respective causes in keeping with the broadest possible basis to seek a civil remedy; whereby plaintiff entitled treble compensatory damages for any and all injuries suffered in advancement of *Continuing Violation* pursuant §2333 with all defendants jointly, severally, and strictly liable.

| 2nd Cause of Action | *Int. Infliction of ("E.D.")* | Inherited |
|---|---|---|

**[1311]** The tort of intentional infliction of emotional distress (I.I.E.D.) arises when a defendant: (1) acted intentionally or recklessly, (2) conduct was extreme and outrageous, (3) act is the cause of the distress, and (4) plaintiff suffers severe emotional distress as a result.

**[1312]** "It is not difficult to imagine that a jury would explain 'Outrageous!' upon hearing that plaintiff's co-workers taunted him and set him on fire knowing that he had recently been released from a hospital where he was being treated for severe depression and psychosis. … verbally and physically assaulting a mentally disabled man is cruel and inexcusable." *Holbrook v. Lobdell-Emery Mfg. Co.*, 219 F.3d 598, 602 (7th Cir. 2000)

**[1313]** Indiana allows for damages from IED through the "modified impact" rule which holds: "When … a plaintiff sustains a direct impact by the negligence of another and, by virtue of that direct involvement sustains an emotional trauma which is serious in nature and of a kind and extent normally expected to occur in a reasonable person, we hold that such a plaintiff is entitled to maintain an action to recover for that emotional trauma without regard to whether the emotional trauma arises out of or accompanies any physical injury to the plaintiff." *Shaumber v. Henderson*, 579 N.E.2d 452, 456 (Indiana 1991)

**[1314]** Indiana allows damages for infliction of emotional distress when a plaintiff witnesses an injury to the person of a close relative without any physical impact on the plaintiff, the "bystander direct involvement test" that was announced in *Groves v. Taylor*, 729 N.E.2d 569 (Ind. 2000) which held: "Where the direct impact test is not met, a bystander may nevertheless establish "direct involvement" by proving that the plaintiff actually witnessed or came on the scene soon after the death or severe injury of a loved one with a relationship to the plaintiff analogous to a spouse, parent, child, grandparent, grandchild, or sibling caused by the defendant's negligent or otherwise tortious conduct." *Id. at 524*

**[1315]** There is an exception to the physical impact requirement for claims of intentional torts. *Cullison v. Medley*, 570 N.E.2d 27, 30 (Ind. 1991); *Shaumber*, 579 N.E.2d at 454; *Atlantic Coast Airlines*, 857 N.E.2d at 998

**[1316]** Indiana has also allowed recovery or refused to dismiss claims where human remains were lost. *Blackwell v. Dykes Funeral Homes, Inc.*, 771 N.E.2d 692 (Ind. Ct. App. 2002)

**[1317]** "When the courts have been satisfied that the facts of a particular case are such that the alleged mental anguish was not likely speculative, exaggerated, fictitious, or unforeseeable, then the claimant has been allowed to proceed with an emotional distress claim for damages even though the physical impact was slight, or the evidence of physical impact seemed to have been rather tenuous." *Bader v. Johnson*, 732 N.E.2d 1212, 1221 (Ind. 2000)

**[1318]** Municipalities may be held liable for violation of constitutional rights pursuant §1983 with a pattern or practice of abuse. *Monell v. Department of Social Services*, 436 U.S. 658 (1978)

**[1319]** WHEREBY each claim herein part of a *Continuing Violation* [2] not subject to statutes of limitation, and all claims required proven by a preponderance of evidence.

## Stated Claims

**§9** Unknown individuals were acting under color of law when they repeatedly subjected Weinschenk to directed energy attacks attributed to psychic manipulation affecting a *Continuing Violation* via impacting his cognitive abilities violating his 1st, 5th, 8th, 13th, and 14th Amendment rights; whereby plaintiff entitled unspecified non-pecuniary damages pursuant §1983/§2333 from civil co-conspirators following a failure to protect.

**§10** Unknown individuals were acting under color of law when they repeatedly subjected Weinschenk to directed energy attacks affecting a *Continuing Violation* via imparting symbolic injuries fabricating a ('dick') violating his 1st, 5th, 8th, and 14th Amendment rights; whereby plaintiff entitled unspecified non-pecuniary damages pursuant §1983/§2333 from civil co-conspirators following a failure to protect.

**§11** Teachers Schwartz, Spata, and Principal Harvey and City of Noblesville via *Monell* were acting under color of law as employees of when they subjected plaintiff to lewd females in 1st Grade, startled plaintiff, and unknown third party suppressed his memory of the events violating his 1st, 5th, 8th, and 14th Amendment rights; whereby plaintiff entitled unspecified non-pecuniary relief pursuant §1983/§2333.

**§12** D. Wright of the Royal Canadian Mounted Police, (Dudley Do-Right) whereabouts unknown, was acting under color of law when he subjected Weinschenk to lewd females at the Scarborough Centennial Community Center near Toronto, Ontario in Canada and suppressed his memory of the events violating his 1st, 5th, 8th, and 14th Amendment rights; whereby plaintiff entitled unspecified non-pecuniary damages pursuant §1983/§2333 from civil co-conspirators.

**§13** Unknown wood shop teacher, assistant principal, and City of Noblesville via *Monell* were acting under color of law when they subjected plaintiff to pornography and memory suppression in 8th Grade violating his 1st, 5th, 8th, and 14th Amendment rights; whereby plaintiff entitled unspecified non-pecuniary damages pursuant §1983/§2333 from civil co-conspirators.

**§14** Teachers Beardshear, Milburn, unknown assistant principal, school resources officer, and City of Noblesville via *Monell* were acting under color of law around Thanksgiving in 2000 when they staged a wardrobe malfunction involving a teenage classmate, startled plaintiff, and suppressed his memory of events violating his 1st, 5th, 8th, and 14th Amendment rights; whereby plaintiff entitled unspecified non-pecuniary damages pursuant §1983/§2333.

**§15** ISP troopers Holeman, Perrene, [Uniformed NPD?] John Mann of the IMPD, and City of Noblesville via *Monell* were acting under color of law when they staged an event styled as *To Catch a Predator* in Spring 2002 falsely entrapping Weinschenk, exposing him to a lewd female, and suppressing his memory violating his 1st, 5th, 8th, and 14th Amendment rights; whereby plaintiff entitled unspecified non-pecuniary damages pursuant §1983/§2333.

**§16** Hamilton County Sheriff's Deputy Doug Carter and County of Hamilton via *Monell* were acting under color of law when Carter transported Weinschenk to West Lafayette, IN from the Indiana State Fairgrounds in Indianapolis, IN for a fictitious search and suppressed his memory upon return in 2007 violating his 1st, 4th, 5th, 8th, and 14th Amendment rights; whereby plaintiff entitled unspecified non-pecuniary damages pursuant §1983/§2333.

**§17** Unknown individuals were acting under color of law at Purdue University when they suppressed Weinschenk's memory throughout college and washed him from engineering and management programs for symbolism violating his 14th Amendment rights; whereby plaintiff entitled $64,948.00 in tuition plus unspecified non-pecuniary damages pursuant §1983/§2333 from civil co-conspirators.

**§18** In 2007 ISP troopers Jerry Holeman; Dustin and Ann Dixon; public defender Robert Becker; unknown janitor and Navy WAVE; several unknown inmates; and several others were acting under color of law and failed to protect while staging a prison assault, removed Weinschenk to solitary confinement, and subjected Weinschenk and lewd children to a claimed schizophrenic psycho in a mental institution violating plaintiff's 1st, 4th, 5th, 8th, and 14th Amendment rights while detained for spreading false religion; whereby plaintiff entitled unspecified non-pecuniary damages pursuant §1983/§2333.

**§19** Unknown individuals conspired to impart physical ailments inline with *Figure 47: ('Frank-in-stein')* and *Figure 48: Robot Chicken* intentionally inflicting physical injury and emotional distress while under color of law violating plaintiff's 5th, 8th, and 14th Amendment rights; whereby plaintiff entitled *$130,417.00* for cervical disc replacement plus unspecified non-pecuniary damages pursuant §1983/§2333 from civil co-conspirators.

**§20** Bethany Robinson, City of Noblesville via *Monell*, and unknown party via psychic manipulation were acting under color of law when they staged a sexual encounter foreshadowing the *N.W.M.S. Shooting (May 25, 2018) p.166* in 2010 while inflicting undue humiliation arranging for Weinschenk to errantly grab incorrect, identical bag containing a student's swimsuit in front of students while school recently remodeled to flip restroom signs violating plaintiff's 8th and 14th Amendment rights; whereby plaintiff entitled unspecified non-pecuniary damages pursuant §1983/§2333.

**§21** In 2005 Patricia Hill (Weinschenk) was acting under color of law when she assaulted Weinschenk with suspected anthrax and suppressed his memory violating his 5th, 8th, and 14th Amendment rights inflicting mental anguish as well as pain and suffering from a debilitating injury that lasted years from lack of oxygen and scarring of lungs; whereby plaintiff entitled unspecified non-pecuniary damages pursuant §1983/§2333.

**§22** Patricia Hill (Weinschenk) and unknown individuals were acting under color of law for several decades when they fractured Weinschenk's traditional family to marry in symbolic names for association as part of a treason honeypot while inflicting emotional distress violating plaintiff's 1st, 5th, 8th, and 14th Amendment rights; whereby plaintiff entitled unspecified non-pecuniary damages pursuant §1983/§2333.

**§23** Prior to birth unknown individuals were acting under color of law while influencing circumstances to prohibit consortium violating plaintiff's 1st, 5th, 8th, and 14th Amendment rights; whereby plaintiff entitled *$934,440.00 p.124* for child-rearing and unspecified non-pecuniary damages for loss of consortium pursuant §1983/§2333.

| 3rd Cause of Action | *Defamation per se/In False Light* | Inherited |
|---|---|---|

**[1320]** States are permitted to formulate their own standards of libel for defamatory statements. *Gertz v. Robert Welch, Inc.*, 418 U.S. 323 (1974) Ind. Code 34-15-1-1 and *Restatement (2d) of Torts* §§ 570-574 establish the elements of a defamation claim. Claims involving defamation *per se* do not require plaintiff to prove damages. *Branham v. Celadon Trucking Services, Inc.*, 744 N.E.2d 514 (Ind. App. 2001)

> **Indiana Code 34-15-1-1** Allegation; burden of proof Sec. 1. In an action for libel or slander, it is sufficient to state generally that the defamatory matter published or spoken was about the plaintiff. If the defendant denies the allegation, the plaintiff must prove at trial the facts showing that the defamatory matter was published or spoken about the plaintiff.

**[1321]** Weinschenk maintained a beyond reproach reputation with no arrests, criminal record, history of mental illness or suspicion thereof, abuse towards women, or acts of violence prior to fabrication of evidence with explicitly "bad faith" actions defamatory *per se*: [1288].

> **[1288]** SYNOPSIS: No warrants, arrests, or criminal history excluding a traffic infraction; no aggressive tendencies; no (non-fabricated) suspicion of mental illness to include biological extended family; no substance abuse; no child abuse; and otherwise beyond reproach reputation!

**[1322]** WHEREBY each claim herein part of a *Continuing Violation* [2] not subject to statutes of limitation, and all claims required proven by a preponderance of evidence by a non-public figure.

## Stated Claims

**§24** Unknown cyber intruder was acting under color of law when he not she performed a Man in the Middle Attack (MITM) in December 2017 on a forum Weinschenk used to establish a reputation in technical marketing while he was applying for a job, thus associating him as a suspect in a fictitious *Chapter 10: Delphi Serial Killer (2017)* investigation violating his 4th and 14th Amendment rights; whereby plaintiff entitled unspecified non-pecuniary damages pursuant §1983/§2333 from civil co-conspirators.

**§25** Robert Becker was acting under color of law May 7, 2020 when he falsely claimed Weinschenk "mentally ill" as defamatory *per se* as evidenced by an affidavit by Det. Dixon to precipitate *Seizing Hot Wings from Dangerous Spurs p.157* and resulting in unwarranted mental health evaluation without a reasonable suspicion thereof and eventual publication of having been evaluated and falsely labeled "Dangerous" violating his 4th, 5th, and 14th Amendment rights; whereby plaintiff entitled court costs and unspecified non-pecuniary damages pursuant §1983/§2333.

**§26** Eric Douthit was acting under color of law on or around May 7, 2020 when he placed an overly sensitive metal detector in his office door, overcharged Weinschenk while assisting with the creation of an LLC, and sent Weinschenk's unknown biological offspring to a trail aware of an impending mental health evaluation precipitating *Seizing Hot Wings from Dangerous Spurs p.157* and eventual publication of having been evaluated and falsely labeled "Dangerous" as part of a civil conspiracy affecting genocide *per se* violating plaintiff's 4th and 14th Amendment rights; whereby plaintiff entitled court costs, refund of business costs, and unspecified non-pecuniary damages pursuant §1983/§2333.

| 4th Cause of Action | *Res ipsa loquitur* | Inherited |
|---|---|---|

**[1323]** To invoke *res ipsa loquitur* in Indiana, the plaintiff must demonstrate that the defendant had exclusive control of the injuring instrumentality at the time of injury. *Balfour v. Kimberly Home Health Care, Inc.*, 830 N.E.2d 145, 148-49 (Ind. Ct. App. 2005)

**[1324]** Imaginary *Figure 19: Corona Mass Ejection (CME)* spewing *Hot Spur p.152* on a ("judicially noticeable") *Twigbal [Q] p.153* [1355] with a ('whole cost') *res ipsa loquitur!*

> **[1355]** Citing the Savory v. Cannon, 947 F.3d 409 (7th Cir. 2020)(en banc) "No legitimate evidence implicated Savory. … arrest, prosecution, and conviction … based entirely on the officers' fabricated evidence and illegally extracted false confession." State attempting to ('Heck-bar') coinciding with a ('Figure 19: Corona Mass Ejection (CME) p.29')! See also FreeEats.com, Inc. v. Indiana, 502 F.3d 590, 595 (7th Cir. 2007, Sept 12).

**[1325]** With respect to aviation disasters, which might involve negligence by someone other than the plane manufacturer, "res ipsa loquitur can be found applicable only if the plaintiff has offered evidence tending to negate the presence of causes other than the defendant's negligence." Restatement (Third) of Torts: Physical & Emotional Harm § 17 (2010)

**[1326]** *Wild Bird Chase p.154* supports *res ipsa loquitur* 'the thing speaks for itself' claims for *Reckless Indifference to Human Life p.158, CARDs (Abductions / Haruspex) p.171, TWIGBAL (Facts) p.41*, etc associated to plaintiff via a ("judicially noticeable") *Hot Spur p.152* as defamatory *per se* while inflicting emotional distress against a *Class of One* violating 5th, 8th, and 14th Amendments.

**[1327]** *Proximate Cause p.180* finds conspirators as jointly and severally liable for damages. All *Class of One* claims prefaced on prohibiting economic success via coerced circumstances.

**[1328]** All claims herein via *Class of One* intended to inflict unspecifiable non-pecuniary injuries prohibiting, education, career, and *Right to Life* as associations are toxic and limit opportunity.

**[1329]** WHEREBY each claim herein part of a *Continuing Violation* [2] not subject to statutes of limitation, all claims required proven by a preponderance of evidence, and all defendants jointly and severally liable for claims as civil co-conspirators.

## Stated Claims

**§27** Unknown and responsible parties were acting under color of law as part of a federal program affecting genocide *per se* when they conspired to international terrorism as sat forth in *Reckless Indifference to Human Life p.158* respectively as part of a pattern and practice of associating Weinschenk to significant loss of life violating his 14th Amendment rights as a *Class of One*; whereby plaintiff entitled unspecified non-pecuniary damages pursuant §1983/§2333.

**§28** Unknown and responsible parties were acting under color of law as part of a federal program affecting genocide *per se* when they conspired to domestic terrorism as sat forth in *Reckless Indifference to Human Life p.158* respectively as part of a pattern and practice of associating Weinschenk to significant loss of life violating his 14th Amendment rights as a *Class of One*; whereby plaintiff entitled unspecified non-pecuniary damages pursuant §1983/§2333.

**§29** Unknown and responsible parties were acting under color of law as part of a federal program affecting genocide *per se* when they conspired to extrajudicial killings as sat forth in *Reckless Indifference to Human Life p.158* respectively as part of a pattern and practice of associating Weinschenk to significant loss of life violating his 14th Amendment rights as a *Class of One*; whereby plaintiff entitled unspecified non-pecuniary damages pursuant §1983/§2333.

**§30** Unknown and responsible parties were acting under color of law as part of a federal program affecting genocide *per se* when they conspired to rape, murder, and abductions as sat forth in *CARDs (Abductions / Haruspex) p.171* respectively as part of a pattern and practice of associating Weinschenk to significant loss of life violating his 14th Amendment rights as a *Class of One*; whereby plaintiff entitled unspecified non-pecuniary damages pursuant §1983/§2333.

**§31** Unknown and responsible parties were acting under color of law as part of a federal program affecting genocide *per se* when they conspired to make offspring on Weinschenk's behalf as sat forth in *Genocide*: *(6) Removal of Children* respectively as part of a pattern and practice of violating his 14th Amendment rights as a *Class of One*; whereby plaintiff entitled unspecified non-pecuniary damages pursuant §1983/§2333.

**§32** Beginning with *Gov. O'Bannon (D-IN) (Sept. 13, 2003) p.162* on Nov. 5, 1996 through Gov. Holcomb (incumbent) the State of Indiana as a federal program affected a *State Genocide in Official Capacity p.17 Seizing Hot Wings from Dangerous Spurs p.157* as a narrative involving Weinschenk's *Hot Spur p.152, see also Twigbal [Q] p.153*, as part of a pattern and practice of violating his 14th Amendment rights as a *Class of One*; whereby plaintiff entitled unspecified non-pecuniary damages pursuant §1983/§2333.

**§33** Unknown and responsible parties were acting under color of law as part of a federal program affecting genocide *per se* when they conspired to requisition a *Hot Spur for President p.155* as part of a pattern and practice of violating his 14th Amendment rights as a *Class of One*; whereby plaintiff entitled unspecified non-pecuniary damages pursuant §1983/§2333.

**§34** Unknown and responsible parties were acting under color of law as part of a federal program affecting genocide *per se* via Osama bin Laden (been laid-IN); a designated state sponsor of terrorism and pseudonym for Weinschenk's *Hot Spur p.152, see also Twigbal [Q] p.153* or A.I. [Q]; as part of a pattern and practice of violating his 14th Amendment rights as a *Class of One*; whereby plaintiff entitled unspecified non-pecuniary damages pursuant §1983/§2333 and punitive damages for utterly reprehensible conduct.

**§35** Unknown and non-joined parties were acting under color of law as part of a federal program when they declined representation to force a *pro se*, do it yourself Jesus by intentionally giving Weinschenk the run-around, resulting in the deaths of countless third parties, and as a pattern and practice of violating his 14th Amendment rights as a *Class of One*; whereby plaintiff entitled unspecified non-pecuniary damages pursuant §1983/§2333.

**§36** Unknown parties were acting under color of law as part of a federal program fabricating the appearance of a prophetic Jesus with intentional errs for 'FBI tools to discern and investigate' affecting genocide *per se* via *Due Process* violations as part of a grand conspiracy and zodiac puzzle violating Weinschenk's 1st, 7th, and 14th Amendment rights as a *Class of One*; whereby plaintiff entitled unspecified non-pecuniary damages pursuant §1983/§2333.

**§37** Unknown parties were acting under color of law as part of a federal program arranging Weinschenk's experiences, affecting social development, and suppressing memories of events for purposes of *TWIGBAL (Facts)* violating his 1st, 5th, 8th, and 14th Amendment rights as a *Class of One*; whereby plaintiff entitled unspecified non-pecuniary damages for defamation of associated illness within the family pursuant §1983/§2333.

**§38** Unknown parties were acting under color of law as part of a federal program when they intentionally sought to wash Weinschenk from a STEM program for a symbolic embryonic stem-cell ban violating his 14th Amendment rights as a *Class of One*; whereby plaintiff entitled unspecified non-pecuniary damages pursuant §1983/§2333.

**§39** Unknown and involved parties were acting under color of law as part of a federal program when they fabricated *Table 4: Federal Whole Deck (2017)* as a political scandal involving Weinschenk violating his 14th Amendment rights as a *Class of One*; whereby plaintiff entitled unspecified non-pecuniary damages pursuant §1983/§2333.

## Class Action (Family) Claims

**§40** Unknown parties were acting under color of law as part of a federal program arranging Weinschenk's family by name starting with his parents to intentionally inflict illness, injury, and death in furtherance of genocide *per se* violating their 1st, 5th, 8th, and 14th Amendment rights as a *Class of One*; whereby plaintiff and biological family as a class entitled unspecified, equal non-pecuniary and punitive damages for utterly reprehensible conduct via §1983/§2333.

**§41** Unknown party, presumably a *Hot Spur p.152*, was acting under color of law as part of a federal program while making a joke out of Weinschenk's life and screwing the family name violating their 1st, 13th, and 14th Amendment rights; whereby plaintiff and biological family as a class entitled unspecified, equal non-pecuniary and punitive damages for utterly reprehensible conduct via §1983/§2333/*Ashcroft*: [1285], [1518], etc.

**§42** Unknown parties were acting under color of law as part of a federal program arranging Weinschenk's family by name when marrying a ('Bill and Hill') associated to 9/11into family to frame the Cli[n]ton Administration violating their 1st, 5th, 8th, and 14th Amendment rights as a *Class of One*; whereby plaintiff and biological family as a class entitled equal, unspecified non-pecuniary and punitive damages for utterly reprehensible conduct via §1983/§2333.

**§43** Unknown parties were acting under color of law as part of a federal program when they committed a ('whole cost') exterminating over 6 million people centered upon Weinschenk's family violating their 14th Amendment rights as a *Class of One*; whereby plaintiff and biological family as a class entitled unspecified non-pecuniary damages via §1983/§2333.

**§44** All defendants were acting under color of law as part of a federal program when they entered into a conspiracy to historically defame Weinschenk's family violating their 8th and 14th Amendment rights as a *Class of One*; whereby plaintiff and biological family as a class entitled unspecified non-pecuniary damages via §1983/§2333.

| 5th Cause of Action | *Abuse of Process* | Inherited |
|---|---|---|

**[1330]** Abuse of processes consists of two elements: (1) ulterior motive, and (2) use of process that would not be proper in the normal prosecution of a case. *Watters v. Dinn*, 633 N.E.2d 280, 288 (Int. Ct. App.1994) *Nat'l City Bank, Ind. V Shortridge*, 689 N.E.2d 1248, 1252 (Int. 1997), supplemented sub nom. *Nat'l City Bank, Ind. v. Shortridge*, 691 N.E.2d 1210 (Ind. 1998)

**[1331]** Under Indiana law, in order to prevail on an abuse of process claim, the plaintiff must have some evidence tending to show that the defendant used judicial processes for an end other than that for which it was deigned. *Comfax Corp.v. N. Am. Van Lines Inc.*, 638 N.E.2d 476, 481 (Int. Ct. App. 1994)

**[1332]** Municipalities may be held liable for violation of constitutional rights pursuant §1983 with a pattern or practice of abuse. *Monell v. Department of Social Services*, 436 U.S. 658 (1978)

**[1333]** WHEREBY each claim herein part of a *Continuing Violation* [2] not subject to statutes of limitation, and all claims required proven by a preponderance of evidence; and

**[1334]** Defendants abused process to associate Weinschenk to premeditated acts of *Reckless Indifference to Human Life p.158*, *CARDs (Abductions / Haruspex) p.171*, and *TWIGBAL (Facts),* cause for which only discovered in 2022. *Stump v. Sparkman*, 435 U.S. at 356-57

| Stated Claims |
|---|

**§45** All defendants were acting under color of law when they were systematically negligent to document *Wild Bird Chase p.154* through government records that could not be sealed or readily expunged violating plaintiff's 1st, 5th, and 14th Amendment rights [11(g)] and *Right to Privacy* [11(b)] to historically associate *TWIGBAL (Facts)* to *Reckless Indifference to Human Life p.158*; whereby plaintiff entitled all related court costs, unspecified non-pecuniary damages, injunctive relief, and punitive damages for utterly reprehensible conduct pursuant §1983/§2333.

**11(g)** Establishment Clause (1st) and Equal Protection (5th/14th)  against a Class of One [3] establishing a religion [4] of ('cock worshipers') atop Weinschenks for genocide per se.

**11(b)** Right to Privacy (9th/14th) recognized in Griswold v. Connecticut, 381 U.S. 479 (1965) holding a right to marital privacy; extended to plaintiff's life and Extended Family p.128 influenced for abuse of process as a suspected attack vector against the United States.

**§46** May 7, 2020 deputies Dixon, Petty, Wright, and Wallace; and HCSO via *Monell* were acting under color of law when they seized two individuals for evaluation violating Weinschenk's 4th and 14th Amendment rights abusing process for *Seizing Hot Wings from Dangerous Spurs p.157* imparting a false suspicion of illness during a high profile political investigation; whereby plaintiff entitled all related court costs, unspecified non-pecuniary damages, injunctive relief, and punitive damages for utterly reprehensible conduct pursuant §1983/§2333.

**§47** May 7, 2020 deputies Dixon, Petty, Wright, and Wallace; and HCSO via *Monell* were acting under color of law when they seized a firearm at a residence violating Weinschenk's 4th and 14th Amendment rights abusing process for *Seizing Hot Wings from Dangerous Spurs p.157*; whereby plaintiff entitled all related court costs, unspecified non-pecuniary damages, injunctive relief, and punitive damages for utterly reprehensible conduct pursuant §1983/§2333.

**§48** May 7 – 12, 2020 doctors Sidhu, Mian, Brar, Karalis; nurses Selvey and Redick-Battle; and Community Health Network via *Monell* were acting under color of law when they admitted two individuals imparting a stereotypical false suspicion of illness during a high profile political investigation violating plaintiff's 2nd, 4th, 8th and 14th Amendment rights for *Seizing Hot Wings from Dangerous Spurs p.157*; whereby plaintiff entitled all court costs, unspecified non-pecuniary damages, and punitive damages for utterly reprehensible conduct via §1983/§2333.

**§49** May 7 – 12, 2020 doctors Sidhu, Mian, Brar, Karalis; nurses Selvey and Redick-Battle; and Community Health Network via *Monell* were acting under color of law when they maximally detained two individuals while effectively ruling out illness in the strongest possible terms during a high profile political investigation violating plaintiff's 2nd, 4th, 8th and 14th Amendment rights for *Seizing Hot Wings from Dangerous Spurs p.157*; whereby plaintiff entitled all court costs, medical bills, unspecified non-pecuniary damages, and punitive damages for utterly reprehensible conduct pursuant §1983/§2333.

**§50** Deputy Prosecuting Attorney Valorie Hahn was acting under color of law from 2020 through present when she maliciously prosecuted Weinschenk pursuant Ind. Code 35-47-14-1 for *Seizing Hot Wings from Dangerous Spurs p.157* as part of *State Genocide in Official Capacity p.17* chain of evidence violating his 2nd, 4th, 5th, 8th and 14th Amendment rights; whereby plaintiff entitled injunctive relief, unspecified non-pecuniary damages, and punitive damages for utterly reprehensible conduct pursuant §1983/§2333.

**§51** August 28, 2020 Magistrate Darren Murphy of Hamilton County Superior Court #4 was acting under color of law when he arbitrarily and capriciously disregarded Weinschenk's evidence Robert Becker was failing to acknowledge a simple lack of any power of attorney or prior representation requiring a simple signature, found a Rule "11 violation" as request for production "utterly without merit," and sanctioned plaintiff $400 fabricating a false suspicion of not having a credible cause as part of a pattern and practice of intentional torts violating his 5th and 14th Amendment rights; whereby plaintiff entitled $125.00 + $52.50 in court costs, unspecified non-pecuniary damages, and punitive damages for utterly reprehensible conduct pursuant §1983/§2333.

**§52** Judge Michael Casati of Hamilton County Superior Court #1 was acting under color of law when he found Weinschenk "Dangerous" pursuant Ind. Code 35-47-14-1 in direct opposition to statute and evidence for *Seizing Hot Wings from Dangerous Spurs p.157* in the midst of a high profile, historical political investigation violating his 2nd, 4th, 8th and 14th Amendment rights; whereby plaintiff entitled court costs, unspecified non-pecuniary damages, and punitive damages for utterly reprehensible conduct pursuant §1983/§2333.

**§53** Judge Jon Brown of Hamilton County Superior Court #2 was acting under color of law when he failed to dismiss, expunge, grant discovery motions, delayed hearing, and ordered further mental health evaluations fabricating evidence in direct opposition to *Social Media Excerpts p.25* for *Seizing Hot Wings from Dangerous Spurs p.157* to force a *Younger* exception despite a prejudiced, symptomless prior evaluation, *State Genocide in Official Capacity p.17*, etc very clearly evidencing likelihood of a conspiracy set forth by the defendant violating his 5th and 14th Amendment rights; whereby plaintiff entitled court costs, unspecified non-pecuniary damages, and punitive damages for utterly reprehensible conduct pursuant §1983/§2333.

**§54** August 12, 2020 an unknown federal judge was acting under color of federal law when he or she assigned Weinschenk's case to Judge James Patrick Ha[n]lon who was unknowingly present in his apartment in 2007 to extinguish the suit by a ("judicially noticeable") *Hot Spur p.152*, thus violating plaintiff's 5th and 14th Amendment rights to *Due Process*; whereby plaintiff entitled court costs, unspecified non-pecuniary damages, and punitive damages for utterly reprehensible conduct pursuant §1983/§2333.

**§55** In 2020 defendants Douthit, Becker, and unknown Does; deputies Dixon, Petty, Wright, Wallace; County of Hamilton via *Monell*; doctors Sidhu, Mian, Brar, Karalis; nurses Selvey and Redick-Battle; Community Health Network via *Monell*; Deputy Prosecuting Attorney Hahn; Magistrate Murphy; and Judge Casati were acting under color of law when they fabricated a false suspicion of a schizophrenic Jesus through flawed circular logic for *Seizing Hot Wings from Dangerous Spurs p.157* violating Weinschenk's 2nd, 4th, 5th, 8th and 14th Amendment rights while associating him to an extermination of over 6 million people as part of a conspiracy affecting genocide *per se*; whereby plaintiff entitled all related court costs, unspecified non-pecuniary damages, and punitive damages for utterly reprehensible conduct pursuant §1983/§2333.

**§56** Unknown parties from 2018 onward were acting under color of law when they intentionally kept unverifiable messaging to Weinschenk and brother reversed for symbolism while inhibiting recollection; reversed terms via directed energy technologies complicating legal filings for evidence of their conspiracy to be documented in court filings for future generations to research; local courts refused to put them under a credible suspicion in furtherance of fabricated story; and imparted judicial errors for evidence of judges manipulated while ultimately requiring expungement rendering activity meaningless violating his 5th, 8th, and 14th Amendment rights and *Right to Privacy* [11(b)] while forced unable to recruit counsel for a political theater in actuality advancing genocide *per se*; whereby plaintiff entitled injunctive relief expunging all related court records, court costs, unspecified non-pecuniary damages, and punitive damages for utterly reprehensible conduct pursuant §1983/§2333 from civil co-conspirators intended only to draw criminal charges and earn a death penalty after years while never waiving any rights.

**§57** Unknown party, presumably a *Hot Spur p.152*, made a joke out of Weinschenk's life and literally screwed the family name violating his 1st, 13th, and 14th Amendment rights; whereby plaintiff entitled unspecified non-pecuniary damages and punitive damages for utterly reprehensible conduct pursuant §1983/§2333/*Ashcroft* from civil co-conspirators: [1285], [1518].

[1285] Weinschenk Women: Aunt Mary unaffected, Sarah [SARS] (Cooper → Smith (2nd Life) → Weinschenk, ('sheath'), ('go in'), single ('gen') without kids, and youngest a ('sue me'). Unknown party, possibly a Hot Spur p.152, appears to have ('fucked') the family name. [1518] Angel of Death (2019) p.108 [Sarah] ('SARS') named for engineered bioweapon exterminating over 6 million worldwide as part of a ('whole cost') Intentional Tort p.157 via COVID-19 (2019) p.166; creating and naming unknown biological offspring as abuse of process, presumed attack vector, and defamatory per se. Adoptive father responsible for Chapter 12A: May 7, 2020 Investigation p.117 and present for Rotisserie in a Cell (2007) p.87: [505].

§58 From 2020 onward the United States maintained federal court records violating plaintiff's 9th Amendment *Right to Privacy* [11(b)] and 14th Amendment rights as a *Class of One* in furtherance of genocide *per se*; whereby plaintiff entitled nominal damages with all related matters sealed.

[11(b)] Right to Privacy (9th/14th) recognized in Griswold v. Connecticut, 381 U.S. 479 (1965) holding a right to marital privacy; extended to plaintiff's life and Extended Family p.128 influenced for abuse of process as a suspected attack vector against the United States.

| 6th Cause of Action | *Unlawful Search and Seizure* | Inherited |
|---|---|---|

[1288] SYNOPSIS: No warrants, arrests, or criminal history excluding a traffic infraction; no aggressive tendencies; no (non-fabricated) suspicion of mental illness to include biological extended family; no substance abuse; no child abuse; and otherwise beyond reproach reputation!

[1335] The Seventh Circuit has suggested that pretrial incarceration would constitute a deprivation of liberty. *Fields v. Wharrie*, 740 F.3d 1107, 1112 (7th Cir. 2014)

[1336] Not all claims against healthcare providers constitute medical malpractice. *G.F. v. St. Catherine Hosp., Inc.*, 124 N.E.3d 76, 85 (Ind. Ct. App. 2019). "The fact that the alleged misconduct occurred in a healthcare facility, or that the injured party was a patient at the facility, has not been dispositive in determining whether the claim sounds in medical malpractice." *Martinez v. Oaklawn Psychiatric Ctr., Inc.*, 128 N.E.3d 549, 556 (Ind. Ct. App. 2019). Whether a case is one of medical malpractice covered by the [Medical Malpractice Act] is a question of law determined by the court. *G.F.*, 124 N.E.3d at 85. Courts look to the substance of the claim. Id. The MMA applies to curative or salutary conduct undertaken in the interest of or for the benefit of a patient's health. Id. The MMA does not apply to conduct unrelated to the promotion of a patient's health or the provider's exercise of professional expertise, skill, or judgment.

[1337] Municipalities may be held liable for violation of constitutional rights pursuant §1983 with a pattern or practice of abuse. *Monell v. Department of Social Services*, 436 U.S. 658 (1978)

[1338] WHEREBY each claim herein part of a *Continuing Violation* [2] not subject to statutes of limitation, while under color of law not all defendants may have been acting under a legal authority as a conspiracy, and all claims required proven by a preponderance of evidence.

| Stated Claims |
|---|

§59 In 2002 ISP troopers Jerry Holeman and John Perrene and unknown officer John Mann were acting under color of law when they staged a prostitution sting styled as *To Catch a Predator* and entrapped Weinschenk without a reasonable suspicion of having committed or intended to commit a crime violating his 4th and 14th Amendment rights; whereby plaintiff entitled unspecified non-pecuniary damages pursuant §1983/§2333.

**§60** Hamilton County Sheriff's Deputy Doug Carter and County of Hamilton via *Monell* were acting under color of law when Carter transported Weinschenk to West Lafayette, IN from the Indiana State Fairgrounds in Indianapolis, IN and suppressed his memory upon return in 2007 violating his 1st, 4th, and 14th Amendment rights; and FBI Agent Brian Monahan and a tactical team searched his apartment for a missing girl from Portugal violating his 4th Amendment rights; whereby plaintiff entitled unspecified non-pecuniary damages pursuant §1983/*Bivens*/§2333.

**§61** In 2007 ISP trooper Jerry Holeman, unknown Delphi Police officer, Derek German, and Anna Williams were acting under color of law when they removed Weinschenk from his car following a staged accident involving Abigail Williams at an intersection in Delphi, IN; held him at the police station; sucker punched and shackled him; exposed him to remains claimed a biological offspring for intentional infliction of emotional distress; and suppressed his memory violating his 1st, 4th, 5th, 8th, and 14th Amendment rights; whereby plaintiff entitled unspecified non-pecuniary damages pursuant §1983/§2333.

**§62** In 2007 ISP troopers Holeman and Perrene; NPD officers Mann and Vasbinder; and public defender Robert Becker were acing under color of law when they searched Weinschenk's West Lafayette apartment without a warrant and removed him in an A-Team van for falsely spreading false religion violating his 1st and 4th Amendment rights; whereby plaintiff entitled partial recovery of $64,948.00 in tuition plus unspecified non-pecuniary damages via §1983/§2333.

**§63** In 2007 ISP troopers Jerry Holeman; Dustin and Ann Dixon; public defender Robert Becker; unknown janitor and Navy WAVE; unknown doctor; several unknown inmates; and several others were acting under color of law when they detained Weinschenk in a West Lafayette hospital for spreading false religion without a warrant as a claimed schizophrenic psycho and suppressed memory violating his 1st, 4th, 5th, 8th, and 14th Amendment rights; whereby plaintiff entitled unspecified non-pecuniary damages pursuant §1983/§2333.

**§64** In 2010 unknown officer from the Clinton County Sheriff's Office was acting under color of law when he ticketed Weinschenk for driving 75mph in a 60mph zone near Frankfurt, IN; traffic infraction [1292] handled by Deputy Prosecuting Attorney Anthony Judge Sommer in reference to Somerset County near Shanksville, PA violating Weinschenk's 4th, 5th, and 14th Amendment rights via entrapment, which was concealed via fraud; whereby plaintiff entitled reimbursement of the ticket, injunctive relief expunging record, and unspecified non-pecuniary damages pursuant §1983/§2333.

**§65** In 2010 NPD Detective Haskett was acting under color of law well out of his jurisdiction while searching Weinschenk's house in West Lafayette, IN for "lap-drive" after plaintiff assisted with a trade show at the DoubleTree Hotel in Lafayette, IN (*Chicken Strippers p.100*) without a warrant violating his 4th and 14th Amendment rights; whereby plaintiff entitled unspecified non-pecuniary damages pursuant §1983/§2333.

**§66** Thanksgiving 2016 ISP Sgt. Holeman, NPD Haskett, and attorneys Amy Summerfield and Eric Douthit were acting under color of law when they searched Weinschenk's residence for a "hard drive" while he was home alone recovering from a recent heart attack following acute poisoning from chickpeas in Sabra handed to him by unknown clerk at the local Meijer Grocery in Noblesville, IN causing severe acute gastritis violating his 4th, 5th, 8th, and 14th Amendment rights; whereby plaintiff entitled unspecified non-pecuniary damages pursuant §1983/§2333.

**§67** May 7, 2020 deputies Dixon, Petty, Wright, and Wallace from the HCSO were acting under color of law when they unlawfully seized two asymptomatic individuals without a warrant for psychological evaluation without a reasonable suspicion of danger pursuant Ind. Code 35-47-14-1 violating plaintiff's 4th Amendment rights; whereby plaintiff entitled $3,841.75 in hospital bills, $330.75 + $255.63 + $402.00 in legal fees, and unspecified non-pecuniary damages from emotional trauma and indignity of being evaluated.

**§68** May 7, 2020 deputies Dixon, Petty, Wright, and Wallace from the HCSO were acting under color of law when they unlawfully seized a secured firearm at a residence without a warrant or reasonable suspicion of danger violating plaintiff's 2nd and 4th Amendment rights while imparting court costs and depriving plaintiff of the joy of his firearm; whereby plaintiff is entitled unspecified non-pecuniary damages for the indignity.

**§69** From May 7 – 12, 2020 doctors Sidhu, Mian, Brar, Karalis; nurses Selvey and Redick-Battle; and Community Health Network via *Monell* were acting under color of law when they admitted two asymptomatic individuals with no known history of mental illness from a calm scene for overnight psychological evaluation subjecting plaintiff to the indignity of being wrongfully detained and evaluated while violating plaintiff's 4th Amendment rights; whereby plaintiff entitled unspecified non-pecuniary damages for the indignity of being admitted.

**§70** From May 7 – 12, 2020 doctors Sidhu, Mian, Brar, Karalis; nurses Selvey and Redick-Battle; and Community Health Network via *Monell* were acting under color of law when they maximally detained two asymptomatic individuals for psychological evaluation from a calm scene without discovering a symptom violating plaintiff's 4th Amendment rights and charging $3,841.75 which the County of Hamilton should be required to pay without a danger under Ind. Code 12-26-4-9; whereby plaintiff entitled immediate costs associated to unwarranted evaluation and unspecified non-pecuniary damages for the indignity of being evaluated.

**§71** From May 7, 2020 to present the HCSO via *Monell* was acting under color of law when it held Weinschenk's SIG P320 violating his 2nd Amendment rights without a legal authority to do so pursuant Ind. Code 35-47-14-1 without a proper hearing on the merits as a violation of 2nd, 5th, and 14th Amendment *Due Process* rights; whereby plaintiff entitled unspecified non-pecuniary and punitive damages for the loss of enjoyment of his property.

| 7th Cause of Action | *State Created Danger* | Inherited |
|---|---|---|

**[1339]** Most circuits have recognized a state created danger doctrine under which state actors who create or increase danger to an individual can be held liable for violation of the Fourteenth Amendment. *DeShaney v. Winnebago*, 489 U.S. 189 (1989) A claim exists not only for creating a danger to the plaintiff, but also for increasing the risk of danger to the plaintiff. *Martin v. Shawano-Gresham Sch. Dist.*, 295 F.3d 701, 708 n.7 (7th Cir. 2002) No Seventh Circuit case defines the extent the danger must be increased to be actionable. *Collignon v. Milwaukee Cnty.*, 163 F.3d 982, 992 (7th Cir. 1998)

**[1340]** A state-created-danger claim is a "substantive" due process claim, and as a result the cases say the plaintiff must establish that the defendant's action "shocks the conscience." *See, e.g., Jackson v. Indian Prairie Sch. Dist.* 204, 653 F.3d 647, 653 (7th Cir. 2011); *Buchanan-Moore v. Cnty. of Milwaukee*, 570 F.3d 824, 827-28 (7th Cir. 2009)

**[1341]** Municipalities may be held liable for violation of constitutional rights pursuant §1983 with a pattern or practice of abuse. *Monell v. Department of Social Services*, 436 U.S. 658 (1978)

**[1342]** WHEREBY each claim herein part of a *Continuing Violation* [2] not subject to statutes of limitation, State of Indiana provides an inadequate remedy, defendants at all times acting under color of law, and all claims required proven by a preponderance of evidence.

| Stated Claims |
|---|

**§72** All defendants jointly and severally liable while acting under color of law as they negligently failed to report their scripted requests throughout the *Continuing Violation* while appearing with props, scripts, children, and failing to verify whether Weinschenk had actually consented to the activities affecting genocide *per se* thus violating his 14th Amendment *Equal Protection* rights as a *Class of One*; whereby plaintiff entitled all requested relief and unspecified non-pecuniary damages pursuant §1983/*Bivens* stemming from a failure to protect over 30 years.

**§73** Beginning with *Gov. O'Bannon (D-IN) (Sept. 13, 2003) p.162* on Nov. 5, 1996 through Gov. Holcomb (incumbent), the Indiana governors increased danger to Weinschenk via a *State Genocide in Official Capacity p.17* ('been laid-IN') [144] directed at him violating his 14th Amendment rights; whereby plaintiff entitled court costs unspecified non-pecuniary damages pursuant §1983/§2333.

**§74** ISP Superintendent Doug Carter, and lead detective Sgt. Jerry Holeman increased the risk to Weinschenk via fabricated *Delphi Homicides (2017) p.173* of two girls near a river looking for a shadowy figure in the distance presumably on a small boat out of Tippecanoe County searching for a child predator with unlikely story violating his 1st and 14th Amendment rights; whereby plaintiff entitled court costs and unspecified non-pecuniary damages pursuant §1983/§2333.

**§75** In 2007 ISP troopers Jerry Holeman; Dustin and Ann Dixon; public defender Robert Becker; unknown janitor and Navy WAVE; unknown doctor; several unknown inmates; and several others were acting under color of law when they unlawfully detained Weinschenk in a West Lafayette hospital while acting out violations of every constitutional amendment and suppressing memory of the event violating his 1st, 4th, 5th, 8th, and 14th Amendment rights; whereby plaintiff entitled unspecified non-pecuniary damages pursuant §1983/§2333.

**§76** City of Noblesville via *Monell* increased risk to Weinschenk when they adopted a pattern and practice of staging sex acts on behalf of the CIA and Noblesville West Middle School scheduling teacher Jason Seaman, student Ella Whistler, and ("one more") together in early 2018 violating his 14th Amendment rights; whereby plaintiff entitled unspecified non-pecuniary damages pursuant §1983/§2333.

**§77** The HCSO via *Monell* increased risk to Weinschenk when it failed to properly investigation the *N.W.M.S. Shooting (May 25, 2018) p.166*, *Breanna Woldt (2018) p.174*, and *Chapter 12A: May 7, 2020 Investigation* incidents knowing an intelligence operation underway with fictitious Delphi homicides present violating his 14th Amendment rights; whereby plaintiff entitled court costs and unspecified non-pecuniary damages pursuant §1983/§2333.

**§78** The HCSO via *Monell* increased risk to Weinschenk when it failed to properly investigate and discipline officers following the May 7, 2020 incident and Kija Ireland, Director of Juvenile Services, found no wrongdoing violating Weinschenk's 14th Amendment rights; whereby plaintiff entitled unspecified non-pecuniary damages pursuant §1983/§2333.

**§79** The Indiana Headquarters for the FBI via Grant Mendenhall, Alex Middleton, Danny Youmara, and Brian Monahan increased risk to Weinschenk as state actors when multiple agents in charge falsely targeted him as a supposed child predator, stalked him on a trail as part of a fictitious *Delphi Homicides (2017) p.173* investigation while assisting the ISP, while he had a known association to the *Benghazi Consulate Attack (Sept. 11, 2012) p.164* with former FBI Director present, unknown biological offspring sent around town as part of a genocide on Christ, and with harassment claimed prior to *9/11 (Sept. 11, 2001) p.161* during a special counsel investigation which they failed to investigate violating his 14th Amendment rights resulting in the negligent extermination of over 6 million people associated to the plaintiff; whereby plaintiff entitled unspecified non-pecuniary damages pursuant §1983/§2333 via civil co-conspirators.

**§80** Unknown defendants and responsible parties staged *Reckless Indifference to Human Life p.158*, *CARDs (Abductions / Haruspex) p.171* and *TWIGBAL (Facts) p.41* to fabricate a *Wild Bird Chase p.154* increasing danger to Weinschenk while intentionally failing to investigate for the appearance of recklessness violating his 8th and 14th Amendment rights; whereby plaintiff entitled unspecified non-pecuniary damages pursuant §1983/§2333.

| 8th Cause of Action | *Malicious Prosecution* | Inherited |
|---|---|---|

**[1343]** To state a claim for malicious prosecution under state law; plaintiff must show: (1) the defendant instituted or caused to be instituted an action against the plaintiff; (2) the defendant acted maliciously in so doing; (3) the defendant had no probable cause to institute the action; and (4) the original action was terminated in the plaintiff's favor. *Donovan v. Hoosier Park, LLC,* 84 N.E.3d 1198, 1209 (Ind. Ct. App. 2017) (quoting *Ali v. Alliance Home Health Care, LLC,* 53 N.E.3d 420, 431 (Ind. Ct. App. 2016)

**[1344]** To state a claim for malicious prosecution under federal law pursuant 42 U.S. Code § 1983 a plaintiff must show that: (1) state law requirements for malicious prosecution are satisfied; (2) the action was committed by state actors; and (3) his rights were violated. *Washington v. Summerville*, 127 F.3d 552, 558-59 (7th Cir. 1997)

**[1345]** "We've held that a federal claim for malicious prosecution is actionable only if the state fails to provide an adequate alternative, whether called a claim of malicious prosecution or something else. *Parish v. City of Chicago*, 594 F.3d 551, 552 (7th Cir. 2009); *Bontkowski v. Smith*, 305 F.3d 757, 760 (7th Cir. 2002); *Newsome v. McCabe*, 256 F.3d 747, 750–51 (7th Cir. 2001)" quoting *Julian v. Hanna*, 732 F.3d 842 (7th Cir. 2013) and pursuant Ind. Code 34-13-3-3 some defendants are otherwise immune from official misconduct under Indiana law.

**Indiana Code 34-13-3-3 (6)** The initiation of a judicial or an administrative proceeding. **(11)** The issuance, denial, suspension, or revocation of, or failure or refusal to issue, deny, suspend, or revoke any permit, license, certificate, approval, order, or similar authorization, where the authority is discretionary under the law. **(24)** Any act or omission rendered in connection with a request, investigation, assessment, or opinion provided under IC 36-9-28.7.

**[1346]** WHEREBY each claim herein part of a *Continuing Violation* [2] not subject to statutes of limitation, State of Indiana provides an inadequate remedy, and all claims required proven by a preponderance of evidence.

## Stated Claims

**§81** From 2019 to present Eric Douthit, Robert Becker, and unknown individuals; deputies Dixon, Wright, Petty, and Wallace; Deputy Prosecuting Attorney Valorie Hahn; Indiana judges Casati and Brown; and Magistrate Darren Murphy were acting under color of law when they conspired to maliciously prosecute Weinschenk for *Seizing Hot Wings from Dangerous Spurs p.157* [1355] to force a *Younger* exception violating his 2nd, 4th, 5th, 8th and 14th Amendment rights through a fabricated appearance of danger in direct, overt opposition to evidence; whereby plaintiff entitled injunctive relief fully expunging any and all record of the proceeding and court costs plus unspecified non-pecuniary damages pursuant §1983/§2333.

**[1355]** Citing the Savory v. Cannon, 947 F.3d 409 (7th Cir. 2020)(en banc) "No legitimate evidence implicated Savory. … arrest, prosecution, and conviction … based entirely on the officers' fabricated evidence and illegally extracted false confession." State attempting to ('Heck-bar') coinciding with a ('Figure 19: Corona Mass Ejection (CME) p.29')! See also FreeEats.com, Inc. v. Indiana, 502 F.3d 590, 595 (7th Cir. 2007, Sept 12).

| 9th Cause of Action | *Fabrication of Evidence* | Inherited |
|---|---|---|

**[1347]** *Whitlock v. Brueggemann*, 682 F.3d 567, 582-85 (7th Cir. 2012) recognized the viability of a claim based on fabrication of material evidence. See also *Petty v. City of Chicago*, 745 F.3d 416, 422-23 (7th Cir. 2014) (distinguishing between a claim of coerced false evidence, which is not actionable, and a claim of fabricated false evidence, which is actionable). The claim requires proof that the fabrication caused plaintiff to suffer a deprivation of liberty. *Alexander v. McKinney*, 692 F.3d 553, 557 (7th Cir. 2012)

**[1348]** "Fabricated testimony is testimony that is made up; it is invariably false. False testimony is the equivalent; it is testimony known to be untrue by the witness and by whoever cajoled or coerced the witness to give it. Much testimony is inaccurate, but not deliberately so and therefore not false or fabricated as we are using these words." *Fields v. Wharrie*, 740 F.3d 1107, 1112 (7th Cir. 2014)

**[1349]** WHEREBY each claim herein part of a *Continuing Violation* [2] not subject to statutes of limitation, State of Indiana provides an inadequate remedy, and all claims required proven by a preponderance of evidence.

| Stated Claims |
|---|

**§82** All defendants were acting under color of law when they fabricated evidence for *Seizing Hot Wings from Dangerous Spurs p.157* via unlikely circumstances and intentional negligence failing to report misconduct violating Weinschenk's 2nd, 4th, 5th, and 8th Amendment rights; whereby plaintiff entitled unspecified non-pecuniary damages via §1983/*Bivens*.

**§83** In 2002 ISP troopers Jerry Holeman and John Perrene along with named, unknown officer John Mann were acting under color of law when they staged a prostitution sting styled as *To Catch a Predator* and entrapped Weinschenk without a reasonable suspicion of having committed or intended to commit a crime violating his 5th and 14th Amendment rights for *Seizing Hot Wings from Dangerous Spurs p.157* through appearance of police persecutory delusions; whereby plaintiff entitled unspecified non-pecuniary damages pursuant §1983/§2333.

**§84** In 2007 ISP trooper Jerry Holeman, unknown Delphi Police officer, Derek German, and Anna Williams were acting under color of law when they removed Weinschenk from his car following a staged accident involving Abigail Williams at an intersection in Delphi, IN; held him at the police station; sucker punched and shackled him; exposed him to remains claimed a biological offspring for intentional infliction of emotional distress; and suppressed his memory violating his 4th, 5th, 8th, and 14th Amendment rights for *Seizing Hot Wings from Dangerous Spurs p.157* through appearance of police persecutory delusions; whereby plaintiff entitled unspecified non-pecuniary damages pursuant §1983/§2333.

**§85** In 2007 ISP troopers Jerry Holeman and John Perrene; NPD officers John Mann and Bruce Vasbinder; City of Noblesville via *Monell*; and Robert Becker were acting under color of law when they entered Weinschenk's West Lafayette, IN apartment without a warrant and removed him in an A-Team van for falsely spreading false religion violating his 4th, 5th, and 14th Amendment rights for *Seizing Hot Wings from Dangerous Spurs p.157* via police persecutory delusions; whereby plaintiff entitled unspecified non-pecuniary damages pursuant §1983/§2333.

**§86** During summer of 2007 Indiana State troopers Jerry Holeman, John Perrene, and unknown individuals were acting under color of law when they claimed Trooper Hollandaise arrested for busting Weinschenk's balls while ricocheting simulated munitions off his windshield over the course of a month for *Seizing Hot Wings from Dangerous Spurs p.157* violating his 2nd, 4th, 5th and 14th Amendment rights through appearance of police persecutory delusions; whereby plaintiff entitled unspecified non-pecuniary damages pursuant §1983/§2333.

**§87** In 2010 Bethany Robinson and the City of Noblesville via *Monell* were acting under color of law when Robinson inferred water bottles used by students may not be safe, a large blister on a junior staff member said herpes, and created a false pretext for a viral outbreak as a partial pretext for *Seizing Hot Wings from Dangerous Spurs p.157* violating his 2nd, 4th, 5th and 14th Amendment rights through appearance of police persecutory delusions; whereby plaintiff entitled unspecified non-pecuniary damages pursuant §1983/§2333.

**§88** Summer of 2015 several unknown individuals; uniformed "Bryant" of the Carmel Police Department; NPD officers Tony Vasbinder, Eric Cunningham, and Shannon Trump; and Cities of Carmel and Noblesville via *Monell* were acting under color of law when they staged *Chapter 9: Meijer Grocery (2015)* implying Weinschenk had a history of run-ins with police, failed to file reports, and incident used as a pretext for history of aggressive violence and mental illness for *Seizing Hot Wings from Dangerous Spurs p.157* violating his 2nd, 4th, 5th and 14th Amendment rights through appearance of police persecutory delusions; whereby plaintiff entitled unspecified non-pecuniary damages pursuant §1983/§2333.

**§89** On or around May 7, 2020 Robert Becker and Eric Douthit were acting under color of law when they falsified reports of danger for *Seizing Hot Wings from Dangerous Spurs p.157* violating Weinschenk's 2nd, 4th, 5th, and 14th Amendment rights; whereby plaintiff entitled all related court costs, injunctive relief, and  unspecified non-pecuniary damages via §1983/§2333.

**§90** May 7 – 12, 2020 doctors Sidhu, Mian, Brar, Karalis; nurses Selvey and Redick-Battle; and Community Health Network via *Monell* were acting under color of law when they maximally detained two asymptomatic individuals for evaluation fabricating a false suspicion of illness for *Seizing Hot Wings from Dangerous Spurs p.157* violating his 2nd, 4th, 5th and 14th Amendment rights through appearance of police persecutory delusions; whereby plaintiff entitled unspecified non-pecuniary damages pursuant §1983/§2333.

**§91** On 10/28/2021 Dr. George Parker was acting under color of law when he fabricated false evidence via a report  of "persecutory delusions" (see Martha Mitchell, Watergate Scandal) in direct opposition to *Social Media Excerpts p.25* and very existence of the matter for *Seizing Hot Wings from Dangerous Spurs p.157*violating Weinschenk's 2nd, 4th, 5th and 14th Amendment rights; whereby plaintiff entitled unspecified non-pecuniary damages pursuant §1983/§2333.

**§92** After May 7, 2020 HCSO Deputies Dixon, Wright, Petty, and Wallace; Indiana Judges Casati and Brown; Indiana Magistrate Murphy; and Hamilton County Deputy Prosecuting Attorney Valerie Hahn were acting under color of law when they fabricated a false court finding of dangerous 'burning' a fabricated Hot Spur (leaker) inclusive of repeated requests for mental health evaluations for *Seizing Hot Wings from Dangerous Spurs p.157* violating Weinschenk's 2nd, 4th, 5th, 8th, and 14th Amendment rights without a federal trial; whereby plaintiff entitled all related court costs, injunctive relief, and unspecified non-pecuniary damages via §1983/§2333.

Amended Complaint:
October 11, 2022 – 150 of 183

| 10th Cause of Action | Ind. Code 35-47-14-1/8 "Dangerous" | Independent |
|---|---|---|

**Indiana Code 35-47-14-1 "Dangerous"** Sec. 1. **(a)** For the purposes of this chapter, an individual is "dangerous" if: **(1)** the individual presents an imminent risk of personal injury to the individual or to another individual; or **(2)** It is probable that the individual will present a risk of personal injury to the individual or to another individual in the future **and** the individual: **(A) has a mental illness** (as defined in IC 12-7-2-130) that may be controlled by medication, and has not demonstrated a pattern of voluntarily and consistently taking the individual's medication while not under supervision; or **(B)** is the subject of documented evidence that would give rise to a reasonable belief that the individual has a propensity for violent or suicidal conduct. **(b)** The fact that an individual has been released from a mental health facility or has a mental illness that is currently controlled by medication **does not establish** that the individual is dangerous for the purposes of this chapter.

**Indiana Code 35-47-14-8 Petition for return of a firearm; reporting** Sec. 8. (a) At least one hundred eighty (180) days after the date on which a court orders a law enforcement agency to retain an individual's firearm under section 6(c) of this chapter, the individual may petition the court for a finding that the individual is no longer dangerous. … **(2)** later than one (1) year after the date of the order issued under section 6(c) of this chapter, the state must prove by clear and convincing evidence that the individual is still dangerous.

**[1350]** Defendant(s) affected a false finding of pursuant Ind. Code 35-47-14-1 "Dangerous" by intentionally deciding against the evidence while failing to render a competent judgment on the merits as part of *Seizing Hot Wings from Dangerous Spurs p.157*: [1355].

**[1355]** Citing the Savory v. Cannon, 947 F.3d 409 (7th Cir. 2020)(en banc) "No legitimate evidence implicated Savory. … arrest, prosecution, and conviction … based entirely on the officers' fabricated evidence and illegally extracted false confession." State attempting to ('Heck-bar') coinciding with a ('Figure 19: Corona Mass Ejection (CME) p.29')! See also FreeEats.com, Inc. v. Indiana, 502 F.3d 590, 595 (7th Cir. 2007, Sept 12).

**[1351]** "If the suspect is charged, then failing to disclose the false statement's corrupt origins at trial violates his due-process right to a fair trial under the rule of *Brady v. Maryland*, 373 U.S. 83 (1963), and knowingly using perjured testimony to convict him is a more general violation of his due-process right to a fair trial. See *Buckley v. Fitzsimmons*, 20 F.3d at 794–95; see also *Albright v. Oliver*, 510 U.S. 266, 273 n.6 (1994) (plurality opinion); *Napue v. Illinois*, 360 U.S. 264, 269 (1959); *Mooney v. Holohan*, 294 U.S. 103, 112 (1935); *Serino v. Hensley*, 735 F.3d 588, 592 (7th Cir. 2013); *Newsome v. McCabe*, 256 F.3d 747, 750–52 (7th Cir. 2001)." *Fields v. Wharrie*, 740 F.3d 1107, 1112 (7th Cir. 2014)

**[1352]** Relief via *Ex Parte Young* and removal previously DENIED; reconsideration required.

**[1303]** 5/8/2020 Indiana 29D02-2005-MC-002806 State of Indiana v. Charles Ryan Weinschenk in Hamilton Superior Court #1 (Judge Casati) finding "Dangerous" on 7/10/2020; and moved to Superior #2 (Judge Brown) following an Ex Parte Young removal sought in federal court. **[1298]** 8/12/2020 INSD № 20-2133 Weinschenk v. Dixon, et al.; DISMISSED with prejudice for failure to state a claim; AFFIRMED, modified without prejudice 04/29/22. **[1301]** 6/11/2021 INSD № 20-1736 Weinschenk v. State of Indiana [REMOVAL]; DISMISSED with prejudice as frivolous for failure to state a claim [Younger Abstention] 8/13/2021.

## Stated Claims

**§93** Weinschenk maintains the State of Indiana entrapped him, lacked a reasonable suspicion of danger pursuant Ind. Code 35-47-14-1, and explicitly intended a *Younger* exception as abuse of process for *Seizing Hot Wings from Dangerous Spurs p.157* [1355] violating his 2nd, 4th, 5th, and 14th Amendment *Due Process* rights alongside a *Brady* violation as part of a federal action; whereby plaintiff entitled return of firearm, reinstatement of license, costs reimbursed, and all records permanently expunged as fabricated, false evidence in furtherance of genocide *per se*.

## VI. SUPPORTING ARGUMENTS

| A.    Hot Spur | (fire-breathing, god cock or nuke) |
|---|---|

**NOTE:** Use imagination to see ("judicially noticeable") *Figure 29: Basan p.58* named *Caligula*.

**[140]** Gaius Caesar Augustus Germanicus, known by his nickname Caligula, was the third Roman emperor (37 – 41 A.D.) known for his cruelty, sadism, extravagance, and sexual perversion presented as an insane tyrant.

**[1353]** *Caligula* unmistakeably a cartoon chicken and cock combination seen as a horned little devil with pokers terrorizing all while presumably perched atop a ('politician/Capitol Hill').

**[792]** Referenced a nest of bodies for Caligula [Unclear]: ("Took us weeks if not months to fully comprehend story the computer created and were still laughing at the nuances months if not years later."). Everybody that's seen or knew about this story dies, and I do not mean laughing.

**[1354]** *Res ipsa loquitur* ('the thing speaks for itself') is a principle that allows plaintiffs to meet their burden of proof with circumstantial evidence. In this case a statue *Genocide p.176* with judicially noticeable cock with limited direct evidence: ***Twigbal*** [Q]: [1358].

**[1358]** See Bell Atlantic Corp. v. Twombly, 550 U.S. 544 (2007) and Ashcr[a]ft v. Iqbal, 556 U.S. 662 (2009) colloquially known as a Twigbal [Q] with an amazing Hot Spur p.152 on it!

**[1355]** Citing the <u>*Savory v. Cannon*</u>, 947 F.3d 409 (7th Cir. 2020)(*en banc*) "No legitimate evidence implicated Savory. … arrest, prosecution, and conviction … based entirely on the officers' fabricated evidence and illegally extracted false confession." State attempting to ('*Heck*-bar') coinciding with a ('*Figure 19: Corona Mass Ejection (CME) p.29*')! *See also* <u>*FreeEats*</u>.com, Inc. v. Indiana, 502 F.3d 590, 595 (7th Cir. 2007, Sept 12).

**[1356]** *Hot Spur for President p.155* a *deus vult* to ('[rank] Fucking Christ'): [513], [254].

**[513]** Clinton: Deus imperator imperat calidium stimulus capere Terram Sanctam! **[254]** Deus vult (Latin: 'God wills it') is a Latin Catholic motto associated with the Crusades.

**[1357]** WHEREFORE *Figure 1: Hot Spur* storied self-aware throughout *Wild Bird Chase p.154*!

| B.      Twigbal [Q] |
|---|
| **18 U.S. Code § 1091 Genocide** (d) Attempt and Conspiracy.-Any person who attempts or conspires to commit an offense under this section shall be punished in the same manner as a person who completes the offense. |
| **[475]** Cross Product: Result of a cross product is a perpendicular vector operation. (Going Sideways) |
| **NOTE:** A ("judicially noticeable") ('*res ipsa loquitur*') *Figure 1: Hot Spur p.19* follows: |

**[1358]** See *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007) and *Ashcr[a]ft v. Iqbal*, 556 U.S. 662 (2009) colloquially known as a *Twigbal* [Q] with an amazing *Hot Spur p.152* on it!

**[1359]** 18 U.S. Code § 1091(d) provides for a conspiracy resulting in death making any conspirator criminally liable as if they were the one completing the offense in part set forth in *Reckless Indifference to Human Life p.158* and *Genocide p.176*.

**[1360]** *Pinkerton v. United States*, 328 U.S. 640 (1946) provides for co-conspirators being held liable for crimes committed in furtherance of conspiracy, and "co-conspirators in a civil conspiracy are liable for acts that are "a reasonable foreseeable consequence of the scheme." *Halberstam v. Welch*, 705 F.2d 472 (1983)

**[1361]** Conspiring a <u>minimum</u> sentence of life imprisonment as a matter of both §1091 and *Pinkerton* with civil genocide *per se* a worst case intentional ('strict liability §2333/tort').

**[1362]** *Ashcr[a]ft* put forth by the *Savory Cannon* ("plausible on its face") and ('opera') sat forth throughout *TWIGBAL (Facts)* an interrelated and correlated nest of bodies ('stemming') from an ('operation going sideways') with cartoon violence: [1355], [475].

| **[1355]** Citing the Savory v. Cannon, 947 F.3d 409 (7th Cir. 2020)(en banc) "No legitimate evidence implicated Savory. … arrest, prosecution, and conviction … based entirely on the officers' fabricated evidence and illegally extracted false confession." State attempting to ('Heck-bar') coinciding with a ('Figure 19: Corona Mass Ejection (CME) p.29')! See also FreeEats.com, Inc. v. Indiana, 502 F.3d 590, 595 (7th Cir. 2007, Sept 12). |
|---|

**[1363]** WHEREFORE matter both plausible and self-explanatory, *res ipsa loquitur*.

## C.    Wild Bird Chase

| | |
|---|---|
| 5 BC (Before Chicken)....................................154 | Seizing Hot Wings from Dangerous Spurs........157 |
| Hot Spur for President....................................155 | Intentional Tort................................................157 |

**[1354]** Res ipsa loquitur ('the thing speaks for itself') is a principle that allows plaintiffs to meet their burden of proof with circumstantial evidence. In this case a statue Genocide p.176 with judicially noticeable cock with limited direct evidence: Twigbal [Q]: [1358]. **[1355]** Citing the Savory v. Cannon, 947 F.3d 409 (7th Cir. 2020)(en banc) "No legitimate evidence implicated Savory. … arrest, prosecution, and conviction … based entirely on the officers' fabricated evidence and illegally extracted false confession." State attempting to ('Heck-bar') coinciding with a ('Figure 19: Corona Mass Ejection (CME) p.29')! See also FreeEats.com, Inc. v. Indiana, 502 F.3d 590, 595 (7th Cir. 2007, Sept 12).

**[492]** Stargate Project was the 1991 code name for a secret U.S. Army unit established in 1978 at Fort Meade, MD by the Defense Intelligence Agency (DIA) and SRI International (a California contractor) investigating psychic phenomena in military and domestic intelligence applications: aka Men Who Stare at Goats.

**[1364]** *Hot Spur p.152* on a *Twigbal [Q] p.153* with a *Reckless Indifference to Human Life p.158.*

## 5 BC (Before Chicken)

**[239]** The Hatch Act of 1939 is a United States federal law prohibiting civil service employees in the executive branch of the federal government, except the president and vice president, from engaging in political activity.

**[279]** 1963: John F. Kennedy assassinated Nov. 22 while sitting in a presidential motorcade through Dealey Plaza.

**[165]** James Jesus Angleton (1917 – May 11, 1987) was Chief of Counterintelligence (1954 – 1975) for the CIA who became convinced the agency harbored a high-ranking mole.

**[178]** John Deutch (born 1938) was born in Brussels, Belgium of Russian Jewish heritage; later became a United States citizen in 1945; earned a Master of Science degree in chemical engineering; PhD in chemistry from MIT in 1966; and is an emeritus professor at MIT in Cambridge, MA near Boston, MA. Deutch published two physical-chemistry papers (in, Combustion and Flame, 1978, vol 231 pp.215–221 and 223-229) modeling fuel-air mixtures.

**[179]** John Deutch (born 1938) served as Director of the CIA (May 10, 1995 – Dec. 15, 1996); Deputy Secretary of Defense (1994 – 1995); and Department of Energy's Director of Energy Research, and Undersecretary of the Department of Energy (1977 – 1980).

**[240]** Shia Islam or Shi'ism is the second-largest branch of Islam.

**[216]** Saddam Hussein (1937 – Dec. 30, 2006) served as the 5th President of Iraq (1979 – 2003) and leading member of the revolutionary Arab Socialist Ba'ath Party.

**[1365]** James ("Jesus Angleton") former Chief of ("Counter-Intelligence") for the CIA believed the origin of a massive *Intentional Tort p.157* setting forth *TWIGBAL (Facts)* conspiracy: [165].

**[1366]** *Figure 9: Remove Your Chickens (1963)* received as a request by the NPD for family to *de liber oppresso* any cocks months prior to the JFK assassination in Dealy Plaza: [279]. *Figure 5: Zodiac Serial Killer* (notorious killer) and *Figure 7: D.B. Cooper* (chicken) story played out in the 1960 – 1970s and later via *Chicken Strippers p.100* with *Figure 8: Zodiac Map p.21* targeting a member of Weinschenk's family on *Flight 4184 (Oct. 31, 1994) p.160*, shooting down the bird.

**[1367]** *John Weinschenk (1944 – 1978, aged 33)* (aka "God") passed away the same year the Stargate project ("Men Who Stare at Goats") involving psychic manipulation of the animals initiated: ('gateways to heaven') with a *Hot Spur p.152 res ipsa loquitur*!

**[1368]** John Deutch a ('evil Nazi scientist') published a paper on fuel air mixtures in 1978 as the earliest evidence of a ('coronal mass ejection') setting world ablaze: [178], [179].

**[1369]** Weinschenk's *Extended Family p.128* an attack vector presumably enabling access to issue orders on behalf of the President on behalf of any individual involved with family litigation via a multi-generational intentional tort targeting plaintiff as a *Class of One*: [1286], [1274].

**[1286]** Cousin President of Connectivity Services at Comcast (XFinity), his father appellant in Butz v. Economou, 438 U.S. 478 (1978), and his son attended Emory University in Atlanta, GA adjacent to headquarters for Centers for Disease Control and Prevention (CDC). **[1274]** Parents Thomas Weinschenk and Cynthia Landes met at a Halloween party in 1979. Separated in 2001 and divorcing between 2002 – 2003 with attorney Robert Becker representing father and Charles testifying on father's behalf in a custody dispute.

**[1370]** Iraq, predominately ('she it'), targeted for a *Deus Vult* in 1979 via procured ('holy relic') following a ('statue genocide') of Weinschenk and defamatory *per se*: [240], [513], [216].

**[513]** Clinton: Deus imperator imperat calidium stimulus capere Terram Sanctam!

**[1371]** *Table 5: Arkansas Governors* future President Bill Cli[n]ton positioned as Governor of Arkansas in 1979 with ('dick white') in the middle with Hatch Act Violations to come: [239].

| Table 5: Arkansas Governors | | |
|---|---|---|
| **Governor** | **Lt. Governor** | **Term** |
| Bill Clinton | Joe Purcell | Jan 9, 1979 – Jan 19, 1979 |
| Frank D. White | Winston Bryant (1981 – 1991) | Jan 19, 1981 – Jan 11, 1983 |
| Bill Clinton | Winston Bryant<br>Jim Guy Tucker (1991 – 1992) | Jan 11, 1983 – Dec 12, 1992 |

| Hot Spur for President |
|---|
| **SYNOPSIS:** *Figure 1: Hot Spur* evidenced through naming of elected officials with dick jokes. |
| **[241]** The Poor Fellow-Soldiers of Christ and of the Temple of Solomon, also known as the Order of Solomon's Temple, the Knights Templar, or simply the Templars, was a religious order taking part in the crusades. |
| **[192]** Barack Hussein Obama II (D-IL) served as the 44th President of the United States (2009 – 2017), Senator from Illinois (2005 – 2008), and first African-American president. |
| **[216]** Saddam Hussein (1937 – Dec. 30, 2006) served as the 5th President of Iraq (1979 – 2003) and leading member of the revolutionary Arab Socialist Ba'ath Party. |
| **[269]** The Troubled Asset Relief Program (TARP) was instituted by the U.S. Treasury following the 2008 financial crisis. TARP stabilized the financial system by having the government buy mortgage-backed securities and bank stocks. From 2008 to 2010, TARP invested $426.4 billion in firms and recouped $441.7 billion in return. |
| **[206]** Donald Trump (R-FL) served as the 45th President of the United States (2017 – 2021), and he was a real estate developer prior to his inauguration. |
| **[196]** Mike Pence (R-IN) served as the 48th Vice President of the United States (2017 – 2021), 50th Governor of Indiana (2013 – 2017), and Representative from Indiana (2001 – 2013). |
| **[169]** Joseph Robinette Biden Jr. (D-DE) is the 46th and current President of the United States, and 47th Vice President (2009 – 2017) under President Barack Hussein Obama. |
| **[183]** Kamala Harris (D-CA) is the 49th and current Vice President of the United States, Senator from California (2017 – 2021), first female vice president and highest-ranking female official in U.S. history, and first African/Asian American vice president. |

**[1372]** *Figure 1: Hot Spur* an aquila or flagpole sitter and super-powered ('holy relic') for the U.S. Armed Forces; having been running for ('Washing-ton') while attached to the presidency.

**[1373]** In 1989 President George H.W. Bush and V.P. Dan Quayle ('prayer-ie chicken') assumed office; Quayle entering Indiana politics in 1977 to fulfill the narrative set forth.

**[1374]** President Bill Cli[n]t-on and A.I. Gore elected in 1992. Following *Bush v. Gore*, 531 U.S. 98 President Bush and V.P. Dick Cheney ('bush with a chained *Hot Spur p.152*') the U.S. encountered a ('hot mic') incident on *9/11 (Sept. 11, 2001) p.161* via ('been laid-IN').

**[1375]** President ("Bush") with an ("axis of evil") evidenced during the 2002 State of the Union just months after *9/11 (Sept. 11, 2001) p.161*. Saddam Hussein installed as dictator in Iraq in 1979 and *Figure 1: Hot Spur* being misogynistic presumed to have ('she it') with ('I rack') and her neighbor ('I ran') having been set up in *5 BC (Before Chicken)*.

**[1376]** Afghan red with blood and Iraq ('Saddam-ized') by a super-powered ('holy relic') after the United States located a suspected piece of the holy cross. The 2003 invasion of Iraq consisted of a combined force from the United States, United Kingdom (Union Jack), Australia (Union Jack), and Poland ('pole land'). Union Jacks red crosses storied as Templars and super-powered *Figure 1: Hot Spur* (pole/Satan cock): [241].



**Figure 49: United Kingdom**        **Figure 50: Australia**        **Figure 51: Poland**

**[1377]** 2009 found President Barack <u>Hussein</u> (she-it) Obama atop V.P. Biden (poker) laundering the ('mono-pole/y') after pulling out of Iraq (Saddam) with TARP: [192], [713], [216], [269].

> **[713]** Compensation took form of Bitcoin needing laundered by Jeffrey Epstein; converted to a commodity, cotton via swimwear; and acquired by the troops. When over would need him.

**[1378]** 2017 a contemptible situation ('Euchre/You Cur!') with a House of *CARDs (Abductions / Haruspex) p.171* and President Trump (South Florida) and V.P. Pence: [206], [196]. *Year of the Hot Spur (2021) p.114* a celebrating old cock and balls ('Bidet' / 'Camel hair') back in Oval Office: [169], [183], ('getting fucked').

**[1379]** Chain of events ultimately culminating in *Battlefield Ukraine / WWIII (2022) p.170* as a proxy war between NATO and remains of the Soviet Union which had already effectively lost and not a realistic adversary: technological deficit, corruption, etc.

**[1380]** Claims herein NOT politically correct, thus causing ('elector phobia'): [461]. Apparent deal requiring those with the ability to stop it to be corrupt while exporting wealth and integrity.

> **[461]** Panetta [Phone]: S.S. caught A.I. Gore in the bunker again doing [sic] a probe and the president wants a word. Pretty sure Dutch cooked this one up. Still agoraphobic and alektorophobic prior to electrocutions unlike Deutch. [Hot mic, we were doing our skits.]

## Seizing Hot Wings from Dangerous Spurs

**[1355]** Citing the Savory v. Cannon, 947 F.3d 409 (7th Cir. 2020)(en banc) "No legitimate evidence implicated Savory. … arrest, prosecution, and conviction … based entirely on the officers' fabricated evidence and illegally extracted false confession." State attempting to ('Heck-bar') coinciding with a ('Figure 19: Corona Mass Ejection (CME) p.29')! See also FreeEats.com, Inc. v. Indiana, 502 F.3d 590, 595 (7th Cir. 2007, Sept 12).

**[1381]** Following the political assassination of *Gov. O'Bannon (D-IN) (Sept. 13, 2003) p.162* via a massive stroke due his amazingly prime name and party affiliation, the State of Indiana transitioned from a blue to red avian, ('cock worshiping') state resulting in a *State Genocide in Official Capacity p.17* on hot spurs: [1355], [881], [124], *Supreme Courtship (2020) p.169*.

**[881]** James Patrick Ha[n]lon from Baker Daniels, "the new guy down from Chicago," had a fire extinguisher and trombone he could not play. Said public defender didn't do a damn thing, he would compel someone to cheer Weinschenk up and knew someone from ("y'all") while performing (mage) tricks: [161]. **[124]** Political sex scandals involving former US President Bill ("Cli[n]t-on"), A.I. Gore, and former Arkansas Gov. Frank D. White: Table 5: Arkansas Governors p.155.

**[1382]** *TWIGBAL (Facts)* found defendants acting under color of state law, running a racket, and while persecuting Weinschenk as a *Class of One* [perceived] Jesus and origin of a spicy Satan cock resulting in unlawful seizure of said ('firearm'): [1303], [201], [817], [824].

**[824]** Found a bag of reds and Ruger pistol, "like a Luger with an R," seized along with a picture of Sen. Dick Lugar (R-IN). "Drugs" believed red hots which Perrene found with a [tennis] racket, ("like a rocket with an a"), significance unknown, mentioned Rokita: [189]. **[201]** Theodore Edward Rokita (R-IN) is the 44th Attorney General of Indiana (2021 – Present), Representative from Indiana's 4th District (2011 – 2019), and Indiana Secretary of State of Indiana (2002 – 2010). **[817]** 18 U.S. Code Chapter 96 Racketeer Influenced and Corrupt Organizations **[1303]** 5/8/2020 Indiana 29D02-2005-MC-002806 State of Indiana v. Charles Ryan Weinschenk in Hamilton Superior Court #1 (Judge Casati) finding "Dangerous" on 7/10/2020; and moved to Superior #2 (Judge Brown) following an Ex Parte Young removal sought in federal court.

## Intentional Tort

**[1]** Weinschenk brings this matter pursuant 18 U.S. Code § 2333 Civil remedies for international terrorism alleging defendants affected a ('statue')-tory 18 U.S. Code § 1091 Genocide via a Continuing Violation against a Class of One perceived Christ as the origin of 9/11, COVID-19, etc via ('res ipsa loquitur'), fire-breathing Hot Spur p.152!

**[277]** 1961: The Bay of Pigs Invasion was a failed landing operation on the southwestern coast of Cuba by exiles who opposed Fidel Castro's Cuban Revolution, which was covertly financed and directed by the U.S. government under President John F. Kennedy.

**[279]** 1963: John F. Kennedy assassinated Nov. 22 while sitting in a presidential motorcade through Dealey Plaza.

**[1383]** Prior to 1964 a [sitting] president believed to have authorized a worst-case scenario, intentional tort associated to the Bay of ("Hams") invasion: [277], [279].

**[1384]** Indiana a genocidal state *Seizing Hot Wings from Dangerous Spurs p.157* and *Heck*-barring or cooking off a hot spur initiating a thermally induced firing of a ('god cock') for a ('whole cost') while directing their actions at the U.S*., ('res ipsa loquitur') Hot Spur p.152* using ('been laid-IN') as a pseudonym running a designated state sponsor of terrorism, *Reckless Indifference to Human Life p.158, CARDs (Abductions / Haruspex) p.171*, and originating with *Gov. O'Bannon (D-IN) (Sept. 13, 2003)* in 1997. Present matter a textbook tort pursuant §2333 (JASTA) with State of Indiana providing support and worshiping/preying on cocks before, during, and after *9/11 (Sept. 11, 2001) p.161*.

| D.      Reckless Indifference to Human Life | (*res ipsa loquitur*) |
|---|---|
| *Zodiac Killer (1960s – 1970s)*..........................158 | *Turkish Thanksgiving (July 15, 2016)*...............165 |
| *Cherry-Noble I Scream Meltdown (1986)*.........159 | *Las Vegas Shooting (Oct. 1, 2017)*....................166 |
| *Pan Am Flight 103 (Dec. 21, 1988)* .................159 | *N.W.M.S. Shooting (May 25, 2018)*....................166 |
| *Flight 4184 (Oct. 31, 1994)*.............................160 | *COVID-19 (2019)*...............................................166 |
| *Princess of Whales (Aug. 31, 1997)* ................160 | *MythBusters (Aug. 27, 2019/July 13, 2020)*.....167 |
| *USS Cole (Oct. 12, 2000)*.................................161 | *Qasem Soleimani (Jan. 3, 2020)*.......................167 |
| *9/11 (Sept. 11, 2001)*.......................................161 | *Kobe Bryant (Jan. 26, 2020)*.............................168 |
| *Gov. O'Bannon (D-IN) (Sept. 13, 2003)*...........162 | *Beirut Port Blast (Aug. 4, 2020)*......................168 |
| *Fort Hood Shooting (Nov. 5, 2009)*..................163 | *Black Panther (Aug. 28, 2020)*.........................168 |
| *Fuck Your Shiba (March 11, 2011)*...................163 | *Supreme Courtship (2020)*.................................169 |
| *Benghazi Consulate Attack (Sept. 11, 2012)*.....164 | *Capitol Riot (Jan. 6, 2021)*...............................169 |
| *Boston Marathon Bombing (April 15, 2013)*....164 | *Battlefield Ukraine / WWIII (2022)*..................170 |
| *Plane Flus (Mar. 8/July 17, 2014)*....................164 | *See also CARDs (Abductions / Haruspex)*........171 |

| **18 U.S. Code § 2331(1/5)(A)** terrorism is defined as activities that "involve acts dangerous to human life that are a violation of the criminal laws of the United States or of any State, or that would be a criminal violation if committed within the jurisdiction of the United States or of any State;" |
|---|
| **18 U.S. Code § 2331(1)(B)** appear to be intended "**(i)** to intimidate or coerce a civilian population; **(ii)** to influence the policy of a government by intimidation or coercion; or **(iii)** to affect the conduct of a government by mass destruction, assassination, or kidnapping;" |
| **Narrative:** As *res ipsa loquitur*, these associations will be strange, rather simple/cartoon-reckless, and best-fit. |

## Zodiac Killer (1960s – 1970s)

**[1385]** *John Weinschenk (1944 – 1978, aged 33)* presumed cast as god on behalf of James Jesus Angleton. Forester presumed to have been director of the PAG and *Figure 7: D.B. Cooper* while hunted by a notorious *Figure 5: Zodiac Serial Killer*: [165], [110], [274], [273].

**[165]** James Jesus Angleton (1917 – May 11, 1987) was Chief of Counterintelligence (1954 – 1975) for the CIA who became convinced the agency harbored a high-ranking mole. **[110]** The CIA's Political Action Group ("PAG") is responsible for covert activities related to political influence, psychological operations, economic warfare, and cyber warfare. **[273]** The Zodiac Killer is the pseudonym of a serial killer who operated in Northern California in the late 1960s described as the most famous unsolved murder case. **[274]** D. B. Cooper is a media epithet used to refer to an unidentified man who hijacked a Boeing 727 aircraft in United States airspace between Portland, OR and Seattle, WA on the afternoon of Nov. 24, 1971. (1 day before Thanksgiving) He extorted $200,000 in ransom and parachuted over Washington state.

**[1386]** Request by NPD Chief Horn for family to *Figure 9: Remove Your Chickens (1963)* months prior to the JFK assassination initiated this series of events. Zodiac arc first appearing to plaintiff in the 1990s with a teacher requesting a zodiac cross-hair drawn and commenting it should be more egg-shaped: [297], *see also Figure 8: Zodiac Map*.

**[297]** Spata (?) requested Weinschenk draw a Figure 6: Zodiac Crosshair in class with a compass and protractor stating it should have been more egg shaped, but it will suffice as difficult to draw.

**[1387]** *David Landes (1962 – 1994, aged 32)* center of egg shaped zodiac in Danville, IN, Daniel ('God as my Judge') and D.B. Cooper (a chicken) with a golden parachute over Washington. Clues ('spying') a ('world trade') policy with *Lauren Spierer (2011) p.173*.

[1388] *Modus Operandi* ("MO") a *Hot Spur p.152* on the highway to hell or federal death row sat forth in *Chicken Strippers p.100* through Effingham, IL with *Twigbal [Q] p.153* for former U.S. Attorney from Connect-It John Durham: [321], [274], [281].

[321] 1994: David Landes (1962 – 1994, aged 32) was a teacher at Danville Middle School (IN) while contracting for Baker Daniels LLP as an actor when flying to Chicago. [274] D. B. Cooper is a media epithet used to refer to an unidentified man who hijacked a Boeing 727 aircraft in United States airspace between Portland, OR and Seattle, WA on the afternoon of Nov. 24, 1971. (1 day before Thanksgiving) He extorted $200,000 in ransom and parachuted over Washington state. [281] FCI Terre Haute (IN) {Earth hot / hell} houses Aldrich ['all aiming to be rich'] Ames, a former CIA officer turned KGB double agent convicted in 1994, as well as 42 of 44 federal death row inmates.

[1389] WHEREBY D.B. Cooper and the Zodiac Killer are part of a cartoon *Figure 1: Hot Spur*.

## Cherry-Noble I Scream Meltdown (1986)

[516] The Chernobyl disaster was a nuclear accident on April 26, 1986 at the No. 4 reactor in the Chernobyl Nuclear Power Plant near the city of Pripyat in the north of the Ukrainian SSR. One of only two nuclear energy accidents rated at seven (maximum severity on the International Nuclear Event Scale, the other being the 2011 Fukushima nuclear disaster in Japan), the initial emergency response and later decontamination of the environment involved more than 500,000 personnel and cost an estimated $68 billion in 2019 (adjusted for inflation).

[1390] April 26 relevant as named for a high-powered American motor manufactured by Chrysler in Indianapolis, IN and repeatedly referenced in dialog: [337], [336], [527].

[337] Steve Adams wearing all black staged an incident where his daughter Ashley requested to do something [Unclear: make a nest?], said too conservative so wearing a one-piece bathing suit and shorts while rolling in ketchup on her bed after her father stepped out. [336] The Chrysler 426 Hemi engines (Hemi™ or elephant engines) are a series of American I6 and V8 gasoline engines built by Chrysler cast and manufactured in Indianapolis, IN. [527] Deutch: Oh, gnats again. (NATO) Generals will do fine, add a milkshake from Alexander's in Noblesville, cherry on it please. Lewinsky: Noble … and cherry, got it. Deutch: FBI will help you find it. Like our yellow pages, strictly by the paper. Will give you the name of my middle man at the finding bureau. Place John told me about.

[1391] WHEREBY the largest nuclear disaster in human history premeditated as part of this series of events with plaintiff and Noblesville, IN (Hamilton County) location significant.

## Pan Am Flight 103 (Dec. 21, 1988)

[1392] Pan Am Flight 103 was a regularly scheduled Pan Am transatlantic flight from Frankfurt, Germany to Detroit, MI which on Dec. 21, 1988 exploded over Lockerbie, Scotland killing all 259 people on board including 189 Americans and 11 Scots on the ground.

[1393] Pan Am intended to *de oppresso liber* (Latin: "from [being] an oppressed man, to a free one") the *Figure 1: Hot Spur* [1292] from Frankfurt, Germany destined for Detroit, MI. Michigan, shaped like a glove, atop Indiana which hosted the X Pan Am Games in 1987: [259].

[259] The 1987 Pan American Games, officially known as the X Pan American Games, was a major international multi-sport event held in Indianapolis, IN between Aug. 7 – 23, 1987; official mascot a parrot. [1292] 3/15/2010 Clinton Superior Court; SPEEDING-Speed:75 Speed Zone: 60. Clear, traffic-less day on U.S. 52 West of Frankfurt; Deputy Attorney Anthony Jude Sommer.

[1394] WHEREBY a frank from Frankfurt was raining debris on the U.K. while liberated.

| Flight 4184 (Oct. 31, 1994) |
|---|
| [319] American Eagle Flight 4184 was a domestic passenger flight from Indianapolis, IN to Chicago, IL on Oct. 31, 1994 (Halloween) where the ATR 72 (known to have icing issues) flew into severe icing conditions, rolled into a steep decline, and crashed with all 68 killed. |

[1395] Flight intentionally crashed near ('rose lawn') in 1994 on Halloween as an element of *Genocide*: *(1) Killing of Family Members p.176* while establishing a connection to *9/11 (Sept. 11, 2001) p.161* as ('shot down') evidenced by *Figure 8: Zodiac Map* cartoon joke: [118], [117].

[118] 1994: American Eagle Flight 4184 crashed near ("Roselawn"), IN on Oct. 31 destined for ('Chicken-go, IL') with one of Weinschenk's uncles targeted: Figure 8: Zodiac Map p.21. [117] 1994: Frank Eugene Corder [FUC-K] 'running for office' on Sept. 11 crashing a Cessna into the South Lawn ['rose garden'] of the White House.

[1396] Followed a request for *David Landes (1962 – 1994, aged 32)* to *Figure 27: Fly a Bird p.45*; resulting in an angel following a [guaranteed] chance the flight may crash: [322].

[322] 1994: Days before Halloween David Landes (1962 – 1994, aged 32) mentioned a Forester and Dave, like his name, setting him up with a job, some cool technology, and he would be Figure 27: Fly a Bird, but did not know what it meant and would be explained in Chicago, IL. Told there was always a [guaranteed] chance the flight could crash, but could not imagine the U.S. would do that intentionally. [Unclear] Reference to chicken and rice served.

[1397] WHEREBY a domestic flight intentionally ("shot down") for genocide *per se*.

| Princess of Whales (Aug. 31, 1997) |
|---|
| [229] Diana Frances Spencer (1961 – Aug. 31, 1997) was a member of the British royal family; first wife of Charles, Prince of Wales and heir apparent to the British throne; and mother of Princes William and Harry. |

[1398] Since 1998 Mohamed Al-Fayed [A.I. flayed] has claimed the accident the result of a conspiracy and later contended orchestrated by MI6 on instructions of the *Royal Family p.38*.

[1399] Car rolls evidenced via *Figure 4: Ohio SR542* ('car roll') and *Delphi, IN (2007) p.85*. Diana died from injuries sustained following a ('sideswipe') and ('executive Fiat'). Diana known to suffer bulimia, an eating disorder, while being a ('whale'): [803], [894], [492].

[803] Multiple East-West roads closed redirecting Weinschenk North following optometrist appointment in Tipton, IN. Future Delphi victim Abigail Williams on a bike with training wheels, her mother not far behind, sent in front of his car as he approached, stopped in ample time, and brakes depressed automatically. [894] Incident where brakes failed to function and went through an intersection at bottom of Chauncey Hill near Purdue University in West Lafayette, IN resulting in car briefly impounded for evidence collection with claims a rogue "Trooper Holland" angry about being fired. [492] Stargate Project was the 1991 code name for a secret U.S. Army unit established in 1978 at Fort Meade, MD by the Defense Intelligence Agency (DIA) and SRI International (a California contractor) investigating psychic phenomena in military and domestic intelligence applications: aka Men Who Stare at Goats.

[1400] Former CIA Director Deutch claimed knowledge of this event in *Chapter 4: US District Courthouse ('laf-at-it'), IN (2007)* referencing a whale they got. Eventual conga line into *Infrastructure Project p.116* (volcano with a *Hot Spur p.152* in it) on a highway to hell. Mike Pompeo at the same event referencing involvement: [778], [711].

[778] Unknown investigation into what went wrong and how someone got targeted. Mentioned NCAA tourney and Pan Am Flight 103 (Dec. 21, 1988) p.159 commenting people will lose their minds when they discover what we did, especially when they see the ('whales'). [711] Pompeo: If you recall your last mission; black dog was a better fit with Esra Erdoğan [197] and beat you to the assignment; sure you were there in spirit on the honeycomb [sic]; open flame and cashmere with the alpaca (Pakistani President Musharraf) getting singed not a good match; don't want another Woolsey incident wailing about losing his hair; who writes this shit?

[1401] WHEREBY Washington ('flayed the whale') via executive fiat to undermine an ally.

### USS Cole (Oct. 12, 2000)

[1402] The USS Cole bombing was a suicide attack by al-Qa'ida against a guided missile destroyer on Oct. 12, 2000 while refueling in Yemen's Aden harbor: [8].

[8] The U.S. State Department designated al-[Q]a'ida (AQ) ['been laid, IN'] a foreign terrorist organization on Oct. 8, 1999 with whom defendants conspired on 9/11 (Sept. 11, 2001) p.161.

[1403] *Kohl's Clearance (2007) p.68* and *Hot Spur p.152* read as ('coals') with ('red sea') near Yemen innuendo suggesting this was a precursor to *9/11 (Sept. 11, 2001) p.161*.

[1404] WHEREBY a ('burning coal') penetrated the ('red sea') near ('hymen').

### 9/11 (Sept. 11, 2001)

[1405] The September 11 attacks, commonly known as 9/11, were four coordinated suicide terrorist attacks carried out by the militant Islamic extremist network al-Qaeda against the United States: World Trade Center, Pentagon, and one aircraft crashed into a field near Shanksville, PA.

[1406] Frank Eugene Corder [F.U.C.] in 1994 crashed into the ('rose garden') the very same year *Flight 4184 (Oct. 31, 1994) p.160* crashed near ('rose lawn') with Weinschenk's uncle aboard as part of killing family on the : [117], [321], *see also Figure 8: Zodiac Map*.

[117] 1994: Frank Eugene Corder [FUC-K] 'running for office' on Sept. 11 crashing a Cessna into the South Lawn ['rose garden'] of the White House. [321] 1994: David Landes (1962 – 1994, aged 32) was a teacher at Danville Middle School (IN) while contracting for Baker Daniels LLP as an actor when flying to Chicago.

[1407] World Trade Center symbolic of both a Democratic policy and female anatomy: *Flying the Birds* between the ('bars'). *State Genocide in Official Capacity* having 2nd lieutenant removed. *Zodiac Killer (1960s – 1970s) p.158* reasoning on *Chicken Strippers p.100* ('spying') New York as home of a democratic policy chair WTC and a Duke of York: [246], [113], [1488].

[246] The original World Trade Center (April 4, 1973 – Sept. 11, 2001) was a complex of seven buildings in Lower Manhattan in New York City, NY. [113] 2nd Lt. (bars) Gov. Ellspermann vacated to become president of Ivy Tech Community College, and a Rokit-a in the Indiana general area. [1488] Spierer unknowingly appeared around 2009 as an unknown friend suggestion with notification on Facebook. This occurred around when two other acquaintances deleted their Facebook accounts. Name in keeping with a spy, owl, or Figure 6: Zodiac Crosshair p.21: [962].

[1408] The Pentagon, located across the Potomac River in Arlington County, VA, exists as a ('hole') on ('washing-ton')'s South side with *Figure 1: Hot Spur res ipsa loquitur*!

**[1409]** Flight 93, while presumed targeting the White House, actually targeting Shanksville-Stoneycreek High School in Shanksville, PA in reference to Weinschenk's surname. *East Coast Band Trip (1997) p.50* and *Figure 20: 1997 Detour* by a marching band (whistleblowers) passing nearby and foreshadowing the location as well as a similarly named school: [291], [401], [1292].

**[291]** 1989: Stony Creek Elementary (IN) Principal Harvey staged an incident in school library with unknown female teacher [Schwartz] and young student [Heffernan / moss cow] from another school first half of 1st Grade prior to moving across town to Forest Hill Elementary. **[401]** Figure 20: 1997 Detour via charter busses passing Shanksville, PA. Requested back of line while boarding, whereby seated at the front of bus. Driver inquired if ("name familiar to anyone?") as office requested the detour. Occurred shortly before sundown near Somerset, PA. **[1292]** 3/15/2010 Clinton Superior Court; SPEEDING-Speed:75 Speed Zone: 60. Clear, traffic-less day on U.S. 52 West of Frankfurt; Deputy Attorney Anthony Jude Sommer.

**[1410]** *Benghazi Consulate Attack (Sept. 11, 2012) p.164* also a part of this 9/11 series; all three significant events tied, at least indirectly, to Weinschenk's *Figure 1: Hot Spur*.

**[1411]** WHEREBY *Figure 1: Hot Spur* affecting a ('hot mic') for *Hot Spur for President p.155*.

### Gov. O'Bannon (D-IN) (Sept. 13, 2003)

**[1412]** Gov. Frank O'Bannon (1930 – Sept. 13, 2003, D-IN) served as the 47th Governor of Indiana (1997 – 2003) until a massive stroke Sept. 8, 2003 while attending the U.S. Midwest – Japan trade conference in Chicago.

**[1413]** *Cinder Story (2002) p.66* had a red *Figure 1: Hot Spur* ('running-thru') a blue devil in the NCAA Men's Basketball Tournament in 2002. Following ('prime holes') O'Bannon's slaying Indiana switched from Democratic (blue) to Republican (red) with ('god-cock worshipers') *Seizing Hot Wings from Dangerous Spurs p.157* after ('D-IN') got screwed: [581], [1355].

**[581]** 2002: Figure 32: Indiana Hoosiers p.66 Men's Basketball team ('Cinder-ella')'d through NCAA tournament eliminating: #1 Figure 33: Duke Blue Devils p.67; #10 Kent State with amazing 3-point shooting; #2 Oklahoma an ('okay home') in the Final Four; then losing to #1 Maryland in the Championship. **[1355]** Citing the Savory v. Cannon, 947 F.3d 409 (7th Cir. 2020)(en banc) "No legitimate evidence implicated Savory. … arrest, prosecution, and conviction … based entirely on the officers' fabricated evidence and illegally extracted false confession." State attempting to ('Heck-bar') coinciding with a ('Figure 19: Corona Mass Ejection (CME) p.29')! See also FreeEats.com, Inc. v. Indiana, 502 F.3d 590, 595 (7th Cir. 2007, Sept 12).

**[1414]** As a negotiated treaty element [with gross negligence], this would be a prohibition on nuclear weapons killing millions: ('no god cocks or nukes killing millions'), *COVID-19 (2019)*.

**[1415]** WHEREBY O'Bannon killed by a massive ('D-IN') from *Figure 1: Hot Spur* and contests surrounding plaintiff rigged as part of a ('right wing') conspiracy within Indiana!

| Fort Hood Shooting (Nov. 5, 2009) |
|---|
| **[1416]** Nov. 5, 2009, a mass shooting took place at Fort Hood, near Killeen, Texas when Nidal Hasan, a U.S. Army major and psychiatrist, fatally shot 13 people and injured more than 30 others. It was the deadliest mass shooting on an American military base. |

**[1417]** Shooting foreshadowed via *Rotisserie in a Cell (2007) p.87* with a stolen military ID believed that of Hasan said headed to Texas (*see also Figure 29: Basan p.58*): [844], [849].

| |
|---|
| **[844]** Alleged to have schizophrenia after being asked to ("hum some hymns"), and said talking to someone. Shown three ink blots in as many seconds with individual identifying as a janitor making diagnosis as his stolen ID with wrong race said army doctor. **[849]** WAVE wearing white flew Weinschenk a bird, said flying Southwest. Janitor left behind all his money, said ("Leavenworth") for a phone call as everything he had left: [255]. One coin in Hebrew believed to be a new shekel. |

**[1418]** FBI Director Robert Mueller appointed William Webster to establish a commission to conduct an independent review of the FBI's handling of assessing risk posed by Hasan. Plaintiff also knew a ('web') stationed at Fort Hood shortly after: [191], [820], [208], *res ipsa loquitur*.

| |
|---|
| **[191]** Robert Swan Mueller III was the 6th Director of the FBI (Sept. 4, 2001 – 2013), and U.S. Deputy Attorney General (2001). **[820]** Random instant message from "lilsamrobs" supposed granddaughter of televangelist Pat Robertson having a crisis after uploading some personal photos and ('praying') for help deleting an album on Webshots as she could not access site because of a content filter. **[208]** William Hedgcock Webster served as chair of the Homeland Security Advisory Council (2005 – 2020), circuit judge of the 8th Circuit Court, district judge of the Eastern District of Missouri, Director of the FBI (1978 – 1987), and Director of CIA (1987 – 1991). |

**[1419]** WHEREBY Fort Hood shooting a basan killing taxes as an economic warfare agenda.

| Fuck Your Shiba (March 11, 2011) |
|---|
| **[441]** Fukushima Nuclear Disaster (2011): Accident at the Fukushima Daiichi Nuclear Power Plant in Ōkuma, Fukushima, Japan. The proximate cause of the disaster was the Tōhoku earthquake and tsunami that occurred on March 11, 2011, killing nearly 20,000, and most powerful earthquake ever recorded in Japan. Resulting meltdown the most severe nuclear accident since the Chernobyl disaster in 1986, classified as level seven on the International Nuclear Event Scale (INES), joining Chernobyl as the only other accident to receive such classification. |
| **[440]** The Shiba Inu is a breed of hunting dog from Japan. ["Animal In You"] |
| **[448]** Megathrust Earthquakes: Occur at convergent plate boundaries, where one tectonic plate is forced underneath another. These earthquakes are the planet's most powerful, with moment magnitudes exceeding 9.0; as a result, they often generate tsunamis that are considerably more destructive than the earthquakes themselves. |

**[1420]** Referenced as lubricating crevices, presumably to cause a sexual nuclear disaster: [458].

| |
|---|
| **[458]** Get some gifts while we're here. Forester: How about one of those Shiba Inu dogs for my nephew, they're cute. Can I borrow your digital e-card thing? Non-corporeal so I cannot carry one, need you to purchase the Shiba for me. Deutch: He can't know, fuck your shima, shiba whatever. Get a hat or something. Forester: I really want the cute doggy, need coin. [Grabs wok] Shogun-ate Forester looks good on me. |

**[1421]** WHEREBY a mega pelvic thrust caused a fucking nuclear disaster.

| Benghazi Consulate Attack (Sept. 11, 2012) |
|---|
| **[120]** 2012: Benghazi Consulate Attack (Sept. 11, 2012) p.164 a coordinated attack against two U.S. government facilities in Benghazi, Libya resulting in the death of Ambassador Christopher Stevens and Sean Smith [973] whom Weinschenk was acquainted. |

**[1422]** Ambassador Stevens, Sean Smith, and CIA contractors Woods and Doherty killed as part of a *9/11 (Sept. 11, 2001) p.161* series. *Tree with Bees p.23* finding Comey in a community with Smith prior and 2016 election issue for Secretary of State Clinton: [204], [152], [969].

| **[204]** John Christopher Stevens (1960 – Sept. 11, 2012) served as U.S. Ambassador to Libya (May 22, 2012 – Sept. 11, 2012) during the Benghazi Consulate Attack (Sept. 11, 2012) p.164. **[152]** Sean Smith (1978 – Sept. 11, 2012) was an information management officer with the U.S. Foreign Service killed during the Benghazi Consulate Attack (Sept. 11, 2012) p.164, and an active community member as part of Chapter 7: EVE Online (2009 – 2018). **[969]** Characters inferred to be FBI directors Comey and Mueller were in the alliance: Figure 10: FBI Director Comey (Gnome). LAWN a close ally under Goonswarm Federation p.98 (Figure 13: Goonswarm (Bees) p.23 fat-bee mascot). Figure 11: FBI Director Comey (Trees) p.23 presumably a cartoon with a tree and bees/honeycomb. |
|---|

**[1423]** WHEREBY investigators would deduce attack may have been because of a ('honeypot') present within the community and *9/11 (Sept. 11, 2001) p.161* already symbolic.

| Boston Marathon Bombing (April 15, 2013) |
|---|
| **[1424]** The Boston Marathon bombing was a domestic terrorist attack that took place during the annual Boston Marathon April 15, 2013 when two brothers, Dzhokhar Tsarnaev and Tamerlan Tsarnaev, planted two homemade pressure cooker bombs, which detonated near the finish line of the race, killing three people and injuring hundreds. Suspected motive revenge for an American military action in Iraq and Afghanistan. |

**[1425]** Recurring pressure cookers believed to foreshadow attack: [419], [848].

| **[419]** German teacher Beardshear provided Weinschenk a razor, blue "aspirin" said Viagra for unknown headache, had electric hedge-clippers, and a pressure cooker sitting at side of classroom which was never used. Nobody knew what it symbolized. **[848]** Then left to ("rot … isserie in a cell") with a space heater and pressure cooker. |
|---|

**[1426]** WHEREBY bombing presumed related, however actual symbolism unclear.

| Plane Flus (Mar. 8/July 17, 2014) |
|---|
| **[1427]** Malaysia Airlines Flight 370 (MH370/MAS370) was an international passenger flight that disappeared on March 8, 2014 while flying from Kuala Lumpur International Airport in Malaysia to Beijing Capital International Airport. All 227 passengers and 12 crew aboard presumed dead. |
| **[1428]** Malaysia Airlines Flight 17 was a scheduled passenger flight from Amsterdam to Kuala Lumpur that was shot down July 17, 2014 while flying over eastern Ukraine. All 283 passengers and 15 crew killed. |
| **[247]** Avian (or bird) flu is caused by influenza viruses that occur naturally among birds. The highly pathogenic H5N1 variant is deadly to domestic fowl (such as chickens) and can be transmitted from birds to people. |
| **[249]** The Buk is a family of self-propelled, medium-range surface-to-air missile systems developed by the Soviet Union and its successor state, the Russian Federation, designed to counter cruise missiles, smart bombs, fixed- and rotary-wing aircraft, and drones. |
| **[192]** Barack Hussein Obama II (D-IL) served as the 44th President of the United States (2009 – 2017), Senator from Illinois (2005 – 2008), and first African-American president. |

**[1429]** Malaysia Airlines Flight MH370 presumably splashed into the ('Indiana') Ocean and going sideways per *Figure 52: MH370 Flight Path*.



**Figure 52: MH370 Flight Path**

**[1430]** MH370 in reference to *Figure 4: Ohio SR542* (Numpad: 'around 5-4-2') with a "1" screwing ('Car-roll') County and *Chapter 10: Delphi Serial Killer (2017)* a car crash.

**[1431]** Weinschenk made unwell, poisoned suffering ('malaise') from imparted *Thyroid Disorder p.127, Hot Spur p.152* suffering a ('red avian flu') while ('covered in shit') following Saddam Hussein diminishing the ('holy fire'): [247], [192], [1370]. See also *Hot Spur for President p.155* on a ('pol').

**[1370]** Iraq, predominately ('she it'), targeted for a Deus Vult in 1979 via procured ('holy relic') following a ('statue genocide') of Weinschenk and defamatory per se: [240], [513], [216].

**[1432]** Malaysia Airlines Flight MH17 shot down over Ukraine by a Buk SAM: [249], ('Dutch'). *See also Figure 22: Cockapoo* and *Chicken Strippers p.100* for a DoubleTree ('buck').

**[1433]** WHEREBY two international commercial flights downed for supporting evidence of tort.

| Turkish Thanksgiving (July 15, 2016) |
|---|
| **[1434]** July 15, 2016, a faction within the Turkish Armed Forces attempted a coup d'état against state institutions and President Recep Tayyip Erdoğan. During the coup attempt, over 300 people killed; more than 2,100 injured; many government buildings, including the Turkish Parliament and the Presidential Palace, bombed from the air; and mass arrests followed with at least 40,000 detained including at least 10,000 soldiers and for reasons that remain unclear 2,745 judges. Turkey claims the coup orchestrated by Fethullah Gülen. |
| **[212]** Recep Tayyip Erdoğan (born 1954) is the 12th President of Turkey, and Prime Minister of Turkey (2003 – 2014). His daughter Esra graduated from Indiana University in 2003 and married in 2004. |
| **[215]** Muhammed Fethullah Gülen (born 1941) is a Turkish Islamic scholar, preacher, and a one-time opinion leader, as de facto leader of the Gülen Movement; citizen of Turkey (until his de-naturalization in 2017); and local state imam (1959 – 1981). Since 1999, Gülen has lived in self-exile in the US near Saylorsburg, PA. |
| **[494]** Goa'uld are a race of sentient parasitic beings (head snakes) that take over hosts in the Stargate franchise. |
| **[541]** The Great Bustard (Otis tarda) is frequently cited as the world's heaviest flying, edible bird with large males exceeding weights of 20 kg (44 lb) and around 13.5 kg (30 lb) on average. |

**[1435]** Eating bird a recurring theme, presumably intended to undermine a NATO ally: [526], [526], [541]. Ultimately blamed on Gülen residing at a semen reference in the U.S.: [215], [494].

**[526]** System says you're not paying attention, this (Menu Orders) is important. Blumenthal: Is McDonald's still serving breakfast? Lewinsky: I do not know. Blumenthal: I'll have some O.J. with hash [sheesh] browns and eggs. Fresh squeezed. Deutch: I'll have Chinese, something with General Tso's. Hot Spur is the best flavor, but something spicy on that dog recipe Panetta served after last election will suffice. Panetta: That was turkey at my Thanksgiving last November. **[526]** Most were drinking Corona beer, Flynn had a turkey sandwich and briefly attempting to feed the ('fox'), ('Pea-cock/NBC') already ordered removed from the courtroom.

[1436] WHEREBY a turkey undermined as a treasonous act to undermine NATO.

### Las Vegas Shooting (Oct. 1, 2017)

[1437] Oct. 1, 2017 Stephen Paddock opened fire on a crowd attending the Route 91 Harvest music festival on the Las Vegas Strip in Nevada firing more than 1,000 bullets killing 60 and wounding 411 in the ensuing panic.

[1045] Bump stocks or bump fire stocks are gun stocks that can be used to assist in bump firing. Bump firing is the act of using the recoil of a semi-automatic firearm to fire ammunition cartridges in rapid succession.

[1438] Motive officially unknown, however resulted in a national ("bump stocks") debate involving firearm rate of fire: [1053], [629]. Significance of bump stocks a lucrative investment.

[1053] Individual updating profile picture telling Weinschenk to stay away as a registered sex offender by name witnessed around September 2017: Las Vegas Shooting (Oct. 1, 2017) p.166. How this individual would have known unclear (not possible), but claimed through updating text in profile picture, likely via a MITM attack, and said because of an unknown registry. [629] AMD and ("all roads leading to Rome") with a lucrative financial play. Stock later purchased at $2.83 when AMD was near bankruptcy whose primary rival was Intel Corporation. AMD went to the top of the S&P500.

[1439] WHEREBY a reckless shooting occurred for evidence of a lucrative financial play.

### N.W.M.S. Shooting (May 25, 2018)

[123] 2018: Noblesville West Middle School shooting May 25 where ('one more' [redacted]) shot student a ("Whistler"-blower) with teacher ("Seaman").

[1440] Premeditated shooting exposing location of a fabricated ('whistleblower'). While no individuals killed, this involved a teacher and student shot. Events foreshadowed via a music teacher shooting a squirt gun in 2010, and ASAC Monahan (Captain Obvious) inquiring about their names in *Chapter 8: Fake News Stories (2008 – 2016) p.99*: [1014], [944].

[944] Asked Weinschenk to keep quiet afterwards, shot a squirt gun at him in the office, then asked what something smelled like. Asked if Weinschenk knew any Foresters, which he did not recall at the time, and said it was a requested by the CIA. [1014] Monahan: Inquired if Weinschenk familiar with several names: Whistler, Seaman, Dixon, and ('one more') which were all unknown. Thought they may have been from band volunteer work, however too young and respectively no significant contact with their age group at the time.

[1441] WHEREBY a whistleblower fabricated, location exposed, and genocide on Christ affected via an abuse of process exposing *Reckless Indifference to Human Life p.158* etc.

### COVID-19 (2019)

[1442] COVID-19, caused by a coronavirus called SARS-CoV-2, is said to have originated near a biological weapons facility in Wuhan, China. As of 2022 the virus is responsible for the deaths of over 6 million worldwide.

**18 U.S. Code § 2332a. Use of weapons of mass destruction** (a) Offense Against a National of the United States or Within the United States.-A person who, without lawful authority, uses, threatens, or attempts or conspires to use, a weapon of mass destruction-

> **18 U.S. Code § 2332b. Acts of terrorism transcending national boundaries** (a) Prohibited Acts.-(1) Offenses.- Whoever, involving conduct transcending national boundaries and in a circumstance described in subsection (b)- **(A)** kills, kidnaps, maims, commits an assault resulting in serious bodily injury, or assaults with a dangerous weapon any person within the United States; or **(B)** creates a substantial risk of serious bodily injury to any other person by destroying or damaging any structure, conveyance, or other real or personal property within the United States or by attempting or conspiring to destroy or damage any structure, conveyance, or other real or personal property within the United States;

**[1443]** COVID-19 unquestionably a criminal act pursuant 18 U.S. Code §§ 2332a/b via a biological weapon of mass destruction, act of international terrorism transcending national borders pursuant §2333, and ('whole cost') exterminating over 6 million worldwide. Death-toll as of Apr 26, 2022 inline with that of the Holocaust.

**[1444]** Gross negligence removing nuclear option from the table in a proxy conflict as a prohibition on ("god cocks/nukes") killing millions as part of a negotiated treaty.

**[1445]** WHEREBY planet engulfed in a *Figure 19: Corona Mass Ejection (CME) p.29* following *Seizing Hot Wings from Dangerous Spurs p.157* ('*Heck*-barring / cooking off a round') *Figure 29: Basan p.58* with death on par with that of the Holocaust for an *Intentional Tort p.157*.

## MythBusters (Aug. 27, 2019/July 13, 2020)

**[1446]** Jessica Combs (1980 – August 27, 2019, aged 39) was a professional racer and TV host of MythBusters who died after crashing a jet-powered high-speed race car at the Alvord Desert in southeastern Oregon while attempting to beat her four-wheel land speed record.

**[1447]** Grant Imahara (1970 – July 13, 2020, aged 49) died of an aneurysm.

**[1448]** MythBusters was a television program that used elements of the scientific method to test the validity of rumors, myths, movie scenes, adages, Internet videos, and news stories. *Twigbal [Q] p.153* myth busted after ('combs') had a meltdown and Imahara's mind blown: [628].

**[628]** Stories predicting future involving: space exploration, satellite constellations, Kobe Bryant accident with date, ice princesses, graphene, batteries, MythBusters, Ginsburg, etc.

**[1449]** WHEREBY MythBusters died after encountering a *Hot Spur p.152* and timing of multiple deaths by co-hosts around the same time suggests this was not a freak occurrence.

## Qasem Soleimani (Jan. 3, 2020)

**[1450]** Qasem Soleimani (1957 – Jan. 2020) was an Iranian general who served in the Islamic Revolutionary Guard Corps and commander of the Quds Force, an IRGC division primarily responsible for extraterritorial and clandestine operations.

**[1451]** Soleimani killed by a R9X ('Hellfire') missile with six ('sword-like blades') while leaving Iraq for ('I-ran away') ('under a flag of truce') after encountering a *Hot Spur p.152*. US personnel suffered ('traumatic brain injuries') from the retaliation on Jan. 8, 2020. Weinschenk simultaneously experiencing ('transient ischemic attacks') in January 2020.

**[1452]** WHEREBY Soleimani killed fleeing a dragon pursuant 18 U.S. Code § 2441 War crimes.

| Kobe Bryant (Jan. 26, 2020) |
|---|
| **[1453]** Kobe Bryant (1978 – 2020) was an American professional basketball player who spent his entire 20-year career with the Los Angeles Lakers ('City of Angeles') killed on Jan. 26, 2020 when a helicopter crashed in Calabasas, CA killing all nine aboard, including his daughter. |

**[1454]** Kobe beef is a special grade of beef from ('Wag-you' *Figure 14: Black Puppy p.25*) cattle raised in Kobe, Japan massaged with sake and fed large amounts of beer. Weinschenk claims *Class of One* targeting as a ('wine bearer') with allusions through a Nostradamus act foreshadowing the accident, ('brother') requested to wear black-face, and symbolism of a golden star as *Figure 1: Hot Spur* as a god of the hard wood: [457], [628], [1037], [1031].

| **[457]** Deutch: I'll have a sake please, prefer a stout Corona, but when in Rome. Lanced corporeal Forester, or is that Weinschenk, you're now acting director until I sober up. Tenet: Aren't you of Belgian heritage? After one sake? John and I will take a sake as well. Keep it away from his nephew, rice isn't good for the little guy. Will make him sick. Blumenthal: I'll have the same with ice if you please. [Laughing] Come sit over here. **[628]** Stories predicting future involving: space exploration, satellite constellations, Kobe Bryant accident with date, ice princesses, graphene, batteries, MythBusters, Ginsburg, etc. **[1037]** Fake officer believed the brother of Weinschenk's former high school study hall teacher Jeff Bryant. Said he skipped wearing black face and inquired if he looked familiar. Put a smelling salt in front of Weinschenk, despite being conscious, and event forgotten. **[1031]** Jeff Bryant was principal of Noblesville High School who resigned in 2020 to pursue a independent career. |
|---|

**[1455]** WHEREBY Bryant killed as an expensive, religiously symbolic *Figure 14: Black Puppy* treat whose career influenced as rigging basketball competitions a common occurrence.

| Beirut Port Blast (Aug. 4, 2020) |
|---|
| **[1456]** Aug. 4, 2020 a large amount of ammonium nitrate stored at the Port of Beirut exploded causing at least 218 deaths, 7,000 injuries, and $15 billion in property damage while leaving an estimated 300,000 people homeless. |

**[1457]** Explosion occurred following *Civil Rights Complaint (2020) p.113* with Lebanon (IN) police, well out of their jurisdiction, holding up traffic along I-465 in Indianapolis after leaving the courthouse and US Attorney's office: [1147].

| **[1147]** March 13, 2020 two Lebanon Police Department vehicles off the side of I-465 near the ('pyramids') during rush hour causing congestion following filing of complaint. |
|---|

**[1458]** WHEREBY an intentional act destroying a ('port/hole') in the Middle East.

| Black Panther (Aug. 28, 2020) |
|---|
| **[1459]** Chadwick Boseman (1976 – Aug. 28, 2020) was an American actor who achieved fame playing superhero Black Panther in the Marvel Cinematic Universe. |

**[1460]** Panthers large black cats with *CARDs (Abductions / Haruspex) p.171* wiping out ('animals') as the *Figure 14: Black Puppy* [black] ate that annoying cat while increasingly dangerous. Figurative size of animals disproportionate to real life: [1537]. *See also Kelsey Berreth (2018) p.174* (bear).

**[1537]** "(1) A possessor of a wild animal is subject to liability to another for harm done by the animal to the other, his person, land or chattels, although the possessor has exercised the utmost care to confine the animal, or otherwise prevent it from doing harm. (2) This liability is limited to harm that results from a dangerous propensity that is characteristic of wild animals of the particular class, or of which the possessor knows or has reason to know." Restatement (Second) of Torts § 507 (1977) See "Holt v. Myers, 47 Ind. App.118, 93 N.E. 31 (1910) (mentioning wild animal strict liability rule although case dealt with vicious dog); Gordan v. Kaufman, 44 Ind. App.603, 89 N.E. 898 (1909); Bostock-Ferari Amusement Co. v. Brocksmith, 34 Ind. App.566, 73 N.E. 281 (1904) (setting out wild animal rule and its rationale, but not applying it because bear's inherent dangerousness was not cause of harm); Partlow v. Haggarty, 35 Ind. 178 (1871); see also Hill v. Rieth-Riley Constr. Co., 670 N.E.2d 940, 945 (Ind. Ct. App. 1996) ("The term 'inherently dangerous' is more properly applied to activities or instrumentalities which are, by their nature, always dangerous, i.e. blasting or wild animals.")" Irvine v. Rare Feline Breeding Center 685 N.E.2d 120 (Ind. Ct. App. 1997).

**[1461]** WHEREBY Boseman killed as a panther by a vicious dog and bear's inherent dangerousness not the cause of harm for an *Intentional Tort p.157*: *res ipsa loquitur!*

## Supreme Courtship (2020)

**[1462]** Vestal Virgins: Priestesses of Vesta regarded as fundamental to the continuance and security of Rome, and individuals cultivated a sacred fire that was not allowed to go out.

**[158]** Ruth Bader Ginsburg (1933 – Sept. 18, 2020) was an associate justice of the United States Supreme Court (1993 – 2020) until her death from pancreatic cancer.

**[156]** Amy Vivian Coney Barrett is an associate justice of the Supreme Court of the United States (Oct. 27, 2020 – Present; circuit judge on the U.S. Court of Appeals for the 7th Circuit (2017 – 2020); and in 2010 appointed by Chief Justice Roberts to serve on the Advisory Committee for the Federal Rules of Appellate Procedure.

**[1463]** Ginsburg's un/timely passing followed Weinschenk's 7th Circuit appeal after *Hot Spur p.152* encountered a vestal virgin by name, which were frequently used symbolically: Ha[n]lon (halon), Cli[n]ton (clit on), and ('connected-bars'). A vestal virgin with ('connected-bars') on the FRAP advisory committee cultivating the sacred ('hol-e fire'): [1295], [881], [1371].

**[1295]** 5/21/2020 7th Cir. № 20-1859 Weinschenk v. Central Intelligence Agency, et al.; AFFIRMED 8/27/2020 by Michael S. Kanne, Circuit Judge; Ilana Diamond Rovner, Circuit Judge; and Amy C. Barrett, Circuit Judge. **[1371]** Table 5: Arkansas Governors future President Bill Cli[n]ton positioned as Governor of Arkansas in 1979 with ('dick white') in the middle with Hatch Act Violations to come: [239].

**[1464]** WHEREBY Ginsburg's demise timed to appeal for further abuse of process with an ('amazing courtship') for a fiery *Hot Spur p.152*: *res ipsa loquitur* …

## Capitol Riot (Jan. 6, 2021)

**[1465]** Jan. 6, 2021 a mob of 2,000 – 2,500 supporters of U.S. President Donald Trump attacked the Capitol Building in Washington, D.C. seeking to overturn his defeat in the 2020 presidential election by disrupting the joint session of Congress assembled to count electoral votes that would formalize President-elect Joe Biden's victory.

**[1161]** Amanda S. C. Gorman ('a man gore') is an American poet who delivered her poem "The Hill We Climb" at the 2021 presidential inauguration while wearing a golden jacket.

**[1466]** Five people died either shortly before, during, or following the event: one shot by Capitol Police, another of a drug overdose, and three of natural causes. Four responding officers died by suicide within seven months. *Hot Spur for President p.155* finding a celebratory cock and balls (poker and camel hair) in the Oval Office during *Year of the Hot Spur (2021) p.114*: [1161].

[1467] WHEREBY Washington was having a riot when they saw this: *res ipsa loquitur*…

| Battlefield Ukraine / WWIII (2022) |
|---|
| [1468] February 24, 2022, Russia invaded Ukraine in a major escalation of the Russo-Ukrainian War (2014) causing Europe's largest refugee crisis since World War II with around 6.9 million Ukrainians fleeing and a third of the population displaced. It has also caused global food shortages. |
| [1469] The Russo-Ukrainian War (2014) is an ongoing war between Russia and Ukraine. It was started by Russia in February 2014 following the Ukrainian Revolution of Dignity, and initially focused on annexation of Crimea. |
| [1470] Sukhoi Su-27 (NATO reporting name: Flanker) is a Soviet-origin twin-engine fighter aircraft. |
| [1471] Flanks: In military tactics, a flanking maneuver is a movement of an armed force around an enemy force's side, or flank, to achieve an advantageous position over it. |
| [203] Victoria Spartz (R-IN: Noblesville) served as Representative from Indiana's 5th District (2021 – Present), Indiana senator (2017 – 2020), first Ukrainian-born member of the U.S. Congress, and first member born in what was a Soviet republic. |
| [217] Alexander Boris de Pfeffel Johnson (born 1964) is Prime Minister of the United Kingdom (2019 – 2022); Leader of the Conservative Party (2019 – Present); Secretary of State for Foreign and Commonwealth Affairs (2016 – 2018); and Mayor of London (2008 – 2016). |
| [218] Emmanuel Jean-Michel Frédéric Macron (born 1977) served as President of France (2017 – Present); Minister of Economics, Industry, and Digital Affairs (2014 – 2016); and Assistant General Secretary of the President (2012 – 2014). |
| [220] Frank-Walter Steinmeier is President of Germany (2017 – Present); Federal Minister of Foreign Affairs (2005 – 2009, 2013 – 2017); Vice Chancellor of Germany (2007 – 2009); and chairman-in-office of the Organization for Security and Co-operation in Europe (OSCE) in 2016. |

[1472] A proxy war in Ukraine provides an opportunity to 'Take the 5th with a hard one' straight into Moscow from behind. Treaty terms having been seeded within narrative: stingers, no god cocks, etc. *Chapter 4: US District Courthouse ('laf-at-it'), IN (2007)* effectively calling shots.

[310] Chelsea Heffernan (heifer) wearing a green bathing suit, yarn attached at sides, moss on shoulder, and hair styled with pigtails. [657] Goatse.cx (Goatse) was originally an Internet shock site featuring a picture showing a naked man, hunched over, widely stretching his anus.

[1473] US Congresswoman Victoria Spartz (formerly of Ukraine) from Noblesville where plaintiff resides, in addition to Presidents Johnson (UK), Macroni (FR), Frank and Stein (GER), and Bidet/Camel Hair (US, fuck the President) providing weapons against Put-in (RUS).

**SYNOPSIS:** Conclusion that follows presumed to be the basis for the conspiracy herein: supposed foreign policy gain by executive which is required to be corrupt and line pockets alongside advances in partisan domestic policy.

[1474] WHEREBY a proxy war was initiated in reference to a video game war as an excuse to continue conspiracy herein as a foreign policy gain while incurring disproportionate losses: atrocities by NATO, undermine Constitution, industrialize China, and Ukraine cedes ("Crimea") to Russia possibly to be retaken with obsolete and irrelevant military assets lost in an even fight.

| E.    CARDs (Abductions / Haruspex) | [Sacrificed Animals / 'Whore Specs'] |
|---|---|
| *Natalie Holloway (2005)*....................................172 | *Mollie Tibbetts (2018)*......................................174 |
| *Jennifer Kesse (2006)*.......................................172 | *Karlie Lain Gusé (2018)*...................................174 |
| *Madeleine McCann (2007)*................................172 | *Kelsey Berreth (2018)*.......................................174 |
| *Crystal Grubbs (2010)*......................................173 | *Hania Aguilar (2018)*.......................................175 |
| *Lauren Spierer (2011)*.......................................173 | *Mackenzie Lueck (2019)*..................................175 |
| *Delphi Homicides (2017)*..................................173 | *George Floyd (2020)*........................................175 |
| *Breanna Woldt (2018)*......................................174 | *Gabby Petito (2021)*........................................175 |
| *Jayme Closs (2018)*..........................................174 | |

**[1475]** CARDs (Child Abduction Rapid Deployment) occur during kidnappings or when individuals believed to be in imminent danger. *TWIGBAL (Facts)* foreshadowed these with females ('struggling with knots') and ('dying with stained clothing'): [424], [364].

**[424]** After Thanksgiving provided a flash drive from Taylor, allegedly with photos of her tying bikini knots as part of some request, that was discarded in the classroom. She was wearing a tie-dyed (pastels) shirt she made and claimed significant. Performing the stunt for insurance as a Type-1 ('diabetic'), and her father was doing work for the CIA after a career in the Navy. **[364]** ('Debris') removed underwear in the lobby, which she was apparently wearing over a bathing suit and struggling to remove: "You're actually wearing them?" Father pocketed the underwear, dropped another piece of clothing or luffa, then she fell during a cartwheel.

**[1476]** FBI reading (haruspex / 'whore specs') following a ('rat cliff') of sacrificed animals via psychic manipulation: [245], [200], [211], [1367].

**[245]** In the religion of ancient Rome, a haruspex was a person trained to practice a form of divination called haruspicy, the inspection of the entrails of sacrificed animals, especially the livers of sacrificed sheep and poultry. **[200]** John Ratcliffe (R-TX) served as Director of National Intelligence (2020 – 2021), representative from Texas (2015 – 2020), mayor of Heath, TX (2004 – 2012), and lemmings committing suicide a common misconception. **[211]** Christopher Asher Wray served as 8th Director of the FBI (2017 – Present) and Assistant Attorney General (Sept. 11, 2003 – 2005). **[1367]** John Weinschenk (1944 – 1978, aged 33) (aka "God") passed away the same year the Stargate project ("Men Who Stare at Goats") involving psychic manipulation of the animals initiated: ('gateways to heaven') with a Hot Spur p.152 res ipsa loquitur!

**[1477]** "Computer matched everyone, no personal input. … [r]est nobodies, excluding one of the girls who will be a minor somebody: [504], [508]."

**[504]** Deutch: That's the idea, what was requested part of negotiation. Computer matched everyone, no personal input. Only way wealth could be transferred in sufficient quantity to fulfill obligation to China. Gov. O'Bannon (D-IN) (Sept. 13, 2003) p.162 because of his amazingly prime name, everyone laughs at that one. [Laughter] We checked, he's ok with it. Tenet: How's that possible, we just started? Deutch: John just checked. Clinton you obviously discovered already. Icahn … a hot dog and BJ Services overlapped as seen in scripts. Russians requested political assassination and O'Bannon for consistency with JFK and the hot spur. Cuomo on New York to keep things fair. Tenet: Isn't New York bigger than Indiana? Why them? **[508]** Deutch: [Elon] Musk [149] because he works at PayPal for charges on Deutch and name stinks. [Jeff] Bezos [136] because of the amazing honeypot. [Jeff] Immelt [142] because of the manufacturing meltdown with charges on Deutch and GE's Boston HQ. Used in name only and will not really affect them. [Princess Diana] Spencer [229] requested of the Brits as most suitable candidate. Disney's involvement because of the girls, request inconsequential for them. Rest nobodies, excluding one of the girls [347] who will be a somebody.

**[1478]** WHEREBY following all [incorrectly] presumed ('screwed') by a *Hot Spur p.152* and in keeping with *res ipsa loquitur*, associations will be rather minimal and not expand upon events.

| Natalie Holloway (2005) | Clinton, MS |
|---|---|

**[1479]** Natalee Ann Holloway (1986 – 2005, aged 18) was an American woman born in Clinton, MS whose mysterious disappearance made international news after she vanished on May 30, 2005 near the end of a high school graduation trip to [Dutch] Aruba in the Caribbean.

**[1480]** Disappearance referenced by former CIA Director Deutch in 2007 that he kept being suspected because of the Dutch, orange, and Clinton references in the case: [726], [727], [633].

**[726]** Michael Flynn ['fly in'] and Chelsea Heffernan [moss cow] [312], [311] in a plexiglass room in the back corner with a desk and laptop inside. Affixed to front a Turkish flag, with potted plants positioned around room. Flynn complaining about gnats not flies. One of the flowers looks like a penis [laughing], and unknown trooper commented one is definitely pot. **[727]** Deutch mentioned conspiracy theorists always ("bugging him") because of the Dutch and Clinton combination. Came up with Natalie Holloway (2005) p.172 in Aruba: [1479]. **[633]** Weinschenk's apartment at 400 N. River Road, West Lafayette, IN (Williamsburg on the Wabash) near Happy Hallow Park and similarly named road near Purdue University.

| Jennifer Kesse (2006) | Orlando, FL |
|---|---|

**[1481]** Jennifer Joyce Kesse (1981 – 2006, aged 24) was an American woman from Orlando, FL missing since Jan. 23, 2006. Shortly after she vanished, her car was discovered parked around a mile from her home following a suspected morning intruder.

**[1482]** "K-esse" a diamond head rattlesnake associated to a bunch of loops. Weinschenk's sister's friend encountered a similar *modus operandi* (not fatal) in Savannah, GA nearly a decade later, name symbolic of a coiled snake, which cannot be readily evidenced. Pattern a line pointing towards a video of *Chapter 4: US District Courthouse ('laf-at-it'), IN (2007)*: [734].

**[734]** Deutch provided a tape to Melania Trump, [Unclear] label suggesting nuclear secrets to be held at her house in Mar-a-Lago, and several empty folders with classification letterhead: "Nothing in them, no criminal charges to worry about. [Unclear] justices present." More boxes to be shipped, may need a closet, husband a real estate developer so 'figure you have the space.'

| Madeleine McCann (2007) | Leicester, UK / Praia da Luz, Portugal |
|---|---|

**[1483]** Madeleine Beth McCann (2003 – 2007, aged 3) disappeared May 3 from a holiday apartment at a resort in Praia da Luz, Portugal while on vacation from the United Kingdom: ('Made a line in the can, praying to the loo').

**[1484]** Occurred following *Chapter 2: Indiana HQ for the FBI (2003) p.63* and encountering name during *Kohl's Clearance (2007) p.68*: [554], [635]. Owing to the atrocious naming, presumed a biological offspring of Weinschenk and Prince Andrew raised by a surrogate; a lie.

**[554]** John (Dave): Need to fly down, not East. Provided sample to Maxwell. Maxwell: Flying East to virgin … ia after [Unclear: Clusterfuck?] in Texas, no issues taking some unborn babies along with these eggs, quick stop in Florida, then UK to see Prince S.S. or slut-stuffen according to this note in my little black book here [Displayed]: [270], [227]. Dave: Book says he robbed her virginity and someone got stuffed by a fat bastard? What kind of operation are you running here? Maxwell: That's Prince Andrew and Virginia Roberts, all they did was cook a meal. That's a fat bustard, it's like a turkey. American Idiot. [Unclear] Incest … worst case scenario. **[635]** FBI searched Weinschenk's apartment in West Lafayette, IN with a hostage rescue team for Madeleine McCann (2007) p.172 who was abducted from Portugal, story in news week prior.

| Crystal Grubbs (2010) | Bloomington, IN |
|---|---|

**[1485]** Crystal Grubb (1981 – 2010, aged 29) was a Bloomington, IN resident who went missing Sept 18, 2010. She was last seen with her boyfriend before walking into the woods near a dog park after an argument. She was found murdered on Oct 1, 2010 in a cornfield and unsolved.

**[1486]** *Figure 1: Hot Spur,* 'meth' grubs, *Chicken Strippers p.100*, and *res ipsa loquitur*.

| Lauren Spierer (2011) | Scarsdale, NY / Bloomington, IN |
|---|---|

**[1487]** Lauren Spierer (1991 – 2011, aged 20) born in Scarsdale, NY disappeared June 3, 2011 following an evening at Kilroy's Sports Bar in Bloomington, IN (Indiana University) and whose disappearance generated national press coverage.

**[1488]** Spierer unknowingly appeared around 2009 as an unknown friend suggestion with notification on Facebook. This occurred around when two other acquaintances deleted their Facebook accounts. Name in keeping with a spy, owl, or *Figure 6: Zodiac Crosshair p.21*: [962].

**[962]** Students/Staff: Two women from band ('cat shutters' [Katie Shutters] an eventual air force pilot and friends with ('a tan beaver') [Tana Beaver]), who were friends with Weinschenk's sister, deleted her Facebook as she thought she had a stalker. [Timing stands out as deliberate]

**[1489]** *Chicken Strippers p.100* narrative found a *Zodiac Killer (1960s – 1970s) p.158* themed *Figure 1: Hot Spur* establishing *Figure 8: Zodiac Map* with *Figure 6: Zodiac Crosshair p.21* spying or alluding to the ('WTC') in 2011 with ('birds') downed by ('chicken missiles'): [202].

**[202]** Chuck Schumer (D-NY) served as Senate Majority Leader (2021 – Present), Chair of the Democratic Senate Policy Committee (2011 – 2017), … Senator from New York (1999 – Present), and Representative from New York's 9th District (1981 – 1999).

| Delphi Homicides (2017) | Delphi, IN |
|---|---|

**[1490]** Abigail Williams (2003 – Feb. 17, 2017, aged 13) and Liberty German (2002 – Feb. 2017, aged 14) killed near the Monon High Bridge in Delphi, IN[34] after disappearing the previous day. Grainy *Figure 3: Delphi Suspect* ('big foot') photographed off in the distance. Presumably a two-horned viking river cruise out of ('laf-at-it'), IN ('tip a canoe') County recurring *modus operandi* a ('horny viking') in other cases, not cited, near water.

**[1491]** ISP Superintendent Doug Carter took a personal interest in solving the case along with support from the Indiana's FBI Headquarters. *Chapter 10: Delphi Serial Killer (2017)* sets forth a fabricated investigation targeting plaintiff after nearly hitting one of the girls in *Delphi, IN (2007) p.85* foreshadowing their deaths in a suspected car accident: [803].

**[803]** Multiple East-West roads closed redirecting Weinschenk North following optometrist appointment in Tipton, IN. Future Delphi victim Abigail Williams on a bike with training wheels, her mother not far behind, sent in front of his car as he approached, stopped in ample time, and brakes depressed automatically.

---

34    https://www.in.gov/isp/crime-reporting/delphi-homicide-investigation/

| Breanna Woldt (2018) | Cicero, IN |
|---|---|

**[1492]** Breanna Woldt (1992 – 2018, aged 25) from Cicero, IN suffered from severe asthma her entire life. Condition foreshadowed a ('breeze with asthma') or *COVID-19 (2019) p.166* in 2018.

**[1493]** Officially an accident, timely fire and lung irritation likely cause of her asthma demise. *Chapter 10: Delphi Serial Killer (2017)* and *N.W.M.S. Shooting (May 25, 2018) p.166* actively fabricating evidence around Weinschenk while establishing a ('whistle-blower'): [1050], [123].

**[1050]** Acquaintance on Facebook Breanna Woldt (2018) p.174 went missing at the height of trying to convince Weinschenk he was the Figure 3: Delphi Suspect. Found deceased following a history of severe asthma and apartment fire where she worked. Helicopters loitering near house for nearly 30-60 minutes when this unknowingly occurred with multiple witnesses. **[123]** 2018: Noblesville West Middle School shooting May 25 where ('one more' [redacted]) shot student a ("Whistler"-blower) with teacher ("Seaman").

| Jayme Closs (2018) | Barron, WS |
|---|---|

**[1494]** Jayme Lynn Closs (2005 – Present, then aged 13) was abducted from her family's home in Barron, WS after a 24-year-old man forced his way inside on Oct. 15, 2018; fatally shot her parents; and then held her in captivity for 88 days until she escaped.

**[1495]** A Kloss's leaf warbler (Phylloscopus ogilviegranti) is a small bird found in Cambodia (camera body/pet), China, Laos, Thailand, and Vietnam that is yellowish in appearance.

| Mollie Tibbetts (2018) | Brooklyn, IA |
|---|---|

**[1496]** Mollie Tibbetts (1998 – 2018, aged 20) disappeared while jogging near her home in Brooklyn, IA and was found deceased a month later after surveillance caught a car following.

**[1497]** Tibbetts's Facebook listed as a suggested friend (none in common, some in IA) prior to her disappearance. Unknown cyber investigator suggested using a camera system to find her (CARDS), and body discovered less than 48 hours later after former V.P. Pence visited the family. *Figure 14: Black Puppy p.25* was said to have caught a mole in the yard around the time.

| Karlie Lain Gusé (2018) | Mono County, CA |
|---|---|

**[1498]** Karlie Lain Gusé (2002 – 2018, aged 16) reported missing from Mono County, CA after presumably being offered a modeling contract on a boat.

**[1499]** Actually a suspected car accident ('car laid a goose' / 'golden laying goose' / floating) seen in a news article [dates wrong], story about new FBI Director firing agents, and during *Chapter 8: Fake News Stories (2008 – 2016)* with a presumed hit on Mono County, CA.

| Kelsey Berreth (2018) | Woodland Park, CA |
|---|---|

**[1500]** Kelsey Berreth (1989 – 2018, aged 29) went missing around Nov. 22, 2018 (Thanksgiving) from Woodland Park, CO with story actively communicated via social media.

**[1501]** *Figure 14: Black Puppy p.25* becoming increasingly dangerous may have eaten a bear.

| Hania Aguilar (2018) | Lumberton, NC |
|---|---|

**[1502]** Hania Aguilar (2005 – 2018, aged 13) abducted Nov. 5, 2018 in front of her residence in Lumberton, NC; story distinctively and interactively communicated via social media.

**[1503]** Aguilar (Latin: *aquilare* 'haunt of eagles') a derivative of aquila: *Flagpole Sitta* [464].

| Mackenzie Lueck (2019) | El Segundo, CA / Salt Lake City, UT |
|---|---|

**[1504]** Mackenzie Lueck (1996 – 2019, aged 23) on June 17, 2019 (in the early morning hours) arrived at the Salt Lake City International Airport from California where she was picked up by a Lyft driver and taken to Hatch Park where she had agreed to meet. According to a defense attorney, Lueck met her assailant on a dating website in 2018 and was later found bound, burned, and buried as the defendant was curious what it felt like to kill.

**[1505]** Surname: (German) Descendant of Liudiko (little people) presumably ('mac and z's') or earthworms for *Figure 1: Hot Spur*, see also *Crystal Grubbs (2010) p.173*.

| George Floyd (2020) | Minneapolis, MN |
|---|---|

**[1506]** George Perry Floyd Jr. (1973 – May 25, 2020) was an African-American male murdered by Derek Chauvin who knelt on his neck during an arrest; one of four officers in Minneapolis, MN tried for the killing.

**[1507]** *Chapter 12A: May 7, 2020 Investigation* found four officers at Weinschenk's residence, and *Chapter 9: Meijer Grocery (2015)* (Hamilton County, IN) portrayed cops as pigs/hams; whereby a chauvinist pig choked his G. F. (girlfriend): [1034], [277].

**[1034]** Choked by a ("bender") from behind after attempting to de-escalate, resulting in stepping backwards between assailants legs, falling backwards atop inflicting a possible concussion, then goring the animal inside of right thigh with a knife after nearly passing out. Butchered the pig next to the lunch meats section in Meijer Grocery in Noblesville, IN. **[277]** 1961: The Bay of Pigs Invasion was a failed landing operation on the southwestern coast of Cuba by exiles who opposed Fidel Castro's Cuban Revolution, which was covertly financed and directed by the U.S. government under President John F. Kennedy.

| Gabby Petito (2021) | Blue Point, NY / Bridger-Teton N. F., WY |
|---|---|

**[1508]** Gabrielle Venora Petito (1999 – 2021, aged 22) was an American woman killed while traveling in a Sprinter van-life journey across the United States with fiancé Brian Laundrie. Petito disappeared Aug. 27, 2021.

**[1016]** Monahan (aka Captain Obvious): Role-playing someone named Brian when over and probably fired, don't know what it means, however request is genuine. [Unclear] NATO.

**[1509]** A ('talking pet-it') with ('dirty laundry') and Sprinter van (roadrunner) alluded to in 2015. Petito died by strangulation, and on Nov. 23, 2021 it was announced Laundrie (coyote) died due to a self-inflicted wound: [1016], see also *Figure 53: Wile E Coyote (1949)*.



**Figure 53: Wile E Coyote (1949)**

| F. | Genocide |
|---|---|

| (1) Killing of Family Members.......................176 | (6) Removal of Children...................................177 |
|---|---|
| (2-5) Non/Pecuniary Damages.......................176 | Allusions to Genocide.......................................178 |

**18 U.S. Code § 1091 Genocide.** (a) Basic Offense. Whoever, whether in time of peace or in time of war and with the specific intent to destroy, in whole or in substantial part, a national, ethnic, racial, or religious group as such:

## (1) Killing of Family Members

**18 U.S. Code § 1091 Genocide. (1)** kills members of that group;

**[1510]** Defendant(s) affected the extra-judicial killing of *David Landes (1962 – 1994, aged 32)* along with 67 others on Flight 4184 as part of *Flying the Birds* foreshadowing *9/11 (Sept. 11, 2001) p.161* with Flight 93 associating ('wine-shank') to Shanksville. While Flight 93 a terror attack, Flight 4184 presumed accidental, sole purpose genocide *per se*: [322], [321], [119], [401].

**[322]** 1994: Days before Halloween David Landes (1962 – 1994, aged 32) mentioned a Forester and Dave, like his name, setting him up with a job, some cool technology, and he would be Figure 27: Fly a Bird, but did not know what it meant and would be explained in Chicago, IL. Told there was always a [guaranteed] chance the flight could crash, but could not imagine the U.S. would do that intentionally. [Unclear] Reference to chicken and rice served. **[321]** 1994: David Landes (1962 – 1994, aged 32) was a teacher at Danville Middle School (IN) while contracting for Baker Daniels LLP as an actor when flying to Chicago. **[119]** 2001: Four coordinated terrorist attacks on 9/11: World Trade Center (2x), Pentagon (hole), and Shanksville, PA (believed destined for the White House): Figure 20: 1997 Detour, [291]. **[401]** Figure 20: 1997 Detour via charter busses passing Shanksville, PA. Requested back of line while boarding, whereby seated at the front of bus. Driver inquired if ("name familiar to anyone?") as office requested the detour. Occurred shortly before sundown near Somerset, PA.

**[1511]** *John Weinschenk (1944 – 1978, aged 33)* passed away *5 BC (Before Chicken) p.154* for *Wild Bird Chase p.154*. Conspiracy predating his death: *Figure 9: Remove Your Chickens (1963)*. He would have been 19 years-old not long out of high school, living in ('HamCo') when the Bay of Pigs invasion failed and religiously symbolic for a *Class of One*: [1367].

**[1367]** John Weinschenk (1944 – 1978, aged 33) (aka "God") passed away the same year the Stargate project ("Men Who Stare at Goats") involving psychic manipulation of the animals initiated: ('gateways to heaven') with a Hot Spur p.152 res ipsa loquitur!

## (2-5) Non/Pecuniary Damages

**18 U.S. Code § 1091 Genocide. (2)** causes serious bodily injury to members of that group; **(3)** causes the permanent impairment of the mental faculties of members of the group through drugs, torture, or similar techniques; **(4)** subjects the group to conditions of life that are intended to cause the physical destruction of the group in whole or in part; **(5)** imposes measures intended to prevent births within the group;

**[1512]** *Chapter 13B: Medical History p.125* evidencing physical injuries imparted for symbolism of a ('one eyed monster') *Hot Spur p.152. Vision Loss p.126* and *Neck Injury p.127* imparting a homogeny of *Figure 47: ('Frank-in-stein')* and *Figure 48: Robot Chicken*.

**[1513]** Intentional infliction of memory/brain damage as an ('economics warfare') allusion affecting education via oxygen deprivation, stroke, etc: [110], [1252], [907], [1022], [1098].

**[110]** The CIA's Political Action Group ("PAG") is responsible for covert activities related to political influence, psychological operations, economic warfare, and cyber warfare. **[1252]** Patricia Hill cleaning up unknown white powder later brought Weinschenk apples. Possible comment about "Mike" however seemed nonsensical at time and unwell: [615]. **[Anthrax] [907]** Incident of acute slurred speech while in a hallway talking prior to a school lab. Believe heart came to a complete stop for a few seconds after someone bumped (neurotoxin), then recovered for reasons unknown followed by confusion. **[Neurotoxin] [1022]** Search of house on Thanksgiving 2016 following a case of acute gastritis, heart attack from the reflux, migraines, and non-localized pain from pressure to neck from a disc injury. Doctor had suspicions of multiple sclerosis from twitching in head, face, and extremities with some difficulty swallowing at times also suspecting stroke or possible heart issues. **[Poison] [1098]** Came in contact with unknown chemical and momentarily disoriented while heart-rate decreased to near zero while walking on trail in 2019 after encountering floral scent. **[Neurotoxin]**

**[1514]** *Seizing Hot Wings from Dangerous Spurs p.157* suggesting mental illness or instability, despite no diagnosed symptoms or reasonable suspicion. Terms repeatedly referenced in court next to plaintiff's name fabricating a false suspicion with courts erring: [1213], [1192].

**[1213]** Both admitted/released citing Unspecified Schizophrenia Spectrum and Other Psychotic Disorder F29(298.9) without any symptoms or underlying conditions specified for either, and (rule out) R/O Delusional Disorder F22(297.1) and R/O Schizophrenia F20.9(295.90) for Daniel having taken medication with a claimed delusion upon admittance. **[1192]** Scene calm as attested under oath by Det. Dixon, both twins standing between two police vehicles on video, at their residence, and firearm secured.

**[1515]** Robert Weinschenk (uncle) and Mike Hill (former step-uncle) inflicted with Parkinson's Disease. *Figure 1: Hot Spur* chasing ('pink') with PINK1 (PTEN-induce putative kinase) associated with familial form of Parkinson's disease (PD). Robert now retired to a lake house near Watts Barr Lake, TN ('electric chair'), and Hills now divorced: [631], [1284].

**[631]** Mention of being surrounded by Parkinson's Disease, working for government (welfare, never used), and future family affairs seemingly predicting the future. **[1284]** Robert Weinschenk (uncle) and Mike Hill (former step-uncle) diagnosed with Parkinson's Disease around 2015, foretold/forgotten in 2007 without evidence. Hill worked for the NSA, and Weinschenk served (brothers) on a Swiftboat in Vietnam: [631], [614], [615], [236], [187].

**[1516]** *Extended Family p.128* affected by name as an abuse of process which cannot be hidden: to include ('crazy smells'), ('bleeding/deformed land'), and women ('fucked') by name. Presently no male paternal or maternal family members are expected to pass on their name: children all daughters, health issues, or subjected to conditions likely to prevent healthy births.

**[1517]** *(2-5) Non/Pecuniary Damages* and deferring investigations likely foreclosed having kids. Weinschenk forced into an age and circumstance to reasonably prohibit procreation as nearly 40 with no career, years of litigation ahead, courts intentionally erring, no active relationships, and mid 40s or older before reasonably in a position to settle down if everything goes well!

## (6) Removal of Children

**18 U.S. Code § 1091 Genocide. (6)** transfers by force children of the group to another group;

**NOTE:** No communication or knowledge of children, only staged incidents with identities unclear except one.

**[1518]** *Angel of Death (2019) p.108* [Sarah] ('SARS') named for engineered bioweapon exterminating over 6 million worldwide as part of a ('whole cost') *Intentional Tort p.157* via *COVID-19 (2019) p.166*; creating and naming unknown biological offspring as abuse of process, presumed attack vector, and defamatory *per se*. Adoptive father responsible for *Chapter 12A: May 7, 2020 Investigation p.117* and present for *Rotisserie in a Cell (2007) p.87*: [505].

[505] Deutch: Attack vector needs Weinschenk and family for the intentional tort with John. Restricted to extended family, offspring, parents, guardians, legal matters concerning them, judges to keep him out of trouble, military records, and people he comes in contact. Midwest so how many people could he encounter? Not like East coast. … Required to be set for the skit.

[1519] Unknown son a Walker (XXY), not a sky walker as not ('*Flying the Birds*'): [1102], [594].

[1102] Both inquired as to Weinschenk having ever been to a fertility clinic, which he has not. Sarah Dixon saying her father was a detective, middle name [Unclear] important, and inquired if there were any health issues in Weinschenk's family. Luke Walker said Eric Douthit running things and sending them out. Enjoy your illness. Inquired as to moles, and told to "fuck off" with no abuse in family. They should stay away if true: lawsuit and criminal charges pending against an unknown heckler with ongoing homicide investigation underway. Event forgotten. [594] Klinefelter syndrome (XXY) is a 1 in 1,000 genetic condition where a male is born with an extra X chromosome. Treatment typically involves physical and emotional therapy, as well as hormone replacement.

[1520] *Madeleine McCann (2007) p.172* ('made a line praying to the loo') a ('hen / you-supper') for intentional infliction of emotional distress and defamation: [1483], [809], [227].

[1483] Madeleine Beth McCann (2003 – 2007, aged 3) disappeared May 3 from a holiday apartment at a resort in Praia da Luz, Portugal while on vacation from the United Kingdom: ('Made a line in the can, praying to the loo'). [809] Holeman had a small bone, 5-6 inches in length, and inquired if it could be identified. Paraphrasing: ('no spurs, think it is a hen'). Apparently human as FBI had it tested, fairly sure international origin so opted not to run it through CODIS. [227] Prince Andrew, Duke of York (Andrew Albert Christian Edward; born 1960) is a member of the British royal family; third child and second son of Queen Elizabeth II and Prince Philip, Duke of Edinburgh; and ninth in the line of succession to the British throne.

[1521] Engineered (4) offspring with intentional genetic disfigurement via improperly adding or damaging (3 sperm + egg) X-chromosomes: XXX, XXY, X, X; *see also Colorado (2006) p.67*.

[554] John (Dave): Need to fly down, not East. Provided sample to Maxwell. Maxwell: Flying East to virgin … ia after [Unclear: Clusterfuck?] in Texas, no issues taking some unborn babies along with these eggs, quick stop in Florida, then UK to see Prince S.S. or slut-stuffen according to this note in my little black book here [Displayed]: [270], [227]. Dave: Book says he robbed her virginity and someone got stuffed by a fat bastard? What kind of operation are you running here? Maxwell: That's Prince Andrew and Virginia Roberts, all they did was cook a meal. That's a fat bastard, it's like a turkey. American Idiot. [Unclear] Incest … worst case scenario.

## Allusions to Genocide

[1522] *State Genocide in Official Capacity p.17*; *COVID-19 (2019) p.166* with a ('whole cost') exterminating over 6 million, *Table 4: Federal Whole Deck (2017) p.74* with the DIA Director discarded; Chief Justice ordering the removal of pee-cock Error: Reference source not found; *Figure 6: Zodiac Crosshair* with *Chicken Strippers p.100* on a ('highway to hell'); and *res ipsa loquitur Hot Spur p.152* all support genocide the intended objective of the conspiracy via repeated allusions: [997].

Error: Reference source not found Error: Reference source not found [997] Chain of events Figure 8: Zodiac Map with modus operandi ("MO") going to FCI Terre Haute (federal death row) and targeting Danville, IN (God as my Judge) where Weinschenk's uncle worked when ('Flight 4184 was shot down') near Roselawn, IN: [281], [321].

[1523] WHEREFORE a violation of 18 U.S. Code § 1091 Genocide wantonly occurred!

| G.    Treason Honeypot |
|---|

**U.S. Constitution Article III, Section 3, Clause 1:** Treason against the United States, shall consist only in levying War against them, or in adhering to their Enemies, giving them Aid and Comfort. No Person shall be convicted of Treason unless on the testimony of two Witnesses to the same overt Act, or on Confession in open Court.

**[1524]** A treason honeypot created ensuring everyone knew treason was indeed being committed as part of a conspiracy. *Chapter 1 – 1: Something to Remember (1997) p.53* seeding ('treas') with a *Twigbal [Q] p.153* through ('acts of god') on presidential orders: [496].

**[496]** Deutch: Seeding trees is what John does best, he's a Forester after all. Doesn't need to be present, will fulfill requests. Should add something to make him [Weinschenk] think his uncle is a hero. Use what John just said and add a request for a MOLLE, so it sounds like he rangered up.

**[1525]** *Tree with Bees p.23* a classic cartoon calamity frequently recurring: [646], [969].

**[646]** Attorney Robert Becker with beekeeper mask as apparent public defender of Christ. Mr. Becker was present and at one point reprimanded saying he may lose his bar. **[969]** Characters inferred to be FBI directors Comey and Mueller were in the alliance: Figure 10: FBI Director Comey (Gnome). LAWN a close ally under Goonswarm Federation p.98 (Figure 13: Goonswarm (Bees) p.23 fat-bee mascot). Figure 11: FBI Director Comey (Trees) p.23 presumably a cartoon with a tree and bees/honeycomb.

**[1526]** John Deutch as a Jew dressed as Hitler, a traitor to his religion and heritage. Traitor to the United States affecting *9/11 (Sept. 11, 2001) p.161, COVID-19 (2019) p.166,* and committing a ('whole cost') as a federal director. Storied a mad Nazi scientist near Boston, MA: home of the Big Dig, General Electric (charges), and current Secretary of Labor Walsh for an *Infrastructure Project p.116* to Boston ('tea-bag') the fearless leader. *Open Courtroom (2007) p.81* supports a conviction of treason for an *Intentional Tort p.157*: [179], [178], [396], [397], [391], [797].

**[179]** John Deutch (born 1938) served as Director of the CIA (May 10, 1995 – Dec. 15, 1996); Deputy Secretary of Defense (1994 – 1995); and Department of Energy's Director of Energy Research, and Undersecretary of the Department of Energy (1977 – 1980). **[178]** John Deutch (born 1938) was born in Brussels, Belgium of Russian Jewish heritage; later became a United States citizen in 1945; earned a Master of Science degree in chemical engineering; PhD in chemistry from MIT in 1966; and is an emeritus professor at MIT in Cambridge, MA near Boston, MA. Deutch published two physical-chemistry papers (in, Combustion and Flame, 1978, vol 231 pp.215–221 and 223-229) modeling fuel-air mixtures. **[396]** Boston, MA: White male dressed as a Native American boarded the bus then tossed a ('tea bag') at Weinschenk and the rest out the door. Group welcomed to Boston on behalf of the CIA. Asked if anyone knew a Forester? Departed and hoped everyone enjoyed their headaches. **[397]** Marty Walsh dressed as John Walsh from America's Most Wanted, boarded and inquired if the group had been behaving? Are there any apex predators on the bus? Referenced the Big Dig, 13th district, and Boston mayor's office: [207]. **[391]** Tea-bagging is the act of placing one's testicles in the mouth of another person, often raising and lowering it repeatedly like a person dipping a tea bag. **[797]** Passed the two judges stating they had video, but no audio of the skits in the courtroom and inquired if Deutch said anything interesting. Conversation could not be recalled at that time. Roberts mentioned he may have committed misprision, knew for a fact ("that man was an East German Jew of Russian heritage") and suspicions existed following 9/11 (Sept. 11, 2001) p.161.

**[1527]** WHEREFORE treason honeypot was created to ensure an obvious Constitutional violation for an *Intentional Tort p.157* following a ('going sideways') operation with celebratory *Hot Spur p.152* making a *Twigbal [Q] p.153* out the bodies of traitors. *TWIGBAL (Facts)* having made all readily identifiable for the U.S. Attorney from ('Connect-it') with a *modus operandi* of a federal death row: *Figure 8: Zodiac Map p.21.*

## H.    Liability

| | |
|---|---|
| Proximate Cause.................................................180 | Court Costs and Fees.......................................181 |
| Strict Liability....................................................181 | |

**[1528]** Defendant(s) liable in their respective capacities herein, and United States ultimately liable through *respondeant superiores* due actions of a number of federal directors sued in their individual capacities for an unlawful order.

**[1529]** "(1) Top government officials are not liable … absent evidence that they ordered the allegedly discriminatory activity." *Ashcroft v. Iqbal*, 556 U.S. 662 (2009)

**[1530]** "The crux of any conspiracy is an agreement between the co-conspirators." *Ocasio v. United States*, 136 S. Ct. 1423, 1429 (2016) where a conspirator need not agree to commit or facilitate every part of the offense: [719].

> **[719]** Antithesis to chicken that could make an amazing Manhattan with a name nobody knew ("AOC"); court cases: Alexander v. Sandoval, 532 U.S. 275 (2001) and Ocasio v. United States, 578 U.S. ___ (2016); and court would be easy: [193].

**[1531]** WHEREBY a conspiracy affected *TWIGBAL (Facts)*, and all defendants reasonably knew they were violating rights, committing crimes, and/or the proximate cause of plaintiff's injuries.

## Proximate Cause

**[1532]** Foreseeability is the cornerstone of proximate cause, and in tort law a defendant will be held liable only for those injuries that might have reasonably been anticipated as a natural consequence of the defendant's actions. *Suzik v. Sea-Land Corp.*, 89 F.3d 345, 348 (7th Cir. 1996); Restatement (2d) of Torts, §§ 440-447.

**[1533]** The Supreme Court held that aiding and abetting liability is available only when a statute expressly provides for it. *Central Bank of Denver N.A. v. First Interstate Bank of Denver, N.A.*, 511 U.S. 164, 114 S.Ct. 1439, 128 L.Ed.2d 119 (1994); *Alexander v. Sandoval*, 532 U.S. 275, 121 S.Ct. 1511, 149 L.Ed.2d 517 (2001)

**[1534]** Pursuant 18 U.S. Code § 2333(d)(2) aiding and abetting liability extended to all.

> **18 U.S. Code § 2333 Civil remedies (d) Liability.-** (2) Liability.-In an action under subsection (a) for an injury arising from an act of international terrorism committed, planned, or authorized by an organization that had been designated as a foreign terrorist organization under section 219 of the Immigration and Nationality Act (8 U.S.C. 1189), as of the date on which such act of international terrorism was committed, planned, or authorized, liability may be asserted as to any person who aids and abets, by **knowingly providing substantial assistance**, or who conspires with the person who committed such an act of international terrorism.

**[1535]** WHEREBY in an *Intentional Tort p.157* claiming genocide *per se*, defendants jointly, severally, and strictly liable if "knowingly providing substantial assistance" and all engaged in inherently dangerous activities against a *Class of One* aware they were affecting a tort.

## Strict Liability

**[1536]** "[A] plaintiff may bring suit within two years of discovering a disease and its cause, notwithstanding that the discovery was made more than 10 years after the last exposure to the product that caused the diseases" in cases where the injury was caused as a "result of protracted exposure to a foreign substance." Statute of repose does not apply to cases involving protracted exposure to an inherently dangerous substance. *Allied Signal v. Ott*, 785 N.E.2d 1069 (Ind. 2003); *Covalt v. Carey Canada, Inc.*, 785 N.E.2d 382 (Ind. 1989)

**[1537]** "(1) A possessor of a wild animal is subject to liability to another for harm done by the animal to the other, his person, land or chattels, although the possessor has exercised the utmost care to confine the animal, or otherwise prevent it from doing harm. (2) This liability is limited to harm that results from a dangerous propensity that is characteristic of wild animals of the particular class, or of which the possessor knows or has reason to know." Restatement (Second) of Torts § 507 (1977) See "*Holt v. Myers*, 47 Ind. App.118, 93 N.E. 31 (1910) (mentioning wild animal strict liability rule although case dealt with vicious dog); *Gordan v. Kaufman*, 44 Ind. App.603, 89 N.E. 898 (1909); *Bostock-Ferari Amusement Co. v. Brocksmith*, 34 Ind. App.566, 73 N.E. 281 (1904) (setting out wild animal rule and its rationale, but not applying it because bear's inherent dangerousness was not cause of harm); *Partlow v. Haggarty*, 35 Ind. 178 (1871); see also *Hill v. Rieth-Riley Constr. Co.*, 670 N.E.2d 940, 945 (Ind. Ct. App. 1996) ("The term 'inherently dangerous' is more properly applied to activities or instrumentalities which are, by their nature, always dangerous, i.e. blasting or wild animals.")" *Irvine v. Rare Feline Breeding Center* 685 N.E.2d 120 (Ind. Ct. App. 1997).

**[1538]** Genocide *per se* analogous to CERLA (superfund) which commonly holds joint and several liability for responsible parties. *United States v. NCR Corp.*, No. 12-2069, ___ F.3d ___, 2012 WL 3140191 (Aug. 3, 2012); see also *Burlington N. & Santa Fe Ry. Co. v. United States,* 556 U.S. (2009).

[W]hen two or more persons acting independently caus[e] a distinct or single harm for which there is a reasonable basis for division according to the contribution of each, each is subject to liability only for that portion of the total harm that he has himself caused. … But where two or more persons cause a single and indivisible harm, each is subject to liability for the entire harm. *Burlington Northern*, 556 U.S. at 614 (quoting the Restatement (Second) of Torts §§ 443A, 881, 875) (internal citations omitted)

**[1539]** WHEREBY if defendant(s) willfully engaged in inherently dangerous activities or kept, created, or bred a ('wild animal') as seen with *Figure 14: Black Puppy p.25* or *Figure 26: Coppertone Girl (1944) p.44,* they are strictly liable for any damages proximately caused.

## Court Costs and Fees

**[1540]** Recovery of fees are allowable where seeking to enforce constitutional rights or exhaust state law remedies. *New York Gaslight Club, Inc. v. Carey*, 447 U.S. 54, 60 (1980)

**[1541]** 18 U.S. § Code 2333(a) states "injured in his or her person, property, or business … may sue … and shall recover threefold the damages he or she sustains and the cost of the suit"

**[1542]** WHEREBY plaintiff entitled to treble costs pursuant 18 U.S. Code § 2333(a) stating "shall recover threefold the damages he or she sustains and the cost of the suit."

## VI. RELIEF

**WHEREFORE** plaintiff submits the following prayers for relief:

**A.** *TWIGBAL (Facts) p.41* a judgment for *Immediate Medical Costs  $3,841.75*, *Extended Medical Costs  $1,664,857.00*, and *Miscellaneous Costs  $65,835.50* as direct economic damages respectively; and $544 million in non-pecuniary monetary damages or an amount to be determined at trial against all defendant(s);

**B.** *TWIGBAL (Facts) p.41* affecting emotional distress, a judgment for compensatory damages in an amount to be determined at trial against all defendant(s);

**C.** *TWIGBAL (Facts) p.41* affecting defamation and abuse of process*,* a judgment for compensatory damages of $0.10 per individual reasonably aware of events referenced herein or an amount to be determined at trial against all defendant(s);

**D.** Order expunging matters [1303], [1304], [1306], all college transcripts, and internal records for abuse of process pursuant Ind. Code 35-38-9-1 and *Ex Parte Young*, 209 US 123 (1908);

**Indiana Code 35-38-9-1 Expunging arrest records** Sec. 1. **(a)** This section applies only to a person who has been arrested, charged with an offense, or alleged to be a delinquent child, if: **(b)** Not earlier than one (1) year after the date of arrest, criminal charge, or juvenile delinquency allegation (whichever is later), … However, a person may petition the court for expungement at an earlier time if the prosecuting attorney agrees in writing to an earlier time.

**[1303]** 5/8/2020 Indiana 29D02-2005-MC-002806 State of Indiana v. Charles Ryan Weinschenk in Hamilton Superior Court #1 (Judge Casati) finding "Dangerous" on 7/10/2020; and moved to Superior #2 (Judge Brown) following an Ex Parte Young removal sought in federal court.

**[1304]** 6/9/2020 Indiana 29D04-2006-SC-003870 Weinschenk v. Becker in Hamilton Super Court #4; DISMISSED as Frivolous with Rule 11 violation 8/28/2020 as "utterly without merit." Small Claims production of documents from representation in 2007.

**[1306]** 3/16/2021 Indiana 21A-CR-00444 Weinschenk v. State of Indiana [APPEAL]; DISMISSED as untimely on 5/24/2021; discovery motions remanded and DENIED.

**E.** Judgment for punitive damages against respective defendants as appropriate;

**F.** 110% of assessed net worth of any personally liable defendants abusing process along with life imprisonment and a Writ of Mandamus compelling prosecutions as necessary;

**G.** Protective order enjoining the State of Indiana and defendants from further abuses;

**H.** *Court Costs and Fees p.181* with *Immediate Court Costs  $5,883.38* plus any other relief this Court may deem appropriate; and

**I.** Treble compensatory damages pursuant §2333(a) as a matter of law on respective relief.

**J.** *Permanent Seal p.11* on ALL related federal records for abuse of process, and records permanently expunged upon death of plaintiff and dissolution of his estate; Justice for Hot Spurs!

## VII. CERTIFICATION OF CLOSING

i.  Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

ii. I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

*/s/ Ryan Weinschenk*

*Signature*

**Dated:** *October 11, 2022*

Charles Weinschenk
Plaintiff
20040 Wagon Trail Drive
Noblesville, IN 46060
M: (317) 690-1906
weinschenkr@gmail.com